IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated,<br><br>      Plaintiffs<br>v.<br><br>Nationwide Mutual Insurance Company,<br><br>      Defendant | CIVIL ACTION<br><br><br><br><br><br>NO. 04-1324 KAJ |

### NOTICE OF SERVICE

I, Nicholas Skiles, hereby certify that on this 8th day of March, 2005, two copies of Defendant's Initial Self-Executing Disclosures pursuant to Rule 26 (a), have been sent first class mail, postage prepaid to:

    John S. Spadaro, Esquire
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE 19805

SWARTZ CAMPBELL LLC


*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nationwide Mutual
    Insurance Co.