# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

March 14, 2005

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

      **RE: Eames v. Nationwide Mut. Ins. Co.**
      **C.A. No.: 04-CV-1324KAJ**

Dear Judge Jordan:

    On October 20, 2004 the Eames plaintiffs filed their Motion to Defer Nationwide's Pending Motion to Dismiss. In the twenty weeks since, Nationwide has filed no opposition to the motion. It is therefore unopposed, and ripe for decision.

    An appropriate form of Order was submitted with the motion; for the Court's convenience, an updated copy (showing a 2005 date blank) is attached to this letter.

    I am available to address any questions regarding the subject motion.

                                     Respectfully,

                                     /s/ John S. Spadaro

                                     John S. Spadaro

JSS/slr
enclos.
cc. Dr. Peter T. Dalleo (by hand delivery)
    Nicholas E. Skiles, Esq. (by electronic filing)
    Curtis P. Cheyney, III, Esq. (by electronic filing)

118494

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, )<br><br>Defendant. ) | C.A. No. 04-CV-1324KAJ |

## ORDER DEFERRING CONSIDERATION OF NATIONWIDE'S MOTION TO DISMISS

This ____ day of _____, 2005, the Court having considered the plaintiffs' motion to defer consideration of Nationwide's pending motion to dismiss, it is hereby ORDERED as follows:

1. Consideration of Nationwide's motion to dismiss shall be deferred pending disposition of the plaintiffs' Motion to Remand.

2. In the event the Motion to Remand is denied, plaintiffs shall serve and file their answering brief to Nationwide's motion within ten days of the Court's decision on the Motion to Remand.

_____
United Stated District Judge

114457

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) | C.A. No. 04-CV-1324KAJ |
| ) | |
| v. ) | |
| ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and
Tammy Eames (on behalf of themselves and
all others similarly situated)

March 14, 2005

118451