**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this date, I electronically filed this Notice of Service with respect

to the Eames Plaintiffs' First Set of Requests for Production of Documents with the Clerk of the

Court using CM/ECF which will send notification of such filing(s) to the following:

> Nicholas E. Skiles, Esq.
> Swartz Campbell LLC
> 300 Delaware Avenue, Suite 1130
> P.O. Box 330
> Wilmington, DE 19899

In addition, I certify that the document requests themselves were served by hand delivery

at the address shown.

> MURPHY SPADARO & LANDON
>
> /s/ John S. Spadaro
> John S. Spadaro, No. 3155
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805
> (302) 472-8100
>
> Attorneys for plaintiffs
> Thomas A. Eames, Roberta L. Eames and
> Tammy Eames (on behalf of themselves and
> all others similarly situated)

April 7, 2005

119230