IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, )<br><br>Defendant. ) | C.A. No. 04-CV-1324KAJ |

## APPENDIX: MATTERS FOR EXAMINATION AND DOCUMENTS TO BE PRODUCED UNDER FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6) AND 45

### Definitions

1. References to "you" and "your" are to the Cynthia C. Hoban Agency, 18 Hickory Street, Frankford, Delaware 19945.

2. References to "Nationwide" are to the defendant Nationwide Mutual Insurance Company.

3. The term "PIP" refers to Personal Injury Protection provided, pursuant to 21 Del C. §2118, under any policy of automobile insurance issued by defendant Nationwide Mutual Insurance Company since August 20, 2001.

4. The term "document" shall have the broadest meaning permissible under the Federal Rules of Civil Procedure, and shall include (without limitation) documents created or stored by electronic means.

### Documents to be Produced

1. All documents that refer to or characterize limits of liability for PIP coverage as "full."

119245

2. All documents that refer or relate to the characterization of limits of liability for PIP coverage as "full."

3. All documents that refer or relate to the underwriting, placement or issuance of Nationwide "Auto Policy" 52 07 0 076067, issued to Evelyn M. Harmon, 32061 Mount Joy Road, Millsboro, Delaware 19966.

### Matters for Examination

1. The existence *vel non*, location and organization of any documents responsive to the subpoena *duces tecum* to which this Appendix attaches.

2. The identity of any custodian for documents responsive to the subpoena *duces tecum* to which this Appendix attaches.

3. The circumstances surrounding your characterization of limits of liability for PIP coverage as "full."

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302)472-8100

Attorneys for plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames (on behalf of themselves and all others similarly situated)

April 8, 2005

119245                                    2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 04-CV-1324KAJ |
| v. | ) ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and
Tammy Eames (on behalf of themselves and
all others similarly situated)

April 8, 2005

119248