IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES, and TAMMY EAMES, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-1324-KAJ |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

At Wilmington this **20th** day of **April, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **April 28, 2005 at 4:30 p.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE