# Exhibit F

## MEMORANDUM

To:     Eames File

From:   Heather R. Jones

Date:   March 28, 2005

COPY

Re:     Eames v. Nationwide; HRJ telephone conversation with Lisa Broadbent

---

I spoke with Lisa Broadbent of the Broadbent Agency on March 28, 2005. Ms. Broadbent was a bit frantic after receiving her subpoena. I explained to her that we were simply requesting document/dec. pages which stated "full" PIP limits (as stated in the Appendix sent w/ the subpoena). Ms. Broadbent explained that is a ridiculous request, she could have over 10,000 files and demanded to speak to an attorney about this.

:slr

118982