# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similary situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 04-1324-KAJ<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **6th** day of **May, 2005**.

IT IS ORDERED that the teleconference scheduled for Friday, May 6, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Friday, May 13, 2005 at 10:00 a.m.  Nicholas E. Skiles, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE