IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated | : : : : | C.A. No. 04-CV-1324KAJ |
| Plaintiffs | : : | |
| v: | : : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I hereby certify that on this 9th day of May, 2005, I electronically filed this Notice of Service with respect to Nationwide Mutual Insurance Company's Response to Plaintiffs' First Set of Requests for Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

John S. Spadoro, Esquire
1011 Centre Road, Suite 210
Wilmington, DE  19805

In addition, I certify that the document requests themselves were served by first class mail to the address shown above.

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire
Delaware Bar No. 3777
300 Delaware Avenue, Suite 1130
Wilmington, DE  19899
(302) 656-5935
Attorneys for Defendant,
Nationwide Mutual Insurance Company