### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, : : : : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 04-1324-KAJ |
| NATIONWIDE MUTUAL INSURANCE COMPANY, : : : : | |
| Defendant. : | |

### ORDER

At Wilmington this **13th** day of **May, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, September 27, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE