IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L.                )
EAMES, and TAMMY EAMES, on behalf          )
of themselves and all others similarly     )
situated,                                  )
                                           )
                  Plaintiffs,              )
                                           )
        v.                                 )       Civil Action No. 04-1324-KAJ
                                           )
NATIONWIDE MUTUAL INSURANCE                )
COMPANY,                                   )
                                           )
                  Defendant.               )

## ORDER

At Wilmington this **23rd** day of **May, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has

been scheduled for **June 2, 2005 at 12:35 p.m.** with the undersigned.  **Counsel for**

**Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.


_____
UNITED STATES DISTRICT JUDGE