# EXHIBIT G

00071306.DOC

# Policies & Procedures