## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L. EAMES )
and TAMMY EAMES, on behalf of )
themselves and all others )
similarly situated, )
                     )
              Plaintiffs, )      C.A. No. 04-CV-1324KAJ
                     )
v. )
                     )
NATIONWIDE MUTUAL INSURANCE )
COMPANY, )
                     )
             Defendant. )

### ORDER DEFERRING CONSIDERATION OF
### NATIONWIDE'S MOTION TO DISMISS

       This ____ day of        . _____, 2005, the Court having considered the plaintiffs'

motion to defer consideration of Nationwide's pending motion to dismiss, it is hereby

ORDERED as follows:

       1. Consideration of Nationwide's motion to dismiss shall be deferred pending disposition

of the plaintiffs' Motion to Remand.

       2. In the event the Motion to Remand is denied, plaintiffs shall serve and file their

answering brief to Nationwide's motion within ten days of the Court's decision on the Motion to

Remand.


                                 _____
                                   United Stated District Judge

114457