# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210
WILMINGTON, DELAWARE 19805

PHONE 302.472.8100
FAX 302.472.8135

302.472.8101
jspadaro@msllaw.com

March 14, 2005

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

    **RE: Eames v. Nationwide Mut. Ins. Co.**
    **C.A. No.: 04-CV-1324KAJ**

Dear Judge Jordan:

    On October 20, 2004 the Eames plaintiffs filed their Motion to Defer Nationwide's Pending Motion to Dismiss. In the twenty weeks since, Nationwide has filed no opposition to the motion. It is therefore unopposed, and ripe for decision.

    An appropriate form of Order was submitted with the motion; for the Court's convenience, an updated copy (showing a 2005 date blank) is attached to this letter.

    I am available to address any questions regarding the subject motion.

                                            Respectfully,

                                            /s/ John S. Spadaro

                                            John S. Spadaro

JSS/slr
enclos.
cc. Dr. Peter T. Dalleo (by hand delivery)
    Nicholas E. Skiles, Esq. (by electronic filing)
    Curtis P. Cheyney, III, Esq. (by electronic filing)

118494