IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES AND TAMMY EAMES, on behalf of themselves And all others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY<br><br>Defendant. | CIVIL ACTION NO.: 04-1324 |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of William D. Cox, Esquire to represent the Defendant, Nationwide Mutual Insurance Company, in this matter.

Signed: _____
Nicholas E. Skiles, Esquire (I.D. 3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801
(302) 656-5935

Date: June _____. 2005      Attorney for Defendant Nationwide Mutual Insurance Co.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____
            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida (see attached) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 8, 2005

Signed: _____
William D. Cox, Esquire
Fowler White Boggs Banker
501 East Kennedy Boulevard
Tampa, FL 33602
Telephone No.: (813) 228-7411
Facsimile: (813) 229-8313