IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated, | CIVIL ACTION |
| Plaintiffs | |
| v. | NO. 04-1324 |
| Nationwide Mutual Insurance Company, | |
| Defendant | |

## CERTIFICATE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 10th day of June, 2005, two copies

of Defendant's Motion and Order for Admission Pro Hac Vice have been e-filed and sent

first class mail, postage prepaid to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

Date:                                          Attorney for Defendant Nationwide
Mutual Insurance Co.