<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

June 10, 2005
B-111

No. <u>05-8028</u>

THOMAS A. EAMES, et. al.,
Petitioners

v.

NATIONWIDE MUTUAL INSURANCE COMPANY
(DED No. 04-cv-01324)

Present: RENDELL, FISHER and VAN ANTWERPEN, <u>Circuit Judges</u>

1. Petition for Permission to Appeal Under 28 U.S.C. Section 1292(b) by Thomas A. Eames, Roberta L. Eames and Tammy Eames;

2. Response by Nationwide Mutual Insurance Company to the Petition for Permission to Appeal.

Susan M. Acerba  267-299-4920
Case Manager

The Petition for Permission to Appeal under 28 U.S.C. § 1292(b) is DENIED.

By the Court,

Dated: July 7, 2005          /s/ *Franklin S. Van Antwerpen*
SMA:CC:To: NES, JSS                  Circuit Judge



A True Copy:

Marcia M. Waldron, Clerk