IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**EAMES PLAINTIFFS' RE-NOTICE OF DEPOSITION
OF LISA BROADBENT INSURANCE, INC.**

TO:

Curtis P. Cheyney, III, Esq.
Swartz Campbell LLC
1601 Market Street, 34th Floor
Philadelphia, PA 19103

Robert J. Leoni, Esq.
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 45 and 30(b)(6), counsel for plaintiffs Thomas A., Roberta L. and Tammy Eames will take the deposition on oral examination of Lisa Broadbent Insurance, Inc. by one or more persons who consent to testify on its behalf with respect to matters known or reasonably available to it, as set forth in the appendix (titled "Appendix: Matters For Examination and Documents To Be Produced Under Federal Rules of Civil Procedure 30(b)(6) and 45") that accompanied the subpoena issued to the deponent herein. The deposition will proceed at the offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805, beginning at 10:00 a.m. on August 9, 2005, and continuing from day to day, during normal business hours, until completed.

122098

A designee's testimony in response to this notice shall not limit the plaintiffs' right to seek further testimony from the same person at a later date, pursuant to Superior Court Civil Rule 30(b)(1).

          Respectfully submitted,

          MURPHY SPADARO & LANDON

          /s/ John S. Spadaro
          John S. Spadaro, No. 3155
          1011 Centre Road, Suite 210
          Wilmington, DE 19805
          (302) 472-8100

          Attorneys for plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames (on behalf of themselves and all others similarly situated)

July 19, 2005

122098          2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-1324KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

In addition, the following party was served in the manner indicated:

**BY FACSIMILE (302-454-7437) AND U.S. MAIL**
Robert J. Leoni, Esq.
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

          MURPHY SPADARO & LANDON

          /s/ John S. Spadaro
          John S. Spadaro, No. 3155
          1011 Centre Road, Suite 210
          Wilmington, DE 19805
          (302) 472-8100

          Attorneys for plaintiffs
          Thomas A. Eames, Roberta L. Eames and
          Tammy Eames (on behalf of themselves and
July 19, 2005         all others similarly situated)

122117