IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES, and TAMMY EAMES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-1324-KAJ ) ) ) ) ) ) |

### ORDER

At Wilmington this **20th** day of **July, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **August 5, 2005 at 10:00 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE