# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100  
FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

July 20, 2005

**BY ELECTRONIC FILING AND HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

      RE: **Eames v. Nationwide Mut. Ins. Co.**
          C.A. No.: 04-CV-1324KAJ

Dear Judge Jordan:

      Consistent with instructions from chambers, I enclose a courtesy copy of our May 31, 2005 letter regarding the pending discovery dispute. I understand that this dispute will now be addressed by teleconference with the Court scheduled for August 5, 2005 at 10:00 p.m.

      I am available to address any questions regarding this dispute.

                                  Respectfully,

                                  /s/ John S. Spadaro

                                  John S. Spadaro

JSS/slr
encls.
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)

122139

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES )<br>and TAMMY EAMES, on behalf of )<br>themselves and all others )<br>similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONWIDE MUTUAL INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | C.A. No. 04-CV-1324KAJ |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and
Tammy Eames (on behalf of themselves and
all others similarly situated)

July 20, 2005

122117