IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>           Defendant. | C.A. No. 04-CV-1324KAJ |

### EAMES PLAINTIFFS' RE-NOTICE OF DEPOSITION OF CYNTHIA C. HOBAN AGENCY

TO:

| | |
|---|---|
| Curtis P. Cheyney, III, Esq.<br>Swartz Campbell LLC<br>1601 Market Street, 34th Floor<br>Philadelphia, PA 19103 | Robert J. Leoni, Esq.<br>Morgan Shelsby & Leoni<br>131 Continental Drive, Suite 206<br>Newark, DE 19713 |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 45 and 30(b)(6), counsel for plaintiffs Thomas A., Roberta L. and Tammy Eames will take the deposition on oral examination of Glenn Deaton Agency, Inc. by one or more persons who consent to testify on its behalf with respect to matters known or reasonably available to it, as set forth in the appendix (titled "Appendix: Matters For Examination and Documents To Be Produced Under Federal Rules of Civil Procedure 30(b)(6) and 45") that accompanied the subpoena issued to the deponent herein. The deposition will proceed at the offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805, beginning at 1:00 p.m. on August 9, 2005, and continuing from day to day, during normal business hours, until completed.

122188

A designee's testimony in response to this notice shall not limit the plaintiffs' right to seek further testimony from the same person at a later date, pursuant to Superior Court Civil Rule 30(b)(1).

>Respectfully submitted,
>
>MURPHY SPADARO & LANDON
>
>/s/ John S. Spadaro
>John S. Spadaro, No. 3155
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>(302) 472-8100
>
>Attorneys for plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames (on behalf of themselves and all others similarly situated)

July 27, 2005

122188                                    2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-1324KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

In addition, the following party was served in the manner indicated:

**BY FACSIMILE (302-454-7437) AND U.S. MAIL**
Robert J. Leoni, Esq.
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

              MURPHY SPADARO & LANDON

              /s/ John S. Spadaro
              John S. Spadaro, No. 3155
              1011 Centre Road, Suite 210
              Wilmington, DE 19805
              (302) 472-8100

              Attorneys for plaintiffs
              Thomas A. Eames, Roberta L. Eames and
July 27, 2005            Tammy Eames (on behalf of themselves and
              all others similarly situated)

122117