IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONWIDE MUTUAL INSURANCE COMPANY, )<br>)<br>Defendant. ) | C.A. No. 04-CV-1324KAJ |

### EAMES PLAINTIFFS' NOTICE OF DEPOSITION OF TRUITT INSURANCE AGENCY, INC.

TO:

Curtis P. Cheyney, III, Esq.  
Swartz Campbell LLC  
1601 Market Street, 34th Floor  
Philadelphia, PA 19103

Robert J. Leoni, Esq.  
Morgan Shelsby & Leoni  
131 Continental Drive, Suite 206  
Newark, DE 19713

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 45 and 30(b)(6), counsel for plaintiffs Thomas A., Roberta L. and Tammy Eames will take the deposition on oral examination of Glenn Deaton Agency, Inc. by one or more persons who consent to testify on its behalf with respect to matters known or reasonably available to it, as set forth in the appendix (titled "Appendix: Matters For Examination and Documents To Be Produced Under Federal Rules of Civil Procedure 30(b)(6) and 45") that accompanied the subpoena issued to the deponent herein. The deposition will proceed at the offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805, beginning at 2:00 p.m. on August 9, 2005, and continuing from day to day, during normal business hours, until completed.

122187

A designee's testimony in response to this notice shall not limit the plaintiffs' right to seek further testimony from the same person at a later date, pursuant to Superior Court Civil Rule 30(b)(1).

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames (on behalf of themselves and all others similarly situated)

July 27, 2005

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 04-CV-1324KAJ |
| v. ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

In addition, the following party was served in the manner indicated:

**BY FACSIMILE (302-454-7437) AND U.S. MAIL**
Robert J. Leoni, Esq.
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE 19713

        MURPHY SPADARO & LANDON

        /s/ John S. Spadaro
        John S. Spadaro, No. 3155
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        (302) 472-8100

        Attorneys for plaintiffs
        Thomas A. Eames, Roberta L. Eames and
        Tammy Eames (on behalf of themselves and

July 27, 2005         all others similarly situated)

122117