# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210
WILMINGTON, DELAWARE 19805

PHONE 302.472.8100
FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

August 4, 2005

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

    **RE: Eames v. Nationwide Mut. Ins. Co.**
    **C.A. No.: 04-CV-1324KAJ**

Dear Judge Jordan:

    Nationwide today filed its letter response to our earlier letter regarding the parties' discovery dispute. Nationwide's letter, however, is fully five pages in length. Under Section 3(f) of the Court's March 28, 2005 Scheduling Order, Nationwide's letter was "not to exceed three pages . . . ."

    Because the Eames plaintiffs conformed their letter to the Scheduling Order's three-page limit, and because the Court's Orders should apply equally to both sides, the Eames plaintiffs object to Nationwide's five-page submission. They respectfully request that it be stricken.

                                          Respectfully,

                                          /s/ John S. Spadaro

                                          John S. Spadaro

JSS/slr
cc: Nicholas E. Skiles, Esq. (by electronic filing)

122775

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

        MURPHY SPADARO & LANDON

        /s/ John S. Spadaro
        John S. Spadaro, No. 3155
        1011 Centre Road, Suite 210
        Wilmington, DE 19805
        (302) 472-8100

        Attorneys for plaintiffs
        Thomas A. Eames, Roberta L. Eames and
        Tammy Eames (on behalf of themselves and
August 4, 2005        all others similarly situated)

122780