IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L. )
EAMES, and TAMMY EAMES, on behalf )
of themselves and all others similarly )
situated, )
                                 )
            Plaintiffs, )
                                 )
    v.                           )     Civil Action No. 04-1324-KAJ
                                 )
NATIONWIDE MUTUAL INSURANCE )
COMPANY, )
                                 )
            Defendant. )

## ORDER

At Wilmington this **9th** day of **September, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has

been scheduled for **September 13, 2005 at 9:30 a.m.** with the undersigned. **Counsel**

**for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE