# EXHIBIT C

Case 1:04-cv-01324-JJF-LPS    Document 92-4    Filed 09/09/2005    Page 1 of 3

1    Q.    You didn't read part of it, right?
2    A.    Correct.
3         MR. SPADARO:  That's all I have.  Thank
4    you.
5         MR. LEONI:  Any other questions?
6         MR. CHEYNEY:  No.
7         MR. LEONI:  All right.
8         (Discussion off the record.)
9         MR. SPADARO:  The parties, being the Eames
10   plaintiffs, the defendant Nationwide and the remaining
11   insurance agents to be deposed today pursuant to the
12   Eames plaintiffs' subpoena, which includes the
13   Broadbent Agency, the Truitt Agency and the Hoban
14   Agency, have agreed to a stipulation in lieu of
15   continuing with those depositions so that based on
16   this stipulation the depositions of the Broadbent,
17   Truitt and Hoban designees pursuant to the plaintiffs'
18   subpoenas will no longer be necessary and have been
19   canceled.
20        And the terms of the stipulation are as
21   follows, and I invite counsel, please, to indicate
22   their assent or disagreement with the way that I
23   characterize it.  The parties have stipulated that in
24   the vast majority of documents produced by the

```
 1   insurance agents pursuant to the Eames plaintiffs'
 2   subpoenas the word "full" appears next to the term
 3   "PIP."
 4               MR. LEONI:   So stipulated.
 5               MR. CHEYNEY:   It's agreed.
 6               MR. SPADARO:   I have nothing further.
 7   Thank you very much.
 8               (Proceedings concluded at 12:10 p.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```