# EXHIBIT A

Swartz Campbell LLC
1601 Market Street Fl 34
Philadelphia PA 19103-2316

voice (215) 299-4304
facsimile (215) 299-4301
ccheyney@swartzcampbell.com
www.swartzcampbell.com

**Curtis P. Cheyney, III**
*Attorney at Law*

August 25, 2005

**VIA EMAIL**

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE  19805

    RE:    Eames v. Nationwide Mutual Insurance Company
            Our File No.: 0547-107521

Dear Mr. Spadaro:

    Attached hereto is a list of persons, their names and job titles, pursuant to the Protocol. This identification list will be of those persons whose emails will be searched in accordance with our recent correspondence.

                        Very truly yours,

                        SWARTZ CAMPBELL LLC

                        BY: _____
                          Curtis P. Cheyney, III

CPC/dd
Enclosure

cc:    John P. Marino, Esq. (via email)
        Peter Oesterling, Esq. (via email)
        Nicholas E. Skiles, Esq. (via email)

| Last Name | First Name | MI | Job Title |
|---|---|---|---|
| Belucci | Tom | | Checking on status |
| Bernstein | Jennifer | E | AGENCY SUPPORT DIRECTOR |
| Centanni | Joe | | VP, CLAIMS OPERATIONS |
| Compton | April | | NIHR FIELD MANAGER |
| Cooper | Edward | G | REGIONAL VP |
| Cottrell | June | | Claims Staff Adiminstration |
| Gamble | Samuel | F | CLAIMS OFFICER-FIELD |
| Harris | Perry | A | SALES MANAGER PCIO |
| Holtkamp | James | | P/C SALES OFFICER |
| Hults | John | | STATE SALES DIRECTOR |
| Lee | Patrick | M | COMMERCIAL UNDERWRITING DIR |
| Pathare | Ashwin | V | P/C PRODUCT DIRECTOR |
| Riggins | Timothy | R | STATE SALES DIRECTOR |
| Saik | Robert | | VP, STRATEGIC PROJ and SUPPORT |
| Thompson | John | A | BUSINESS CONSULTANT |
| Townsend | Norman | D | SALES MANAGER PCIO |
| Villec | Brian | | FINANCIAL SALES CONSULTANT |
| Weisfeld | Sandie | | BUSINESS CONSULTANT |

| Last Name | First Name | MI | Job Title |
|---|---|---|---|
| Albidress | Adrian | | Agent |
| Alexander Insurance | | | Checking on status |
| Alpaugh | Michael | T | Agent |
| Bennetti | Douglas | | Agent |
| Broadbent | Edward | R | Agent |
| Broadbent | Rick | F | Agent |
| Broadbent-Diossi | Lisa | M | Agent |
| Carey | James | E | Agent |
| Coen | Shawn | G | Agent |
| Conley | Charles | C | Checking on status |
| Crow | Roy | William | Agent |
| Deamond | Wayne | P | Agent |
| Deaton | Glenn | W | Agent |
| Dewberry | Steven | D | Agent |
| Disabatino | Stephen | M | Agent |
| Dorsey | James | A | Agent |
| Dorsey | A | Barbara | Agent |
| Fetterman | David | LC | Agent |
| Finney | R | A | Agent |
| Gouert | T | B | Agent |
| Hearn | Elmer | E | Agent |
| Hoban | Cynthia | C | Agent |
| Hollingsworth | Barry | V | Agent |
| Koziol | John | J | Agent |
| Lee | Helene | M | Agent |
| Maniscalco | Raymond | L | Agent |
| Marconi | Kenneth | J | Agent |
| McCall | Brooks | M | Agent |
| Muncie | Marvin | E | Agent |
| Neal | Charles | A | Agent |
| Nickle | Henry | E | Agent |
| Parsons | Richard | A | Agent |
| Rosenberry | Judith | B | Agent |
| Sheets | Calvin | C | Agent |
| Skinner | Robert | K | Agent |
| Slack, Sr | J | W | Agent |
| Slack, Jr | J | W | Agnet |
| Small | Richard | E | Agent |
| Steinebach | R | W | Agent |
| Truitt | Thad | N | Agent |
| Varone | Franklin | T | Agent |
| Walker | C | C | Agent |
| Wallace | Charles | M | Agent |
| Wilkinson | Michael | J | Agent |
| Wolff | Peter | Louis | Agent |
| Wyshock | Thomas | R | Agent |
| Zuka | Ronald | W | Agent |

| Last Name | First Name | MI | Job Title |
|---|---|---|---|
| Broadbent | Dick | A | Agent |
| Browne | Michael | Dennis | Agent |
| Culver | William | Keith | Agent |
| Dewberry | Bill | | Agent |
| Hambrick | Kearny | | SALES MANAGER PCIO |
| Lokey | Walter | F | Checking on status |
| Marine | Gary | G | Agent |
| Marvel | Bruce | | Checking on status |
| McCulley | William | L | Agent |
| Patterson | Tim | | Checking on status |
| Rouke | K | Michael | Checking on status |
| Sanderson | Gerald | S | Agent |
| Waddell | Jerry | | SALES MANAGER PCIO |