Marino, John

| | |
|---|---|
| **From:** | Curtis P. Cheyney [ccheyney@swartzcampbell.com] |
| **Sent:** | Thursday, September 08, 2005 2:41 PM |
| **To:** | John S. Spadaro, Esq. |
| **Cc:** | Marino, John; CHAMBEY@Nationwide.com; OESTERP@Nationwide.com; Nicholas E. Skiles |
| **Subject:** | Eames vs. Nationwide |

John, as a follow-up to the previous letter and proposed protective order and given the contents of that letter and the fact that we will be holding a meeting with Nationwide's e-discovery liaison to attempt to work through any remaining issues as you have requested, we do not believe that it is necessary to hold a conference with the judge. If issues remain after the meeting that cannot be resolved by agreement, we should request a conference at that time. We hope that you will agree once you have reviewed the letter. Please let us know if you nevertheless deem it necessary to have a further conference with the Judge at this time.

Sincerely,

Curtis P. Cheyney, III

This electronic material, any attachments hereto and the information contained herein is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Swartz Campbell LLC immediately at (215) 564-5190 and return the original message to us by email. Thank you.