IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 04-1324 KAJ |

**DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT PURSUANT TO FED.R.CIV.R 7.1.4**

Defendant Nationwide Mutual Insurance Company hereby requests oral argument on the attached Reply in Support of Motion to Dismiss the Complaint pursuant to Fed.R.Civ.R. 7.1.4, at the convenience of the Court.

Date: September 12, 2005       SWARTZ CAMPBELL LLC
                               Nicholas Skiles, Esquire
                               Delaware Bar No. 3777
                               Attorneys for Defendant, Nationwide
                               Mutual Insurance Company