IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 04-1324 KAJ |

## CERTIFICATE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 13th day of September, 2005, two copies of Defendant Nationwide Mutual Insurance Company's Reply in Support of Motion to Dismiss the Complaint Pursuant to Fed.R.Civ.R. 12(b)(6) and Request for Oral Argument thereon, have been served via electronic filing and first class mail, postage prepaid upon:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Clayton E. Bunting, Esquire
Wilson Halbrook & Bayard
107 West Market St., Box 690
Georgetown, DE 19947

SWARTZ CAMPBELL LLC

/s/ *Nicholas E. Skiles*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nationwide Mutual Insurance Co.