## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## APPENDIX:  MATTERS FOR EXAMINATION AND DOCUMENTS TO BE PRODUCED UNDER FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6) AND 45

### Definitions

1.  References to "Nationwide" are to the defendant Nationwide Mutual Insurance Company.

2.  The term "document" shall have the broadest meaning permissible under the Federal Rules of Civil Procedure, and shall include (without limitation) documents created or stored by electronic means.

### Documents to be Produced

1.  All documents that refer or relate to the underwriting, placement, issuance or renewal of Nationwide "Auto Policy" 52A733616, issued to Thomas A. and Roberta L. Eames, 14908 Concord Road, Seaford, Delaware 19973.

### Matters for Examination

1.  The existence *vel non*, location and organization of any documents responsive to the subpoena *duces tecum* to which this Appendix attaches.

124066

2.  The identity of any custodian for documents responsive to the subpoena *duces tecum* to which this Appendix attaches.

3. The circumstances surrounding the underwriting, placement, issuance or renewal of Nationwide "Auto Policy" 52A733616, issued to Thomas A. and Roberta L. Eames, 14908 Concord Road, Seaford, Delaware 19973.

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302)472-8100

Attorneys for plaintiffs Thomas A. Eames,
Roberta L. Eames and Tammy Eames (on
behalf of themselves and all others similarly
situated)

September 16, 2005

124066                                      2

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L. EAMES ) 
and TAMMY EAMES, on behalf of )
themselves and all others )
similarly situated, )
                                   )
            Plaintiffs, )      C.A. No. 04-CV-1324KAJ
                                     )
v. )
                                       )
NATIONWIDE MUTUAL INSURANCE )
COMPANY, )
                                     )
            Defendant. )

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

                                         MURPHY SPADARO & LANDON

                                         /s/ John S. Spadaro
                                         John S. Spadaro, No. 3155
                                         1011 Centre Road, Suite 210
                                         Wilmington, DE 19805
                                         (302) 472-8100

                                         Attorneys for plaintiffs
                                         Thomas A. Eames, Roberta L. Eames and
September 16, 2005                          Tammy Eames (on behalf of themselves and
                                         all others similarly situated)

124019