IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES, and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Oral argument on defendant's motion to dismiss (D.I. 3) in the above-captioned action will be heard on **November 8, 2005** beginning at 9:00 a.m. and concluding at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                          /s/ Kent A. Jordan
                                            UNITED STATES DISTRICT JUDGE

Dated: September 19, 2005
Wilmington, Delaware