IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similary situated,<br><br>               Plaintiffs,<br><br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>               Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 04-1324-KAJ<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

At Wilmington this **27th** day of **September, 2005**.

As a result of the teleconference held on September 27, 2005, no further teleconferences are presently scheduled. Both sides felt, in light of the procedural situation, that mediation is premature. Counsel were provided with the Magistrate Judge's email address and fax number. Counsel are to provide the Magistrate Judge with their email addresses. Counsel are to keep the Magistrate Judge updated on the status of the case, in particular, relevant events in this case that may affect mediation/settlement issues.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                      /s/ Mary Pat Thynge_____
                                                      UNITED STATES MAGISTRATE JUDGE