## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-CV-1324KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### COMMITMENT OF QUALIFIED
### PERSON TO PROTECTIVE ORDER

I hereby affirm that: (1) I have received and read a copy of the Protective Order entered herein by the Court; (2) I understand the terms thereof and agree to be bound thereof; and (3) I am aware that a violation of such Order may result in a finding of contempt of Court.

Dated: _____          _____
                                                                                                                                  Signature

**EXHIBIT "A"**