# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

JAMES W. SEMPLE
DIRECT DIAL
(302) 888-6870
E-MAIL
jsemple@morrisjames.com

222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750
www.morrisjames.com

WILMINGTON (BANCROFT PKWY)
(302) 655-2599
NEWARK
(302) 368-4200
DOVER
(302) 678-8815

October 4, 2005

By Facsimile Transmission

John S. Spadaro, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Nicholas E. Skiles, Esquire
Swartz Campbell LLC
919 Market Street
Wilmington, DE 19801

Re: Eames v. Nationwide
C.A. No. 04-1324 KAJ

Gentlemen:

This will confirm that we will hold a teleconference in this matter on Tuesday, October 11, 2005 at 2:00 p.m. My secretary will contact your office at that time. If you have any questions, please do not hesitate to call.

Very truly yours,

James W. Semple

JWS/mmt
cc: The Honorable Kent A. Jordan

JWS/099999-8888/1295079/1