IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated, | CIVIL ACTION |
| Plaintiffs | |
| v. | NO. 04-1324 |
| Nationwide Mutual Insurance Company, | |
| Defendant | |

## NOTICE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 17th day of October 2005, two copies of Defendant's Responses to Plaintiffs' First Set of Interrogatories were hand delivered to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
919 North Market Street, Suite 1700
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

Date:    Attorney for Defendant Nationwide Mutual Insurance Co.