IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated, | CIVIL ACTION |
| Plaintiffs | |
| v. | |
| | NO. 04-1324 KAJ |
| Nationwide Mutual Insurance Company, | |
| Defendant | |

**NOTICE OF SERVICE**

I, Nicholas E. Skiles, hereby certify that on this 19th day of October 2005, two copies of Defendant's Responses to Plaintiffs' Second Set of Requests for Production of Documents were hand delivered to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nationwide Mutual Insurance Co.