# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

October 19, 2005

**BY ELECTRONIC FILING AND HAND DELIVERY**
James W. Semple, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

    RE: **Eames v. Nationwide Mut. Ins. Co.**
    C.A. No.: 04-CV-1324KAJ

Dear Master Semple:

    I enclose bound copies of the parties' respective initial disclosures under Rule 26(a).

                    Respectfully,

                    /s/ John S. Spadaro

                    John S. Spadaro

JSS/slr
Encl.
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)

125097