IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) C.A. No. 04-CV-1324KAJ |
| v. | )<br>) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

**EAMES PLAINTIFFS' MOTION TO COMPEL
DOCUMENTS RESPONSIVE TO THEIR INITIAL
DOCUMENT REQUESTS, AND FOR SANCTIONS**

Plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames respectfully move, pursuant to Federal Rules of Civil Procedure 34 and 37(a), to compel Nationwide to a) immediately produce documents responsive to their initial document requests, and b) pay meaningful sanctions for its abuse of the discovery process. The specific relief requested by this motion, and the grounds therefor, are set forth in the accompanying opening brief.

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302)472-8100

Attorneys for plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames (on behalf of themselves and all others similarly situated)

October 26, 2005

125314

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and Tammy Eames (on behalf of themselves and all others similarly situated)

October 26, 2005

125318