IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES AND TAMMY EAMES, on behalf of themselves And all others similarly situated | : : : : | CIVIL ACTION NO.:  04-1324 KAJ |
| Plaintiffs | : : | |
| v. | : : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : | |
| Defendant. | : | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John Marino, Esquire to represent the Defendant, Nationwide Mutual Insurance Company, in this matter.

                                  Signed: */s/Nicholas E. Skiles, Esquire*
                                  Nicholas E. Skiles, Esquire (I.D. 3777)
                                  Swartz Campbell LLC
                                  300 Delaware Avenue, Suite 1130
                                  Wilmington, DE  19801
                                  (302) 656-5935
Date: November 2, 2005       Attorney for Defendant Nationwide Mutual Insurance Co.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____               _____
                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *John P. Marino*

John P. Marino, Esquire
Fowler White Boggs Banker P.A.
50 North Laura Street, Suite 2200
Jacksonville, FL 32202
(904) 598-3100
Fax No.: (904) 598-3131
Attorney for Defendant
Nationwide Mutual Ins. Co.