IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES AND TAMMY EAMES, on behalf of themselves And all others similarly situated | : : : : | CIVIL ACTION NO.: 04-1324 KAJ |
| Plaintiffs | : : | |
| v. | : : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : | |
| Defendant. | : | |

**<u>ORDER</u>**

The foregoing application for admission to practice in this action pro hac vice is hereby granted.

IT IS SO ORDERED this _____ day of _____ , 2005.

_____
Judge