IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated,<br><br>       Plaintiffs<br>   v.<br><br>Nationwide Mutual Insurance Company,<br><br>       Defendant | CIVIL ACTION<br><br><br><br><br>NO. 04-1324 |

## CERTIFICATE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 3rd day of November, 2005, two copies of Defendant's Motion and Order for Admission Pro Hac Vice have been e-filed and sent first class mail, postage prepaid to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
919 North Market Street, Suite 1700
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nationwide
Mutual Insurance Co.