FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Nationwide Mutual Insurance Company,<br><br>        Defendant. | CIVIL ACTION<br><br>NO. 04-1324 |

## NOTICE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 2nd day of November, 2005, a copy of Defendant's Response in Opposition to Plaintiffs' Motion to Compel Documents Responsive to their Initial Document Requests and for Sanctions was hand delivered to:

> John S. Spadaro, Esquire
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE 19805

                                            SWARTZ CAMPBELL LLC

                              BY:   */s/ Nicholas E. Skiles*
                                            Curtis P. Cheyney, III, Esquire
                                            Nicholas E. Skiles, Esquire (I.D. 3777)
                                            300 Delaware Avenue, Suite 1130
                                            P.O. Box 330
                                            Wilmington, DE 19899