# EXHIBIT 1



# Automobile Insurance Application
# Nationwide Mutual Insurance Company

| Binder Number: | Binder Effective: 06/08/04 at 12:01 AM | Expiration: | |
|---|---|---|---|
| THIS BINDER SHALL REMAIN IN EFFECT UNTIL CANCELLED OR SUPERSEDED BY THE WRITTEN POLICY OF INSURANCE. | | | |
| Application Type: | County: 008 | Territory: 060 | Fire/Tax Code: |
| Named Insured: | | | |
| Home Phone: | Secondary Phone: | E-mail: | |
| Street: | City: | ST: | ZIP: |

## DRIVER AND HOUSEHOLD INFORMATION

| | Driver 1 | Driver 2 | Driver 3 | Driver 4 | Driver 5 | Driver 6 |
|---|---|---|---|---|---|---|
| Name | | | | | | |
| Date Of Birth | | | | | | |
| Gender | | | | | | |
| Marital | | | | | | |
| Social Security No. | | | | | | |
| Driver License No. | | | | | | |
| Licensed State | DE | DE | | | | |
| Prior State If < 3 Yrs. | | | | | | |
| Relationship | Named Insured | Named Insured | | | | |
| Occupation | | | | | | |
| Resident Child | | | | | | |
| Driver Type | | | | | | |
| At Residence | | | | | | |
| Street | | | | | | |
| City | | | | | | |
| State | | | | | | |
| ZIP | | | | | | |
| **Driver Discounts** | | | | | | |
| Accident Free 5 Yrs | | | | | | |
| Accident Free 3 Yrs | | | | | | |
| **Driver Surcharges** | | | | | | |
| No driver surcharges applied | | | | | | |

## YOUTHFUL HOUSEHOLD MEMBERS

## NON-LICENSED RESIDENTS

## PRIOR AUTO INSURANCE HISTORY

| Previous Insurer | Liability Limits | Expiration Date | Continuous Coverage |
|---|---|---|---|
| | | | |

20

## VIOLATIONS, ACCIDENT HISTORY

No accidents or violations disclosed.

## VEHICLE AND COVERAGE INFORMATION

| | Vehicle 1 | Vehicle 2 | | |
|---|---|---|---|---|
| Model Year | [redacted] | [redacted] | | |
| Make | [redacted] | [redacted] | | |
| Model | [redacted] | [redacted] | | |
| Vehicle Identification Number | [redacted] | [redacted] | | |
| Registered Owner(s) | [redacted] | [redacted] | | |
| Product Type | [redacted] | [redacted] | | |
| Sub Product Type | | | | |
| Rate Symbol | [redacted] | [redacted] | | |
| Existing Damage | | | | |
| Description | None | None | | |
| Cause | | | | |
| Salvaged/Rebuilt Title | | | | |
| Reason | Not Applicable | Not Applicable | | |
| Customized | | | | |
| Description | None | None | | |
| Amount | | | | |
| Symbol | | | | |
| Stated Amount | | | | |
| Inspection | | | | |
| Customary Operator | | | | |
| Vehicle Use | [redacted] | [redacted] | | |

### Vehicle Level Coverages

| | | | | | | |
|---|---|---|---|---|---|---|
| Comprehensive | 250 | $60.70 | 250 | $64.00 | | |
| Collision | 500 | $104.60 | 500 | $141.90 | | |
| Property Damage | 100000 | $65.40 | 100000 | $70.60 | | |
| Bodily Injury | 50/100 | $93.60 | 50/100 | $101.20 | | |
| Medical Payment | CNW | | CNW | | | |
| Loss of Use | 30/900 | $26.00 | 30/900 | $26.00 | | |
| Towing & Labor (Auto) | T&L | $1.80 | T&L | $1.80 | | |
| CB Coverage | CNW | | CNW | | | |
| Personal Injury Protection | BASIC | $31.80 | BASIC | $31.10 | | |
| Addl. Pers. Inj. Protection | CNW | | CNW | | | |
| Personal Effects | | | | | | |
| Total Vehicle Premium | | $383.90 | | $436.60 | | |

