**2**

DOCUMENT NO. 12-03/80/04/8

# State of Delaware

21 The Green

RECEIVED

MAY 8 Dover, Delaware 19901

GOVERNMENT RECORDS

## Department of Insurance

### CIRCULAR LETTER NO. 80-5

FROM: DAVID H. ELLIOTT
      INSURANCE COMMISSIONER

TO:   ALL CASUALTY INSURERS AUTHORIZED TO TRANSACT
      MOTOR VEHICLE INSURANCE

RE:   COVERAGE ADVISORY LETTER: AMENDMENT TO
      DELAWARE INSURANCE REGULATION NUMBER 9
      (AS AMENDED), DELAWARE MOTORISTS
      PROTECTION ACT  -  NO FAULT

DATE: APRIL 23, 1980

The Insurance Department has become aware of judicial decisions impacting upon 18 Del. C. §3902 and 21 Del. C. §2118, Uninsured Motor Vehicle Insurance and Requirement of Insurance respectively. Delaware Regulation 9 (As Amended 1973), promulgated Form A, a "Required Statement to Policyholders." Although Article 2 of Regulation 9 describes the coverages to be offered, i.e., bodily injury liability and property damage liability; personal injury protection; compensation for damage to property other than motor vehicles; compensation for damage to motor vehicles and protection against uninsured motorists, the Form A is responsive only to BI, PD, PIP and comprehensive coverages. The ability of an insured to respond to uninsured coverage is unavailable under present Form A.

The purpose of the amended Form A is to incorporate the reference to uninsured insurance.

## CIRCULAR LETTER NO. 80-5 continued:

In order that possible past deficiencies or omissions with regard to this matter may be addressed, all licensed casualty insurers authorized to transact motor vehicle insurance in the State of Delaware <u>SHALL MAIL TO EACH NAMED INSURED</u> an advisory letter stating, or restating, as the case may be, all the options of coverage available to them, and suggesting that should there be any questions regarding their coverage, to contact their agent or broker.

Insurers which must respond to this Circular Letter shall notify the Insurance Department, in writing, upon completion of the mailing. The mailing may be made by regular mail to the address last of record with the insurer. Insurers shall maintain a roster of insureds to whom the coverage advisory is mailed.

The mailing shall be completed no later than July 30, 1980.

Insurers which may have initiated corrective measures prior to the issuance of this Circular should present their procedures to this Department for review.

DSS:CH

Attachments

# State of Delaware



## Department of Insurance

21 The Green    Dover, Delaware 19901

Before the
DEPARTMENT OF INSURANCE
STATE OF DELAWARE

In the Matter of

AMENDMENT TO FORM A,
DELAWARE INSURANCE REGULATION NO. 9,
DELAWARE MOTORISTS PROTECTION ACT - NO FAULT

### ORDER

WHEREAS, the Insurance Commissioner is charged with the administration of the Insurance Code, §313; and

WHEREAS, insurance companies are required to file forms with the Insurance Department, pursuant to §2712; and

WHEREAS, Section 3902 directs that "no policy...shall be delivered or issued for delivery in this State...unless coverage is provided therein or supplemental thereto for the protection of persons...from owners or operators of uninsured or hit-and-run motor vehicles; and

WHEREAS, Delaware Insurance Regulation No. 9 has been promulgated to provide insurance companies with standards and guidelines for the implementation of the provisions of Section 2118 of Title 21,

NOW, THEREFORE, in accordance with the terms of the Administrative Procedures Act, 29 Del. C. Ch. 64, and Section 6413(b)(5) and (6) in particular, the attached amendments to the Regulation are hereby adopted, to be effective as of June 1, 1980.

Done this 29th day of April, 1980.

