# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

November 10, 2005

**BY ELECTRONIC FILING AND HAND DELIVERY**
James W. Semple, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

    **RE: Eames v. Nationwide Mut. Ins. Co.**
    **C.A. No.: 04-CV-1324KAJ**

Dear Master Semple:

    I enclose a courtesy copy of the Eames Plaintiffs' Reply Brief in Support of Their Motion to Compel Documents Responsive to Their Initial Document Requests, and for Sanctions. This reply was filed yesterday.

    I note that Nationwide has requested oral argument on this motion. If the SDM believes that a hearing would be helpful, then we are happy to argue the motion. Our strong preference, however, is that the motion be decided on the papers. I say this not only because the briefing is (I believe) detailed and comprehensive, but also to avoid further delay in resolving a dispute that is roughly eight months old.

    I am available to address any questions regarding this matter.

                                  Respectfully,

                                  /s/ John S. Spadaro

                                  John S. Spadaro

JSS/slr
Encl.
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)

125766