# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

JAMES W. SEMPLE
DIRECT DIAL
(302) 888-6870
E-MAIL
jsemple@morrisjames.com

222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750
www.morrisjames.com

WILMINGTON (BANCROFT PKWY)
(302) 655-2599
NEWARK
(302) 368-4200
DOVER
(302) 678-8815

November 29, 2005

John S. Spadaro, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Curtis P. Cheyney, III, Esquire
Swartz Campbell
1601 Market Street
Philadelphia, PA 19103

Nicholas E. Skiles, Esquire
Swartz Campbell LLC
919 Market Street
Wilmington, DE 19801

Re: Eames v. Nationwide
C.A. No. 04-1324 KAJ

Gentlemen:

This will confirm that oral argument on Plaintiff's Motion to Compel will be held in my office on Wednesday, December 14, 2005 beginning at 10:00 a.m. I have arranged for a court reporter to be present for the oral argument.

This will also confirm that Mr. Cheyney will appear on behalf of defendant, and Mr. Skiles is excused from attending. Mr. Spadero does no object to Mr. Skiles not attending.

If you have any questions, do not hesitate to contact me.

Very truly yours,

James W. Semple (#0396)

JWS/mmt
cc: The Honorable Kent A. Jordan
    Clerk, U.S. District Court
    Leonard A. Dibbs, Court Reporter

JWS/005106-0986/1315579/1