# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100            302.472.8101

FAX 302.472.8135           jspadaro@msllaw.com

December 8, 2005

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

       RE: **Eames v. Nationwide Mut. Ins. Co.**
            C.A. No.: 04-CV-1324KAJ

Dear Judge Jordan:

      At the November 8, 2005 hearing on Nationwide's motion to dismiss, the Court ordered the parties to confer regarding certain scheduling issues. We have done so, and submit the following proposal jointly with Nationwide:

         Expert disclosures on class certification issues: January 23, 2006
         Close of class certification discovery: February 28, 2006
         Eames plaintiffs' motion for class certification, with opening brief: March 7, 2006
         Nationwide's answering brief on class certification: March 21, 2006
         Eames plaintiffs' reply brief on class certification: March 28, 2006

      The parties are available to answer any questions regarding these scheduling matters, and to prepare an appropriate form of Order if desired.

                                              Respectfully,

                                              /s/ John S. Spadaro

                                              John S. Spadaro

JSS/slr
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)

126541

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-CV-1324KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

  I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

             MURPHY SPADARO & LANDON

             /s/ John S. Spadaro
             John S. Spadaro, No. 3155
             1011 Centre Road, Suite 210
             Wilmington, DE 19805
             (302) 472-8100

             Attorneys for plaintiffs
December 8, 2005         Thomas A. Eames, Roberta L. Eames and
             Tammy Eames (on behalf of themselves and
             all others similarly situated)

126542