# EXHIBIT A

00071306.DOC

Thomas, Roberta and Tammy Eames  
c/o Wilson, Halbrook & Bayard  
107 West Market Street  
Post Office Box 690  
Georgetown, DE 19947  

Page 1  
1/3/2006  
Account No.: 5000-040613M  
Statement No.: 29506  

ATTN: Clayton E. Bunting, Esq.

**Eames v. Nationwide Insurance Company**

|  |  |  | HOURS |
|---|---|---|---|
| 05/05/2005 | | | |
| | JSS | Drafting of e-mail to defendant re default standard for electronic discovery | 0.10 |
| 05/11/2005 | | | |
| | JSS | Drafting of e-mail to defendant re deficiency in defendant's response to request for production of documents | 0.30 |
| 05/12/2005 | | | |
| | JSS | Review of e-mail from defendant re deficiencies in defendant's response to request for production of documents | 0.10 |
| 05/16/2005 | | | |
| | JSS | Drafting of e-mail to defendant re deficiencies in defendant's response to request for production of documents, re proposed resolution | 0.40 |
| 05/18/2005 | | | |
| | JSS | Review of e-mail from S. Robinson re scheduling of teleconference with Court re discovery dispute re defendant's response to request for production of documents | 0.10 |
| | JSS | Drafting of e-mail to defendant re above | 0.10 |
| | JSS | Review of e-mail from defendant re above | 0.10 |
| | JSS | Telephone call to Court re alternative dates for teleconference with Court re discovery dispute | 0.10 |
| | JSS | Drafting of e-mail to defendant re alternative dates for teleconference with Court | 0.10 |
| 05/19/2005 | | | |
| | HRJ | Telephone call to Cheryl at Judge Jordan's chambers re: teleconference date/time; e-mail J. Spadaro | 0.20 |

127165

Page 2

05/20/2005

| | | | |
|---|---|---|---|
| JSS | Exchange of e-mails with H. Jones re arrangements for 6/2/05 teleconference with Court | 0.10 |
| JSS | Drafting of e-mail to defendant re efforts to meet and confer re discovery dispute | 0.10 |

05/27/2005

| | | |
|---|---|---|
| JSS | Preparation of, drafting of correspondence to Court re discovery dispute re defendant's response to request for production of documents (first set) | 2.30 |
| HRJ | Instructions from J. Spadaro re: exhibits to letter to Judge Jordan | 0.20 |

05/31/2005

| | | |
|---|---|---|
| HRJ | Preparation of letter to Judge Jordan with exhibits re: discovery dispute | 0.40 |
| JSS | Further drafting of, drafting revisions to correspondence to Court re teleconference re discovery dispute with defendant | 0.50 |

07/19/2005

| | | |
|---|---|---|
| JSS | Telephone call to Court re re-scheduling of teleconference with Court re discovery dispute re defendant's response to request for production of documents | 0.20 |
| JSS | Drafting of e-mails to defendant re above | 0.10 |
| JSS | Review of e-mail from defendant re above | 0.10 |
| JSS | Drafting of e-mail to defendant confirming agreed date for teleconference with Court | 0.10 |
| JSS | Drafting of correspondence to Court re re-scheduling of teleconference with Court re discovery dispute | 0.20 |

07/20/2005

| | | |
|---|---|---|
| JSS | Review of e-mail from defendant re defendant's lack of recall re discovery dispute | 0.10 |
| JSS | Drafting of e-mail to defendant re above | 0.30 |

08/04/2005

| | | |
|---|---|---|
| JSS | Preparation for oral argument for 8/5/05 teleconference with Court re defendant's deficient response to request for production of documents, including review of outline for oral argument | 2.90 |

