# Murphy Spadaro & Landon

**ATTORNEYS**

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@mslaw.com

January 3, 2006

**BY ELECTRONIC FILING AND E-MAIL**
James W. Semple, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

  **RE: Eames v. Nationwide Mut. Ins. Co.**
   **C.A. No.: 04-CV-1324KAJ**

Dear Master Semple:

  Consistent with Your Honor's messages of yesterday and today, I enclose an expense-related affidavit. Our billing summary appears as Exhibit A to the affidavit.

  I am available to address any questions regarding this submission.

        Respectfully,

        /s/ John S. Spadaro

        John S. Spadaro

JSS/slr
Encl.
cc: Curtis P. Cheyney, III, Esq. (by electronic filing and e-mail)
   Nicholas E. Skiles, Esq. (by electronic filing and e-mail)

127184