IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated, | CIVIL ACTION |
| Plaintiffs<br>v. | |
| Nationwide Mutual Insurance Company, | NO. 04-1324 |
| Defendant | |

**NOTICE OF SERVICE**

I hereby certify that on this 6th day of January, 2006, I electronically filed this Notice of Service with respect to Nationwide Mutual Insurance Company's First Set of Interrogatories to Plaintiff Tammy Eames, with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

John S. Spadoro, Esquire
1011 Centre Road, Suite 210
Wilmington, DE  19805

In addition, I certify that the document requests themselves were served by first class mail to the address shown above.

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (ID #3777)
Curtis P. Cheyney, III, Esquire
300 Delaware Avenue, Suite 1130
Wilmington, DE   19899
(302) 656-5935
Attorneys for Defendant,
Nationwide Mutual Insurance Company