IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES, and TAMMY EAMES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 04-1324-KAJ ) ) ) ) ) ) |

### ORDER

At Wilmington this 10th day of January, 2006,

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 53(g)(2), the parties shall:

1. File any objection or motion for adoption or modification of the Special Master Report and Recommendation no later than January 24, 2006;

2. Any response to an objection or motion for adoption or modification shall be filed no later than February 1, 2006; and

3. Any reply shall be filed no later than February 8, 2006.

UNITED STATES DISTRICT JUDGE