# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

January 23, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

       RE: **Eames v. Nationwide Mut. Ins. Co.**
            **C.A. No.: 04-CV-1324KAJ**

Dear Judge Jordan:

    At the November 8, 2005 hearing on Nationwide's motion to dismiss, the Court ordered the parties to confer regarding new deadlines for discovery and briefing on class certification issues. The parties reached agreement on those scheduling issues; and my letter of December 8, 2005 advised the Court of the agreed deadlines.

    A number of class-certification-related discovery issues are still outstanding, however; and the parties agree that the proposed new deadlines have become unworkable. Specifically, the Court has established a briefing scheduling with respect to the Special Discovery Master's January 4, 2006 Report and Recommendation. A decision on those issues may greatly affect class certification discovery. In addition, a dispute has arisen regarding Nationwide's responses to the Eames plaintiffs' initial interrogatories and second set of document requests; and another dispute has arisen regarding the scope of the Eames plaintiffs' notice of deposition under Rule 30(b)(6).

    It thus seems clear that the various discovery disputes surrounding class certification issues will not be resolved in time to meet either the proposed cutoff for class certification discovery (February 28, 2006) or the proposed deadline for filing of the Eames plaintiffs' opening brief on class certification (March 7, 2006). According, the parties have agreed to extend the proposed deadlines by sixty days. The new deadlines, if approved by the Court, would be as follows:

        Expert disclosures on class certification issues: March 24, 2006
        Close of class certification discovery: April 28, 2006
        Eames plaintiffs' motion for class certification, with opening brief: May 8, 2006
        Nationwide's answering brief on class certification: May 22, 2006
        Eames plaintiffs' reply brief on class certification: May 30, 2006

127886

The Hon. Kent A. Jordan
January 23, 2006
Page 2

---

      The parties are available to answer any questions regarding these scheduling matters, and to prepare an appropriate form of Order, if desired.

                                Respectfully,

                                /s/ John S. Spadaro

                                John S. Spadaro

JSS/slr
cc:  Curtis P. Cheyney, III, Esq. (by electronic filing)

127886