# EXHIBIT H

Case 1:04-cv-01324-JJF-LPS   Document 142-9   Filed 01/24/2006   Page 1 of 2

00071306.DOC

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

| | |
|---|---|
| JAMES M. CROWHORN, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) C.A. No. 00C-06-010WLW ) |
| v. | ) ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

This __9th__ day of __May__, 2002, the Court having considered Plaintiff James M. Crowhorn's Motion to Compel Production of Promised Training Materials, and for Costs, it is hereby ORDERED that the motion is GRANTED *Docs to be produced by 5/24/02*; and it is further ORDERED that Mr. Crowhorn's reasonable costs in prosecuting this motion shall be paid promptly by defendant Nationwide. $750.00

_____
Commissioner Andrea M. Freud

00091995