01-13-06   12:06pm   From-MSL Copy Room 2, Right           302 225 5674         T-657   P.002/003   F-323

# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8125

302.472.8101

jspadaro@msllaw.com

January 13, 2006

**BY FACSIMILE AND U.S. MAIL**
Curtis P. Cheyney, III, Esq.
Swartz Campbell LLC
1601 Market Street, 34th Floor
Philadelphia, PA 19103

    RE: Eames v. Nationwide Mut. Ins. Co.
        C.A. No.: 04-CV-1324KAJ

Dear Curt:

In my e-mail message of November 9, 2005, we set forth the Eames plaintiffs' objection (pursuant to Paragraph 12 of the Stipulated Protective Order) to Nationwide's designation of its responses to our first set of interrogatories as Confidential Material. Under Paragraph 12, Nationwide's responses could remain Confidential Material only by Nationwide's filing of the required motion within ten business days of our objection. Because no such motion was ever made, the responses are no longer Confidential Material.

On a related matter, I note that Nationwide produced 343 pages of documents on January 9, 2006. The bulk of that production consists of memos, circulars and forms generated by the Delaware Department of Insurance. In our view, none of the production is properly Confidential Material; and certainly not the many DOI documents. Yet Nationwide has designated every single page of the production as Confidential Material.

Nationwide's practice of designating everything it produces as Confidential Material is an abuse of the Stipulated Protective Order. It is also unduly burdensome to the Eames plaintiffs and their attorneys, who are then forced (at peril of civil contempt) to give special treatment to the documents so designated.

Nationwide's blanket confidentiality designations are thus not harmless, and we will not let them go unchallenged. If Nationwide continues to designate documents as Confidential Material without regard to their nature, source or content, we will seek appropriate sanctions.

117614

01-13-06   12:06pm   From-MSL Copy Room 2, Right           302 225 3674           T-857   P.003/003   F-323

Curtis P. Cheyney, III, Esq.
January 13, 2006
Page 2

---

      Please note that, pursuant to Paragraph 12 of the Stipulated Protective Order, the Eames plaintiffs object to Nationwide's designation of the entire January 9 production (NW000001-344) as Confidential Material. We do not believe that any documents within that range are properly confidential.

                                            Very truly yours,

                                            John S. Spadaro

JSS/slr

127614

01-13-06   12:06pm   From-MSL Copy Room 2, Right         302 225 8674         T-657  P.001/003  F-323

# Murphy Spadaro & Landon
1011 CENTRE ROAD, SUITE 210
WILMINGTON, DE 19805

Telephone 302.472.8100                                    Telecopier 302.472.8135

## TELECOPY TRANSMITTAL FORM

TO:     Curtis P. Cheyney, Esq.

DATE:   January 13, 2006

FAX:    (215) 299-4301

FROM:   John S. Spadaro, Esq.

### MESSAGE

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 3

TO TRANSMIT DIRECTLY TO TELECOPIER -- PLEASE DIAL (302) 472-8135
IF PROBLEMS OCCUR WITH TRANSMISSION -- PLEASE TELEPHONE (302) 472-8100

This facsimile transmission may include confidential or legally privileged information. If you received this transmission in error, please notify us immediately by telephone and return the original transmission by mail to the address set forth above. Any distribution, dissemination, copying, reproduction or other use of this transmission or its contents by persons other than the designated recipient is strictly prohibited.

114714