IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On this _____ day of _____, 2006, the Court having considered the Defendant's Motion for a Protective Order, it is hereby ORDERED that the documents produced by Defendant to Plaintiff and designated NW000001 through NW000344 remain designated "Confidential" pursuant to the Stipulated Protective Order entered by this Court on October 4, 2005.

                _____
                United Stated District Judge