IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated,<br><br>     Plaintiffs<br>  v.<br><br>Nationwide Mutual Insurance Company,<br><br>     Defendant | CIVIL ACTION<br><br><br><br><br>NO. 04-1324 |

**NOTICE OF SERVICE**

I, Nicholas E. Skiles, hereby certify that on this 27th day of January 2006, Defendant's Motion for Protective Order and Supporting Memorandum have been e-filed and sent first class mail, postage prepaid to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805


SWARTZ CAMPBELL LLC


*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
919 North Market Street, Suite 1700
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

Date:                                    Attorney for Defendant Nationwide Mutual Insurance Co.