# EXHIBIT D

00071306.DOC

## AUTO MEMORANDUM OF INSURANCE

POLICY NUMBER: 52A733616
POLICY HOLDER: THOMAS A &/OR ROBERTA L EAMES

POLICY EFF DATE: 03/22/03
POLICY EXP DATE: 09/22/03

---

IMPORTANT NOTICE

THIS MEMORANDUM OF INSURANCE PROVIDES BASIC INFORMATION REGARDING COVERAGE AND
INTERESTS PROTECTED BY YOUR POLICY AS OF 06/17/03.

---

### NATIONWIDE MUTUAL INSURANCE COMPANY   (23787)

VEHICLE #1
1999  FORD EXPLORER
1FMZU34EXXZA79505

| | |
|---|---|
| COMPREHENSIVE | 100 |
| COLLISION | 250 |
| PROPERTY DAMAGE | 50000 |
| BODILY INJURY | 100/300 |
| PERSONAL INJURY PROTECTION | FULL |
| POLICY COVERAGE | |
|     UNINSURED MOTORIST--BODILY INJURY | 100/300 |
|     UNINSURED MOTORIST--PROPERTY DAMAGE | 10000 |

THIRD PARTY: LIENHOLDER
WILMINGTON TRUST CO
INSURANCE SERV CNTR
PO BOX 9289
RICHMOND, VA 23227-0289
LIEN EXP DATE: 04/15/2008

Culver Insurance Agency            6667            DATE
517 Bridgeville Road
Seaford, DE 19973
PHONE (302) 629-2510

THOMAS A &/OR ROBERTA L EAMES
14908 CONCORD ROAD
SEAFORD, DE 19973-8293

B32