# EXHIBIT G

Case 1:04-cv-01324-JJF-LPS    Document 146-8    Filed 01/30/2006    Page 1 of 6

00071306.DOC

## VIOLATIONS, ACCIDENT HISTORY

### VEHICLE AND COVERAGE INFORMATION

| | Vehicle 1 | | Vehicle 2 | | | |
|---|---|---|---|---|---|---|
| Model Year | ▮ | | ▮ | | | |
| Make | ▮ | | ▮ | | | |
| Model | ▮ | | ▮ | | | |
| Vehicle Identification Number | ▮ | | ▮ | | | |
| Registered Owner(s) | ▮ | | ▮ | | | |
| Product Type | ▮ | | ▮ | | | |
| Sub Product Type | | | | | | |
| Rate Symbol | ▮ | | ▮ | | | |
| Existing Damage | | | | | | |
|    Description | ▮ | | ▮ | | | |
|    Cause | | | | | | |
| Salvaged/Rebuilt Title | | | | | | |
|    Reason | ▮ | | ▮ | | | |
| Customized | | | | | | |
|    Description | ▮ | | ▮ | | | |
|    Amount | | | | | | |
|    Symbol | | | | | | |
| Stated Amount | | | | | | |
| Inspection | | | | | | |
| Customary Operator | | | | | | |
| Vehicle Use | ▮ | | ▮ | | | |
| **Vehicle Level Coverages** | | | | | | |
| Comprehensive | CNW | | CNW | | | |
| Collision | CNW | | CNW | | | |
| Property Damage | 100000 | $79.90 | 100000 | $79.90 | | |
| Bodily Injury | 50/100 | $147.70 | 50/100 | $153.60 | | |
| Death Benefits | DB | $0.70 | DB | $0.50 | | |
| Personal Injury Protection | FULL | $109.50 | FULL | $84.50 | | |
| Deductible Applies To | | | | | | |
| Addl. Pers. Inj. Protection | CNW | | CNW | | | |
| Loss of Use | CNW | | CNW | | | |
| Towing & Labor (Auto) | CNW | | CNW | | | |
| CB Coverage | CNW | | CNW | | | |
| Personal Effects | | | | | | |
| Total Vehicle Premium | | $337.80 | | $318.50 | | |
| **POLICY LEVEL COVERAGES** | | | | | | |
| Uninsured Motorists - BI | | | 50/100 | | $110.20 | |
| Uninsured Motorists - PD | | | 10000 | | INCLUDED | |
| Policy Level Premium | | | | | $110.20 | |
| **VEHICLE AND POLICY LEVEL DISCOUNTS** | | | | | | |
| Multi Line | ▮ | | ▮ | | | |
| Long Term | ▮ | | ▮ | | | |
| Multi Car | ▮ | | ▮ | | | |
| Passive Restraint | ▮ | | ▮ | | | |
| **VEHICLE AND POLICY LEVEL SURCHARGES** | | | | | | |

```
All                                                              EFF           TODAY
EST BILLING FOR TERM      $130.20   TIER CL TERM S     FROM                TO
        VEH1                 RERATED
COMP                          100      42.60
ACC
COLL                          100     129.00
PD      10000     93.60     10000      93.60
BI      15/30   150.00      15/30    150.00
UMBI    15/30    45.60      15/30     45.60
UMPD    10000     INCL      10000      INCL
PIP      FULL  120.00        FULL   120.00
INSD
APIP
LOU                        30/600     18.00
         TOTAL  409.20     TOTAL    598.80

POLICY FILING FEES:    $0.00

DRVR/TERR       EVELYN/012          EVELYN/012
RF/PTS/RS         /00/23              /00/23
BY:SX:MS:P/O
CLG:ADULT:USE
DISCOUNTS

OLD POLICY PREM   $409.20 NEW POLICY PREM   $598.80
ENTER N1 FOR RATING AS OF THE NEXT RENEWAL                           CHANGE CD
```



108

## VIOLATIONS, ACCIDENT HISTORY



### VEHICLE AND COVERAGE INFORMATION

| | Vehicle 1 | | | |
|---|---|---|---|---|
| Model Year | | | | |
| Make | | | | |
| Model | | | | |
| Vehicle Identification Number | | | | |
| Registered Owner(s) | | | | |
| Product Type | | | | |
| Sub Product Type | | | | |
| Rate Symbol | | | | |
| Existing Damage | | | | |
|    Description | | | | |
|    Cause | | | | |
| Salvaged/Rebuilt Title | | | | |
|    Reason | | | | |
| Customized | | | | |
|    Description | | | | |
|    Amount | | | | |
|    Symbol | | | | |
| Stated Amount | | | | |
| Inspection | | | | |
| Customary Operator | | | | |
| Vehicle Use | | | | |
| **Vehicle Level Coverages** | | | | |
| Comprehensive | CNW | | | |
| Collision | CNW | | | |
| Property Damage | 10000 | $88.30 | | |
| Bodily Injury | 15/30 | $138.50 | | |
| Death Benefits | DB | $0.80 | | |
| Personal Injury Protection | FULL | $88.90 | | |
| Deductible Applies To | | | | |
| Addl. Pers. Inj. Protection | CNW | | | |
| Loss of Use | CNW | | | |
| Towing & Labor (Auto) | CNW | | | |
| CB Coverage | CNW | | | |
| Personal Effects | | | | |
| Total Vehicle Premium | | $316.50 | | |

