# EXHIBIT E

00071306.DOC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similary situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 04-CV-1324KAJ<br>)<br>)<br>)<br>)<br>) |

　　　　　Deposition of Glenn Deaton Agency, Inc. taken pursuant to Federal Rule of Civil Procedure 30(b)(6) through its designee GLENN W. DEATON at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware, beginning at 10:40 a.m., on Tuesday, August 9, 2005, before Kurt A. Fetzer, Registered Diplomate Reporter and Notary Public.

APPEARANCES:

　　　JOHN S. SPADARO, ESQ.
　　　MURPHY SPADARO & LANDON
　　　　1011 Centre Road - Suite 210
　　　　Wilmington, Delaware 19805
　　　　For the Plaintiffs

　　　CURTIS P. CHEYNEY, III, ESQ.
　　　SWARTZ CAMPBELL & DETWEILER
　　　　1601 Market Street - 34th Floor
　　　　Philadelphia, Pennsylvania 19103-2316
　　　　For the Defendant

　　　　　　　WILCOX & FETZER
　1330 King Street - Wilmington, Delaware 19801
　　　　　　　(302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters



1    A.    Yes.

2    Q.    And in the middle column it says full.

3          Do you see that?

4    A.    Yes.

5    Q.    And that's a characterization that we see in --
6    I'll represent to you that that characterization of
7    PIP as full is one that can be found in every set of
8    documents that the Deaton Agency produced.

9          Do you understand what I am representing
10   to you?

11   A.    Yes.

12   Q.    Does that surprise you?

13   A.    No.

14   Q.    Is it fair to say that the characterization of
15   PIP as full in documents like the auto rate quote
16   shown on the last page of Deaton 2 is a routine one in
17   your business?

18   A.    Yes.

19   Q.    What I could do is show you some additional
20   examples of that characterization as it appears in
21   other sets of documents that Deaton produced simply so
22   you could confirm that full is in there.  We can go
23   through that exercise.  I'm happy to do that.  Or you
24   could simply tell me that you expect to find it in all