# EXHIBIT F

00071306.DOC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated<br>Plaintiffs<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE CO.<br>Defendant. | C.A. No. 04-CV-1324 KAJ |

**NATIONWIDE MUTUAL INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF <u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

Comes now the defendant, Nationwide Mutual Insurance Company, (hereinafter "Nationwide"), and hereby serves Nationwide's Responses and Objections ("Response(s)") to Plaintiffs' First Set of Requests for Production of Documents. Nationwide's Response is without prejudice to Nationwide's pending Motion to Dismiss.

**OBJECTIONS**

Nationwide objects to the terms "refer to" and "characteristic" as being undefined by Plaintiffs in either the First Request for Production of Documents or the Complaint. The only legal and enforceable interpretation of these terms, pursuant to Nationwide's coverage obligations upon which Plaintiffs asserts a breach of contract, are those characterizations and references set forth only in the insurance policy and Declarations page which form part of the policy. No other reference or characterization is relevant to this action.

**<u>REQUEST NO. 1</u>**

All documents that refer to or characterize limits of liability for PIP coverage as "full".

**<u>RESPONSE NO. 1:</u>**

Nationwide refers Plaintiffs to the governing insurance policy and the corresponding declarations sheet applicable to the subject policy as the only and binding legal characterization of

the PIP policy limits provided by Nationwide in accordance with Delaware law. Nationwide further responds that it is not currently aware of any other documents that legally characterize the PIP policy limits responsive to this request and relevant to this action.

**REQUEST NO. 2:**

All documents that refer or relate to the characterization of limits of liability for PIP coverage as "full."

**RESPONSE NO. 2:**

Nationwide refers Plaintiffs to the governing insurance policy and the corresponding declarations sheet applicable to the subject policy as the only and binding legal characterization of the PIP policy limits provided by Nationwide in accordance with Delaware law. Nationwide further responds that it is not currently aware of any other documents that legally characterize the PIP policy limits responsive to this request and relevant to this action.

**REQUEST NO. 3**

All documents or other recorded material that refer or relate to the training, instruction or education of Nationwide's employees or agents (including without limitation insurance agents) with respect to the characterization of PIP limits as "full."

**RESPONSE NO. 3:**

None.

Respectfully submitted,

_____
Nicholas E. Skiles, Esquire
Delaware Bar No. 3777
300 Delaware Avenue, Suite 1130
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendant,
Nationwide Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated<br><br>Plaintiffs<br><br>v:<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY<br><br>Defendant. | C.A. No. 04-CV-1324KAJ |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed this Notice of Service with respect to Nationwide Mutual Insurance Company's Response to Plaintiffs' First Set of Requests for Production of Documents with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> John S. Spadoro, Esquire
> 1011 Centre Road, Suite 210
> Wilmington, DE   19805
> (302) 472-8100

In addition, I certify that the document requests themselves were served by first class mail to the address shown above.

> /s/ *Nicholas E. Skiles, Esquire*
> Nicholas E. Skiles, Esquire
> Delaware Bar No. 3777
> 300 Delaware Avenue, Suite 1130
> Wilmington, DE   19899
> (302) 656-5935
> Attorneys for Defendant,
> Nationwide Mutual Insurance Company