# EXHIBIT H

00071306.DOC

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                IN AND FOR THE DISTRICT OF DELAWARE

 3                             - - -

     THOMAS A. EAMES, on behalf of
 4   themselves and all others          :   CIVIL ACTION
     similarly situated; ROBERTA L.     :
 5   EAMES, on behalf of themselves     :
     and all others similarly           :
 6   situated; TAMMY EAMES, on behalf:
     of themselves and all others       :
 7   similarly situated;                :
                                        :
 8             Plaintiffs,              :
                                        :
 9        v                             :
                                        :
10   NATIONWIDE MUTUAL INSURANCE        :
     COMPANY,                           :
11                                      :
            Defendant.                      NO. 04-1324 (KAJ)
12                             - - -

13                      Wilmington, Delaware
                 Tuesday, September 13, 2005 at 9:30 a.m.
14                      TELEPHONE CONFERENCE

15                             - - -

16   BEFORE:      HONORABLE KENT A. JORDAN, U.S.D.C.J.

17                             - - -
     APPEARANCES:
18

19        MURPHY, SPADARO & LANDON
          BY:  JOHN S. SPADARO, ESQ.
20
                    Counsel for Plaintiffs
21

22        SWARTZ CAMPBELL, LLC
          BY:  NICHOLAS E. SKILES, ESQ.
23
                    and
24

25                             Brian P. Gaffigan
                               Registered Merit Reporter
```

```
 1   level management documents are stored.  I'm not talking
 2   about e-mails that have been -- yes, I know that they're
 3   going to search e-mails from last week and they're going
 4   to limit it to people who are connected to Delaware.  That
 5   search is calculated to fail.  It has almost no chance of
 6   discovering the documents that we're looking for.
 7             THE COURT:  Now, stop.  I read that in your
 8   letter.  Then I read their response which said we're not
 9   limiting this geographically.  You said they're limiting to
10   people in Delaware.  They said expressly we're not doing
11   that.  Where is the disconnect?  How come you think they're
12   doing it when they said in correspondence back to you on
13   September 8th we're not doing that?  And I assume they'll
14   reiterate that on the call.  I don't know.  Mr. Cheyney, are
15   you limiting this?
16             MR. CHEYNEY:  No, Your Honor.
17             THE COURT:  Okay.  Mr. Spadaro, why do you
18   believe they're doing it when they say they're not going to
19   do it?
20             MR. SPADARO:  Well, Your Honor, if you look at
21   the list of custodians they have given us, 90 percent of
22   that list are agents, insurance agents.  And I recognize
23   the names:  Broadbent, Muncie, Deaton, Truitt.  These are
24   insurance agents that we subpoenaed in this case.  They're
25   Delaware insurance agents.  That's a list.  That list
```