# EXHIBIT K

00071306.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES, and TAMMY EAMES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 04-1324-KAJ |

### ORDER

At Wilmington this **6th** day of **June, 2005**,

Having considered defendant's unopposed motion to stay proceedings (D.I. 71),

IT IS HEREBY ORDERED that this matter is STAYED, in its entirety, pending final resolution by the United States Court of Appeals for the Third Circuit regarding plaintiffs' request for review of this Court's order of April 27, 2005 denying plaintiffs' motion to remand, as well as the Third Circuit's resolution of issues presented should the Third Circuit Court of Appeals exercise its discretion and consider plaintiff's proposed appeal.

UNITED STATES DISTRICT JUDGE