# EXHIBIT L

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 10, 2005
B-111

No. 05-8028

THOMAS A. EAMES, et. al.,
Petitioners

v.

NATIONWIDE MUTUAL INSURANCE COMPANY
(DED No. 04-cv-01324)

Present: RENDELL, FISHER and VAN ANTWERPEN, Circuit Judges

1.    Petition for Permission to Appeal Under 28 U.S.C. Section 1292(b)
      by Thomas A. Eames, Roberta L. Eames and Tammy Eames;

2.    Response by Nationwide Mutual Insurance Company to the Petition for
      Permission to Appeal.

Susan M. Acerba 267-299-4920
Case Manager

The Petition for Permission to Appeal under 28 U.S.C. § 1292(b) is DENIED.

By the Court,

Dated: July 7, 2005
SMA:CC:To: NES, JSS

/s/ Franklin S. Van Antwerpen
Circuit Judge