# EXHIBIT M

00071306.DOC

**NATIONWIDE INSURANCE**
Nationwide is on your side
HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OHIO 43216

POLICY NUMBER  5207A 733616

|  | COVERAGES | |
|---|---|---|
|  | VEH 1 | VEH 2 |
| COMPREHENSIVE | 100 $33.70 | 100 $29.80 |
| COLLISION | 250 $87.70 | 250 $84.50 |
| BODILY INJURY | 100/300 $150.30 | 100/300 $109.30 |
| PROPERTY DAMAGE | 50000 $49.70 | 50000 $36.20 |
| PERSONAL INJURY PROTECTION | FULL $45.30 | FULL $33.00 |
| LOSS OF USE | BROAD $10.00 | BROAD $10.00 |
| TOTAL PREMIUM: | $376.70 | $302.80 |

****************************************************************************
POLICY COVERAGE
  UNINSURED MOTORIST-BODILY INJURY         100/300              $77.20
  UNINSURED MOTORIST-PROPERTY DAMAGE        10,000            INCLUDED
****************************************************************************

  TERM PREMIUM:   $756.70         INSTALLMENT PREMIUM:  $379.35
  PAY PLAN: O   OCP/PDP NUMBER: 0000NEWOCP   AMOUNT COLLECTED:   $252.23