## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

  I, Nicholas E. Skiles, hereby certify that on this 1st day of February, 2006, two copies of Defendant's Response to Plaintiffs' Motion for the Adoption and Supplementation of the SDM's January 4, 2006 Report and Recommendation have been e-filed and sent first class mail, postage prepaid to:

      John S. Spadaro, Esquire
      Murphy Spadaro & Landon
      1011 Centre Road, Suite 210
      Wilmington, DE 19805

      SWARTZ CAMPBELL LLC

      */s/ Nicholas E. Skiles, Esquire*
      Nicholas E. Skiles, Esquire (I.D. 3777)
      Curtis P. Cheyney, III, Esquire
      300 Delaware Avenue, Suite 1130
      P.O. Box 330
      Wilmington, DE 19899
      (302) 656-5935
      Attorneys for Nationwide Mutual Insurance Co.