IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L.          )
EAMES, and TAMMY EAMES, on behalf    )
of themselves and all others similarly )
situated,                            )
                                     )
                Plaintiffs,          )
                                     )
        v.                           )        Civil Action No. 04-1324-KAJ
                                     )
NATIONWIDE MUTUAL INSURANCE          )
COMPANY,                             )
                                     )
                Defendant.           )

**ORDER**

WHEREAS, the Court appointed James W. Semple as Special Discovery Master

on September 26, 2005 (D.I. 106);

WHEREAS, defendant filed a motion for protective order on January 27, 2006

(D.I. 145); therefore,

IT IS HEREBY ORDERED that the motion is referred to the Special Master.

UNITED STATES DISTRICT JUDGE

February 2, 2006
Wilmington, Delaware