## MORRIS, JAMES, HITCHENS & WILLIAMS LLP
*Attorneys-at-Law*

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

James W. Semple
(302) 888-6870
jsemple@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

February 7, 2006

John S. Spadaro, Esquire
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Curtis P. Cheyney, III, Esquire
Swartz Campbell
1601 Market Street
Philadelphia, PA 19103

Nicholas E. Skiles, Esquire
Swartz Campbell LLC
919 Market Street
Wilmington, DE 19801

    Re:   Eames v. Nationwide
              C.A. No. 04-1324 KAJ

Gentlemen:

    This letter will confirm our telephone discussions regarding the outstanding matters before me, how they may be affected by the memorandum of opinion order, and how we shall proceed.

### Rule 30(b)(6) Deposition Issues

    Plaintiff shall pursue the Rule 30(b)(6) deposition, but the Defendant is unwilling to proceed. I suggested that when plaintiffs file an Amended Complaint, they also file a renewed Rule 30(b)(6) notice, and I encouraged the parties to agree with respect to the scheduling of that deposition. Plaintiff should send me a copy of any such notice; the defendant should send me a copy of any objections; and the parties should send me any additional filings the parties deem necessary.

### Protective Order to Maintain Confidentiality of Documents

    Defendant filed its Motion for a Protective Order and its Opening Memorandum pursuant to Local Rule 7.1.2. on January 27, 2006. The remaining briefing will be filed

John S. Spadaro, Esquire
Nicholas E. Skiles, Esquire
Curtis P. Cheyney, III, Esquire
February 7, 2006
Page 2

consistent with schedule set forth in that rule. Upon the filing of the Reply Brief, I shall contact counsel to schedule a hearing on the motion.

                                      Very truly yours,

                                      James W. Semple (#0396)

JWS/smg
cc:    The Honorable Kent A. Jordan
        Clerk, U.S. District Court

JWS/005106-0986/1346450/1