# EXHIBIT E

00071306.DOC

## John S. Spadaro

**From:** "Curtis P. Cheyney" <ccheyney@swartzcampbell.com>
**To:** "John S Spadaro" <jspadaro@msllaw.com>
**Sent:** Thursday, January 05, 2006 4:37 PM
**Subject:** Eames v. Nationwide

John,

We are responding to your earlier email. Tomorrow's production will not total nearly the number of pages referenced in your message. As we have expalined, the email search used extremely broad and no-specific terms such as "full", "PIP", "Personal Injury Protection", etc. Because these search terms were so broad and non-specific, the great majority of emails identified through the search were "false hits," or in other words, were not responsive and had nothing to do with the issues in the case.

Nationwide's exhaustive search did not locate documents specifically outlining or reflecting a genesis for the use of the word full as set forth in your question. However, the forms, communications and other documents identified relating to PIP and using the word full are being produced.

We will further respond to your remaining questions on or before next Thursday as you requested.

Curt

--------------------------------
Curtis P. Cheyney, III
Swartz Campbell LLC
1601 Market St Fl 34
Philadelphia PA 19103

(215) 299-4304 (voice)
(215) 299-4301 (facsimile)
ccheyney@swartzcampbell.com
http://www.swartzcampbell.com/

[illegible fine-print disclaimer]