# EXHIBIT A

00071306.DOC

 **INSURANCE** Nationwide is on your side

HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OHIO 43216

POLICY NUMBER  5207A 733616

|  | COVERAGES | |
|---|---|---|
|  | VEH 1 | VEH 2 |
| COMPREHENSIVE | 100 | 100 |
|  | $33.70 | $29.80 |
| COLLISION | 250 | 250 |
|  | $87.70 | $84.50 |
| BODILY INJURY | 100/300 | 100/300 |
|  | $150.30 | $109.30 |
| PROPERTY DAMAGE | 50000 | 50000 |
|  | $49.70 | $36.20 |
| PERSONAL INJURY PROTECTION | FULL | FULL |
|  | $45.30 | $33.00 |
| LOSS OF USE | BROAD | BROAD |
|  | $10.00 | $10.00 |
| TOTAL PREMIUM: | $376.70 | $302.80 |

```
************************************************************
POLICY COVERAGE
   UNINSURED MOTORIST-BODILY INJURY         100/300        $77.20
   UNINSURED MOTORIST-PROPERTY DAMAGE       10,000         INCLUDED
************************************************************

   TERM PREMIUM:   $756.70        INSTALLMENT PREMIUM:  $379.35
   PAY PLAN: O   OCP/PDP NUMBER: 0000NEWOCP  AMOUNT COLLECTED:   $252.23
```