# EXHIBIT B

00071306.DOC

OCT. 13. 2004 11:00AM   WILSON. HALBROOK@BAYARD   NO. 1207   P. 2

Claim # 5207A733616/02070301

```
A06      52A733616           VEHICLE SCREEN                          TODAY 02/08/0:
EAMES, THOMAS A                                      FROM 09/22/02    TO  03/22/0:
VEHICLE 2    ACTION                                  RATE    HI       ADDTL  COST
VT MY MAKE  SERIES    BODY STYLE    VEHICLE ID NUMBER  SYMBOL PER PI  AMOUNT  NEW
PP 92 FORD  TAURUS L  OT OTHER      1FALP50U7NA277289   13    13  N     0    NO

ENG           PASSIVE                       COMMUTE   ANNL              MLT SUB
SIZE DAMAGE   RESTRAINT                     USE  MILE/WK  MILE          CAR CLS
  N   NONE   AF AIR BAG F                    P              10           Y   00

RATED   BIRTH         MART      DRVR RES  YD GOOD     DEF  CAR  VEH          RATE
DRIVER  DATE     SEX  STAT      TYPE CHLD ADLT STDT   DRVR POOL TIER    SNR  FCTR
  1    08/10/56   F    M          P   Y   N    N      N    N            N    0.80

COVERAGES
COMP    100       25.70        INSD
COLL    250       65.30        APIP
PD      50000     49.60        LOU     25/800     12.00
BI      100/300   117.50       T&L
DB                              CB
UMBI    100/300   82.00        PE
UMPD    10000     INCL
PIP     FULL      35.50
                                       TOTAL     387.60

                                                 INQUIRE  V3 (CH TO CHANGE)
```

PIP adjuster
Charlotte Lewis
302-325-8959

1-2 Bus days
lisa P Pepper
645-8337

- Rental Coverage - if needed

Jeanesse.

Rich Foskey
Field Invest.
1-878-7667

Appraiser Nationwide Ins
Linda Howard
877-724-3202
cell-302-242-1063