# EXHIBIT C

Case 1:04-cv-01324-JJF-LPS   Document 158-4   Filed 02/10/2006   Page 1 of 2

00071306.DOC

## AUTO MEMORANDUM OF INSURANCE

POLICY NUMBER: 52A733616  
POLICY HOLDER: THOMAS A &/OR ROBERTA L EAMES

POLICY EFF DATE: 03/22/0  
POLICY EXP DATE: 09/22/0

### IMPORTANT NOTICE

THIS MEMORANDUM OF INSURANCE PROVIDES BASIC INFORMATION REGARDING COVERAGE AND INTERESTS PROTECTED BY YOUR POLICY AS OF 06/17/03.

### NATIONWIDE MUTUAL INSURANCE COMPANY (23787)

VEHICLE #1  
1999 FORD EXPLORER  
1FMZU34EXXZA79505

| | |
|---|---|
| COMPREHENSIVE | 100 |
| COLLISION | 250 |
| PROPERTY DAMAGE | 50000 |
| BODILY INJURY | 100/300 |
| PERSONAL INJURY PROTECTION | FULL |
| POLICY COVERAGE | |
|    UNINSURED MOTORIST--BODILY INJURY | 100/300 |
|    UNINSURED MOTORIST--PROPERTY DAMAGE | 10000 |

THIRD PARTY: LIENHOLDER  
WILMINGTON TRUST CO  
INSURANCE SERV CNTR  
PO BOX 9289  
RICHMOND, VA 23227-0289  
LIEN EXP DATE: 04/15/2008

Culver Insurance Agency  
517 Bridgeville Road  
Seaford, DE 19973  
PHONE (302) 629-2510

6667    DATE

THOMAS A &/OR ROBERTA L EAMES  
14908 CONCORD ROAD  
SEAFORD, DE 19973-8293