IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, </br></br>    Plaintiffs, </br></br> v. </br></br> NATIONWIDE MUTUAL INSURANCE COMPANY, </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 04-CV-1324KAJ

### EAMES PLAINTIFFS' NOTICE OF DEPOSITION OF NATIONWIDE MUTUAL INSURANCE COMPANY

To:   Nicholas E. Skiles, Esq.
      Swartz Campbell LLC
      300 Delaware Avenue, Suite 1130
      P.O. Box 330
      Wilmington, DE 19899

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), counsel for plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames will take the deposition(s) on oral examination of the defendant Nationwide Mutual Insurance Company by one or more persons who consent to testify on its behalf with respect to matters known or reasonably available to it, as set forth in the accompanying Appendix (titled "Appendix: Matters for Examination"). The deposition(s) will proceed at the offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805, beginning at 10:00 a.m. on March 1, 2006, and continuing from day to day, during normal business hours, until completed.

A designee's testimony in response to this notice shall not limit the Eames plaintiffs' right to seek further testimony from the same person at a later date, pursuant to Federal Rule of Civil

127885

Procedure 30(b)(1); nor shall the conduct of any examination hereunder prejudice the Eames plaintiffs' right to additional testimony under Rule 30(b)(6) in any later phase of discovery.

    Respectfully submitted,

    MURPHY SPADARO & LANDON

    /s/ John S. Spadaro
    John S. Spadaro, No. 3155
    1011 Centre Road, Suite 210
    Wilmington, DE 19805
    (302)472-8100

    Attorneys for plaintiffs
    Thomas A. Eames, Roberta L. Eames and Tammy
    Eames (on behalf of themselves and all others
February 14, 2006    similarly situated)

127885    2

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

         MURPHY SPADARO & LANDON

         /s/ John S. Spadaro
         John S. Spadaro, No. 3155
         1011 Centre Road, Suite 210
         Wilmington, DE 19805
         (302) 472-8100

         Attorneys for plaintiffs
         Thomas A. Eames, Roberta L. Eames and
February 14, 2006          Tammy Eames (on behalf of themselves and
         all others similarly situated)

128834