# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

202.472.8101
jspadaro@msllaw.com

February 14, 2006

**BY HAND DELIVERY, E-MAIL AND ELECTRONIC FILING**
James W. Semple, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

> **RE: Eames v. Nationwide Mut. Ins. Co.**
> **C.A. No.: 04-CV-1324KAJ**

Dear Master Semple:

Consistent with the parties' February 3, 2006 teleconference with Your Honor, and with the terms of Your Honor's February 7, 2006 letter, the Eames plaintiffs today filed and served their renewed Rule 30(b)(6) deposition notice. A copy of the renewed notice is enclosed.

The renewed notice is identical in substance to the prior notice, the only changes being in the document's date and the date noticed for the deposition. The latter date, March 1, 2006, is a placeholder only; we will work with Nationwide toward a mutually convenient date.

Respectfully,

/s/ John S. Spadaro

John S. Spadaro

JSS/slr
Encl.
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)

128846

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899


MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and
Tammy Eames (on behalf of themselves and
all others similarly situated)

February 14, 2006

128834