# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 04-CV-1324-KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Nicholas E. Skiles, hereby certify that on this 16th day of February, 2006, two copies of Defendant's Reply in Support of Motion for Protective Order have been e-filed and sent first class mail, postage prepaid to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

SWARTZ CAMPBELL LLC

_/s/Nicholas E. Skiles, Esquire_
Nicholas E. Skiles, Esquire (I.D. 3777)
Curtis P. Cheyney, III, Esquire
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
Attorneys for Nationwide Mutual Insurance Co.
(302) 656-5935