# EXHIBIT B INTENTIONALLY LEFT BLANK TO PRESERVE CONFIDENTIALITY