# EXHIBIT C INTENTIONALLY LEFT BLANK TO PRESERVE CONFIDENTIALITY