# EXHIBIT D

**CONFIDENTIAL - *Eames v. Nationwide***

From: CN=Debra Hamilton/OU=HAMILD10/OU=Nationwide/O=NWIE
Date: Sent: 1/26/2004 12:34:00 PM (Eastern Time)
To: DE Agents;DE Agents-Associates;DE Agents-Staff
CC: MD Agents;MD Agents-Associates;MD Agents-Staff;CN=Curtis L Canty/OU=Nationwide/O=NWIE@NWIE;CN=Jeffrey B Rogers/OU=Nationwide/O=NWIE@NWIE;CN=Carol A Bell/OU=Nationwide/O=NWIE@NWIE;CN=Susan C King/OU=Nationwide/O=NWIE@NWIE;CN=Michael G Quinlan/OU=Nationwide/O=NWIE@NWIE
BCC:
Subject: New NSA DE Motorist Protection Act form - EFFECTIVE 2/27/04
Attachments: V8120.pdf


Good morning,
We have received approval from the Delaware DOI on a new version of the DE Motorist Protection Act form for Nonstandard Auto. This form (V8120) will be effective February 27th, for Nationwide Assurance in Delaware. Attached below is a PDF file of this new form which you can print, or you may order this form from AOA beginning today for use on February 27th.

A 1st Priority Briefing will be posted on February 24th explaining the details of the rate change effective February 27th.
Thank you,
Debra

NW000341