# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONWIDE MUTUAL INSURANCE COMPANY, )<br>)<br>)<br>Defendant. ) | C.A. No. 04-CV-1324KAJ |

## CERTIFICATION OF JOHN S. SPADARO

John S. Spadaro, certifies, under penalty of perjury, as follows:

1. I am an attorney admitted to the Bar of the Delaware Supreme Court and to the United States District Court in and for the District of Delaware, and a member of the firm of Murphy Spadaro & Landon. I make this certification on personal knowledge, and in support of the Eames Plaintiffs' Opposition to Nationwide's Motion for Protective Order herein.

2. Murphy Spadaro & Landon previously prosecuted against Nationwide the case of Phillips v. Nationwide Mut. Ins. Co., C.A. No. 97C-02-050VAB (Del. Super. Ct.). In 1999 the Phillips was settled pursuant to a confidentiality agreement.

3. In August 2000, after Nationwide violated the Phillips confidentiality agreement by making certain protected facts public, Murphy Spadaro & Landon commenced an arbitration proceeding seeking a declaration that Nationwide's breach constituted a waiver of the confidentiality agreement's terms. The arbitrator, Stephen W. Armstrong of the Montgomery, McCracken law firm in Philadelphia, ultimately found a partial waiver by virtue of Nationwide's breach.

128652

4. In June 2000, a few months before the <u>Phillips</u>-related arbitration proceeding commenced, Murphy Spadaro & Landon filed another lawsuit against Nationwide, <u>Crowhorn v. Nationwide Mut. Ins. Co.</u>, C.A. No. 00C-06-010WLW (Del. Super. Ct.). <u>Crowhorn</u> was a PIP-related class action arising from several alleged claims-handling practices, including most notably the late payment of covered PIP claims in violation of 21 <u>Del. C.</u> §2118B. <u>Crowhorn</u> ultimately settled, with the Court's approval, for $5 million.

5. In or about September 2000 Nationwide asserted a counterclaim in the <u>Phillips</u>-related arbitration alleging that, by framing the complaint in <u>Crowhorn</u>, Murphy Spadaro & Landon had committed its own breach of the <u>Phillips</u> confidentiality agreement. Nationwide asserted this counterclaim against Murphy Spadaro & Landon, attorney John Spadaro and attorney Roger Landon on a joint-and-several basis, seeking recovery of $1.3 million. Nationwide pressed its counterclaim against attorneys Spadaro and Landon individually despite the fact that neither was a party to the <u>Phillips</u> agreement.

6. It took nine months to litigate Nationwide's $1.3 million counterclaim to conclusion. In May 2001 arbitrator Stephen W. Armstrong found that Murphy Spadaro & Landon had committed no confidentiality violations whatever. Nationwide's counterclaim was thus defeated.

7. The cost to Murphy Spadaro & Landon of defending Nationwide's counterclaim in the <u>Phillips</u>-related arbitration (including attorney and paralegal time, arbitration fees and other costs) totaled $59,768.83.

*/s/ John S. Spadaro*
John S. Spadaro

February 9, 2006

128652                                         2