# EXHIBIT B

## John S. Spadaro

2/21/2006

**From:** "Curtis P. Cheyney" <ccheyney@swartzcampbell.com>
**To:** "John S. Spadaro" <jspadaro@msllaw.com>
**Sent:** Monday, February 20, 2006 1:53 PM
**Subject:** RE: Eames v. Nationwide; revised deposition notice

John, please be advised by this note that Nation Mutual Insurance will file a timely motion To Dismiss the Amended Class Action Complaint and A Motion To Stay Discovery; accordingly, the proposed deposition dates will abide the resolution of the Motions. Thank you for your courtesies. Curt

**From:** John S. Spadaro [mailto:jspadaro@msllaw.com]
**Sent:** Tuesday, February 14, 2006 1:01 PM
**To:** Curtis P. Cheyney
**Cc:** Nicholas E. Skiles; jmarino@fowlerwhite.com
**Subject:** Eames v. Nationwide; revised deposition notice

Curt:

We today renoticed Nationwide's 30(b)(6) deposition. The date specified in the notice is March 1, but that date is a placeholder and does not reflect any intention on our part to unilaterally impose any date.

Please let me know if March 1 is workable for Nationwide's designees. If not, we could also accommodate March 2, 10 and 14. John