IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated,<br><br>　　　　Plaintiffs<br>　v.<br><br>Nationwide Mutual Insurance Company,<br><br>　　　　Defendant | CIVIL ACTION NO.  04-1324-KAJ |

**<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT</u>**

　　　　Defendant, Nationwide Mutual Insurance Company ("Nationwide"), pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure, moves to dismiss Plaintiffs' Amended Complaint with prejudice for the following reasons:

　　　　1.　　Plaintiffs fail to plead fraud with the required, Court-ordered particularity;

　　　　2.　　Plaintiffs fail to plead harm as required by the Court;

　　　　3.　　Plaintiffs' attempted claims are barred by the statute of limitations;

　　　　4.　　Plaintiffs fail to state a claim for civil conspiracy; and

　　　　5.　　Plaintiff Tammy Eames (who is not a policyholder) has no standing.

　　　　The grounds and support for this Motion are set forth in Nationwide's Memorandum in Support of this Motion to Dismiss Plaintiffs' Amended Complaint ("Nationwide's Supporting

2

Memorandum"). Nationwide's Supporting Memorandum has been filed together with, and is incorporated as part of, this Motion.

Respectfully submitted,

SWARTZ CAMPBELL LLC

*/s/Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
Curtis P. Cheyney, III, Esquire
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
Attorneys for Nationwide Mutual Insurance Co.
(302) 656-5935

2