# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100                    302.472.8101

FAX 302.472.8135

jspadaro@msllaw.com

March 8, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

> **RE: Eames v. Nationwide Mut. Ins. Co.**
> **C.A. No.: 04-CV-1324KAJ**

Dear Judge Jordan:

The parties have reached an agreement regarding certain matters addressed by the Special Discovery Master's February 28, 2006 Order. That agreement is reflected in the parties' Stipulation and Order Regarding the SDM's February 28, 2006 Award of Expenses. A copy of this Stipulation and Order is enclosed for the Court's review and approval.

The parties are available to address any questions regarding their proposed Stipulation and Order.

Respectfully,

/s/ John S. Spadaro

John S. Spadaro

JSS/slr
Encl.
cc:  Special Discovery Master James W. Semple, Esq. (by electronic filing and hand delivery)
     Curtis P. Cheyney, III, Esq. (by electronic filing)

129548

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L. EAMES )
and TAMMY EAMES, on behalf of )
themselves and all others )
similarly situated, )
                               )
                Plaintiffs, )    C.A. No. 04-CV-1324KAJ
                               )
v. )
                               )
NATIONWIDE MUTUAL INSURANCE )
COMPANY, )
                               )
                Defendant. )

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899


MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and
March 8, 2006                                     Tammy Eames (on behalf of themselves and
                                            all others similarly situated)