IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated,<br><br>  Plaintiffs<br>  v.<br><br>Nationwide Mutual Insurance Company,<br><br>  Defendant | CIVIL ACTION<br><br><br><br><br>NO. 04-1324 |

**CERTIFICATE OF SERVICE**

I, Nicholas E. Skiles, hereby certify that on this 9th day of March 2006, two copies of Defendant Nationwide's Reply to Plaintiffs Answering Brief to Motion to Dismiss have been sent first class mail, postage prepaid to:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 300
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant Nationwide
Mutual Insurance Co.