# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

202.472.8101

jspadaro@msllaw.com

March 13, 2006

**BY ELECTRONIC FILING**
Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      RE: **Eames v. Nationwide Mut. Ins. Co.**
      C.A. No.: 04-CV-1324KAJ

Dear Dr. Dalleo:

      I am writing to clarify the state of the docket as it relates to the Court's January 10, 2006 Order (D.I. 138).

      The January 10, 2006 Order provided for the filing of any objection to or motion for adoption of the Special Discovery Master's January 4, 2006 Report and Recommendation by January 24, 2006. Responses to any such objection or motion were to be filed by February 1, 2006; and replies were to be filed by February 8, 2006.

      The Eames plaintiffs filed a motion for the adoption of the SDM's January 4, 2006 Report on January 24, 2006 (D.I. 142). Nationwide filed its answering brief on February 1, 2006 (D.I. 148); and the Eames plaintiffs filed their reply brief on February 7, 2006 (D.I. 155).

      In addition, Nationwide filed its objection to the SDM's January 4 Report on January 24, 2006 (D.I. 143). The Eames plaintiffs filed their answering brief to Nationwide's objection on February 1, 2006 (D.I. 147).

      However, Nationwide never filed any reply brief in support of its objection. Nor has Nationwide ever sought or secured any extension of the Court's February 8, 2006 deadline for the filing of such replies. We believe, therefore, that briefing on both motions -- both the Eames plaintiffs' motion for the adoption of the SDM's January 4 Report, and Nationwide's objection to the same -- has closed.

129747

Dr. Peter T. Dalleo
March 13, 2006
Page 2

---

      It occurred to us that Nationwide's failure to file a reply might leave the Clerk's office with the mistaken impression that briefing remained open; and that as a result, the transmission of the motion papers to Judge Jordan might be delayed. If any confusion existed, we hope this clarification proved helpful.

                              Respectfully,

                              /s/ John S. Spadaro

                              John S. Spadaro

JSS/slr
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)

129747

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

                                                          MURPHY SPADARO & LANDON

                                                          /s/ John S. Spadaro
                                                          John S. Spadaro, No. 3155
                                                          1011 Centre Road, Suite 210
                                                          Wilmington, DE 19805
                                                           (302) 472-8100

                                                           Attorneys for plaintiffs
                                                           Thomas A. Eames, Roberta L. Eames and
                                                           Tammy Eames (on behalf of themselves and
March 13, 2006                                      all others similarly situated)

129402