IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER AMENDING FEBRUARY 28, 2006**
**ORDER OF SPECIAL DISCOVERY MASTER**

Item no. 3 from the February 28, 2006 Order of Special Discovery Master (D.I. 169) is hereby amended as follows:

3. The Rule 30(b)(6) deposition of Nationwide shall be completed on April 11, 2006.

_____
James W. Semple, Esq. (#396)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302)888-6800

Special Discovery Master

March 13, 2006

129745