# EXHIBIT I

00071306.DOC

# MORGAN SHELSBY & LEONI

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DC, DE)

OF COUNSEL
MICHAEL C. ROSENDORF (MD, DC, DE, MN)

OFFICE ALSO IN HUNT VALLEY, MD

A PROFESSIONAL ASSOCIATION

SUITE 206
131 CONTINENTAL DRIVE
NEWARK, DELAWARE 19713
302-454-7430
FACSIMILE 302-454-7437

MICHAEL J. LOGULLO (DE)
ROBIN E. HAUPTMANN (MD, DC)
MARISA FERRARO CAPONE (MD)

JOSEPH Y. BRATTAN, III (1933-1999)

April 26, 2005

*Via Fax 472-8135 & Mail*
John S. Spadaro, Esquire
*MURPHY SPADARO & LANDON*
1011 Centre Road
Suite 210
Wilmington, DE 19805

Re:   Eames v. Nationwide
      C.A. No. 04-CV-1324 KAJ

Dear John:

As you know, I represent the Hoban, Deaton, Broadbent and Truitt agencies in reference to the subpoenas which you issued. I am enclosing the documents which I believe are the only documents responsive to your subpoenas. These are form documents which are duplicated many times in the client files of the agencies. We objected to production of the actual documents in the client files because those documents are confidential trade secrets and not relevant to the litigation, as I understand it. In addition, it would be very burdensome and expensive for the deponents, and would be an exercise in futility because the same forms were used for the clients, and we would be producing redacted copies of those forms.

Please call me with any questions.

Sincerely,

Robert J. Leoni

RJL:bd
cc:   Curtis Cheyney, Esquire (*via fax 215 299-4301 & Mail*)



Home Office,
One Nationwide Plaza
Columbus, OH 43215-2220

AUTOMOBILE INSURANCE APPLICATION

COMPANY: NATIONWIDE PROPERTY & CASUALTY CO.

POLICY NUMBER:                        COUNTY: 001  TERRITORY:
POLICY EFFECTIVE DATE:                POLICY EXPIRATION DATE:

NAME: DEBRA
HOME PHONE:  302-          WORK PHONE:  302-

ADDRESS:                              PRIOR         NONE
                                      ADDRESS:
    DOVER
    ST: DE ZIP:

                                      PREVIOUS INSURER:

                                      PREVIOUS POLICY NUMBERS:


NAME              DRIVER'S LICENSE      MAR   BIRTH   SEX EXP  DR         SSN
                  ST NUMBER                   DATE             TYP
                  DE

CHILDREN NOT YET OF DRIVING AGE:


                         ACCIDENTS
HAS ANY DRIVER IN THE HOUSEHOLD HAD ANY ACCIDENTS DURING THE PAST 3 YEARS?

                         VIOLATIONS
HAS ANY DRIVER IN THE HOUSEHOLD HAD ANY VIOLATIONS DURING THE PAST 3 YEARS
FOR WHICH THERE WAS A CONVICTION OR FORFEITURE OF BAIL FOR ANY MOTOR VEH
OFFENSE (3 YEARS FOR ALCOHOL/DRUG RELATED VIOLATIONS SUCH AS DWI, DUI)?

                    PRIOR COMPREHENSIVE CLAIMS
HAS ANY MEMBER IN THE HOUSEHOLD SUBMITTED CLAIMS TO AN INSURER IN THE PAST
5 YEARS FOR ANY INCIDENTS OTHER THAN ACCIDENTS (SUCH AS THEFT, HAIL,
VANDALISM, CRACKED WINDSHIELD, T&L)?          NUMBER OF THESE CLAIMS:

                         GENERAL INFORMATION
1. DOES ANY DRIVER HAVE A PHYSICAL OR EMOTIONAL IMPAIRMENT THAT
   WOULD DIMINISH HIS OR HER ABILITY TO DRIVE?
2. DOES ANY DRIVER HAVE A LICENSE RESTRICTION OTHER THAN GLASSES?
3. HAS ANY DRIVER BEEN CONVICTED OF A CRIMINAL OFFENSE?
4. HAVE YOU OR ANY MEMBER OF YOUR HOUSEHOLD FILED BANKRUPTCY
   OR HAD REPOSSESSIONS OR JUDGMENTS IN PAST 5 YEARS?
5. HAVE YOU BEEN A RESIDENT OF YOUR COMMUNITY LESS THAN 2 YEARS?
6. IS UNMARRIED OWNER OR PRINCIPAL DRIVER UNDER AGE 25?
   PARENTS POLICY NUMBERS:



