# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

202.472.8101
jspadaro@msllaw.com

March 20, 2006

**BY HAND DELIVERY AND ELECTRONIC FILING**
James W. Semple, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

      **RE: Eames v. Nationwide Mut. Ins. Co.**
           **C.A. No.: 04-CV-1324KAJ**

Dear Master Semple:

      On Friday, March 17, 2006 we filed the Eames Plaintiffs' Motion to Compel Responses to Plaintiffs' First Set of Interrogatories. A courtesy copy of the motion is enclosed. We propose that it be briefed according to the timetable set forth in D. Del. LR 7.1.2(a) (requiring the filing of Nationwide's opposition in ten business days, and a reply filing five business days after the filing of the opposition). I hope this is acceptable to the SDM and Nationwide.

      I will be away from the office for several days on vacation with my family; but in my absence, the SDM and Nationwide may communicate with my associate, Philip Edwards, and my legal secretary, Susan Robinson. Their contact information is as follows:

           Philip T. Edwards, Esq.
           (302)472-8102
           pedwards@msllaw.com

           Susan L. Robinson, Legal Secretary
           (302)472-8116
           srobinson@msllaw.com

      While on vacation, I can also be reached at my cell phone number, (610)283-4727.

130023

James W. Semple, Esq.
March 20, 2006
Page 2

---

       I am available to address any questions regarding the Eames plaintiffs' motion.

       Respectfully,

       /s/ John S. Spadaro

       John S. Spadaro

JSS/slr
Encl.
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)
    Philip T. Edwards, Esq.

130023

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and
Tammy Eames (on behalf of themselves and
all others similarly situated)

March 20, 2006

129402