# Murphy Spadaro & Landon

### ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101
jspadaro@msllaw.com

April 4, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

    **RE: Eames v. Nationwide Mut. Ins. Co.**
    **C.A. No.:  04-CV-1324KAJ**

Dear Judge Jordan:

    At the November 8, 2005 hearing on Nationwide's motion to dismiss, the Court ordered the parties to confer regarding new deadlines for discovery and briefing on class certification issues. My letter to the Court of January 23, 2006 set forth the parties' agreement in that regard. Under that agreement, class certification discovery will close on April 28, 2006, and briefing will begin on May 8, 2006. Thus, there are just twenty-four days remaining before the close of class certification discovery.

    As the Court is aware, the SDM issued his Report and Recommendations regarding the Eames Plaintiffs' Motion to Compel Documents Responsive to Their Initial Document Requests and for Sanctions on January 4, 2005. Among other things, the SDM recommended that the motion to compel be granted. Thereafter, and pursuant to a Court-ordered briefing schedule, the Eames plaintiffs moved to adopt and supplement the SDM's recommendations (and Nationwide filed objections to them) on January 24, 2006.

    Assuming for the sake of argument that the Court upholds the SDM's recommendations, the window of time in which the Eames plaintiffs could make meaningful use of the documents (for class certification purposes) is closing. Indeed, it appears that unless the documents are produced immediately, Nationwide will have successfully run out the clock -- thereby making the Eames plaintiffs' success on the original motion to compel a purely pyrrhic victory.

    We appreciate the many competing demands on the Court's resources, and we remain available to assist the Court in addressing these issues.

                            Respectfully,

                            /s/ John S. Spadaro

                            John S. Spadaro

JSS/dmw
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)
00130518

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L. EAMES )
and TAMMY EAMES, on behalf of )
themselves and all others )
similarly situated, )
)
                       Plaintiffs, )       C.A. No. 04-CV-1324KAJ
)
v. )
)
NATIONWIDE MUTUAL INSURANCE )
COMPANY. )
)
                      Defendant. )

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue. Suite 1130
P.O. Box 330
Wilmington, DE 19899

                                      MURPHY SPADARO & LANDON

                                      /s/ John S. Spadaro
                                      John S. Spadaro, No. 3155
                                      1011 Centre Road, Suite 210
                                      Wilmington, DE 19805
                                      (302) 472-8100

                                      Attorneys for plaintiffs
                                      Thomas A. Eames, Roberta L. Eames and
April 4, 2006                            Tammy Eames (on behalf of themselves and
                                      all others similarly situated)

130517