# EXHIBIT A

Case 1:04-cv-01324-JJF-LPS    Document 186-2    Filed 04/13/2006    Page 1 of 4

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

    THOMAS A. EAMES, on behalf of
 4  themselves and all others         :    CIVIL ACTION
    similarly situated; ROBERTA L.    :
 5  EAMES, on behalf of themselves    :
    and all others similarly          :
 6  situated; TAMMY EAMES, on behalf  :
    of themselves and all others      :
 7  similarly situated;
                                       :
 8             Plaintiffs,              :
                                       :
 9       v                             :
                                       :
10  NATIONWIDE MUTUAL INSURANCE        :
    COMPANY,                           :
11                                     :
              Defendant.                    NO. 04-1324 (KAJ)
12                              - - -

13                       Wilmington, Delaware
                  Tuesday, September 13, 2005 at 9:30 a.m.
14                        TELEPHONE CONFERENCE

15                              - - -

16  BEFORE:       HONORABLE KENT A. JORDAN, U.S.D.C.J.

17                              - - -

    APPEARANCES:
18

19           MURPHY, SPADARO & LANDON
             BY:  JOHN S. SPADARO, ESQ.
20
                       Counsel for Plaintiffs
21

22           SWARTZ CAMPBELL, LLC
             BY:  NICHOLAS E. SKILES, ESQ.
23
                    and
24

25                                  Brian P. Gaffigan
                                    Registered Merit Reporter
```

1   helpful. You've guys have spent I don't know how much time
2   and money writing me letters, saying how unreasonable the
3   other side is. I mean I'm not unsympathetic to you,
4   Mr. Spadaro. You say "it turns into a referendum on me."
5   That's now how you view this but I have to say candidly on
6   this record you are so wrapped up in the emotion of this
7   case, it's just screaming at me over the phone. The heat
8   waves are coming off the receiver at this end. Both sides.
9   The sarcasm is evident in spots in the correspondence from
10  the other side. Your intensity is evident.
11          You folks have got to get your emotions under
12  control. And I can't be the one who is holding your hand
13  through this. I have got too many other people with
14  legitimate complaints and disputes that I can't have your
15  issues swamp me on a monthly basis for time to read your
16  letters, digest your problem, which I do, and then get on
17  the phone with you and try to sort it out.
18          So both sides, I want a discussion from you
19  about who would be a good neutral if this happens again,
20  because if it happens, this is the last free bite. Next
21  time, we're going and I'm bringing somebody into the mix.
22  And in the first instance, we'll be splitting it 50/50 but
23  I'm going to be asking that person "who is a bad actor
24  here?" And if they say "you know what? I think Nationwide
25  really is jerking them around," you are going to pay the

1   full freight; not 75 percent, the whole wad.

2   Does everybody understand what I'm trying to get
3   across to you?  Mr. Cheyney?

4   MR. CHEYNEY:  Yes, Your Honor.

5   THE COURT:  Okay.  Mr. Oesterling, I'm glad to
6   have you in the mix.  I know you are in-house with
7   Nationwide but I'm hoping against hope that you will be a
8   force for reason in the course of these discussions.

9   MR. OESTERLING:  Your Honor, if I could make a
10  suggestion to make our meeting more productive?  If there
11  are specific questions, technical questions that I might
12  not be able to answer in a face-to-face, I could do some
13  research prior to our meeting to make sure that it is
14  productive.

15  THE COURT:  Okay.  Well, that's a great idea.
16  And, Mr. Spadaro, you let them him know that.

17  And here is my last piece of advice for you
18  before I hang up because I've got people on hold.  I expect
19  there to be more phone calls; more phone calls and fewer
20  e-mails.  Pick the phone up and speak to each other.  If you
21  need to make a record in e-mail afterwards that you feel
22  they're so completely absent any trust, then you write your
23  confirming e-mail, but pick the phone up and speak to each
24  other, okay?  I think at least 75 percent of your problem is
25  you are so busy each side making a record that you are not