IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 04-CV-1324-KAJ |
| v. | ) ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S NOTICE OF DEPOSITION OF PLAINTIFF ROBERTA L. EAMES

TO:  Roberta L. Eames
c/o John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE   19805

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, counsel for defendant, Nationwide Mutual Insurance Company, will take the deposition on oral examination of the plaintiff Roberta L. Eames.  The deposition will proceed at the offices of Swartz Campbell LLC, 300 Delaware Avenue, Suite 1130, Wilmington, Delaware, 19899, beginning at 1:00 p.m. on April 27, 2006.  The deposition will be recorded by stenographic means.  The deposition will continue from day to day, during normal business hours, until completed.

2

The conduct of any examination hereunder shall not prejudice defendant's right to additional deposition testimony in any later phase of discovery.

Respectfully submitted,

SWARTZ CAMPBELL LLC

April 18, 2006

*/s/Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
Curtis P. Cheyney, III, Esquire
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
Attorneys for Nationwide Mutual Insurance Co.
(302) 656-5935

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> NATIONWIDE MUTUAL INSURANCE COMPANY, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 04-CV-1324-KAJ </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

NOTICE OF SERVICE

I hereby certify that on this 18th day of April, 2006, I electronically filed the foregoing Notice of Deposition of Plaintiff Roberta L. Eames with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805


SWARTZ CAMPBELL LLC


*/s/Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
Curtis P. Cheyney, III, Esquire
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
Attorneys for Nationwide Mutual Insurance Co.
(302) 656-5935

3