IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S
RE-NOTICE OF DEPOSITION OF PLAINTIFF TAMMY EAMES

TO:　　Plaintiff Tammy Eames
　　　　c/o John S. Spadaro, Esquire
　　　　Murphy Spadaro & Landon
　　　　1011 Centre Road, Suite 210
　　　　Wilmington, DE  19805


**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, counsel for defendant, Nationwide Mutual Insurance Company, will take the deposition on oral examination of the plaintiff Tammy Eames.  The deposition will proceed at the offices of Swartz Campbell LLC, 300 Delaware Avenue, Suite 1130, Wilmington, Delaware, 19899, beginning at 10:00 a.m. on April 27, 2006.  The deposition will be recorded by stenographic means.  The deposition will continue from day to day, during normal business hours, until completed.

The conduct of any examination hereunder shall not prejudice defendant's right to additional deposition testimony in any later phase of discovery.

Respectfully submitted,

SWARTZ CAMPBELL LLC


*/s/Nicholas E. Skiles, Esquire*
Nicholas Skiles, Esquire, (DE Bar #3777)
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendant, Nationwide
Mutual Insurance Company

Date:  April 24, 2006

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SERVICE

I hereby certify that April 24, 2006. I electronically filed the foregoing Re-Notice of Deposition of Plaintiff Tammy Eames with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

  John S. Spadaro, Esquire
  Murphy Spadaro & Landon
  1011 Centre Road, Suite 210
  Wilmington, DE  19805

  SWARTZ CAMPBELL LLC

  /s/Nicholas E. Skiles, Esquire
  Nicholas Skiles, Esquire (DE ID #3777)
  300 Delaware Avenue, Suite 1130
  P. O. Box 330
  Wilmington, DE 19899
  Attorneys for Defendant, Nationwide
  Mutual Insurance Company