IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this 27th day of April, 2006, I electronically filed the foregoing Defendant's Response to Plaintiffs' Motion for Clarification or Reconsideration of the Court's April 6, 2006 Order with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    John S. Spadaro, Esquire
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE  19805

    SWARTZ CAMPBELL LLC

    */s/ Nicholas E. Skiles, Esquire*
    Nicholas E. Skiles, Esquire (DE ID#3777)
    300 Delaware Avenue, Suite 1130
    P. O. Box 330
    Wilmington, DE  19801
    Attorneys for Defendant,
    Nationwide Mutual Insurance Company