# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

April 28, 2006

**BY HAND DELIVERY**
James W. Semple, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

      RE: **Eames v. Nationwide Mut. Ins. Co.**
           **C.A. No.: 04-CV-1324KAJ**

Dear Master Semple:

    I enclose our check in the amount of $8,639.22. Based on our calculations, we believe that this amount reflects full payment for the Eames plaintiffs' allocated share of the SDM's Invoice Nos. 289773 and 290350. In light of our pending motion, however, we reserve the right to recover from Nationwide any amounts the Court might later allocate to Nationwide alone.

    I am available to address any questions regarding this matter.

                              Respectfully,

                              /s/ John S. Spadaro

                              John S. Spadaro

JSS/slr
Encl.
cc: Curtis P. Cheyney, III, Esq. (by mail)

131280