IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated | : : : : | C.A. No. 04-CV-1324 KAJ |
| Plaintiffs | : : | |
| v: | : : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

I hereby certify that on this 4th day of May, 2006, I electronically filed this Notice of Service with respect to Defendant Nationwide Mutual Insurance Company's Supplemental Responses to Plaintiffs' First Set of Interrogatories with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

John S. Spadoro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE  19805

In addition, I certify that the document requests themselves were served by first class mail to the address shown above.

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (DE ID#3777)
300 Delaware Avenue, Suite 1130
Wilmington, DE  19899
(302) 656-5935
Attorneys for Defendant,
Nationwide Mutual Insurance Company