IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L.          )
EAMES, and TAMMY EAMES, on behalf    )
of themselves and all others similarly   )
situated,                            )
                                     )
                Plaintiffs,          )
                                     )
v.                                   )        Civil Action No. 04-1324-KAJ
                                     )
NATIONWIDE MUTUAL INSURANCE          )
COMPANY,                             )
                                     )
                Defendant.           )

## ORDER

At Wilmington this **15th** day of **May, 2006**

IT IS ORDERED that a teleconference relating to scheduling is hereby set

for **May 17, 2006 at 2:00 p.m.** with the undersigned.  **Counsel for Plaintiffs shall**

**initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE