# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | **PUBLIC VERSION** |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## APPENDIX TO THE EAMES PLAINTIFFS' OPENING BRIEF
## IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION

MURPHY SPADARO & LANDON
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302)472-8100

Attorneys for plaintiffs Thomas A. Eames,
Roberta L. Eames and Tammy Eames (on behalf of
themselves and all others similarly situated)

May 15, 2006

131735

# TABLE OF CONTENTS

**Document**                                                                          **Page**

Rate Quote for Nationwide "Auto Policy" 52A733616 ......................................................... A1

Nationwide "Auto Policy" 52A733616 ................................................................................. A2

Vehicle Screen ....................................................................................................................... A31

Auto Memorandum of Insurance ........................................................................................... A32

Sample Auto Rate Quote #1 .................................................................................................. A33

Sample Rate Quote Letter ...................................................................................................... A34

Sample Auto Binder Receipt .................................................................................................. A36

Sample Auto Memorandum of Insurance .............................................................................. A37

Sample Vehicle and Coverage Information ........................................................................... A38

Sample Vehicle Screen .......................................................................................................... A39

Sample Rate Quote ................................................................................................................ A40

Sample Auto Policy Change Request .................................................................................... A41

Sample Rate Quote ................................................................................................................ A42

Sample Rate Quote ................................................................................................................ A43

Sample Rate Quote ................................................................................................................ A44

Sample Rate Quote ................................................................................................................ A45

Sample Rate Quote ................................................................................................................ A46

Transcript of Deposition of Glenn W. Deaton, Aug. 9, 2005 ................................................ A47

Affidavit of Heather R. Jones ................................................................................................ A72

Eames Plaintiffs' Notice of Deposition of Nationwide Mutual Insurance Company ............ A74

April 10, 2006 Letter from Curtis P. Cheyney, Esq., III to John S. Spadaro ......................... A81

131735

Transcript of Deposition of Patricia A. Szlosek, April 11, 2006................................................A85

Transcript of Deposition of Thomas A. Eames, April 27, 2006...............................................A141

Transcript of Deposition of Roberta L. Eames, April 27, 2006...............................................A158

Transcript of Deposition of Tammy Eames, April 27, 2006 .....................................................A177

Sample Screen from Agency Office Automation System .......................................................A191

131735

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

                                              MURPHY SPADARO & LANDON

                                              /s/ John S. Spadaro
                                              John S. Spadaro, No. 3155
                                              1011 Centre Road, Suite 210
                                              Wilmington, DE 19805
                                              (302) 472-8100

                                              Attorneys for plaintiffs
                                              Thomas A. Eames, Roberta L. Eames and
May 15, 2006                                  Tammy Eames (on behalf of themselves and
                                              all others similarly situated)

131735