## POLICY LEVEL COVERAGES

| | | |
|---|---|---|
| Uninsured Motorists - BI | 50/100 | $35.10 |
| Uninsured Motorists - PD | 15000 | INCLUDED |
| Policy Level Premium | | $35.10 |

## VEHICLE AND POLICY LEVEL DISCOUNTS

| | | | | |
|---|---|---|---|---|
| Long Term | [redacted] | [redacted] | | |
| Multi Car | [redacted] | [redacted] | | |
| Passive Restraint | [redacted] | [redacted] | | |

## VEHICLE AND POLICY LEVEL SURCHARGES

[redacted]

## GENERAL INFORMATION

| | |
|---|---|
| Does any driver reside in NY, NJ, MA, NM, or LA at any time during the year or are any of the vehicles principally garaged in any of these states? | [redacted] |
| Have you, any member of your household, or any operators of your vehicles been convicted of a felony within the past ten years? | [redacted] |
| Are there any vehicles in your household not insured with Nationwide? | [redacted] |

| If Yes: | Model YR: | Make: | Model: | Reason: |
|---|---|---|---|---|

| | |
|---|---|
| Is any vehicle garaged at an address other than the policy mailing address? | [redacted] |

## THIRD PARTY INFORMATION

| | Third Party Name | Street/P.O. Box | City | ST | ZIP | Third Party Type |
|---|---|---|---|---|---|---|
| Veh 2 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

## PAYMENT INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Vehicle Premiums:** | $820.50 | **Applicable Fees/Taxes:** | $0.00 | **Policy Coverage Premium:** | $35.10 | **Installment Premium:** | $427.80 |
| **Total Policy Premium:** | $855.60 | **Amount Collected:** | $0.00 | **Payment Plan:** | Client Pay Plan | **Installment Fees:** | $0.00 |

## PROXY GRANT

In the event this application shall, at any time, result in the issuance to me of an insurance policy by Nationwide Mutual Insurance Company or any mutual insurance company affiliated with it (a Policy), I hereby appoint the Chairman of the Board of such mutual insurance company, with full power of substitution, to be my proxy, and such individual is authorized and empowered to vote for me on all matters presented for vote at any membership meeting of such company. This proxy shall continue in force for the full duration of the Policy and any renewal thereof, unless sooner revoked in writing. If I choose to revoke my proxy authorization, at any time, I can contact my agent or the Office of Secretary of the insurer to obtain a proxy revocation form.

**Binder Number** [redacted]

Applicant must signify with their initials that the following statements are true and accurate as indicated on the application:

| | Initials |
|---|---|
| All operators and drivers who may operate the vehicle(s) identified in this application or may have access to the vehicle(s) for the purpose of operating and/or driving the vehicle(s) and all persons residing at the address listed on this application and at the garaging address(es) of said vehicle(s), have been disclosed and listed on this or another Nationwide application, with the exception of resident parents or grandparents insured with a company other than Nationwide. | [redacted] |
| I certify that I am the owner/lessee of the listed vehicle(s) and these vehicles are not owned or leased (fully or partially) by any other individuals, except as disclosed on this application. | [redacted] |
| I certify that I, any member of my household, or any operators of the vehicles listed on this application have not been convicted of an insurance related offense (not including accidents or moving violations). | [redacted] |
| I certify that the vehicles listed for coverage on this policy are not used for commercial use, the pick up and delivery of goods or people, which include but is not limited to pizza, mail, newspapers, taxi, debris/snow removal, for hire or fee. | [redacted] |
| I understand that vehicles not titled to the named insured or lessee will be excluded from coverage to the extent as allowed by the auto insurance policy. | [redacted] |
| All existing damage to the vehicle(s) indicated on the application has been disclosed and listed on the application. | [redacted] |
| The garaging address for the vehicle(s) indicated on this application is the same as the residence address listed on this application (except where noted to be different on same application). | [redacted] |

Signature of [redacted] Date: 6/8/04 Time:________ ET

________________ Date:________ Time:________ ET

Signature of Parent or Legal Guardian
(if Applicant is under 18 years of age)