Attachments

DAVID H. ELLIOTT
Insurance Commissioner

## AMENDMENTS TO REGULATION NO. 9

1. Article 10, Section (d) shall read:

   "(d)  The recommended Form A attached hereto, or similar form, filed and approved by the Commissioner, shall be properly presented to a new policyholder by the insurer, agent, or broker. Any similar forms must be in substantial conformity with the language and contents of the recommended form. Information may be added or deleted to conform with filings in this State. It is not necessary that this form be used for fleet, commercial or garage operations hazard insureds."

2. Form A is amended as reflected by the attached.

# DELAWARE MOTORISTS' PROTECTION ACT    FORM A
## Required Statement to Policyholders
### (NAME OF COMPANY)
### (CORPORATE/ADMINISTRATIVE ADDRESS. REGIONAL OFFICE MAY BE INCLUDED)

The owner of a motor vehicle registered in the State of Delaware is required to purchase at least the following minimum insurance coverage and limits of liability under the Delaware Motorists Protection Act:

1. Bodily Injury Liability: ($10,000 each person; $20,000 each accident)
2. Property Damage Liability: ($5,000 each accident)
3. Personal Injury Protection: ($10,000 each person; $20,000 each accident)
4. Damage to Property Other Than a Motor Vehicle: ($5,000)

INSURED _____  POLICY NUMBER _____  CO. _____

EFF: _____    EXP: _____

| A. COVERAGES | B. OPTIONS — YOU MUST SELECT LIMITS AND COVERAGE DESIRED | C. SELECTION |
|---|---|---|
| 1. BODILY INJURY LIABILITY (Compulsory) | I WANT:<br>1. Limits as shown in Column C ⟶<br>2. Minimum Limits ☐ | Bodily Injury Limits<br>Each Person  Each Accident<br>$ ,000      $ ,000 |
| 2. PROPERTY DAMAGE LIABILITY (Compulsory) | I WANT:<br>1. Limits as Shown in Column C ⟶<br>2. Minimum Limits ☐ | PROPERTY DAMAGE LIMITS<br>$ ,000 |
| 3. PERSONAL INJURY PROTECTION (Compulsory) (Additional Personal Injury Protection available by selecting higher limits) | I WANT:<br>1. Additional limits as shown in Column C ⟶<br>2. Minimum Limits ☐ | Personal Injury Protection Limit<br>Each Person  Each Accident<br>$            $ |
| | 3. Full Coverage with no Deductible | Yes ___  No ___ |
| | 4. Deductible Applicable to Named Insured only ☐ | DEDUCTIBLE |
| | 5. Deductible Applicable to Named Insured and Members of his household ☐ | ☐ $250  ☐ $1,000<br>☐ $500 |
| | 6. (Motorcycle Risks Only) Restricted Coverage—Excludes off the highway accidents and accidents when no other motor vehicle is involved ☐ | MOTORCYCLE DEDUCTIBLE<br>☐ $250  ☐ $500<br>☐ $1,000  ☐ $10,000 |
| 4. LOSS OF USE COVERAGE | $___ per day, $___ Max. ▓▓▓▓▓▓▓▓▓▓ | Yes ___ No ___ |
| 5. UNINSURED MOTORISTS COVERAGE * (available in limits up to the Bodily Injury Liability Limits or $300,000/300,000 whichever is less) | I WANT:<br>1. Minimum Limits ($10,000/20,000) ☐<br>2. Bodily Injury Liability Policy Limit ☐<br>3. Other — Specify in Column C ☐<br>4. To reject this coverage entirely ☐ | LIMITS<br>Each Person  $<br>Each Accident $ |

* Uninsured Motorists Coverage is not mandatory, but it is required that the coverage be offered to all policyholders. This coverage is designed to pay damages for injuries that could be received in accidents caused by drivers of uninsured vehicles. This Coverage includes $5,000 Property Damage Limits subject to a $250 deductible.

I understand my policy will be issued to reflect the options I have chosen with respect to the coverages shown under Column A above.

Signature of Named Insured _____    Date _____

Address: _____

_____

It is not the intent of this statement to limit or discourage the purchase of increased limits of liability and personal injury protection coverages, or other additional coverages which may be available from