127165

Page 3

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 08/05/2005 | | | |
| | JSS | Teleconference with Court and defendant re discovery dispute re defendant's documents establishing and explaining offending practice | 0.80 |
| | JSS | Drafting e-mail to defendant re continued efforts to meet and confer re above | 0.30 |
| | JSS | Review of e-mail from defendant re above | 0.10 |
| | JSS | Drafting of e-mail to defendant re defendant's questions re pending request for production of documents | 0.20 |
| 09/02/2005 | | | |
| | JSS | Drafting of correspondence to defendant re continued meet and confer on discovery issues; re proposed meeting re same, etc. | 0.60 |
| 09/07/3005 | | | |
| | JSS | Review of e-mail from defendant re status of meet and confer on discovery issues | 0.10 |
| | JSS | Drafting of e-mail to defendant re above | 0.30 |
| 09/20/205 | | | |
| | JSS | Exchange of e-mails with defendant re its postponement of 9/23/05 meeting | 0.20 |
| 09/22/2005 | | | |
| | JSS | Drafting of e-mail to defendant re preparation of 10/3/05 meeting on discovery issues, responses to defendant's questions | 0.70 |
| 09/30/2005 | | | |
| | HRJ | Instructions from J. Spadaro; e-mail C. Cheyney re directions to office for 10/3/05 meeting | 0.30 |
| | JSS | Preparation for 10/3/05 meeting with defendant on meet and confer re pending discovery, including review of related correspondence to and correspondence from defendant, etc. | 0.80 |
| 10/03/2005 | | | |
| | JSS | Meeting with defendant re meet and confer on pending discovery | 0.70 |
| | JSS | Drafting correspondence to defendant re results of meet and confer | 0.70 |

127165

Page 4

10/24/2005

| | | | |
|---|---|---|---|
| | JSS | Drafting of correspondence to defendant re further meet and confer re defendant's response to request for production of documents (first set) | 0.50 |
| | JSS | Preparation of, drafting of motion to compel re initial request for production of documents, including review of related correspondence, prior hearing transcripts, etc. | 2.80 |

10/25/2005

| | | | |
|---|---|---|---|
| | JSS | Continued drafting of, preparation of opening brief on motion to compel re initial request for production of documents | 6.90 |

10/26/2005

| | | | |
|---|---|---|---|
| | JSS | Further drafting of, drafting revisions to, finalizing opening brief on motion to compel | 3.30 |
| | JSS | Instructions to H. Jones re preparation of exhibits to opening brief | 0.30 |
| | JSS | Drafting of affidavit of H. Jones in support of motion to compel | 0.30 |
| | JSS | Drafting of motion to compel | 0.10 |
| | JSS | Drafting of correspondence to SDM re motion to compel and for sanctions | 0.20 |

11/03/2005

| | | | |
|---|---|---|---|
| | JSS | Review of defendant's answering brief to motion to compel and for sanctions | 0.30 |

11/07/2005

| | | | |
|---|---|---|---|
| | JSS | Preparation of, drafting of reply brief in support of motion to compel and for sanctions, including legal research on burden and privilege objections, etc. | 3.90 |

11/08/2005

| | | | |
|---|---|---|---|
| | JSS | Further drafting of, preparation of reply brief on motion to compel and for sanctions | 5.20 |

11/09/2005

| | | | |
|---|---|---|---|
| | JSS | Further preparation of, drafting revisions to and finalizing reply brief on motion to compel and for sanctions | 3.80 |

127165

11/15/2005

| | | | |
|---|---|---|---|
| | JSS | Review of correspondence from defendant to SDM re request for oral argument on our motion to compel | 0.10 |
| | JSS | Review of correspondence from SDM re above | 0.10 |

11/29/2005

| | | | |
|---|---|---|---|
| | JSS | Review of e-mail from SDM re scheduling of oral argument on motion to compel and for sanctions | 0.10 |
| | JSS | Review of e-mail from defendant to SDM re above | 0.10 |
| | JSS | Drafting of e-mail to SDM re above | 0.10 |
| | JSS | Review of correspondence from SDM confirming scheduling of oral argument | 0.10 |

12/12/2005

| | | | |
|---|---|---|---|
| | JSS | Review of e-mails from defendant and SDM re revised start time for 12/14/05 hearing | 0.10 |
| | JSS | Preparation for oral argument on motion to compel and for sanctions, including drafting of outline of oral argument, review of briefs, etc. | 3.80 |

12/14/2005

| | | | |
|---|---|---|---|
| | JSS | Further preparation for oral argument on motion to compel and for sanctions, including drafting revisions to outline of argument, rehearsal of oral argument, etc. | 2.10 |
| | JSS | Attendance at oral argument on motion to compel and for sanctions before SDM | 1.40 |

Recapitulation

| Timkeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| John S. Spadaro | 49.50 | $250.00 | $12,375.00 |
| Heather R. Jones | 1.10 | $70.00 | $77.00 |

127165