### POLICY LEVEL COVERAGES

| | | | | |
|---|---|---|---|---|
| Uninsured Motorists - BI | | 15/30 | | $23.90 |
| Uninsured Motorists - PD | | 10000 | | INCLUDED |
| Policy Level Premium | | | | $23.90 |

### VEHICLE AND POLICY LEVEL DISCOUNTS

| | | | | |
|---|---|---|---|---|
| Passive Restraint | | | | |

### VEHICLE AND POLICY LEVEL SURCHARGES

**NATIONWIDE INSURANCE**
Nationwide is on your side
HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OHIO 43216

POLICY NUMBER  5207A 733616

```
                              COVERAGES
                         VEH 1      VEH 2

COMPREHENSIVE            100        100
                         $33.70     $29.80

COLLISION                250        250
                         $87.70     $84.50

BODILY INJURY            100/300    100/300
                         $150.30    $109.30

PROPERTY DAMAGE          50000      50000
                         $49.70     $36.20

PERSONAL INJURY PROTECTION  FULL    FULL
                            $45.30  $33.00

LOSS OF USE              BROAD      BROAD
                         $10.00     $10.00

     TOTAL PREMIUM:      $376.70    $302.80
```

********************************************************************
POLICY COVERAGE
    UNINSURED MOTORIST-BODILY INJURY        100/300         $77.20
    UNINSURED MOTORIST-PROPERTY DAMAGE      10,000          INCLUDED
********************************************************************

    TERM PREMIUM:  $756.70        INSTALLMENT PREMIUM:  $379.35
    PAY PLAN: O   OCP/PDP NUMBER: 0000NEWOCP   AMOUNT COLLECTED:  $252.23

## VIOLATIONS, ACCIDENT HISTORY

| | |
|---|---|
| How many claims to an insurer have you or any operators of your vehicle(s) submitted in the last 35 months for comp/unattended collision losses (e.g. theft, vandalism, glass, etc.)? Does not include Towing & Labor | 1 |

### VEHICLE AND COVERAGE INFORMATION

| | Vehicle 1 | | | | |
|---|---|---|---|---|---|
| Model Year | ▇ | | | | |
| Make | ▇ | | | | |
| Model | ▇ | | | | |
| Vehicle Identification Number | ▇ | | | | |
| Registered Owner(s) | ▇ | | | | |
| Product Type | ▇ | | | | |
| Sub Product Type | | | | | |
| Rate Symbol | ▇ | | | | |
| Existing Damage | | | | | |
|    Description | ▇ | | | | |
|    Cause | | | | | |
| Salvaged/Rebuilt Title | | | | | |
|    Reason | ▇ | | | | |
| Customized | | | | | |
|    Description | ▇ | | | | |
|    Amount | | | | | |
|    Symbol | | | | | |
| Stated Amount | | | | | |
| Inspection | | | | | |
| Customary Operator | ▇ | | | | |
| Vehicle Use | ▇ | | | | |

#### Vehicle Level Coverages

| | | | | | |
|---|---|---|---|---|---|
| Comprehensive | 250 | $24.30 | | | |
| Collision | 500 | $125.90 | | | |
| Property Damage | 50000 | $68.10 | | | |
| Bodily Injury | 100/300 | $153.10 | | | |
| Death Benefits | | | | | |
| Personal Injury Protection | FULL | $43.60 | | | |
| Deductible Applies To | | | | | |
| Addl. Pers. Inj. Protection | CNW | | | | |
| Loss of Use | 40/1100 | $25.20 | | | |
| Towing & Labor (Auto) | T&L | $1.40 | | | |
| CB Coverage | CNW | | | | |
| Personal Effects | | | | | |
| Total Vehicle Premium | | $441.60 | | | |

#### POLICY LEVEL COVERAGES

| | | | |
|---|---|---|---|
| Uninsured Motorists - BI | | 100/300 | $52.30 |
| Uninsured Motorists - PD | | 10000 | INCLUDED |
| Policy Level Premium | | | $52.30 |

#### VEHICLE AND POLICY LEVEL DISCOUNTS

| | | | | |
|---|---|---|---|---|
| Passive Restraint | ▇ | | | |

#### VEHICLE AND POLICY LEVEL SURCHARGES