Home Office:
One Nationwide Plaza
Columbus, OH 43215-2220

POLICY NUMBER

EMPLOYMENT HISTORY OF PRINCIPAL WAGE EARNER
DATES | COMPANY | OCCUPATION

VEHICLE INFORMATION

| MY | MAKE | SERIES | VIN | VT | RATE SYMBOL | ADDTL AMT | DMG | PR | HP | BODY STYLE |

CLASSIFICATION INFORMATION

| USE | WEEKLY COMMUTE | DRIVER CLASS | BIRTH DATE | HC | LT | GS | CP | MC | DD | ANN MILE | SUB CLASS |

Home Office:
One Nationwide Plaza
Columbus, OH 43215-2220

POLICY NUMBER   52E066619

COVERAGES
VEH 1

BODILY INJURY               50/100

PROPERTY DAMAGE             50000

PERSONAL INJURY PROTECTION  FULL

ADDL. PERS. INJ. PROTECTION 35/70

TOWING & LABOR

        TOTAL PREMIUM:      _____

******************************************************************************
POLICY COVERAGE


******************************************************************************

    TERM PREMIUM:                    INSTALLMENT PREMIUM:
    PAY PLAN:                            AMOUNT COLLECTED: _____



Home Office:
One Nationwide Plaza
Columbus, OH 43215-2220

POLICY NUMBER

## CLOSING STATEMENT

I HAVE RECEIVED AND READ A COPY OF THE 'NATIONWIDE INSURANCE PRIVACY STATEMENT'. BY SUBMITTING THIS APPLICATION, I AM APPLYING FOR ISSUANCE OF A POLICY OF INSURANCE AND, AT ITS EXPIRATION, FOR APPROPRIATE RENEWAL POLICIES ISSUED BY NATIONWIDE MUTUAL INSURANCE COMPANY AND/OR OTHER MEMBERS OF THE NATIONWIDE GROUP OF INSURANCE COMPANIES. I UNDERSTAND AND AGREE THAT ANY INFORMATION ABOUT ME THAT IS CONTAINED IN, OR THAT IS OBTAINED IN CONNECTION WITH, THIS APPLICATION OR ANY POLICY ISSUED TO ME MAY BE USED BY ANY COMPANY WITHIN THE NATIONWIDE GROUP TO ISSUE, REVIEW, AND RENEW THE INSURANCE FOR WHICH I AM APPLYING.

I AGREE THAT IF MY PREMIUM REMITTANCE IS NOT HONORED BY THE BANK, NO COVERAGE WILL BE BOUND. I ALSO UNDERSTAND THAT MISREPRESENTATION OF INFORMATION ON THIS APPLICATION COULD VOID SOME OR ALL OF MY COVERAGES.

I have read and signed the Delaware Motorist Protection Act form, required by Delaware statute and have selected the coverage and limits requested hereon.

APPLICANT'S SIGNATURE            DATE     AGENT:                                      DATE



Home Office:
One Nationwide Plaza
Columbus, OH 43215-2220

# AUTO MEMORANDUM OF INSURANCE

POLICY NUMBER:  
POLICY HOLDER:

POLICY EFF DATE:  
POLICY EXP DATE:

---

IMPORTANT NOTICE

THIS MEMORANDUM OF INSURANCE PROVIDES BASIC INFORMATION REGARDING COVERAGE AND INTERESTS PROTECTED BY YOUR POLICY AS OF

---

### NATIONWIDE GENERAL INSURANCE COMPANY    (23760)

4F2CZ04155KM05465

| | |
|---|---|
| COMPREHENSIVE | ACV/OEM |
| COLLISION | 500/OEM |
| LIABILITY | 300000 |
| PERSONAL INJURY PROTECTION | FULL |
| ADDITIONAL PERSONAL INJURY PROTECTION | 85/270 |
| LOSS OF USE | 40/1100 |
| TOWING AND LABOR | T&L |
| POLICY COVERAGE | |
|    UNINSURED MOTORIST | 300000    PD SUBJECT TO 250 DED |

THIRD PARTY: LIENHOLDER

11943                DATE

**DELAWARE MOTORISTS' PROTECTION ACT**
**Required Statement to Policyholders**

NATIONWIDE INSURANCE COMPANIES
Home Office: Columbus, Ohio

The owner of a motor vehicle registered in the State of Delaware is required to purchase at least the following minimum insurance coverages and limits of liability under the Delaware Motorists' Protection Act:
- Bodily Injury Liability: ($15,000 each person; $30,000 each accident)
- Personal Injury Protection: ($15,000 each person; $30,000 each accident)
- Property Damage Liability: ($10,000 each accident)
- Damage to Property Other Than a Motor Vehicle: ($10,000 included if Property Damage written)