Signature of Lisa Broadbent Ins Inc **6693** Date: 6/7/04 Time:________ ET

SA19001 7/03

**Binder Number** [redacted]

# DELAWARE MOTORISTS' PROTECTION ACT
## Required Statement to Policyholders

NATIONWIDE INSURANCE COMPANIES
Home Office: Columbus, Ohio

The owner of a motor vehicle registered in the State of Delaware is required to purchase at least the following minimum insurance coverages and limits of liability under the Delaware Motorists' Protection Act:

- Bodily Injury Liability: ($15,000 each person; $30,000 each accident)
- Personal Injury Protection: ($15,000 each person; $30,000 each accident)
- Property Damage Liability: ($10,000 each accident)
- Damage to Property Other Than a Motor Vehicle: ($10,000 included if Property Damage written)

Insured [redacted] Policy Number [redacted] Co. Mutual

Eff: 3/25/03 2:00 PM Vehicle(s): ~~84 Chev~~ 91 Chev

| A. COVERAGES | B. OPTIONS YOU MUST SELECT LIMITS AND COVERAGE DESIRED | C. SELECTION |
|---|---|---|
| 1. BODILY INJURY LIABILITY (Compulsory) | I WANT: 1. Limits as shown in Column C → 2. Minimum Limits ☐ | Bodily Injury Limits: Each Person $ 50,000 Each Accident $ 100,000 |
| 2. PROPERTY DAMAGE LIABILITY (Compulsory) | I WANT: 1. Limits as shown in Column C → 2. Minimum Limits ☐ | Property Damage Limits $ 100,000 |
| 3. NO FAULT (Compulsory) (Additional Personal Injury Protection available by selecting higher limits) | I WANT: 1. Additional Limits as shown in Column C → 2. Minimum Limits ☑ | Personal Injury Protection Limits: Each Person $ ,000 Each Accident $ ,000 |
| | 3. Full Coverage with no Deductible | Yes ✓ No ____ |
| | 4. Deductible Applicable to Named Insured only ☐ | DEDUCTIBLE |
| | 5. Deductible Applicable to Named Insured and Members of his household ☐ | ☐ $250 ☐ $500 ☐ $1,000 ☐ $____ |
| | 6. (Motorcycle Risks Only) Restricted Coverage – Excludes off the highway accidents and accidents when no other motor vehicle is involved ☐ | ☐ $250 ☐ $500 ☐ $1,000 ☐ $____ |
| 4. PHYSICAL DAMAGE | I WANT: 1. Collision → To Reject This Coverage Entirely ☐ 2. Comprehensive → To Reject This Coverage Entirely ☐ | DEDUCTIBLE: Collision $ 500 Comprehensive $ 250 |
| 5. LOSS OF USE COVERAGE (Optional) | $ 30 per day, $ 900 Max. Available only with Comprehensive and/or Collision | Yes ✓ No ____ |
| 6. UNINSURED/UNDERINSURED VEHICLE COVERAGE* *(Optional)* (Available in limits up to the Bodily Injury Liability Limits) | I WANT 1. Minimum Limits ($15,000/$30,000) ☐ 2. Bodily Injury Liability Policy Limit ☑ 3. Other – Specify in Column C ☐ 4. To reject this coverage entirely ☐ | LIMITS: Each Person $ ____ Each Accident $ ____ |

*Uninsured/Underinsured Motorist Coverage is not mandatory, but it is required that the coverage be offered to all policyholders. This coverage is designed to pay damages for injuries that could be received in accidents caused by drivers of uninsured and underinsured vehicles. This includes $10,000 Property Damage Coverage, which applies only to accidents with uninsured vehicles and is subject to a $250 deductible.

*(Over)*

6a. UNINSURED/UNDERINSURED VEHICLE COVERAGE (Maximum available limits)

I have been informed that I can purchase Uninsured/Underinsured Vehicle Coverage limits up to 300/300 at a semi-annual cost of 103.70.