Insured_____ Policy Number_____ Co. Nationwide Mutual Fire Insurance Company of _NATIONWIDE INSURANCE_

Eff:_____ Vehicle(s)_____

| A. COVERAGES | B. OPTIONS — YOU MUST SELECT LIMITS AND COVERAGES DESIRED | C. SELECTION |
|---|---|---|
| 1. BODILY INJURY LIABILITY (Compulsory) | I WANT: 1. Limits as shown in Column C ☐  2. Minimum Limits ☒ | Bodily Injury Limits — Each Person $15,000  Each Accident $30,000 |
| 2. PROPERTY DAMAGE LIABILITY (Compulsory) | I WANT: 1. Limits as shown in Column C ☐  2. Minimum Limits ☒ | Property Damage Limits $10,000 |
| 3. NO FAULT (Compulsory) (Additional Personal Injury Protection available by selecting higher limits) | I WANT: 1. Additional Limits as shown in Column C  2. Minimum Limits ☐  3. Full Coverage with no Deductible  4. Deductible Applicable to Named Insured only ☐  5. Deductible Applicable to Named Insured and Members of his household ☐  6. (Motorcycle Risks Only) Restricted Coverage - Excludes off the highway accidents and accidents when no other motor vehicle is involved ☐ | Add'l Pers. Inj. Protection Limits — Each Person ___ Each Accident ___  Yes ___ No ___  DEDUCTIBLE  ☐ $250  ☐ $500  ☐ $1,000  ☐ $___  ☐ $250  ☐ $500  ☐ $1,000  ☐ $___ |
| 4. PHYSICAL DAMAGE | I WANT: 1. Collision → To Reject This Coverage Entirely ☐  2. Comprehensive → To Reject This Coverage Entirely ☐ | DEDUCTIBLE  Collision $___  Comprehensive $___ |
| 5. LOSS OF USE COVERAGE (Optional) | $ 30 per day, $ 600 Max. Available only with Comprehensive and/or Collision | Yes X  No ___ |
| 6. UNINSURED/UNDERINSURED VEHICLE COVERAGE* (Optional)(Available in limits up to the Bodily Injury Liability limits) | I WANT: 1. Minimum Limits ($15,000/$30,000) ☒  2. Bodily Injury Liability Policy Limit ☐  3. Other – Specify in Column C ☐  4. To reject this coverage entirely ☐ | LIMITS  Each Person $___  Each Accident $___ |

*Uninsured/Underinsured Motorist Coverage is not mandatory, but it is required that the coverage be offered to all policyholders. This coverage is designed to pay damages for injuries that could be received in accidents caused by drivers of uninsured and underinsured vehicles. This includes $10,000 Property Damage Coverage, which applies only to accidents with uninsured vehicles and is subject to a $250 deductible.

6a. UNINSURED/UNDERINSURED VEHICLE COVERAGE (Maximum available limits)
I have been informed that I can purchase Uninsured/Underinsured Motor Vehicle Coverage limits up to __15/30__ at a semi-annual cost of _____.

I understand my policy will be issued to reflect the options I have chosen with respect to the coverages shown under Column A above.
I further understand and agree that my selection of the Uninsured/Underinsured Motor Vehicle Coverage option, as shown above, shall be applicable to all vehicles described on this policy of insurance, on all future renewals of the policy, on future policies issued me because of a change of vehicle or coverage or because of an interruption of coverage, unless I subsequently request a change of such coverage in writing.

Signature of Named Insured_____ Date_____
Agent's Name _Glenn Deaton Agency, I_____

*It is not the intent of this statement to limit or discourage the purchase of increased limits of liability and personal injury protection coverages, or other additional coverages which may be available from the company.*

**TO BE SIGNED BY NON-STANDARD POLICYHOLDERS**
My agent has informed me that I am considered a non-standard driver and has notified me of the availability of the Delaware Automobile ("Assigned Risk") Insurance Plan, which provides less expensive automobile insurance for some drivers.