I understand my policy will be issued to reflect the options I have chosen with respect to the coverages shown under Column A above.

I further understand and agree that my selection of the Uninsured/Underinsured Motor Vehicle Coverage option, as shown above, shall be applicable to all vehicles described on this policy of insurance, on all future renewals of the policy, on future policies issued me because of a change of vehicle or coverage or because of an interruption of coverage, unless I subsequently request a change of such coverage in writing.

Signature of Named Insured [redacted] Date 3/28/03

Agent's Name Lisa Broadbent-Ress

*It is not the intent of this statement to limit or discourage the purchase of increased limits of liability and personal injury protection coverages, or other additional coverages which may be available from the company.*

# DELAWARE MOTORISTS' PROTECTION ACT
## Required Statement to Policyholders

NATIONWIDE INSURANCE COMPANIES
Home Office: Columbus, Ohio

The owner of a motor vehicle registered in the State of Delaware is required to purchase at least the following minimum insurance coverages and limits of liability under the Delaware Motorists' Protection Act:

- Bodily Injury Liability: ($15,000 each person; $30,000 each accident)
- Personal Injury Protection: ($15,000 each person; $30,000 each accident)
- Property Damage Liability: ($10,000 each accident)
- Damage to Property Other Than a Motor Vehicle: ($10,000 included if Property Damage written)

Insured [redacted] Policy Number [redacted] Co. Nationwide P+C

Eff: 12/08/01 Vehicle(s): [redacted]

| A. COVERAGES | B. OPTIONS<br>YOU MUST SELECT LIMITS AND COVERAGE DESIRED | C. SELECTION |
|---|---|---|
| 1. BODILY INJURY LIABILITY (Compulsory) | I WANT:<br>1. Limits as shown in Column C →<br>2. Minimum Limits ☐ | Bodily Injury Limits<br>Each Person $ 50 ,000 Each Accident $ 100 ,000 |
| 2. PROPERTY DAMAGE LIABILITY (Compulsory) | I WANT:<br>1. Limits as shown in Column C →<br>2. Minimum Limits ☐ | Property Damage Limits<br>$ 100 ,000 |
| 3. NO FAULT (Compulsory) (Additional Personal Injury Protection available by selecting higher limits) | I WANT:<br>1. Additional Limits as shown in Column C →<br>2. Minimum Limits ☒ | Personal Injury Protection Limits<br>Each Person $ ,000 Each Accident $ ,000 |
| | 3. Full Coverage with no Deductible | Yes X No ____ |
| | 4. Deductible Applicable to Named Insured only ☐ | DEDUCTIBLE<br>☐ $250 ☐ $500<br>☐ $1,000 ☐ $____ |
| | 5. Deductible Applicable to Named Insured and Members of his household ☐ | |
| | 6. (Motorcycle Risks Only) Restricted Coverage – Excludes off the highway accidents and accidents when no other motor vehicle is involved ☐ | ☐ $250 ☐ $500<br>☐ $1,000 ☐ $____ |
| 4. PHYSICAL DAMAGE | I WANT:<br>1. Collision →<br>To Reject This Coverage Entirely ☐<br>2. Comprehensive →<br>To Reject This Coverage Entirely ☐ | DEDUCTIBLE<br>Collision $ 500.00<br>Comprehensive $ 250.00 |
| 5. LOSS OF USE COVERAGE (Optional) | $ 25.00 per day, $ 800.00 Max.<br>Available only with Comprehensive and/or Collision | Yes X No ____ |
| 6. UNINSURED/UNDERINSURED VEHICLE COVERAGE* *(Optional)* (Available in limits up to the Bodily Injury Liability Limits) | I WANT<br>1. Minimum Limits ($15,000/$30,000) ☐<br>2. Bodily Injury Liability Policy Limit ☒<br>3. Other – Specify in Column C ☐<br>4. To reject this coverage entirely ☐ | LIMITS<br>Each Person $ ____<br>Each Accident $ ____ |

*Uninsured/Underinsured Motorist Coverage is not mandatory, but it is required that the coverage be offered to all policyholders. This coverage is designed to pay damages for injuries that could be received in accidents caused by drivers of uninsured and underinsured vehicles. This includes $10,000 Property Damage Coverage, which applies only to accidents with uninsured vehicles and is subject to a $250 deductible.