Signature of Named Insured: _____

V-8120

# DELAWARE MOTORISTS' PROTECTION ACT
## Required Statement to Policyholders

NATIONWIDE INSURANCE COMPANIES
Home Office: Columbus, Ohio

The owner of a motor vehicle registered in the State of Delaware is required to purchase at least the following minimum insurance coverages and limits of liability under the Delaware Motorists' Protection Act:

- Bodily Injury Liability: ($15,000 each person; $30,000 each accident)
- Personal Injury Protection: ($15,000 each person; $30,000 each accident)
- Property Damage Liability: ($10,000 each accident)
- Damage to Property Other Than a Motor Vehicle: ($10,000 included if Property Damage written)

Insured _____  Policy Number _____  Co. _Nationwide Mutual or Nationwide Property and Casualty_

Eff: _____  Vehicle(s): _____

| A. COVERAGES | B. OPTIONS — YOU MUST SELECT LIMITS AND COVERAGE DESIRED | C. SELECTION |
|---|---|---|
| 1. BODILY INJURY LIABILITY (Compulsory) | I WANT: <br> 1. Limits as shown in Column C → <br> 2. Minimum Limits ☐ | Bodily Injury Limits <br> Each Person   Each Accident <br> $_____,000   $_____,000 |
| 2. PROPERTY DAMAGE LIABILITY (Compulsory) | I WANT: <br> 1. Limits as shown in Column C → <br> 2. Minimum Limits ☐ | Property Damage Limits <br> $_____,000 |
| 3. NO FAULT (Compulsory) (Additional Personal Injury Protection available by selecting higher limits) | I WANT: <br> 1. Additional Limits as shown in Column C → <br> 2. Minimum Limits ☐ | Personal Injury Protection Limits <br> Each Person   Each Accident <br> $_____,000   $_____,000 |
| | 3. Full Coverage with no Deductible | Yes _____   No _____ |
| | 4. Deductible Applicable to Named Insured only ☐ | DEDUCTIBLE |
| | 5. Deductible Applicable to Named Insured and Members of his household ☐ | ☐ $250   ☐ $500 <br> ☐ $1,000   ☐ $_____ |
| | 6. (Motorcycle Risks Only) Restricted Coverage — Excludes off the highway accidents and accidents when no other motor vehicle is involved ☐ | ☐ $250   ☐ $500 <br> ☐ $1,000   ☐ $_____ |
| 4. PHYSICAL DAMAGE | I WANT: <br> 1. Collision → <br>    To Reject This Coverage Entirely ☐ <br> 2. Comprehensive → <br>    To Reject This Coverage Entirely ☐ | DEDUCTIBLE <br> Collision $ _____ <br><br> Comprehensive $ _____ |
| 5. LOSS OF USE COVERAGE (Optional) | $_____ per day, $_____ Max. <br> Available only with Comprehensive and/or Collision | Yes _____   No _____ |
| 6. UNINSURED/UNDERINSURED VEHICLE COVERAGE* (Optional) (Available in limits up to the Bodily Injury Liability Limits) | I WANT <br> 1. Minimum Limits ($15,000/$30,000) ☐ <br> 2. Bodily Injury Liability Policy Limit ☐ <br> 3. Other — Specify in Column C ☐ <br> 4. To reject this coverage entirely ☐ | LIMITS <br> Each Person $ _____ <br><br> Each Accident $ _____ |

*Uninsured/Underinsured Motorist Coverage is not mandatory, but it is required that the coverage be offered to all policyholders. This coverage is designed to pay damages for injuries that could be received in accidents caused by drivers of uninsured and underinsured vehicles. This includes $10,000 Property Damage Coverage, which applies only to accidents with uninsured vehicles and is subject to a $250 deductible.

(Over)

6a. **UNINSURED/UNDERINSURED VEHICLE COVERAGE**
(Maximum available limits)

I have been informed that I can purchase Uninsured/Underinsured Vehicle Coverage limits up to _____ at a semi-annual cost of _____.

I understand my policy will be issued to reflect the options I have chosen with respect to the coverages shown under Column A above.

I further understand and agree that my selection of the Uninsured/Underinsured Motor Vehicle Coverage option, as shown above, shall be applicable to all vehicles described on this policy of insurance, on all future renewals of the policy, on future policies issued me because of a change of vehicle or coverage or because of an interruption of coverage, unless I subsequently request a change of such coverage in writing.

Signature of Named Insured_____ Date _____

Agent's Name _____

*It is not the intent of this statement to limit or discourage the purchase of increased limits of liability and personal injury protection coverages, or other additional coverages which may be available from the company.*

Auto 7248-E (6-97)