*(Over)*

POLICY NUMBER [redacted]

COVERAGES

| | VEH 1 |
|---|---|
| COMPREHENSIVE | 50<br>$96.70 |
| COLLISION | 100<br>$212.20 |
| BODILY INJURY | 100/300<br>$193.70 |
| PROPERTY DAMAGE | 100000<br>$89.00 |
| PERSONAL INJURY PROTECTION | 250<br>$245.40 |
| DEDUCTIBLE APPLIES TO | INSURED<br>INCLUDED |
| RESTRICTED/UNRESTRICTED | UNRSTR<br>INCLUDED |
| TOTAL PREMIUM: | $837.00 |

***************************************************************************

POLICY COVERAGE

| | | |
|---|---|---|
| UNINSURED MOTORIST-BODILY INJURY | 100/300 | $94.40 |
| UNINSURED MOTORIST-PROPERTY DAMAGE | 10,000 | INCLUDED |

***************************************************************************

TERM PREMIUM: $931.40 INSTALLMENT PREMIUM: $469.70
PAY PLAN: O AMOUNT COLLECTED: ________

123

# DELAWARE MOTORISTS' PROTECTION ACT
## Required Statement to Policyholders

NATIONWIDE INSURANCE COMPANIES
Home Office: Columbus, Ohio

The owner of a motor vehicle registered in the State of Delaware is required to purchase at least the following minimum insurance coverages and limits of liability under the Delaware Motorists' Protection Act:

- Bodily Injury Liability: ($15,000 each person; $30,000 each accident)
- Personal Injury Protection: ($15,000 each person; $30,000 each accident)
- Property Damage Liability: ($10,000 each accident)
- Damage to Property Other Than a Motor Vehicle: ($10,000 included if Property Damage written)

Insured ______ Policy Number ______ Co. Mutual

Eff: ______ Vehicle(s): ______

| A. COVERAGES | B. OPTIONS YOU MUST SELECT LIMITS AND COVERAGE DESIRED | C. SELECTION |
|---|---|---|
| 1. BODILY INJURY LIABILITY (Compulsory) | I WANT: 1. Limits as shown in Column C → 2. Minimum Limits ☐ | Bodily Injury Limits Each Person $ 100,000 Each Accident $ 300,000 |
| 2. PROPERTY DAMAGE LIABILITY (Compulsory) | I WANT: 1. Limits as shown in Column C → 2. Minimum Limits ☐ | Property Damage Limits $ 100,000 |
| 3. NO FAULT (Compulsory) (Additional Personal Injury Protection available by selecting higher limits) | I WANT: 1. Additional Limits as shown in Column C → 2. Minimum Limits ☑ | Personal Injury Protection Limits Each Person $ ,000 Each Accident $ ,000 |
| | 3. Full Coverage with no Deductible | Yes ______ No X |
| | 4. Deductible Applicable to Named Insured only ☑ | DEDUCTIBLE ☒ $250 ☐ $500 ☐ $1,000 ☐ $______ |
| | 5. Deductible Applicable to Named Insured and Members of his household ☐ | |
| | 6. (Motorcycle Risks Only) Restricted Coverage – Excludes off the highway accidents and accidents when no other motor vehicle is involved ☐ | ☐ $250 ☐ $500 ☐ $1,000 ☐ $______ |
| 4. PHYSICAL DAMAGE | I WANT: 1. Collision → To Reject This Coverage Entirely ☐ 2. Comprehensive → To Reject This Coverage Entirely ☐ | DEDUCTIBLE Collision $ 100 Comprehensive $ 50 |
| 5. LOSS OF USE COVERAGE (Optional) | $______ per day, $______ Max. Available only with Comprehensive and/or Collision | Yes ______ No X |
| 6. UNINSURED/UNDERINSURED VEHICLE COVERAGE* *(Optional)* (Available in limits up to the Bodily Injury Liability Limits) | I WANT 1. Minimum Limits ($15,000/$30,000) ☐ 2. Bodily Injury Liability Policy Limit ☐ 3. Other – Specify in Column C ☑ 4. To reject this coverage entirely ☐ | LIMITS Each Person $ 100,000 Each Accident $ 300,000 |

*Uninsured/Underinsured Motorist Coverage is not mandatory, but it is required that the coverage be offered to all policyholders. This coverage is designed to pay damages for injuries that could be received in accidents caused by drivers of uninsured and underinsured vehicles. This includes $10,000 Property Damage Coverage, which applies only to accidents with uninsured vehicles and is subject to a $250 deductible.

*(Over)*

A03 AUTO RATE QUOTE #1 - COVERAGES EFF DATE

NAME: ST AGT

| | | |
|---|---|---|
| COMP | 50 | 96.70 |
| COLL | 100 | 212.20 |
| PD | 100000 | 89.00 |
| BI | 100/300 | 193.70 |
| MED PAY | | |
| UMBI | 100/300 | 94.40 |
| UMPD | 10000 | INCL |
| PIP | 250U | 245.40 |
| INSD | INSURED | INCL |
| TOTAL | | 931.40 |

DR:CG:ADLT
RF/SC/TIER
BY:SX:MS:P/O
USE:RS : /
DISCOUNT
CURRENT TOTL/INST $931.40 / $469.70
<PREV PG> CLASS <NEXT PG> QUOTE #2 <TAB> CHANGE <GO> TO SELECT QUOTE #1

AUTO BINDER RECEIPT

POLICY NUMBER [redacted]
POLICY EFF. DATE [redacted]

THE UNDERSIGNED COMPANY AGREES TO EXTEND THE FOLLOWING COVERAGES AS RESPECTS THE DESCRIBED AUTOMOBILE(S) FOR A PERIOD OF 30 DAYS FROM THE EFFECTIVE DATE INDICATED, PENDING THE ISSUANCE OF AN AUTOMOBILE INSURANCE POLICY. THIS EXTENSION OF INSURANCE SHALL BE IN ACCORDANCE WITH THE TERMS OF THE COMPANY'S AUTO INSURANCE POLICIES AND MANUAL OF RATES AND CLASSIFICATIONS APPLICABLE IN THE STATE ON THE EFFECTIVE DATE OF THIS AGREEMENT. THIS AGREEMENT MAY BE CANCELLED BY THE COMPANY BY MAILING WRITTEN NOTICE TO THE APPLICANT STATING WHEN IN ACCORDANCE WITH ANY APPLICABLE STATUTES OR POLICY TERMS SUCH CANCELLATION SHALL BE EFFECTIVE.

NATIONWIDE MUTUAL INSURANCE COMPANY

| | VEH #1 | |
|---|---|---|
| COMPREHENSIVE | 50 | $96.70 |
| COLLISION | 100 | $212.20 |
| BODILY INJURY | 100/300 | $193.70 |
| PROPERTY DAMAGE | 100000 | $89.00 |
| PERSONAL INJURY PROTECTION | 250U | $245.40 |
| DEDUCTIBLE APPLIES TO | INSURED | INCLUDED |
| TOTAL VEHICLE PREMIUM | | $837.00 |

*****************************************************************************

POLICY COVERAGE

| | | |
|---|---|---|
| UNINSURED MOTORIST--BODILY INJURY | 100/300 | $94.40 |
| UNINSURED MOTORIST--PROPERTY DAMAGE | 10,000 | INCLUDED |

*****************************************************************************

ANNUAL PREMIUM $931.40

THIS ACKNOWLEDGES RECEIPT OF $0.00

[signature] 7/11/03

HOBAN INSURANCE AGENCY 5774 DATE
18 HICKORY STREET
P O BOX 70
FRANKFORD, DE 19945
PHONE (302) 732-9505

CHECKS AND DRAFTS ARE RECEIVED SUBJECT TO COLLECTION ONLY