

Claim # 5207A733616/0207030 1

A06 52A733616 VEHICLE SCREEN TODAY 02/08/0
EAMES, THOMAS A FROM 09/22/02 TO 03/22/0
VEHICLE 2 ACTION

| VT | MY | MAKE | SERIES | BODY STYLE | VEHICLE ID NUMBER | RATE SYMBOL | HI PER | PI | ADDTL AMOUNT | COST NEW |
|---|---|---|---|---|---|---|---|---|---|---|
| PP | 92 | FORD | TAURUS L | OT OTHER | 1FALP50U7NA277289 | 13 | 13 | N | 0 | NO |

| ENG SIZE | DAMAGE | PASSIVE RESTRAINT | USE | COMMUTE MILE/WK | ANNL MILE | MLT CAR | SUR CLS |
|---|---|---|---|---|---|---|---|
| | N NONE | AF AIR BAG F | P | | 10 | Y | 0( |

| RATED DRIVER | BIRTH DATE | SEX | MART STAT | DRVR TYPE | RES CHLD | YD ADLT | GOOD STDT | DEF DRVR | CAR POOL | VEH TIER | SNR | RATI FCTI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08/10/56 | F | M | P | Y | N | N | N | N | | N | 0.8( |

COVERAGES

| | | | | | |
|---|---|---|---|---|---|
| COMP | 100 | 25.70 | INSD | | |
| COLL | 250 | 65.30 | APIP | | |
| PD | 50000 | 49.60 | LOU | 25/800 | 12.00 |
| BI | 100/300 | 117.50 | T&L | | |
| DB | | | CB | | |
| UMBI | 100/300 | 82.00 | PE | | |
| UMPD | 10000 | INCL | | | |
| PIP | FULL | 35.50 | | | |

TOTAL 387.60

INQUIRE V3 (CH TO CHANGE

1-2 Bus. days
PIP adjuster
~~Charlotte Lewis~~
302-325-8952
Lisa Pepper
645-8337
Jeanesse.
- Rental Coverage - if needed
Rich Foskey
Field invest.
178-7667
Appraiser Nationwide Ins
Linda Howard
877-724-3202
Cell-302-242-1063

A31

# AUTO MEMORANDUM OF INSURANCE

POLICY NUMBER: 52A733616
POLICY HOLDER: THOMAS A &/OR ROBERTA L EAMES

POLICY EFF DATE: 03/22/
POLICY EXP DATE: 09/22/

IMPORTANT NOTICE

THIS MEMORANDUM OF INSURANCE PROVIDES BASIC INFORMATION REGARDING COVERAGE AND INTERESTS PROTECTED BY YOUR POLICY AS OF 06/17/03.

## NATIONWIDE MUTUAL INSURANCE COMPANY (23787)

VEHICLE #1
1999 FORD EXPLORER
1FMZU34EXXZA79505

| | |
|---|---|
| COMPREHENSIVE | 100 |
| COLLISION | 250 |
| PROPERTY DAMAGE | 50000 |
| BODILY INJURY | 100/300 |
| PERSONAL INJURY PROTECTION | FULL |
| POLICY COVERAGE | |
| UNINSURED MOTORIST--BODILY INJURY | 100/300 |
| UNINSURED MOTORIST--PROPERTY DAMAGE | 10000 |

THIRD PARTY: LIENHOLDER
WILMINGTON TRUST CO
INSURANCE SERV CNTR
PO BOX 9289
RICHMOND, VA 23227-0289
LIEN EXP DATE: 04/15/2008

Culver Insurance Agency 6667 DATE
517 Bridgeville Road
Seaford, DE 19973
PHONE (302) 629-2510

THOMAS A &/OR ROBERTA L EAMES
14908 CONCORD ROAD
SEAFORD, DE 19973-8293

```
A03                          AUTO RATE QUOTE #1 - COVERAGES          EFF DATE
NAME:                                                        ST      AGT ID
COMP      100             50.40
COLL      250            122.90
PD        10000           51.60
BI        15/30           83.80
DB        DB               .70
UMBI      15/30           21.00
UMPD      10000           INCL
PIP       FULL            35.80
INSD
APIP      CNW
LOU       BROAD           12.00
T&L       T&L              1.50
CB        CNW
PE
TOTAL                    379.70
DR:CG:ADLT
RF/SC/TIER
BY:SX:MS:P/O
USE:RS
DISCOUNT
CURRENT TOTL/INST    $379.70 / $192.85
<PREV PG> CLASS  <NEXT PG> QUOTE #2  <TAB> CHANGE      <GO> TO SELECT QUOTE #1
```

LISA BROADBENT INS, INC.
20 POLLY DRUMMOND HILL RD
NEWARK, DE 19711
Phone (302) 731-0044

July 11, 2000

Auto price in Newark

We appreciate the opportunity to provide service to you. Outlined below is the auto rate quote we discussed. This quote reflects the rates as of 07/11/00. The "built in" features of our policy are tailored to your needs and provide valuable protection for your money. To begin protection, call or stop by my office. Thank you for considering Nationwide.

| | Nationwide Mutual Company Rates | Nationwide Mutual Company Rates |
|---|---|---|
| Vehicle Information | | |
| Coverage Information | | |
| Comprehensive--Actual Cash Value: | | |
| Coverage Not Chosen | | |
| Actual Cash Value Comprehensive | | $31.80 |
| Collision--Actual Cash Value: | | |
| Coverage Not Chosen | | |
| 250 Deductible Collision | | $66.60 |
| Bodily Injury: | | |
| 100/300 Per Person/Occurrence | $120.20 | $127.60 |
| Property Damage: | | |
| 100000 Per Occurrence | $40.20 | $42.80 |
| Personal Injury Protection: | | |
| Full Coverage | $49.40 | $31.50 |
| Additional Personal Injury Protection: | | |
| 85/270 Additional PIP | $37.10 | $23.70 |
| Medical Payments: | | |
| Death Benefits | $.70 | $.50 |
| Loss of Use: | | |
| Coverage Not Chosen | | |
| Broad Coverage | | $12.00 |
| Towing and Labor: | | |
| T&L $50 Per Disablement | $1.50 | $1.50 |
| CB Coverage: | | |
| Coverage Not Chosen | | |
| Total Vehicle Premium | $249.10 | $338.00 |

Coverage Information

```
***************************************************
Policy Coverage
    Uninsured Motorists--Bodily Injury:
        100/300  Per Person/Occurrence        $116.10
    Uninsured Motorists--Property Damage:
        10,000   Per Occurrence               Included
***************************************************

Semi-Annual Policy Premium                $703.20
    Installment Amount (2-Pay Plan)       $354.60
```

| | | |
|---|---|---|
| Total Premium Without The Following Discounts | $ | 800.10 |
| Home & Car Discount | $ | 63.50 |
| Long-Term Policyholder | $ | 33.40 |
| Net Premium | $ | 703.20 |

* Other Discounts May Apply

Newark

AUTO BINDER RECEIPT

POLICY NUMBER
POLICY EFF. DATE

THE UNDERSIGNED COMPANY AGREES TO EXTEND THE FOLLOWING COVERAGES AS RESPECTS THE DESCRIBED AUTOMOBILE(S) FOR A PERIOD OF 30 DAYS FROM THE EFFECTIVE DATE INDICATED, PENDING THE ISSUANCE OF AN AUTOMOBILE INSURANCE POLICY. THIS EXTENSION OF INSURANCE SHALL BE IN ACCORDANCE WITH THE TERMS OF THE COMPANY'S AUTO INSURANCE POLICIES AND MANUAL OF RATES AND CLASSIFICATIONS APPLICABLE IN THE STATE ON THE EFFECTIVE DATE OF THIS AGREEMENT. THIS AGREEMENT MAY BE CANCELLED BY THE COMPANY BY MAILING WRITTEN NOTICE TO THE APPLICANT STATING WHEN IN ACCORDANCE WITH ANY APPLICABLE STATUTES OR POLICY TERMS SUCH CANCELLATION SHALL BE EFFECTIVE.

NATIONWIDE MUTUAL INSURANCE COMPANY

| | VEH #1 | |
|---|---|---|
| COMPREHENSIVE | 50 | $164.80 |
| COLLISION | 250 | $329.50 |
| BODILY INJURY | 100/300 | $340.00 |
| PROPERTY DAMAGE | 25000 | $146.90 |
| DEATH BENEFITS | DB | $1.90 |
| PERSONAL INJURY PROTECTION | FULL | $193.00 |
| TOTAL VEHICLE PREMIUM | | $1176.10 |

***********************************************************************

POLICY COVERAGE

| | | |
|---|---|---|
| UNINSURED MOTORIST--BODILY INJURY | 100/300 | $50.60 |
| UNINSURED MOTORIST--PROPERTY DAMAGE | 10,000 | INCLUDED |

***********************************************************************

SEMI-ANNUAL PREMIUM $1,226.70

Lien:

THIS ACKNOWLEDGES RECEIPT OF $0.00

HOBAN INSURANCE AGENCY 5774 DATE
18 HICKORY STREET
P O BOX 70
FRANKFORD, DE 19945
PHONE (302) 732-9505

CHECKS AND DRAFTS ARE RECEIVED SUBJECT TO COLLECTION ONLY

# AUTO MEMORANDUM OF INSURANCE

POLICY NUMBER: [redacted]
POLICY HOLDER: [redacted]

POLICY EFF DATE: 03/2
POLICY EXP DATE: 09/2

IMPORTANT NOTICE

THIS MEMORANDUM OF INSURANCE PROVIDES BASIC INFORMATION REGARDING COVERAGE AND INTERESTS PROTECTED BY YOUR POLICY AS OF 11/10/04.

## NATIONWIDE MUTUAL INSURANCE COMPANY (23787)

VEHICLE #1

| | |
|---|---|
| COMPREHENSIVE | ACV |
| COLLISION | 200 |
| PROPERTY DAMAGE | 100000 |
| BODILY INJURY | 100/300 |
| DEATH BENEFITS | DB |
| PERSONAL INJURY PROTECTION | FULL |
| LOSS OF USE | 30/900 |
| TOWING AND LABOR | T&L |
| POLICY COVERAGE | |
| UNINSURED MOTORIST--BODILY INJURY | 100/300 |
| UNINSURED MOTORIST--PROPERTY DAMAGE | 10000 |

THIRD PARTY: [redacted]

LISA BROADBENT INS INC 6693 DATE
20 Polly Drummond Hill Rd
Newark, DE 19711
PHONE (302) 731-0044

VIOLATIONS, ACCIDENT HISTORY

VEHICLE AND COVERAGE INFORMATION

| | Vehicle 1 | | Vehicle 2 | | | |
|---|---|---|---|---|---|---|
| Model Year | | | | | | |
| Make | | | | | | |
| Model | | | | | | |
| Vehicle Identification Number | | | | | | |
| Registered Owner(s) | | | | | | |
| Product Type | | | | | | |
| Sub Product Type | | | | | | |
| Rate Symbol | | | | | | |
| Existing Damage | | | | | | |
| Description | | | | | | |
| Cause | | | | | | |
| Salvaged/Rebuilt Title | | | | | | |
| Reason | | | | | | |
| Customized | | | | | | |
| Description | | | | | | |
| Amount | | | | | | |
| Symbol | | | | | | |
| Stated Amount | | | | | | |
| Inspection | | | | | | |
| Vehicle Level Coverages | | | | | | |
| Comprehensive | 250 | $17.60 | 250 | $29.80 | | |
| Collision | CNW | | 500 | $81.30 | | |
| Property Damage | 10000 | $45.80 | 10000 | $45.80 | | |
| Bodily Injury | 15/30 | $64.40 | 15/30 | $64.40 | | |
| Death Benefits | DB | $0.70 | DB | $0.50 | | |
| Personal Injury Protection | FULL | $71.50 | FULL | $42.80 | | |
| Deductible Applies To | CNW | | CNW | | | |
| Addl. Pers. Inj. Protection | CNW | | CNW | | | |
| Loss of Use | CNW | | CNW | | | |
| Towing & Labor | T&L | $1.50 | T&L | $1.50 | | |
| CB Coverage | CNW | | CNW | | | |
| Personal Effects | | | | | | |
| Total Vehicle Premium | | $201.50 | | $246.10 | | |

POLICY LEVEL COVERAGES

| | | |
|---|---|---|
| Uninsured Motorists - BI | 15/30 | $40.10 |
| Uninsured Motorists - PD | 10000 | INCLUDED |
| Policy Level Premium | | $40.10 |

VEHICLE AND POLICY LEVEL DISCOUNTS

Long Term
Multi Car
Annual Mileage
Passive Restraint

VEHICLE AND POLICY LEVEL SURCHARGES

A38

Policy Number:

```
A06 [redacted]                 VEHICLE SCREEN              EFF  [redacted]  TODAY [redacted]
[redacted]                                                 FROM [redacted]  TO    [redacted]
VEHICLE 3   ACTION ADD                                     RATE            ADDTL  COST
VT MY MAKE SERIES     BODY STYLE    VEHICLE ID NUMBER      SYMBOL ALT PI   AMOUNT NEW

PP [redacted]                                              13   10 N
ENG                S/ PASSIVE                      COMMUTE   ANNL   REG         MLT SUB
SIZE   DAMAGE      RT RESTRAINT               USE  MILE/WK   MILE   OWN         CAR CLSS

       N NONE      N AD AIR BAG D              W      010      10     1
RATED   BIRTH           MART       DRVR RES   YD   GOOD     DEF  CAR   VEH            RATE
DRIVER  DATE       SEX  STAT       TYPE CHLD ADLT  STDT     DRVR POOL  TIER      SNR  FCTR

  1 [redacted]                                                         1
COVERAGES
COMP                           250          INSD                   CNW
COLL                                        APIP
PD                             10000        LOU
BI                             15/30        T&L                    T&L
DB                             DB           CB
UMBI                           15/30        PE
UMPD                           10000
PIP                            FULL

                                                 INQUIRE   CD  (CH TO CHANGE)
```

POLICY NUMBER [redacted]

COVERAGES

| | VEH 1 |
|---|---|
| COMPREHENSIVE | 100<br>$48.00 |
| COLLISION | 250<br>$114.00 |
| BODILY INJURY | 15/30<br>$138.00 |
| PROPERTY DAMAGE | 10000<br>$96.00 |
| PERSONAL INJURY PROTECTION | FULL<br>$126.00 |
| UNINSURED MOTORIST-BI | 15/30<br>$18.00 |
| UNINSURED MOTORIST-PD | 10000<br>INCLUDED |
| LOSS OF USE | LOU<br>$6.00 |
| TOTAL PREMIUM: | $546.00 |

TERM PREMIUM: $546.00 INSTALLMENT PREMIUM: $182.40
PAY PLAN: I AMOUNT COLLECTED: $182.40

# AUTO POLICY CHANGE REQUEST

DATE PREPARED: 06
CHANGE EFF DATE: 0
POLICY EFF DATE: 0
POLICY EXP DATE: 1

POLICY NUMBER:
POLICY HOLDER:

THE UNDERSIGNED COMPANY AGREES TO EXTEND THE FOLLOWING COVERAGES AS RESPECTS THE DESCRIBED AUTOMOBILE(S) COMMENCING ON THE CHANGE EFFECTIVE DATE INDICATED, PENDING THE ISSUANCE OF A NEW DECLARATION PAGE OR THE EARLIER TERMINATION OF THESE COVERAGE(S) BY THE COMPANY OR THE POLICYHOLDER. THIS EXTENSION OF INSURANCE SHALL BE IN ACCORDANCE WITH THE TERMS OF THE COMPANY'S AUTO INSURANCE POLICIES AND MANUAL OF RATES AND CLASSIFICATIONS APPLICABLE IN THE STATE ON THE CHANGE EFFECTIVE DATE OF THIS CHANGE REQUEST. THIS COVERAGE MAY BE CANCELLED BY THE COMPANY BY MAILING WRITTEN NOTICE TO THE POLICYHOLDER STATING WHEN IN ACCORDANCE WITH ANY STATUTES OR POLICY TERMS SUCH CANCELLATION SHALL BE EFFECTIVE.

## NATIONWIDE ASSURANCE COMPANY (10723)

VEHICLE #1

| | |
|---|---|
| COMPREHENSIVE | 100 |
| COLLISION | 100 |
| PROPERTY DAMAGE | 10000 |
| BODILY INJURY | 15/30 |
| UNINSURED MOTORIST--BODILY INJURY | 15/30 |
| UNINSURED MOTORIST--PROPERTY DAMAGE | 10000 |
| PERSONAL INJURY PROTECTION | FULL |
| LOSS OF USE | 30/600 |

HOBAN INSURANCE AGENCY 5774 DATE
18 HICKORY STREET
P O BOX 70
FRANKFORD, DE 19945
PHONE (302) 732-9505

CHECKS AND DRAFTS ARE RECEIVED SUBJECT TO COLLECTION ONLY.

NATIONWIDE INSURANCE
Nationwide is on your side
HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OHIO 43216

11 REVIEW 1 OF 2 CHANGE EFF DATE
EXT RENEWAL T ESTIMATED BILLING FOR TERM $48.00 TIER 01 TERM

| | VEH 1 | | VEH 1 | | VEH 2 | | VEH 2 | |
|---|---|---|---|---|---|---|---|---|
| OMP | | | | | 100 | 32.60 | 100 | 32.60 |
| OLL | | | | | 100 | 95.60 | 100 | 95.60 |
| I | 15/30 | 121.80 | 15/30 | 121.80 | 15/30 | 74.70 | 15/30 | 74.70 |
| D | 10000 | 64.60 | 10000 | 64.60 | 10000 | 39.60 | 10000 | 39.60 |
| P | | | | | | | | |
| MBI | 15/30 | 35.20 | 15/30 | 35.20 | 15/30 | 0.00 | 15/30 | 0.00 |
| MPD | 10000 | INCL | 10000 | INCL | 10000 | INCL | 10000 | INCL |
| IP | FULL | 63.90 | FULL | 63.90 | FULL | 39.10 | FULL | 39.10 |
| NSD | | | | | | | | |
| PIP | | | | | | | | |
| DDL | | | | | TL | 1.50 | TL | 1.50 |
| E | | | | | | | | |
| OTAL | | 285.50 | | 285.50 | | 283.10 | | 283.10 |
| FCTR/PTS | | 1.55/00 | | 1.55/00 | | .95/00 | | .95/00 |
| S:P/O:SX:BY | | | | | | | | |
| LG:ADLT:USE | | | | | | | | |
| DISC GS,MC | | | | | | | MC | |

OLD POLICY PREM $705.80 NEW POLICY PREM $795.00
ENTER DS FOR DISCOUNT SAVINGS SCREEN, N1 FOR RENEWAL RATING CHANGE R2

Nationwide is on your side

HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OHIO 43216

.11 REVIEW 1 OF 2 CHANGE EFF DATE
EXT RENEWAL ESTIMATED BILLING FOR TERM $48.00 TIER 01 TERM S

| | VEH 1 | | VEH 1 | | VEH 2 | | VEH 2 | |
|---|---|---|---|---|---|---|---|---|
| :OMP | | | | | 100 | 32.60 | 100 | 32.60 |
| :OLL | | | | | 100 | 95.60 | 100 | 95.60 |
| ;I | 15/30 | 121.80 | 15/30 | 121.80 | 15/30 | 74.70 | 15/30 | 74.70 |
| 'D | 10000 | 64.60 | 10000 | 64.60 | 10000 | 39.60 | 10000 | 39.60 |
| IP | | | | | | | | |
| JMBI | 15/30 | 35.20 | 15/30 | 35.20 | 15/30 | 0.00 | 15/30 | 0.00 |
| JMPD | 10000 | INCL | 10000 | INCL | 10000 | INCL | 10000 | INCL |
| ?IP | FULL | 63.90 | FULL | 63.90 | FULL | 39.10 | FULL | 39.10 |
| [NSD | | | | | | | | |
| APIP | | | | | | | | |
| ADDL | | | | | TL | 1.50 | TL | 1.50 |
| ?E | | | | | | | | |
| TOTAL | | 285.50 | | 285.50 | | 283.10 | | 283.10 |
| R FCTR/PTS | | 1.55/00 | | 1.55/00 | | .95/00 | | .95/00 |
| MS:P/O:SX:BY | | | | | | | | |
| CLG:ADLT:USE | | | | | | | | |

DISC GS,MC
OLD POLICY PREM $705.80 NEW POLICY PREM $795.00
ENTER DS FOR DISCOUNT SAVINGS SCREEN, N1 FOR RENEWAL RATING CHANGE R2

NATIONWIDE INSURANCE
Nationwide is on your side

HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OHIO 43216

A11 REVIEW 1 OF 2 CHANGE EFF DATE
NEXT RENEWAL ESTIMATED BILLING FOR TERM $48.00 TIER 01 TERM S

| | VEH 1 | | VEH 1 | | VEH 2 | | VEH 2 | |
|---|---|---|---|---|---|---|---|---|
| COMP | | | | | 100 | 32.60 | 100 | 32.60 |
| COLL | | | | | 100 | 95.60 | 100 | 95.60 |
| BI | 15/30 | 121.80 | 15/30 | 121.80 | 15/30 | 74.70 | 15/30 | 74.70 |
| PD | 10000 | 64.60 | 10000 | 64.60 | 10000 | 39.60 | 10000 | 39.60 |
| MP | | | | | | | | |
| UMBI | 15/30 | 35.20 | 15/30 | 35.20 | 15/30 | 0.00 | 15/30 | 0.00 |
| UMPD | 10000 | INCL | 10000 | INCL | 10000 | INCL | 10000 | INCL |
| PIP | FULL | 63.90 | FULL | 63.90 | FULL | 39.10 | FULL | 39.10 |
| INSD | | | | | | | | |
| APIP | | | | | | | | |
| ADDL | | | | | TL | 1.50 | TL | 1.50 |
| PE | | | | | | | | |
| TOTAL | | 285.50 | | 285.50 | | 283.10 | | 283.10 |
| R FCTR/PTS | | 1.55/00 | | 1.55/00 | | .95/00 | | .95/00 |
| MS:P/O:SX:BY | | | | | | | | |
| CLG:ADLT:USE | | | | | | | | |
| DISC GS,MC | | | | | | | | |

OLD POLICY PREM $705.80 NEW POLICY PREM $795.00
ENTER DS FOR DISCOUNT SAVINGS SCREEN, N1 FOR RENEWAL RATING CHANGE R2

NATIONWIDE INSURANCE
Nationwide is on your side
HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OHIO 43216

```
11 REVIEW 2 OF 2                                        CHANGE EFF DATE
EXT RENEWAL          ESTIMATED BILLING FOR TERM         $48.00 TIER 01     TERM
                         ** RERATED **
        VEH 3                 VEH 3
OMP                     ACV            25.40
OLL                     100            79.80
.I    15/30      66.80  15/30          59.00
D     10000      35.40  10000          31.30
IP
MBI   15/30       0.00  15/30           0.00
MPD   10000       INCL  10000           INCL
IP    FULL       35.00  FULL           30.90
NSD
PIP
ADDL
PE

TOTAL           137.20                226.40
R FCTR/PTS      .85/00                .75/00
MS:P/O:SX:BY
CLG:ADLT:USE
DISC MC,AM
OLD POLICY PREM  $705.80 NEW POLICY PREM   $795.00
ENTER DS FOR DISCOUNT SAVINGS SCREEN, N1 FOR RENEWAL RATING          CHANGE CD
```

A11 [redacted] . [redacted] EFF [redacted] TODAY [redacted]
UNABLE TO RATE - MANUAL RATE TIER 01 TERM S FROM [redacted] TO [redacted]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | VEH1 | [redacted] | RERATED | [redacted] | VEH2 | [redacted] | RERATED | [redacted] |
| COMP | 250 | 16.70 | 250 | 16.70 | 250 | 28.30 | 250 | 28.3 |
| COLL | | | | | 500 | 58.20 | 500 | 58.2 |
| PD | 10000 | 43.50 | 10000 | 43.50 | 10000 | 43.50 | 10000 | 43.5 |
| BI | 15/30 | 61.20 | 15/30 | 61.20 | 15/30 | 61.20 | 15/30 | 61.2 |
| DB | DB | .70 | DB | .70 | DB | .50 | DB | .5 |
| PIP | FULL | 67.90 | FULL | 67.90 | FULL | 40.70 | FULL | 40.7 |
| INSD | | | | | | | | |
| APIP | | | | | | | | |
| LOU | | | | | | | | |
| T&L | T&L | 1.50 | T&L | 1.50 | T&L | 1.50 | T&L | 1.5 |
| CB | | | | | | | | |
| PE | | | | | | | | |
| UMBI | 15/30 | 40.10 | | | - POLICY COVERAGE | | | |
| UMPD | 10000 | INCL | | | - POLICY COVERAGE | | | |
| | TOTAL | 191.50 | TOTAL | 191.50 | TOTAL | 233.90 | TOTAL | 233.9 |
| DRVR/TERR | | [redacted] | | [redacted] | | [redacted] | | [redacted] |
| RF/PTS/RS | | .77/00/12 | | .77/00/12 | | .77/00/23 | | |
| BY:SX:MS:P/O | | [redacted] | | [redacted] | | [redacted] | | [redacted] |
| CLG:ADULT:USE | | :N:P | | :N:P | | :N:P | | :N:P |
| DISCOUNTS | | HC,LT,MC,AM | | HC,LT,MC,AM | | HC,LT,MC,AM,PR | | HC,LT,MC,AM,P |

OLD POLICY PREM $465.50 CURRENT PREM NOT AVAILABLE
ENTER DS FOR DISCOUNT SAVINGS SCREEN, N1 FOR RENEWAL RATING INQUIRE R2

138





W&F
WILCOX & FETZER LTD.

In the Matter Of:

# Eames
v.
# Nationwide Mutual Insurance Company

C.A. # 04-CV-1324 KAJ

---

Transcript of:

Glenn W. Deaton

August 9, 2005

---

Wilcox & Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: lhertzog@wilfet.com
Internet: www.wilfet.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L. EAMES )
and TAMMY EAMES, on behalf of )
themselves and all others )
similary situated, )
)
Plaintiffs, )
) Civil Action
v. ) No. 04-CV-1324KAJ
)
NATIONWIDE MUTUAL INSURANCE )
COMPANY, )
)
Defendant. )

Deposition of Glenn Deaton Agency, Inc. taken pursuant to Federal Rule of Civil Procedure 30(b)(6) through its designee GLENN W. DEATON at the law offices of Murphy, Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware, beginning at 10:40 a.m., on Tuesday, August 9, 2005, before Kurt A. Fetzer, Registered Diplomate Reporter and Notary Public.

APPEARANCES:

JOHN S. SPADARO, ESQ.
MURPHY SPADARO & LANDON
1011 Centre Road - Suite 210
Wilmington, Delaware 19805
For the Plaintiffs

CURTIS P. CHEYNEY, III, ESQ.
SWARTZ CAMPBELL & DETWEILER
1601 Market Street - 34th Floor
Philadelphia, Pennsylvania 19103-2316
For the Defendant

A48

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477

Eames v. Nationwide Mutual Insurance Company
Glenn W. Deaton C.A. # 04-CV-1324 KAJ August 9, 2005

Page 2

APPEARANCES: (Cont'd)
ROBERT J. LEONI, ESQ.
MORGAN SHELSBY & LEONI
131 Continental Drive - Suite 206
Newark, Delaware 19713
For the Witness

\- - - - -

GLENN W. DEATON,
the deponent herein, having first been duly sworn on oath, was examined and testified as follows:

EXAMINATION

BY MR. SPADARO:
Q. Sir, would you state your name for the record, please?
**A. Glenn W. Deaton.**
Q. Can you tell me your home address, please?
**A. 128 Sweet Gum Drive, Dover, Delaware, 19904.**
Q. Have you given sworn testimony under oath at a deposition proceeding before?
**A. Yes.**
Q. And you understand that I will be asking you questions at the deposition and that you will be expected to answer them completely and truthfully under oath?
**A. Yes, I do.**

Page 3

Q. And will you agree that if any question I ask is unclear to you or if you feel that it needs rephrasing or repetition, you will ask me to clarify or repeat the question?
**A. Yes, I will.**
Q. And if you need to take a break, let me know that. I'm going to try to move quickly enough so that we don't need any breaks during your testimony, but that doesn't mean you're not entitled to take one if you want to. Okay?
**A. Okay.**
Q. Are you represented by any attorney at this deposition?
**A. I am.**
Q. Is Mr. Leoni representing you today?
**A. Yes, he is.**
Q. And are you a representative of the Glenn Deaton Agency Incorporated?
**A. I am.**
Q. What is the Glenn Deaton Agency Incorporated?
**A. I'm an independent contractor, agent, principal for Nationwide Insurance Company.**
MR. SPADARO: Could you read that back, Kurt?

Page 4

(The reporter read back the last answer.)
BY MR. SPADARO:
Q. Do I understand from your answer that you're indicating that in the business in which you operate Nationwide acts as a principal and you act as Nationwide's agent?
**A. The term principal I use to describe myself as an agency, I'm the agency principal.**
Q. The principal of the business?
**A. Correct.**
Q. Maybe I should ask. What is your relationship to the Glenn Deaton Agency Incorporated?
**A. I'm the president of the corporation and the primary agent-producer.**
Q. And what do you mean by "agent-producer"?
**A. I am responsible for the sale of the products in the office and also have other licensed staff, but I am the primary producer of sales, salesperson, if you will.**
Q. What does -- if I refer to the Glenn Deaton Agency Incorporated as Deaton or the Deaton Agency, will you know what I mean?
**A. Yes.**
Q. What, if anything, does the Deaton Agency sell?

Page 5

**A. We sell a variety of property, casualty and life and health, financial service products, including automobile, homeowner, commercial property liability, worker's compensation, life insurance and some mutual funds and variable products as well.**
Q. The products that you listed are all insurance products, are they not?
**A. Correct.**
Q. And does the Deaton Agency sell Nationwide Insurance products to consumers?
**A. Yes.**
Q. And ask the Deaton Agency sell exclusively Nationwide Insurance products to Delaware consumers?
**A. I am a captive, exclusive agent of Nationwide. I do have opportunities to sell products outside of that arrangement, but primarily Nationwide products.**
Q. Are you able to estimate roughly the percentage of Nationwide Insurance products that you sell compared to the insurance products of other insurance companies?
**A. Nationwide sales represents I would say 90 to 95 percent of our overall sales.**
Q. What do you mean when you are referring to the Deaton Agency as captive?

A49

2 (Pages 2 to 5)

Wilcox & Fetzer, Ltd. Professional Court Reporters (302)655-0477

Page 6

**A. I have a contract to sell Nationwide's products exclusively. I'm required to sell Nationwide's products. I'm not allowed to broker or go outside of that agreement for market. In other words, if Nationwide offers that product for sale, I'm going to sell their product.**

**If I have occasion to sell a product that Nationwide is not interested in that market, I'm allowed to place that through another carrier.**

Q. So you're allowed to sell other insurance companies' products so long as they don't compete in this market with products that Nationwide is selling?

**A. Correct.**

Q. I hope you understand what I meant. When I said, "this market," I meant Delaware. And I think you understood my question that way?

**A. Correct. That's the only state that I am licensed to transact.**

Q. And you do hold a professional license?

**A. Yes, I do.**

Q. Could you identify it for me?

**A. I have a license through the Delaware Insurance Commissioner's office, an agency's license to sell all of the products that I mentioned, property, casualty,**

Page 7

**life, health, bonding and variable annuities as well.**

Q. You understand, do you not, that you've been designated by the Deaton Agency to testify on its behalf at this deposition?

**A. Yes.**

Q. Do you freely accept that designation?

**A. Yes, I do.**

MR. SPADARO: Let me ask the court reporter to mark as Exhibit 1 to your deposition a set of documents that purports to be a copy of a letter signed on my behalf by another attorney in my firm, Mr. Brockstedt, dated March 24, 2005 and addressed for hand delivery to the Glenn Deaton Agency Incorporated, attached to which is a copy of the subpoena that we served on the Glenn Deaton Agency in this case.

(Deaton Deposition Exhibit No. 1 was marked for identification.)

BY MR. SPADARO:

Q. Have you had an opportunity to examine the document that's been marked as Deaton Exhibit 1?

**A. Yes, I have.**

Q. Have you seen this document before, Mr. Deaton?

**A. Yes.**

Q. Does it appear to be what I have described?

Page 8

**A. Yes, it does.**

Q. If you turn to the fourth page of the document, do you see there an appendix that purports to set forth a description of the documents being subpoenaed and the topics for your testimony today?

**A. Yes.**

Q. And on the next page do you see the heading Matters for Examination?

**A. Yes.**

Q. And you understand that under that heading is set forth the three subject areas which I'll be asking questions about today?

**A. Yes.**

Q. And have you had a chance to review those subject areas before today's deposition?

**A. I have.**

Q. Are you prepared to answer questions relating to those three subject areas?

**A. I am.**

Q. Thank you.

How many employees does the Deaton Agency have, sir?

**A. Including myself, five.**

Q. Let me ask you a little bit more about your

Page 9

relationship, the agency's relationship with Nationwide, if I could. Okay?

Does the Deaton Agency lease equipment from Nationwide?

**A. Could you be more specific about equipment?**

Q. Well, is there office equipment that you use in your business operations like computers, telephones and that sort of thing?

**A. All of the office equipment belongs to my business. It's not property of Nationwide Insurance, desks, chairs, filing cabinets.**

**Computer equipment specifically for many years was the property of Nationwide Insurance and we were required by contract to lease their hardware and use their software. A few years ago they decided to get out of the hardware business. And basically the agents now own the hardware, but we are under contract to use their software and their pipeline, if you will, the company intranet and the software and all the products of running the software and the computer is provided by Nationwide, but the computer is owned by the agency.**

Q. When you say that the software is owned by Nationwide, does that include what might be called

A50

Page 10

document management software?

**A. Yes.**

Q. Do you send and receive e-mails at the Deaton Agency?

**A. Yes, we do.**

Q. If I understand correctly, is it correct to say that your e-mails are sent and received on Nationwide's file server?

**A. That's correct.**

Q. How is the Deaton Agency compensated for its role in selling Nationwide Insurance products in Delaware?

**A. We're compensated strictly through commissions on products that we sell. We have no other source of income other than commission based on the sales.**

Q. When a premium is obtained from a consumer in connection with the sale of a Nationwide Insurance product through the Deaton Agency, do you begin by transferring the premium to Nationwide?

**A. Yes. Any premium received by our office is in a fiduciary capacity, is placed in a fiduciary account, a premium-bearing account only and is remitted to Nationwide. And I receive my commission after they have processed their transactions on a**

Page 11

**biweekly basis.**

Q. So Nationwide collects premiums and then pays to you commissions based on how much premium was collected?

**A. Right.**

Q. How are employees' salaries paid? Are they paid directly by the Deaton Agency?

**A. Yes. The employees are employees of myself and are paid directly by me.**

Q. How long have you been the president of the Deaton Agency?

**A. I started with Nationwide in the fall of 1989. Fifteen, sixteen years.**

Q. Now, Mr. Deaton, we're going to be referring to a particular type of coverage within the automobile insurance product known as personal injury protection.

Are you familiar with that term?

**A. I am.**

Q. And if I call it personal injury protection, you'll know what I mean?

**A. Yes.**

Q. If I call it PIP, you will know what I mean?

**A. Yes.**

Q. I may make reference to limits of liability for

Page 12

PIP coverage. If I do that, will you know what I mean?

**A. Yes.**

Q. And --

MR. LEONI: John, I'm just going to ask that you make sure that if he doesn't understand it in the context that you're asking that you explain that because we have to make sure he understands it in the context that you're using it.

MR. SPADARO: Sure.

BY MR. SPADARO:

Q. We have agreed if you have any questions about my questions you will ask me, right?

**A. Certainly.**

Q. I'm not trying to give you an insurance 101 quiz. But just for the record can you give me your understanding of what limits of liability means as an insurance term?

**A. Sure. Limits of liability would be the amount provided by the contract, a maximum amount based on a per person limit or a per occurrence limit, but limit of liability would be the maximum amount payable by the company for a claim, a covered claim.**

Q. And that amount is a dollar amount?

Page 13

**A. Correct.**

Q. So it's expressed in numbers, is expressed in dollars?

**A. It's expressed in dollars, yes.**

Q. Are you able to give me a step-by-step description -- I could break it down if you want me to, but maybe it's faster not to. It's your preference.

If I ask you to give me a step-by-step description of the process by which an ordinary Delaware consumer in your neighborhood comes in and purchases a Nationwide auto policy, could you do that for me?

**A. Yes, I could.**

Q. Okay. Would you, please?

**A. Sure. Once a quote is given -- generally, the process starts by an individual requesting a quote for what the coverage would be.**

**We would --**

Q. I'm sorry. I don't mean to interject. Along the way I may ask you to clarify a term here or there.

**A. Sure.**

Q. By "quote" you're referring to the consumers asking how much will it cost me to buy auto insurance?

A51

Page 14

A. They would like a price quotation for the cost of coverage.

We would gather the required information that is needed to prepare a quote, certain personal information about the type of vehicle, driving record, information about the driver and so forth. Once the quote is prepared and given and accepted, the application process would start where we would basically complete the Nationwide application on the computer, generate an application, going through the various information as needed about drivers and so forth, the vehicle and coverages.

At that point we would interview with the client or with the applicant explaining and requesting if they have specific limitations, limits of liability that they would like to compare with, if they have a current contract. If they do not have current coverage, we would explain to them what's required by law and then show them the option limits that are available.

Upon completion of the application it would be printed out and any trailing documents that were required to be signed -- a trailing document would be a document in addition to the application

Page 15

itself. The form A is considered a trailing document. A vehicle inspection form, if a vehicle may be customized or altered or have existing damage we are required to view the vehicle and potentially have a document, a trailing document as an inspection report. A child's or student's report card that would be in line for a discount, a defensive driving class, any supplemental document that would affect the rate provided or the coverage provided, we would be required to obtain those, signatures on the application and any trailing documents would be obtained.

We would review what coverages are elected and rejected by the applicant.

Q. When all of that was completed what would happen?

A. The premium would be collected based on the applicant's choice of pay plan. There are a variety of different pay plan options available. We would collect the appropriate premium, provide a receipt. And we would at that point provide a binder or memorandum of insurance, some proof that the application process had been completed.

We would provide that to the applicant

Page 16

with a receipt. The application would be released or sent to Nationwide by the computer. We would set up a new file retaining the documents in our file. No paper really transactions go to Nationwide. It's done electronically and we retain the original application and any trailing documents in our file. Premiums are collected by our firm, by our agency, are deposited in a local bank, are remitted on Nationwide's remittance program. And they will then a couple of business days later they will electronically draft those funds from the fiduciary account.

At that point the policy is processed and generated directly by Nationwide from their service center and sent out to the insured.

We tell every applicant that they will receive their policy package directly from Nationwide with I.D. cards and the policy packet itself; when it's received to please give us a call if they have any questions, to review if there's anything there that they're not sure of. And we would set up our file from there and that's basically, that's the basic transaction process.

Q. Okay. Let me ask you about the point at which the premium has been collected and a binder or

Page 17

memorandum of insurance or other proof of insurance has been provided to the consumer. Okay?

A. (The witness nodded.)

Q. Are you with me?

A. Yes.

Q. Have I so far characterized that part of your testimony correctly?

A. Yes.

Q. At that point is the consumer insured for automobile insurance by Nationwide?

A. Yes.

Q. So it's your understanding at that point an insurance contract exists?

A. Yes.

Q. How long after that point -- well, at that point the consumer presumably goes, leaves your office and goes home carrying the auto memorandum of insurance or binder or other proof of insurance, right?

A. Correct.

MR. CHEYNEY: Objection.

Q. How much time typically passes, if you can tell me, between that event and the consumer's receipt of policy documents generated from Nationwide's service

Page 18

center?

**A. Generally, one week, approximately a week's time to process and have that sent out in the mail to them.**

Q. Have you known it to take less than a week?

**A. Yes.**

Q. Have you known it to take more than a week?

**A. Yes.**

Q. On the far end of the scale, how long does it take when it takes longer than a week?

**A. Only an additional day or two, maybe ten days maximum.**

Q. And if the insured vehicle is involved in an automobile collision during that one week to ten-day interim, it's your understanding that Nationwide insures that event?

MR. CHEYNEY: Objection.

**A. Correct.**

Q. Where is the Nationwide service center? Do you know?

**A. It is in Gainesville, Florida for the bulk of the automobile policies that we issue. They're generated from the Gainesville, Florida service center.**

Page 19

Q. Are there other Nationwide service centers that address other regions of the country?

**A. Yes.**

Q. Thank you.

This process you've described very patiently for me, which I appreciate, this step-by-step process by which the consumer purchases the auto insurance from Nationwide, as part of that process are documents shared with the consumer at any stage?

**A. Documents, yes.**

Q. For example, is the price quote that you started your description with a written price quote?

**A. Yes.**

Q. And that's a document that's shared with the consumer and he can take home with him?

**A. We do have a formal quote letter when someone asks for a quote that we can provide a user friendly quote letter. Generally, that's not sent out on a telephone quote or if someone comes into the office and I provide the quote on the computer and share with them the information on the monitor and they say yes, I would like to purchase that coverage, generally that quote letter is not printed out.**

**We would go directly into the application**

Page 20

**process. Many times we would hot print or screen print, if you will, the quote to show them if they brought their policy with them and they would like to compare, we would print off a document like that which would be just a screen print. But there is a formal quote letter that can be generated if it's requested.**

Q. Whether the document is generated hard copy or not, is it often the case that the consumers are allowed to see the quote in writing while they're in your office?

**A. Yes.**

Q. Are there any other documents that as part of this process the consumers either see visually or are allowed to take with them?

**A. Yes.**

Q. I think you mentioned the memorandum of insurance or binder or other proof of insurance.

**A. Correct.**

Q. That's one category of documents that is given to the consumer, right?

**A. Correct. They are offered a copy of the physical application as well and the Delaware Form A Delaware Protection Act document.**

Q. I think you referred earlier to options that

Page 21

the consumer has with respect to the limits of liability that they can purchase for different coverages.

Do you recall that?

**A. Correct.**

Q. And I'm going to limit my questions to automobile insurance. All right?

**A. Mm-hmm.**

Q. There are --

MR. LEONI: You have to answer actually verbally yes or no.

THE WITNESS: Yes.

MR. SPADARO: Thank you, Mr. Leoni.

BY MR. SPADARO:

Q. There are different dollar amounts in limits of liability that consumers are able to purchase within different coverages, right?

**A. Correct.**

Q. It's your understanding that with respect to PIP coverage there's a minimum amount that's mandated by statute. Is that right?

**A. That's right.**

Q. And the minimum statutory limits of liability for PIP coverage according to your understanding are

Eames v. Nationwide Mutual Insurance Company
Glenn W. Deaton C.A. # 04-CV-1324 KAJ August 9, 2005

Page 22

$15,000 per person/$30,000 per accident. Is that right?

**A. Correct.**

Q. But consumers are able to purchase more than that, aren't they?

**A. Yes.**

Q. What is the full amount of limits of liability available from Nationwide today for PIP coverage?

MR. CHEYNEY: Objection.

MR. LEONI: Do you know what? So far we have been talking generically, but actually the notice of deposition refers only to Nationwide Mutual Insurance Company. So I'm assuming, and maybe wrongfully so, your questions are limited to Nationwide Mutual.

MR. SPADARO: Yes. All my questions are limited to the defendant in this case, Nationwide Mutual -- let me make sure I get the name right -- Nationwide Mutual Insurance Company.

BY MR. SPADARO:

Q. Do you understand that, sir?

**A. Yes.**

Q. Do all of your responses so far relate to Nationwide Mutual Insurance Company?

Page 23

**A. Yes.**

Q. So let me ask you again: Can you tell me the full amount of PIP limits of liability that are available for purchase from Nationwide today in Delaware?

MR. CHEYNEY: Objection.

**A. The maximum limits for PIP available is $100,000 per person/$300,000 per accident.**

Q. Do you have a sense of in percentage terms of the percentage of auto policies that the Deaton Agency is involved in selling on Nationwide's behalf for which Delaware consumers in a typical year purchase the minimum limits of $15,000 per person/$30,000 per accident?

MR. LEONI: Hold on a second. Can I hear that back?

Could you read it back, Kurt?

THE WITNESS: Because he --

MR. LEONI: Hold on. He's going to read the question back to make sure we understand it.

(The reporter read back the last question.)

MR. LEONI: Again, we're referring only to Nationwide Mutual Insurance Company personal auto

Page 24

policies?

MR. SPADARO: Yes.

BY MR. SPADARO:

Q. I've said that I'm only referring to the defendant Nationwide Mutual Insurance Company and I have clarified all of my questions relate to automobile insurance. So that's a given with every question I ask unless I specify otherwise. I'm not going to ask you about products other than auto at this point.

Do you understand my question?

**A. I understand your question. But my response would be particularly regarding Nationwide Mutual, the company one, that Nationwide Mutual -- we're not talking about the non-standard. We're talking about generally -- all right.**

Q. I'm only asking about the defendant in this case, Nationwide Mutual Insurance Company.

**A. Yes. I understand your question.**

MR. LEONI: Just to be clear for the witness because he seems to be having a little trouble --

MR. SPADARO: If you have an objection to form, we're in the District Court, if you have an

Page 25

objection to the form, you can object to form. I'll clarify.

BY MR. SPADARO:

Q. You understand I'm trying to figure out how often people purchase the minimum limits? Do you understand my question?

**A. Yes, I do.**

Q. If you can ballpark that for me in percentage terms, that would be helpful.

**A. Under Nationwide Mutual Insurance Company policies that we issue I would say only 25 percent or less purchase the minimum PIP coverage.**

Q. Okay. Thank you. That's very helpful.

Now, in response to our subpoena it's your understanding that the Deaton Agency produced certain documents to us?

**A. That's correct.**

Q. And is it your understanding that we reached a compromise by which the parties agreed that the Deaton Agency would produce policy-related documents for just 35 policyholders?

**A. Yes.**

Q. And just for the record, over the course of the time period embraced by this lawsuit the agency has

7 (Pages 22 to 25)

Wilcox & Fetzer, Ltd. Professional Court Reporters

A54

Page 26

sold many more than 35 insurance policies, auto insurance policies, that is, on behalf of Nationwide?

**A. Yes.**

Q. But this was a compromise we reached to reduce the burden and expense of responding to the subpoena. Do you understand that?

**A. Yes.**

Q. I want to mark as Exhibit 2 to your deposition a set, a single set of these policy-related documents that were produced by the Deaton Agency as part of this compromise.

Do you understand what I have represented?

**A. Yes.**

Q. And it's your understanding, is it not, that the Deaton Agency's attorneys, Mr. Leoni and his office, have blacked out or redacted certain identifying information that might otherwise have identified the policyholders under these policies?

**A. Yes.**

Q. And it's your understanding that the attorneys for the Deaton Agency have numbered the sets that were produced to us with one- or two-digit numbers?

**A. Yes.**

MR. SPADARO: Let me start by marking as

Page 27

Exhibit 2 to your deposition set number 63 from the Deaton production.

(Deaton Deposition Exhibit No. 2 was marked for identification.)

BY MR. SPADARO:

Q. Just review that, if you would, to your satisfaction. Let me know when you feel comfortable answering some questions about it.

**A. (Reviewing document) Okay.**

Q. Does this appear to be a copy of the documents from set 63 of the Deaton production?

**A. Yes.**

Q. I'm going to ask you if you can try to describe the approximately seven pages that are part of Exhibit 2 for me in a little more detail.

**A. Okay.**

Q. Thank you.

**A. Page 1 -- the document is a standard automobile insurance application through Nationwide Mutual. The first page of the document provides basic declaration type information about the name of the insured, date of the application and basic demographic information about the insured, license, date of birth, social, address and so forth.**

Page 28

**Page number 2 begins with detail about the vehicle to be insured itself, including the make, model, year, vehicle identification number and ownership. The second area of the second page of the document provides the coverage that's been selected. The liability, physical damage, uninsured motorist and PIP coverage are detailed there. Any discounts are listed there on the bottom of that second page.**

**Page 3 provides ratings variables, including the work or work commute, annual mileage and any surcharges for rate class that might be applicable.**

Q. If I could just interject for a moment. By rating variables are we referring to underwriting factors that might result in a determination of the premium to be charged?

**A. Correct.**

Q. Thank you.

**A. Below that on the third page is some general information specific to the place of the domicile of the applicant, where they live, and payment information is also included on page 3.**

**The fourth page is a closing statement that provides information on how Nationwide will**

Page 29

**handle the application regarding misrepresentations and acknowledgment of coverage and accepting of the risk.**

**The fifth page includes statements that are asked to be initialed in total by the insured regarding their use and ownership and declaration of any drivers in the household or have regular use of that vehicle and any forbidden uses of the vehicle under the personal auto policy, including delivery of pizza and you will see there in the one bullet the newspapers or taxicab-type things are prohibited. We ask that they acknowledge that there.**

**And the final part on page 5 is the signature place where the applicant and the producing agent would sign and date and time the application.**

Q. So those first five pages are -- bear with me for a second.

Those first five pages are the application themselves?

**A. Those pages are the application, yes.**

Q. And the remaining two pages of Deaton Exhibit 2 are not what you would describe as part of the application?

**A. Correct.**

  
Page 30

Q. But they are part of the larger process of placing insurance?

**A. Correct.**

Q. I'm sorry I interrupted you. Thank you.

**A. The sixth page is the Delaware Motorists' Protection Act, a form that's used to acknowledge and where the applicant would select and verify or reject any coverage options that they would like. The minimum limits are displayed on this form that are required by Delaware law, along with other optional coverages for physical damage, including comprehensive, collision, uninsured motorist, loss of use. This is the form that we have the insured sign that spells out the requirements and also the options that are provided under the Delaware policies.**

**The final page is a copy of the screen print that I mentioned. This would be a document that I would share with an insured that would come in the office if we were comparing different quotes. This is simply a screen print of our quote process off the computer.**

Q. That final page that you've indicated is shared with the consumer is titled Auto Rate Quote Number 1?

**A. Correct.**

Page 31

Q. Let me ask you to turn, if you would, to the second page of Deaton Exhibit 2, please.

I'm going to direct your attention to the entries in the middle of the page under the Heading Vehicle Level Coverages.

Do you see that?

**A. Yes.**

Q. Now, there appear to be under that heading three columns setting forth information. Is that fair to say?

**A. Yes.**

Q. In the left-hand column we see the first entry reads Comprehensive and underneath that Collision and then underneath that Property Damage and so forth. That left-hand column identifies different types of insurance coverage within the automobile insurance product?

**A. Correct.**

Q. Is that fair to say?

**A. Yes.**

Q. And the middle column begins with the number 250. Do you see that?

**A. Yes.**

Q. And that corresponds to the entry in the left-hand column that says Comprehensive, right?

**A. Correct.**

Q. And what does that information up to that point indicate?

**A. That entry relates to the deductible that would be applied to that line of coverage. $250 would be the deductible applicable to the comprehensive line of coverage.**

Q. Very briefly, what does comprehensive coverage entail in an auto insurance policy?

**A. Comprehensive coverage provides coverage for damage to the insured vehicle that is not collision related and would include glass breakage, vandalism, theft, fire, flood. Collision with an animal would be one comprehensive coverage where a collision would take place with an animal, but it's damage to the vehicle that's generally not collision related.**

Q. So it appears that it's contemplated for this particular insurance contract that there will be a deductible for comprehensive coverage of $250, right?

**A. Correct.**

Q. And that deductible is expressed in a dollar amount?

**A. Yes.**

Page 33

Q. In the right-hand column there appear to be dollar amounts set forth for each of the types of coverage.

Do you see that?

**A. Yes.**

Q. The first being $23.20 corresponding to the comprehensive coverage entry, right?

**A. Correct.**

Q. Am I correct that sets forth the premium amount to be collected with respect to each coverage within the automobile insurance contract?

**A. Yes.**

Q. Now let me ask you to turn, if you could, to the last page of Deaton Exhibit 2 entitled Auto Rate Quote Number 1 and let me know when you have that before you, please.

**A. I do.**

Q. This document has a similar format, doesn't it?

**A. Yes.**

Q. Because we see abbreviated names for the different types of coverage beginning with COMP for comprehensive and then COLL for collision, then PD for property damage and so forth, right?

**A. Correct.**

Page 34

Q. And then in the middle column we see the dollar amount for comprehensive that indicates 250, signifying the $250 deductible to be charged for that coverage, right?
**A. Correct.**
Q. In the right-hand column we see that 23.20 indicating the $23.20 premium to be collected for the comprehensive coverage, correct?
**A. Correct.**
Q. Now, there is information redacted on this page. So let me ask you as it appears in unredacted form, does the name of the insured appear on this page?
**A. Yes.**
Q. And would the page in unredacted form indicate anywhere the vehicle to be insured?
**A. Yes.**
Q. How would it identify that vehicle?
**A. By the year, make and model would generally appear in the heading above the $250 deductible where it's been redacted. The vehicle year and type would appear there.**
Q. And we know that the types of coverages are described in the document, right?

Page 35

**A. Correct.**
Q. And the limits of liability for the coverages are set forth, are they not?
**A. Yes.**
Q. And the premium amount to be charged for each is set forth, right?
**A. Yes.**
Q. Turning to that middle column that begins with the number 250 for the deductible for comprehensive coverage, that is not a dollar amount that indicates the limit of liability for comprehensive coverage, is it?
**A. No.**
Q. It indicates rather the dollar amount of the deductible for that coverage, right?
**A. Correct.**
Q. Why does it indicate a dollar amount for the deductible rather than for the limit of liability?
**A. The deductible is a common factor that would be charged against a claim regardless of -- the value of the vehicle is a variable that cannot really be contemplated at the time of application. The value or limit of that coverage would be contemplated at the time of the claim, meaning someone may have purchased a brand-new vehicle on this day valued at $20,000. Well, when the claim time comes a week, a month, a year later, the value of that vehicle would be determined at that time based on the actual cash value of the vehicle at the time.**
**So that deductible is assessed as a common factor against the amount of the claim because the limit of liability would be relatively unknown based on the actual cash value of the vehicle.**

Page 36

Q. So the limit of liability is not expressed in that column for comprehensive coverage because it's not a readily identifiable number at the time the policy is purchased?
**A. Correct.**
Q. Rather, it's a number to be determined later based on the depreciating value of the property?
**A. And the amount of damage incurred, correct.**
Q. And the amount of damage incurred. Thank you.
The number 500 appears in the middle column for the entry for collision damage. Do you see that?
**A. Yes.**
Q. And what does that number express?
**A. In similar fashion, it is a deductible that would be charged against the claim to the insured for a collision claim.**

Page 37

Q. And that's expressed as a dollar amount?
**A. Correct.**
Q. And the reason that entry is expressed as a deductible rather than showing the limit of liability for collision damage is the same reason you explained with respect to comprehensive coverage, right?
**A. Yes.**
Q. It is an unknowable factor at the time the policy is purchased?
**A. Correct.**
Q. The number 10,000 appears in that middle column entry on this last page of Deaton Exhibit 2 for property damage coverage.
Do you see that?
**A. Yes.**
Q. And is that insurance coverage that insures against property damage claims brought by other drivers for damage done to their property?
**A. Correct.**
Q. And the 10,000 indicates, the 10,000 figure in that middle column of the last page of Deaton Exhibit 2 for property damage indicates the dollar amount of

Eames v. Nationwide Mutual Insurance Company
Glenn W. Deaton C.A. # 04-CV-1324 KAJ August 9, 2005

Page 38

the limit of liability for property damage coverage?
**A. That's correct.**
Q. And that's expressed as a dollar amount because it is a dollar amount known at the time the policy is purchased?
**A. That's correct.**
Q. When the policy is purchased it's readily ascertainable what the limit of liability is for property damage coverage or bodily injury coverage, right?
**A. Correct.**
Q. And for the bodily injury entry we see 15/30 in the middle column.
Do you see that?
**A. Yes.**
Q. What does that mean?
**A. That signifies $15,000 per person and a $30,000 per accident limitation.**
Q. So that's the limit of liability for bodily injury coverage?
**A. Correct.**
Q. And that's the insurance made available for claims by other persons than the insured against the insured for bodily injury suffered in a covered event?

Page 39

**A. Correct.**
Q. The next entry on the left reads UMBI. Do you see that?
**A. Yes, I do.**
Q. What does that stand for?
**A. It stands for uninsured motorist bodily injury coverage.**
Q. I'm sorry. I skipped. There's an entry above that column that says DB.
Do you see that?
**A. Yes.**
Q. What does that stand for?
**A. That stands for death benefit.**
Q. What is the death benefit coverage? Could you explain that quickly?
**A. Nationwide's product provides a death benefit to the named insured, the driver and passengers if they are killed in a covered accident if they are wearing their seat belt. There is a small death benefit payable.**
Q. Then in the middle entry where otherwise there're expressed limits of liability or deductibles you see the entry in letters CNW.
Do you see that?

Page 40

**A. Correct.**
Q. I have no idea what that means and I guess that means coverage not wanted, but maybe you could tell me.
**A. That's exactly correct.**
Q. Is it the case that wherever I see CNW in the documents that Deaton produced it means coverage not wanted?
**A. Yes.**
Q. And I'll represent to you that I have seen that entry in documents produced by other insurance agents that have been subpoenaed in the case.
Do you understand what I have told you?
**A. Sure. Yes.**
Q. Do you understand that to be a standard abbreviation used in documents of this type --
**A. Yes.**
Q. -- by insurance agents?
**A. Yes.**
Q. I'm sorry. Your answer is?
**A. Yes.**
Q. Thank you.
Let me take you to the entry for PIP in the left-hand column. Do you see that?

Page 41

**A. Yes.**
Q. And in the middle column it says full.
Do you see that?
**A. Yes.**
Q. And that's a characterization that we see in -- I'll represent to you that that characterization of PIP as full is one that can be found in every set of documents that the Deaton Agency produced.
Do you understand what I am representing to you?
**A. Yes.**
Q. Does that surprise you?
**A. No.**
Q. Is it fair to say that the characterization of PIP as full in documents like the auto rate quote shown on the last page of Deaton 2 is a routine one in your business?
**A. Yes.**
Q. What I could do is show you some additional examples of that characterization as it appears in other sets of documents that Deaton produced simply so you could confirm that full is in there. We can go through that exercise. I'm happy to do that. Or you could simply tell me that you expect to find it in all

11 (Pages 38 to 41)

Wilcox & Fetzer, Ltd. Professional Court Reporters

A58

Page 42

of them, if that's the case.
**A. Yes. I would expect to see that usage of the word "full" in the various documents that you have obtained.**
Q. And you would expect to see it in connection with PIP?
**A. Correct.**
MR. SPADARO: Just give me a couple of minutes to think if I have anything else and I may have nothing else.
MR. LEONI: While we're on break, you're not allowed to talk to me, him, anybody else about your testimony, what questions you were asked, what questions you may be asked. You can talk to him about anything else, hunting or whatever.
Do you understand that?
THE WITNESS: Yes.
MR. LEONI: Okay.
(A brief recess was taken.)
MR. SPADARO: Mr. Deaton, let me show you what I am going to ask the court reporter to mark as Exhibit 3 to your deposition.
(Deaton Deposition Exhibit No. 3 was marked for identification.)

Page 43

BY MR. SPADARO:
Q. Mr. Deaton, take your time reviewing that document, but I don't think I have too much to ask you about it. I will represent to you that the document marked as D-3 entitled Auto Memorandum Of Insurance is just that, an auto memorandum of insurance that was shared with us by the plaintiffs in this case, Mr. and Mrs. Eames.
Do you understand what I have represented?
**A. Yes.**
Q. You can I think readily determine that this is not a document related to an auto policy that was sold through your office.
**A. Correct.**
Q. But instead it appears to relate to a policy sold through another Delaware insurance agent?
**A. Correct.**
Q. I simply want to ask you whether -- let me go back.
You referred during your helpful description of the step-by-step process by which the auto policy is sold to a document type called the auto memorandum of insurance.
Do you remember that?

Page 44

**A. Yes.**
Q. Is this that type of document that you described in that explanation?
**A. Yes.**
MR. SPADARO: That's all I have, Mr. Deaton. I appreciate your patience and coming up here today.
MR. CHEYNEY: I have some questions.
MR. LEONI: Mr. Cheney is going to ask you some questions.
BY MR. CHEYNEY:
Q. Mr. Deaton, the packet 63 that was shown to you, there is no binder attached, is there?
**A. There is not.**
Q. Do you keep a copy of the binder?
**A. As a rule, generally no.**
Q. Do you give a binder copy to the policyholder or the new policyholder?
**A. Yes.**
Q. What does the binder indicate? Do you have a copy of that that you could make available?
**A. I could make it available. It is very similar in its format and content to the memorandum of insurance.**

Page 45

**I could elaborate briefly that the auto memorandum of insurance is generally once the policy is issued by the company and physically processed, the auto memorandum would be issued because it has a policy number on it.**
**The binder contains pretty much the same information with a caveat that says this is a binder subject to the issuance of the policy. It gives a 30-day time limit.**
Q. That's exactly my question. The binder is not the policy?
**A. Correct.**
Q. Now, the automobile insurance application that you have as Exhibit 63, this is signed by the applicant. Is that correct?
**A. Correct.**
Q. Is the information on it signed by the applicant when they sign it?
**A. Yes.**
Q. Do you explain to the applicant what the PIP, personal injury protection, full and $71.90 means?
**A. Yes.**
Q. And what does full mean when it appears there that's explained to the applicant?

Page 46

**A. It means that that coverage is without a deductible meeting the statutory requirement, the full limit of the statute, which is 15/30.**

Q. Now, does that 71.90 that appears in that column adjacent to full, to the right of full reflect that premium for that policy coverage?

**A. Yes.**

Q. And if it were anything greater like the additional policy coverage you spoke of, the APIP or the 100/300,000, would that be a different premium?

**A. Yes, it would.**

Q. And that appears in the additional personal injury protection, coverage not wanted?

**A. Correct.**

Q. Is there a discussion between you or your agency and the insured as to the options of the APIP, additional personal injury protection, or the minimum policy limits?

**A. Yes.**

Q. Is this application always given, always given, routinely given to the insured at the time they come in?

MR. SPADARO: Objection to the form.

You can answer.

Page 47

MR. CHEYNEY: I think those words were your words, "routine" and "common." I'm just trying to get back to what your question was and repeat those words.

So let me do it again.

BY MR. CHEYNEY:

Q. Is this application routinely and commonly given to the insured at the time he signs the application?

**A. It is offered consistently to the insured if they would like to have a copy of it.**

Q. How often in your experience during the course of the year, an average year do they take it or don't take it?

**A. It's taken rarely by -- in my experience, the physical application is rarely taken by the applicant. Their concern is the proof of coverage that they would need for the purchase of their vehicle or their motor vehicle or to go to Motor Vehicle for registration processes, purposes.**

**A small percentage generally request the hard copy application.**

Q. Now, going to page 3 of the application, the very last line under Notice, it says, and I quote the

Page 48

first three words, "Read your policy."

Do you see that?

**A. Yes.**

Q. Is that something that's always told to an applicant, when the policy comes to read the policy and if there's any questions to call you?

**A. Yes.**

Q. The application is not the policy, is it?

**A. Correct.**

Q. In the closing statement on page 4 there's a paragraph four from the bottom. That first sentence of that paragraph, could you read that?

**A. Beginning with "I hereby"?**

Q. Yes.

**A. "I hereby acknowledge that all coverages, required and optional, available to me have been fully explained."**

Q. In connection with that statement is it fair to say from your agency and your personal viewpoint that you explain to the insured at the time of the application what the limits are that they are purchasing, what the deductibles available are and what the available additional APIP coverage for PIP might be?

Page 49

**A. Yes.**

Q. Now, it also says in the very last paragraph -- could you read that sentence fully, please?

**A. "I have read and signed the Delaware Motorist Protection Act form, required by Delaware statute and have selected the coverage and limits requested hereon."**

Q. Now, is that form what page 6 would be?

**A. Yes.**

Q. And do you and your agency go over this form and what is checked on the form?

**A. Yes.**

Q. Is frequently or infrequently the checking the result of actual conduct of the applicant or by your agency?

**A. Do you refer to the physical marking of the box?**

Q. Yes.

**A. Generally by the agent or agency employee, not the applicant.**

Q. Is it always done as a result of a conversation and specific question?

**A. Yes.**

Q. Do you see anywhere on this policy the

Page 50

word "full" unmodified by any other word when it comes to the no-fault coverage package number 3?

MR. SPADARO: Objection.

MR. LEONI: Objection. Because I don't understand. You said, "Do you see anywhere on this policy." What policy?

MR. CHEYNEY: I beg your pardon. The Delaware Motorists' Protection Act form. We're on page 6.

MR. LEONI: Of exhibit Deaton Exhibit 2.

MR. CHEYNEY: Withdraw the question.

BY MR. CHEYNEY:

Q. Looking at this form where it says the coverages under A, paragraph 3, do you see that?

**A. Yes.**

Q. And do you see under B, "Options. You must select limits and coverage desired"? Do you see that paragraph?

**A. Yes.**

Q. Do you see paragraph or subparagraph 3 in that column?

**A. Yes.**

Q. What does that say?

**A. "Full Coverage with no Deductible."**

Page 51

Q. Is it from that choice where the selection is made in column C that information is put into the computer as to what the PIP coverage is for the 15/30?

**A. Yes.**

Q. At the bottom of that page 6 can you read that information that's contained in the box?

**A. "It is not the intent of this statement to limit or discourage the purchase of increased limits of liability and personal injury protection coverages, or other additional coverages which may be available from the company."**

Q. Is it your custom and routine and practice in your agency to always offer the APIP coverage?

**A. Yes.**

Q. The screen saver, page 7 of this of Exhibit 63, is this something that is routinely and commonly given to the insured or is this a screen saver that you use for making a rate quote?

MR. SPADARO: Objection to the form.

Q. It's okay.

**A. This is a document that is generally used for explanation and comparison of options, but it is generally not given to the applicant unless requested. It's more of a worksheet, if you will.**

Page 52

Q. It's a rate quote sheet, correct?

**A. Correct.**

Q. It is not the policy, is it?

**A. No.**

MR. LEONI: Let me just make sure the record is clear that this is Deaton Exhibit 2 we're talking about which has on the first page a marking number 63.

MR. CHEYNEY: Correct. It's the last page of that.

BY MR. CHEYNEY:

Q. In connection with dealing with applicants for insurance, is there a script given to you by Nationwide as to what to say when talking about PIP protection?

**A. No.**

Q. Is it fair to say that when dealing with applicants everyone is different and unique?

**A. Yes.**

Q. Although the areas are covered, there's no script or set formula of language used?

**A. That's correct.**

MR. CHEYNEY: That's all I have. Thank you.

Page 53

BY MR. SPADARO:

Q. I just have a couple of follow-up questions, Mr. Deaton, not much.

If you would, keep before you Deaton Exhibit 2. If you would turn to the page that bears the heading Closing Statement, if you could find that.

**A. Okay.**

Q. If you would direct your attention to the paragraph that begins a little bit, begins about the middle of the page and begins with the words "I hereby acknowledge that all coverages."

Do you see that?

**A. Yes.**

Q. That sentence says, "I hereby acknowledge that all coverages, required and optional, available to me have been fully explained."

Do you see that?

**A. Yes.**

Q. And Mr. Cheney asked you about that sentence. Do you recall that?

**A. Yes.**

Q. Does the reference to coverages being fully explained have meaning to you?

**A. Yes.**

Eames v. Nationwide Mutual Insurance Company
Glenn W. Deaton C.A. # 04-CV-1324 KAJ August 9, 2005

Page 54

Q. And what does it mean for coverages to be fully explained?

**A. To make sure that the applicant understands what coverages are available to them and what limits of coverages that they are purchasing, what optional limits might be available to them, and coverages not just relating to the PIP, as we mentioned, but additional coverages in terms of rental car, towing and labor, other accessory coverages that may be available that they may not have thought about or contemplated.**

Q. The reference in that sentence to coverages being fully explained does not imply a minimal explanation, does it?

**A. No.**

Q. The last sentence on that page that bears the heading Closing Statement and is part of Deaton Exhibit 2 was a sentence that Mr. Cheyney asked you to read fully.

Do you recall that?

**A. Yes.**

Q. And in response to his request, you read the entire sentence, didn't you?

**A. Yes.**

Page 55

Q. You didn't read part of it, right?

**A. Correct.**

MR. SPADARO: That's all I have. Thank you.

MR. LEONI: Any other questions?

MR. CHEYNEY: No.

MR. LEONI: All right.

(Discussion off the record.)

MR. SPADARO: The parties, being the Eames plaintiffs, the defendant Nationwide and the remaining insurance agents to be deposed today pursuant to the Eames plaintiffs' subpoena, which includes the Broadbent Agency, the Truitt Agency and the Hoban Agency, have agreed to a stipulation in lieu of continuing with those depositions so that based on this stipulation the depositions of the Broadbent, Truitt and Hoban designees pursuant to the plaintiffs' subpoenas will no longer be necessary and have been canceled.

And the terms of the stipulation are as follows, and I invite counsel, please, to indicate their assent or disagreement with the way that I characterize it. The parties have stipulated that in the vast majority of documents produced by the

Page 56

insurance agents pursuant to the Eames plaintiffs' subpoenas the word "full" appears next to the term "PIP."

MR. LEONI: So stipulated.

MR. CHEYNEY: It's agreed.

MR. SPADARO: I have nothing further. Thank you very much.

(Proceedings concluded at 12:10 p.m.)

Page 57

INDEX

| DEPONENT: GLENN W. DEATON | PAGE |
|---|---|
| Examination by Mr. Spadaro | 2 |
| Examination by Mr. Cheyney | 44 |
| Examination by Mr. Spadaro | 53 |

EXHIBITS

| DEATON DEPOSITION EXHIBITS | MARKED |
|---|---|
| 1 Letter to Glenn Deaton Agency, Inc. from John S. Spadaro dated March 24, 2005 with subpoena attached | 7 |
| 2 Multipage document captioned "Automobile Insurance Application Nationwide Mutual Insurance Company" | 27 |
| 3 Document captioned "Auto Memorandum Of Insurance" | 42 |

ERRATA SHEET/DEPONENT'S SIGNATURE PAGE 58

CERTIFICATE OF REPORTER PAGE 59

15 (Pages 54 to 57)

Wilcox & Fetzer, Ltd. Professional Court Reporters A62

Eames v. Nationwide Mutual Insurance Company
Glenn W. Deaton C.A. # 04-CV-1324 KAJ August 9, 2005

Page 58

REPLACE THIS PAGE
WITH THE ERRATA SHEET
AFTER IT HAS BEEN
COMPLETED AND SIGNED
BY THE DEPONENT.

Page 59

State of Delaware )
)
New Castle County )

CERTIFICATE OF REPORTER

I, Kurt A. Fetzer, Registered Diplomate Reporter and Notary Public, do hereby certify that there came before me on Tuesday, August 9, 2005, the deponent herein, GLENN W. DEATON, who was duly sworn by me and thereafter examined by counsel for the respective parties; that the questions asked of said deponent and the answers given were taken down by me in Stenotype notes and thereafter transcribed by use of computer-aided transcription and computer printer under my direction.

I further certify that the foregoing is a true and correct transcript of the testimony given at said examination of said witness.

I further certify that I am not counsel, attorney, or relative of either party, or otherwise interested in the event of this suit.

Kurt A. Fetzer, RDR, CRR
Certification No. 100-RPR
(Expires January 31, 2008)

DATED:

16 (Pages 58 to 59)

Wilcox & Fetzer, Ltd. Professional Court Reporters

A63

**A**
**abbreviated** 33:20
**abbreviation** 40:16
**able** 5:17 13:5 21:16 22:4
**about** 8:12,24 9:5 12:12 14:5,6,11 16:23 24:9,15,15 24:17 27:8,21,23 28:1 42:12,14 43:4 52:7,14 53:9 53:19 54:10
**above** 34:20 39:8
**accept** 7:6
**accepted** 14:7
**accepting** 29:2
**accessory** 54:9
**accident** 22:1 23:8 23:14 38:18 39:18
**according** 21:24
**account** 10:22,22 16:11
**acknowledge** 29:12 30:6 48:15 53:11 53:14
**acknowledgment** 29:2
**act** 4:5 20:23 30:6 49:5 50:8
**Action** 1:6
**acts** 4:5
**actual** 36:4,9 49:14
**actually** 21:10 22:11
**addition** 14:24
**additional** 18:11 41:19 46:9,12,17 48:23 51:10 54:8
**address** 2:15 19:2 27:24
**addressed** 7:12
**adjacent** 46:5
**affect** 15:8
**after** 10:24 17:15 58:5
**again** 23:2,23 47:5
**against** 35:20 36:7 37:1,19 38:23
**agency** 1:11 3:18,20 4:8,8,12,21,21,24 5:9,12,24 7:3,13 7:15 8:21 9:3,22 10:4,10,18 11:7 11:11 16:7 23:10 25:15,20,24 26:10 26:21 41:8 46:16 48:19 49:10,15,19 51:13 55:13,13,14 57:7
**agency's** 6:23 9:1 26:15
**agent** 3:21 4:6 5:14 29:15 43:16 49:19
**agents** 9:17 40:11 40:18 55:11 56:1
**agent-producer** 4:14,15
**ago** 9:15
**agree** 3:1
**agreed** 12:12 25:19 55:14 56:5
**agreement** 6:4
**allowed** 6:3,9,10 20:9,14 42:12
**along** 13:20 30:10
**altered** 15:3
**Although** 52:20
**always** 46:20,20 48:4 49:21 51:13
**amount** 12:19,20,22 12:24,24 21:20 22:7 23:3 32:23 33:9 34:2 35:5,10 35:14,17 36:7,17 36:18 37:3,24 38:3,4
**amounts** 21:15 33:2
**animal** 32:14,16
**annual** 28:10
**annuities** 7:1
**another** 6:9 7:11 43:16
**answer** 2:22 4:1,3 8:17 21:10 40:20 46:24
**answering** 27:8
**answers** 59:8
**anybody** 42:12
**anything** 4:24 16:19 42:9,15 46:8
**anywhere** 34:16 49:24 50:5
**APIP** 46:9,16 48:23 51:13
**appear** 7:24 27:10 31:8 33:1 34:12 34:20,22
**APPEARANCES** 1:16 2:1
**appears** 32:18 34:11 36:19 37:13 41:20 43:15 45:23 46:4,12 56:2
**appendix** 8:3
**applicable** 28:12 32:7
**applicant** 14:14 15:14,24 16:15 28:21 29:14 30:7 45:15,18,20,24 47:16 48:5 49:14 49:20 51:23 54:3
**applicants** 52:12,18
**applicant's** 15:18
**application** 14:8,9 14:10,21,24 15:11 15:23 16:1,5 19:24 20:22 27:19 27:22 29:1,15,18 29:20,23 35:22 45:13 46:20 47:7 47:9,16,22,23 48:8,21 57:9
**applied** 32:6
**appreciate** 19:6 44:6
**appropriate** 15:20
**approximately** 18:2 27:14
**area** 28:4
**areas** 8:11,15,18 52:20
**arrangement** 5:16
**ascertainable** 38:8
**asked** 29:5 42:13,14 53:19 54:18 59:8
**asking** 2:20 8:11 12:7 13:24 24:17
**asks** 19:17
**assent** 55:22
**assessed** 36:6
**assuming** 22:13
**attached** 7:14 44:13 57:8
**attention** 31:3 53:8
**attorney** 3:12 7:11 59:13
**attorneys** 26:15,20
**August** 1:14 59:6
**auto** 13:12,24 17:17 19:7 23:10,24 24:9 26:1 29:9 30:23 32:10 33:14 41:15 43:5,6,12 43:22,22 45:1,4 57:11
**automobile** 5:3 11:15 17:10 18:14 18:22 21:7 24:7 27:18 31:16 33:11 45:13 57:9
**available** 14:20 15:19 22:8 23:4,7 38:22 44:21,22 48:16,22,23 51:10 53:15 54:4,6,10
**average** 47:13
**a.m** 1:14

**B**
**B** 50:16 57:5
**back** 3:23 4:1 23:16 23:17,20,21 43:19 47:3
**ballpark** 25:8
**bank** 16:8
**based** 10:15 11:3 12:20 15:17 36:4 36:8,16 55:15
**basic** 16:21 27:20 27:22
**basically** 9:16 14:9 16:21
**basis** 11:1
**bear** 29:16
**bears** 53:5 54:16
**before** 1:14 2:18 7:22 8:15 33:16 53:4 59:6
**beg** 50:7
**begin** 10:18
**beginning** 1:13 33:21 48:13
**begins** 28:1 31:21 35:8 53:9,9,10
**behalf** 1:4 7:4,11 23:11 26:2
**being** 8:4 33:6 53:22 54:13 55:9
**belongs** 9:9
**Below** 28:19
**belt** 39:19
**benefit** 39:13,14,16 39:20
**between** 17:23 46:15
**binder** 15:21 16:24 17:18 20:17 44:13 44:15,17,20 45:6 45:7,10
**birth** 27:23
**bit** 8:24 53:9
**biweekly** 11:1
**blacked** 26:16
**bodily** 38:9,12,19 38:24 39:6
**bonding** 7:1
**bottom** 28:8 48:11 51:5
**box** 49:17 51:6
**brand-new** 36:1
**break** 3:6 13:6 42:11
**breakage** 32:13
**breaks** 3:8
**brief** 42:19
**briefly** 32:9 45:1
**Broadbent** 55:13,16
**Brockstedt** 7:12
**broker** 6:3
**brought** 20:3 37:19
**bulk** 18:21
**bullet** 29:10
**burden** 26:5
**business** 4:4,9 9:7 9:10,16 16:9 41:17
**buy** 13:24

**C**
**C** 51:2
**cabinets** 9:11
**call** 11:19,22 16:18 48:6
**called** 9:24 43:22
**came** 59:6
**CAMPBELL** 1:20
**canceled** 55:19
**capacity** 10:21
**captioned** 57:9,11
**captive** 5:14,24
**car** 54:8
**card** 15:6
**cards** 16:17
**carrier** 6:9
**carrying** 17:17
**case** 7:15 20:8 22:17 24:18 40:6 40:12 42:1 43:7
**cash** 36:4,9
**Castle** 59:2
**casualty** 5:1 6:24
**category** 20:19
**caveat** 45:7
**center** 16:14 18:1 18:19,24
**centers** 19:1
**Centre** 1:13,18
**certain** 14:4 25:15 26:16
**Certainly** 12:14
**CERTIFICATE** 57:13 59:4
**Certification** 59:17

**certify** 59:6,11,13
**chairs** 9:11
**chance** 8:14
**characterization** 41:5,6,14,20
**characterize** 55:23
**characterized** 17:6
**charged** 28:16 34:3 35:5,20 37:1
**checked** 49:11
**checking** 49:13
**Cheney** 44:9 53:19
**Cheyney** 1:20 17:21 18:17 22:9 23:6 44:8,11 47:1,6 50:7,11,12 52:9 52:11,23 54:18 55:6 56:5 57:3
**child's** 15:6
**choice** 15:18 51:1
**Civil** 1:6,12
**claim** 12:23,23 35:20,24 36:2,7 37:1,2
**claims** 37:19 38:23
**clarified** 24:6
**clarify** 3:3 13:21 25:2
**class** 15:7 28:11
**clear** 24:20 52:6
**client** 14:14
**closing** 28:23 48:10 53:6 54:17
**CNW** 39:23 40:6
**COLL** 33:22
**collect** 15:20
**collected** 11:4 15:17 16:7,24 33:10 34:7
**collects** 11:2
**collision** 18:14 30:12 31:13 32:12 32:14,15,17 33:22 36:20 37:2,7
**column** 31:12,15,21 32:1 33:1 34:1,6 35:8 36:11,20 37:13,23 38:13 39:9 40:24 41:2 46:5 50:21 51:2
**columns** 31:9
**come** 30:18 46:21
**comes** 13:11 19:19 36:2 48:5 50:1
**comfortable** 27:7
**coming** 44:6
**commercial** 5:3
**commission** 10:15 10:23
**Commissioner's** 6:23
**commissions** 10:13 11:3
**common** 35:19 36:6 47:2
**commonly** 47:7 51:16
**commute** 28:10
**COMP** 33:21
**companies** 5:20 6:11
**company** 1:8 3:22 9:19 12:23 22:13 22:19,24 23:24 24:5,14,18 25:10 45:3 51:11 57:10
**compare** 14:16 20:4
**compared** 5:19
**comparing** 30:19
**comparison** 51:22
**compensated** 10:10 10:13
**compensation** 5:4
**compete** 6:11
**complete** 14:9
**completed** 15:15,23 58:6
**completely** 2:22
**completion** 14:21
**comprehensive** 30:12 31:13 32:1 32:7,9,11,15,20 33:7,22 34:2,8 35:9,11 36:11 37:8
**compromise** 25:19 26:4,11
**computer** 9:12,20 9:21 14:10 16:2 19:20 30:21 51:3 59:9
**computers** 9:7
**computer-aided** 59:9
**concern** 47:17
**concluded** 56:8
**conduct** 49:14
**confirm** 41:22
**connection** 10:17 42:5 48:18 52:12
**considered** 15:1
**consistently** 47:10
**consumer** 10:16 13:11 17:2,9,16 19:7,9,15 20:20 21:1 30:23
**consumers** 5:10,13 13:23 20:8,13 21:16 22:4 23:12
**consumer's** 17:23
**contained** 51:6
**contains** 45:6
**contemplated** 32:18 35:22,23 54:11
**content** 44:23
**context** 12:7,9
**Continental** 2:3
**continuing** 55:15
**contract** 6:1 9:14 9:17 12:20 14:17 17:13 32:19 33:11
**contractor** 3:21
**Cont'd** 2:1
**conversation** 49:21
**copy** 7:10,14 20:7 20:21 27:10 30:16 44:15,17,21 47:11 47:22
**corporation** 4:13
**correct** 4:10 5:8 6:13,17 10:6,9 13:1 17:20 18:18 20:18,21 21:5,18 22:3 25:17 28:17 29:24 30:3,24 31:18 32:2,21 33:8,9,24 34:5,8,9 35:1,16 36:14,17 37:4,12,21 38:2,6 38:11,21 39:1 40:1,5 42:7 43:14 43:17 45:12,15,16 46:14 48:9 52:1,2 52:9,22 55:2 59:11
**correctly** 10:6 17:7
**corresponding** 33:6
**corresponds** 31:24
**cost** 13:24 14:1
**counsel** 55:21 59:7 59:13
**country** 19:2
**County** 59:2
**couple** 16:9 42:8 53:2
**course** 25:23 47:12
**court** 1:1 7:8 24:24 42:21
**coverage** 11:15 12:1 13:18 14:2,18 15:9 19:22 21:20 21:24 22:8 25:12 28:5,7 29:2 30:8 31:16 32:6,8,9,11 32:11,15,20 33:3 33:7,10,21 34:4,8 35:10,11,15,23 36:11 37:8,15,18 38:1,9,9,20 39:7 39:14 40:3,7 46:1 46:6,9,13 47:17 48:23 49:6 50:2 50:17,24 51:3,13
**coverages** 14:12 15:13 21:3,17 30:11 31:5 34:23 35:2 48:15 50:14 51:9,10 53:11,15 53:22 54:1,4,5,6,8 54:9,12
**covered** 12:23 38:24 39:18 52:20
**CRR** 59:17
**current** 14:17,17
**CURTIS** 1:20
**custom** 51:12
**customized** 15:3

D

**D** 57:1
**damage** 15:3 28:6 30:11 31:14 32:12 32:16 33:23 36:17 36:18,20 37:7,15 37:19,20,24 38:1 38:9
**date** 27:21,23 29:15
**dated** 7:12 57:7 59:19
**day** 18:11 36:1 45:9
**days** 16:9 18:11
**DB** 39:9
**dealing** 52:12,17
**death** 39:13,14,16 39:19
**Deaton** 1:11,12 2:6 2:14 3:18,20 4:12 4:20,21,21,24 5:9 5:12,24 7:3,13,15 7:16,20,22 8:21 9:3 10:3,10,18 11:7,11,14 23:10 25:15,19 26:10,15 26:21 27:2,3,11 29:21 31:2 33:14 37:14,23 40:7 41:8,16,21 42:20 42:23 43:2 44:6 44:12 50:10 52:6 53:3,4 54:17 57:2 57:6,7 59:7
**decided** 9:15
**declaration** 27:20 29:6
**deductible** 32:5,7 32:20,22 34:3,20 35:9,15,18,19 36:6,24 37:6 46:2 50:24
**deductibles** 39:22 48:22
**defendant** 1:9,22 22:17 24:5,17 55:10
**defensive** 15:7
**Delaware** 1:2,13,18 1:23 2:3,16 5:13 6:15,22 10:12 13:11 20:22,23 23:5,12 30:5,10 30:15 43:16 49:4 49:5 50:8 59:1
**delivery** 7:13 29:9
**demographic** 27:22
**deponent** 2:7 57:2 58:7 59:7,8
**deposed** 55:11
**deposited** 16:7
**deposition** 1:11 2:18,21 3:13 7:4,9 7:16 8:15 22:12 26:8 27:1,3 42:22 42:23 57:6
**depositions** 55:15 55:16
**depreciating** 36:16
**describe** 4:7 27:13 29:22
**described** 7:24 19:5 34:24 44:3
**description** 8:4 13:6 13:10 19:12 43:21
**designated** 7:3
**designation** 7:6
**designee** 1:12
**designees** 55:17
**desired** 50:17
**desks** 9:11
**detail** 27:15 28:1
**detailed** 28:7
**determination** 28:15
**determine** 43:11
**determined** 36:4,15
**DETWEILER** 1:20

**different** 15:19 21:2 21:15,17 30:19 31:15 33:21 46:10 52:18
**Diplomate** 1:14 59:5
**direct** 31:3 53:8
**direction** 59:10
**directly** 11:7,9 16:13,16 19:24
**disagreement** 55:22
**discount** 15:7
**discounts** 28:7
**discourage** 51:8
**discussion** 46:15 55:8
**displayed** 30:9
**District** 1:1,2 24:24
**document** 7:20,22 8:2 10:1 14:23,24 15:1,5,5,8 19:14 20:4,7,23 27:9,18 27:20 28:5 30:17 33:18 34:24 43:3 43:4,12,22 44:2 51:21 57:9,11
**documents** 7:10 8:4 14:22 15:11 16:3 16:6 17:24 19:9 19:10 20:12,19 25:16,20 26:9 27:10 40:7,11,16 41:8,15,21 42:3 55:24
**dollar** 12:24 21:15 32:22 33:2 34:1 35:10,14,17 37:3 37:24 38:3,4
**dollars** 13:3,4
**domicile** 28:20
**done** 16:4 37:20 49:21
**Dover** 2:16
**down** 13:6 59:8
**draft** 16:10
**Drive** 2:3,16
**driver** 14:6 39:17
**drivers** 14:11 29:7 37:20
**driving** 14:5 15:7
**duly** 2:8 59:7
**during** 3:8 18:14 43:20 47:12
**D-3** 43:5

**E**

**E** 57:1,5
**each** 33:2,10 35:5
**Eames** 1:3,3,4 43:8 55:9,12 56:1
**earlier** 20:24
**either** 20:13 59:13
**elaborate** 45:1
**elected** 15:13
**electronically** 16:5 16:10
**embraced** 25:24
**employee** 49:19
**employees** 8:21 11:6,8,8
**end** 18:9
**enough** 3:7
**entail** 32:10
**entire** 54:23
**entitled** 3:9 33:14 43:5
**entries** 31:4
**entry** 31:12,24 32:5 33:7 36:20 37:5 37:14 38:12 39:2 39:8,21,23 40:11 40:23
**equipment** 9:3,5,6,9 9:12
**ERRATA** 57:12 58:4
**ESQ** 1:17,20 2:2
**estimate** 5:17
**event** 17:23 18:16 38:24 59:14
**every** 16:15 24:7 41:7
**everyone** 52:18
**exactly** 40:5 45:10
**examination** 2:10 8:8 57:3,3,4 59:12
**examine** 7:19
**examined** 2:8 59:7
**example** 19:11
**examples** 41:20
**exclusive** 5:14
**exclusively** 5:12 6:2
**exercise** 41:23
**exhibit** 7:9,16,20 26:8 27:1,3,14 29:21 31:2 33:14 37:14,23 42:22,23 45:14 50:10,10 51:15 52:6 53:5 54:18
**EXHIBITS** 57:6
**existing** 15:3
**exists** 17:13
**expect** 41:24 42:2,5
**expected** 2:22
**expense** 26:5
**experience** 47:12,15
**Expires** 59:18
**explain** 12:7 14:18 39:15 45:20 48:20
**explained** 37:7 45:24 48:17 53:16 53:23 54:2,13
**explaining** 14:14
**explanation** 44:3 51:22 54:14
**express** 36:23
**expressed** 13:2,2,4 32:22 36:10 37:3 37:5 38:3 39:22
**e-mails** 10:3,7

**F**

**factor** 35:19 36:7 37:10
**factors** 28:15
**fair** 31:9,19 41:14 48:18 52:17
**fall** 11:12
**familiar** 11:17
**far** 17:6 18:9 22:10 22:23
**fashion** 36:24
**faster** 13:7
**Federal** 1:12
**feel** 3:2 27:7
**Fetzer** 1:14,23 59:5 59:17
**few** 9:15
**fiduciary** 10:21,21 16:11
**Fifteen** 11:13
**fifth** 29:4
**figure** 25:4 37:22
**file** 10:8 16:3,3,6,21
**filing** 9:11
**final** 29:13 30:16,22
**financial** 5:2
**find** 41:24 53:6
**fire** 32:14
**firm** 7:11 16:7
**first** 2:7 27:20 29:16,18 31:12 33:6 48:1,11 52:7
**five** 8:23 29:16,18
**flood** 32:14
**Floor** 1:21
**Florida** 18:21,23
**follows** 2:9 55:21
**follow-up** 53:2
**forbidden** 29:8
**foregoing** 59:11
**form** 15:1,2 20:22 24:24 25:1,1 30:6 30:9,13 34:12,15 46:23 49:5,8,10 49:11 50:8,13 51:19
**formal** 19:16 20:5
**format** 33:18 44:23
**formula** 52:21
**forth** 8:4,11 14:6,12 27:24 31:9,14 33:2,9,23 35:3,6
**found** 41:7
**four** 48:11
**fourth** 8:2 28:23
**freely** 7:6
**frequently** 49:13
**friendly** 19:17
**from** 4:3 9:4 10:16 16:10,13,16,21 17:24 18:23 19:8 22:8 23:4 27:1,11 48:11,19 51:1,11 57:7
**full** 22:7 23:3 41:2,7 41:15,22 42:3 45:21,23 46:2,5,5 50:1,24 56:2
**fully** 48:16 49:3 53:16,22 54:1,13 54:19
**funds** 5:5 16:10
**further** 56:6 59:11 59:13

**G**

**Gainesville** 18:21 18:23
**gather** 14:3
**general** 28:19
**generally** 13:16 18:2 19:18,22 24:16 32:17 34:19 44:16 45:2 47:21 49:19 51:21,23
**generate** 14:10
**generated** 16:13 17:24 18:23 20:6 20:7
**generically** 22:11
**give** 12:15,16 13:5,9 16:18 42:8 44:17
**given** 2:17 13:16 14:7 20:19 24:7 46:20,20,21 47:8 51:16,23 52:13
59:8,11
**gives** 45:8
**glass** 32:13
**Glenn** 1:11,12 2:6 2:14 3:17,20 4:12 4:20 7:13,15 57:2 57:7 59:7
**go** 6:3 16:4 19:24 41:22 43:18 47:19 49:10
**goes** 17:16,17
**going** 3:7 6:5 11:14 12:5 14:10 21:6 23:19 24:9 27:13 31:3 42:21 44:9 47:23
**greater** 46:8
**guess** 40:2
**Gum** 2:16

**H**

**H** 57:5
**hand** 7:13
**handle** 29:1
**happen** 15:16
**happy** 41:23
**hard** 20:7 47:22
**hardware** 9:14,16 9:17
**having** 2:7 24:21
**heading** 8:7,10 31:4 31:8 34:20 53:6 54:17
**health** 5:2 7:1
**hear** 23:15
**helpful** 25:9,13 43:20
**hereon** 49:7
**him** 19:15 42:12,14
**Hoban** 55:13,17
**hold** 6:19 23:15,19
**home** 2:15 17:17 19:15
**homeowner** 5:3
**hope** 6:14
**hot** 20:1
**household** 29:7
**hunting** 42:15

**I**

**idea** 40:2
**identifiable** 36:12
**identification** 7:17 27:4 28:3 42:24
**identified** 26:18
**identifies** 31:15
**identify** 6:21 34:18

**identifying** 26:17
**III** 1:20
**imply** 54:13
**Inc** 1:11 57:7
**include** 9:24 32:13
**included** 28:22
**includes** 29:4 55:12
**including** 5:2 8:23 28:2,10 29:9 30:11
**income** 10:15
**Incorporated** 3:18 3:20 4:12,21 7:13
**increased** 51:8
**incurred** 36:17,18
**independent** 3:21
**indicate** 32:4 34:15 35:17 44:20 55:21
**indicated** 30:22
**indicates** 34:2 35:10 35:14 37:22,24
**indicating** 4:4 34:7
**individual** 13:17
**information** 14:3,5 14:6,11 19:21 26:17 27:21,22 28:20,22,24 31:9 32:3 34:10 45:7 45:17 51:2,6
**infrequently** 49:13
**initialed** 29:5
**injury** 11:16,19 38:9,12,20,24 39:6 45:21 46:13 46:17 51:9
**inspection** 15:2,5
**instead** 43:15
**insurance** 1:8 3:22 5:4,6,10,13,18,19 5:19 6:10,22 9:10 9:13 10:11,17 11:16 12:15,18 13:24 15:22 17:1 17:1,10,13,18,18 19:8 20:17,17 21:7 22:13,19,24 23:24 24:5,7,18 25:10 26:1,2 27:19 30:2 31:16 31:16 32:10,19 33:11 37:18 38:22 40:11,18 43:5,6 43:16,23 44:24 45:2,13 52:13 55:11 56:1 57:9 57:10,11
**insured** 16:14 17:9 18:13 27:21,23 28:2 29:5 30:13 30:18 32:12 34:12 34:16 37:1 38:23 38:24 39:17 46:16 46:21 47:8,10 48:20 51:17
**insures** 18:16 37:18
**intent** 51:7
**interested** 6:8 59:14
**interim** 18:15
**interject** 13:20 28:13
**interrupted** 30:4
**interview** 14:13
**intranet** 9:19
**invite** 55:21
**involved** 18:13 23:11
**issuance** 45:8
**issue** 18:22 25:11
**issued** 45:3,4
**LD** 16:17

**J**

**J** 2:2
**January** 59:18
**John** 1:17 12:5 57:7
**just** 12:5,16 20:5 24:20 25:20,23 27:6 28:13 42:8 43:6 47:2 52:5 53:2 54:7

**K**

**keep** 44:15 53:4
**killed** 39:18
**King** 1:23
**know** 3:6 4:22 11:20,22 12:1 18:20 22:10 27:7 33:15 34:23
**known** 11:16 18:5,7 38:4
**Kurt** 1:14 3:24 23:17 59:5,17

**L**

**L** 1:3
**labor** 54:9
**Landon** 1:13,17
**language** 52:21
**larger** 30:1
**last** 4:1 23:21 33:14 37:14,23 41:16 47:24 49:2 52:9 54:16
**later** 16:10 36:3,15
**law** 1:13 14:19 30:10
**lawsuit** 25:24
**lease** 9:3,14
**leaves** 17:16
**left** 39:2
**left-hand** 31:12,15 32:1 40:24
**Leoni** 2:2,2 3:15 12:5 21:10,13 22:10 23:15,19,23 24:20 26:15 42:11 42:18 44:9 50:4 50:10 52:5 55:5,7 56:4
**less** 18:5 25:12
**let** 3:6 7:8 8:24 16:23 22:18 23:2 26:24 27:7 31:1 33:13,15 34:11 40:23 42:20 43:18 47:5 52:5
**letter** 7:10 19:16,18 19:23 20:6 57:7
**letters** 39:23
**Level** 31:5
**liability** 5:3 11:24 12:17,19,22 14:15 21:2,16,23 22:7 23:3 28:6 35:2,11 35:18 36:8,10 37:6 38:1,8,19 39:22 51:9
**license** 6:19,22,23 27:23
**licensed** 4:17 6:18
**lieu** 55:14
**life** 5:2,4 7:1
**like** 9:7 14:1,16 19:22 20:3,4 30:8 41:15 46:8 47:11
**limit** 12:21,21,21 21:6 35:11,18,23 36:8,10 37:6 38:1 38:8,19 45:9 46:3 51:8
**limitation** 38:18
**limitations** 14:15
**limited** 22:14,17
**limits** 11:24 12:17 12:19 14:15,19 21:1,15,23 22:7 23:3,7,13 25:5 30:9 35:2 39:22 46:18 48:21 49:6 50:17 51:8 54:4,6
**line** 15:7 32:6,7 47:24
**listed** 5:6 28:8
**little** 8:24 24:21 27:15 53:9
**live** 28:21
**local** 16:8
**long** 6:11 11:10 17:15 18:9
**longer** 18:10 55:18
**Looking** 50:13
**loss** 30:12

**M**

**made** 38:22 51:2
**mail** 18:3
**majority** 55:24
**make** 11:24 12:6,8 22:18 23:20 28:2 34:19 44:21,22 52:5 54:3
**making** 51:18
**management** 10:1
**mandated** 21:20
**many** 8:21 9:12 20:1 26:1
**March** 7:12 57:7
**mark** 7:9 26:8 42:21
**marked** 7:17,20 27:4 42:24 43:5 57:6
**market** 1:21 6:4,8 6:12,15
**marking** 26:24 49:16 52:7
**Matters** 8:8
**maximum** 12:20,22 18:12 23:7
**may** 11:24 13:21 15:2 35:24 42:9 42:14 51:10 54:9 54:10
**maybe** 4:11 13:7 18:11 22:13 40:3
**mean** 3:9 4:15,22 5:23 11:20,22 12:2 13:20 38:16 45:23 54:1
**meaning** 35:24 53:23
**means** 12:17 40:2,3 40:7 45:21 46:1
**meant** 6:14,15
**meeting** 46:2
**memorandum** 15:22 17:1,17 20:16 43:5,6,23 44:23 45:2,4 57:11
**mentioned** 6:24 20:16 30:17 54:7
**middle** 31:4,21 34:1 35:8 36:19 37:13 37:23 38:13 39:21 41:2 53:10
**might** 9:24 26:17 28:11,15 48:24 54:6
**mileage** 28:10
**minimal** 54:13
**minimum** 21:20,23 23:13 25:5,12 30:9 46:17
**minutes** 42:9
**misrepresentations** 29:1
**Mm-hmm** 21:8
**model** 28:3 34:19
**moment** 28:13
**monitor** 19:21
**month** 36:2
**more** 8:24 9:5 18:7 22:4 26:1 27:15 51:24
**MORGAN** 2:2
**motor** 47:18,19
**motorist** 28:6 30:12 39:6 49:4
**Motorists** 30:5 50:8
**move** 3:7
**much** 11:3 13:24 17:22 43:3 45:6 53:3 56:7
**Multipage** 57:9
**Murphy** 1:13,17
**must** 50:16
**mutual** 1:8 5:4 22:12,15,18,19,24 23:24 24:5,13,14 24:18 25:10 27:19 57:9
**myself** 4:7 8:23 11:8

**N**

**N** 57:1
**name** 2:12 22:18 27:21 34:12
**named** 39:17
**names** 33:20
**Nationwide** 1:8 3:22 4:5 5:9,13,14 5:16,18,21 6:5,8 6:12 9:2,4,10,13

9:21,24 10:11,17 10:19,23 11:2,12 13:12 14:9 16:2,4 16:13,16 17:10 18:15,19 19:1,8 22:8,12,15,17,19 22:24 23:4,24 24:5,13,14,18 25:10 26:2 27:19 28:24 52:14 55:10 57:9
**Nationwide's** 4:6 6:1,2 10:8 16:8 17:24 23:11 39:16
**necessary** 55:18
**need** 3:6,8 47:18
**needed** 14:4,11
**needs** 3:2
**neighborhood** 13:11
**new** 16:3 44:18 59:2
**Newark** 2:3
**newspapers** 29:11
**next** 8:7 39:2 56:2
**nodded** 17:3
**non-standard** 24:15
**Notary** 1:14 59:6
**notes** 59:9
**nothing** 42:10 56:6
**notice** 22:11 47:24
**no-fault** 50:2
**number** 27:1 28:1,3 30:23 31:21 33:15 35:9 36:12,15,19 36:23 37:13 45:5 50:2 52:8
**numbered** 26:21
**numbers** 13:2 26:22

**O**

**oath** 2:8,17,23
**object** 25:1
**objection** 17:21 18:17 22:9 23:6 24:23 25:1 46:23 50:3,4 51:19
**obtain** 15:10
**obtained** 10:16 15:12 42:4
**occasion** 6:7
**occurrence** 12:21
**off** 20:4 30:20 55:8
**offer** 51:13
**offered** 20:21 47:10
**offers** 6:5
**office** 4:17 6:23 9:6 9:9 10:20 17:16
19:19 20:10 26:16 30:19 43:13
**offices** 1:13
**often** 20:8 25:5 47:12
**okay** 3:10,11 9:2 13:15 16:23 17:2 25:13 27:9,16 42:18 51:20 53:7
**once** 13:16 14:6 45:2
**one** 3:9 18:2,14 20:19 24:14 26:22 29:10 32:15 41:7 41:16
**only** 6:17 10:22 18:11 22:12 23:23 24:4,17 25:11
**operate** 4:4
**operations** 9:7
**opportunities** 5:15
**opportunity** 7:19
**option** 14:19
**optional** 30:10 48:16 53:15 54:5
**options** 15:19 20:24 30:8,14 46:16 50:16 51:22
**ordinary** 13:10
**original** 16:5
**other** 4:17 5:19 6:4 6:10 10:14,15 17:1,18 19:1,2 20:12,17 24:9 30:10 37:19 38:23 40:11 41:21 50:1 51:10 54:9 55:5
**others** 1:4
**otherwise** 24:8 26:17 39:21 59:13
**out** 9:16 14:22 16:14 18:3 19:18 19:23 25:4 26:16 30:14
**outside** 5:15 6:3
**over** 25:23 49:10
**overall** 5:22
**own** 9:17
**owned** 9:21,23
**ownership** 28:4 29:6

**P**

**P** 1:20
**package** 16:16 50:2
**packet** 16:17 44:12
**page** 8:2,7 27:18,20
28:1,4,8,9,19,22 28:23 29:4,13 30:5,16,22 31:2,4 33:14 34:11,13,15 37:14,23 41:16 47:23 48:10 49:8 50:9 51:5,15 52:7 52:9 53:5,10 54:16 57:2,12,13 58:3
**pages** 27:14 29:16 29:18,20,21
**paid** 11:6,7,9
**paper** 16:4
**paragraph** 48:11,12 49:2 50:14,18,20 53:9
**pardon** 50:7
**part** 17:6 19:8 20:12 26:10 27:14 29:13,22 30:1 54:17 55:1
**particular** 11:15 32:19
**particularly** 24:13
**parties** 25:19 55:9 55:23 59:8
**party** 59:13
**passengers** 39:17
**passes** 17:22
**patience** 44:6
**patiently** 19:6
**pay** 15:18,19
**payable** 12:22 39:20
**payment** 28:21
**pays** 11:2
**PD** 33:22
**Pennsylvania** 1:21
**people** 25:5
**per** 12:21,21 22:1,1 23:8,8,13,13 38:17,18
**percent** 5:22 25:11
**percentage** 5:17 23:9,10 25:8 47:21
**period** 25:24
**person** 12:21 22:1 23:8,13 38:17
**personal** 11:16,19 14:4 23:24 29:9 45:21 46:12,17 48:19 51:9
**persons** 38:23
**Philadelphia** 1:21
**physical** 20:22 28:6
30:11 47:16 49:16
**physically** 45:3
**PIP** 11:22 12:1 21:20,24 22:8 23:3,7 25:12 28:7 40:23 41:7,15 42:6 45:20 48:23 51:3 52:14 54:7 56:3
**pipeline** 9:18
**pizza** 29:10
**place** 6:9 28:20 29:14 32:16
**placed** 10:21
**placing** 30:2
**plaintiffs** 1:6,19 43:7 55:10,12,17 56:1
**plan** 15:18,19
**please** 2:13,15 13:15 16:18 31:2 33:16 49:3 55:21
**point** 14:13 15:21 16:12,23 17:9,12 17:15,16 24:10 32:3
**policies** 18:22 23:10 24:1 25:11 26:1,2 26:18 30:15
**policy** 13:12 16:12 16:16,17 17:24 20:3 29:9 32:10 36:13 37:11 38:4 38:7 43:12,15,22 45:2,5,8,11 46:6,9 46:18 48:1,5,5,8 49:24 50:6,6 52:3
**policyholder** 44:17 44:18
**policyholders** 25:21 26:18
**policy-related** 25:20 26:9
**potentially** 15:4
**practice** 51:12
**preference** 13:8
**premium** 10:16,19 10:20 11:3 15:17 15:20 16:24 28:16 33:9 34:7 35:5 46:6,10
**premiums** 11:2 16:6
**premium-bearing** 10:22
**prepare** 14:4
**prepared** 8:17 14:7
**president** 4:13
11:10
**presumably** 17:16
**pretty** 45:6
**price** 14:1 19:11,12
**primarily** 5:16
**primary** 4:14,18
**principal** 3:21 4:5,7 4:8,9
**print** 20:1,2,4,5 30:17,20
**printed** 14:22 19:23
**printer** 59:9
**Procedure** 1:12
**proceeding** 2:[illegible]
**Proceedings** 56:[illegible]
**process** 13:10,[illegible] 14:8 15:23 16:[illegible] 18:3 19:5,7,8 [illegible] 20:13 30:1,20 43:21
**processed** 10:24 16:12 45:3
**processes** 47:20
**produce** 25:20
**produced** 25:1[illegible] 26:10,22 40:7,11 41:8,21 55:2[illegible]
**producer** 4:18
**producing** 29:14
**product** 6:5,6,7 10:18 11:16 31:17 39:16
**production** 27:2,11
**products** 4:16 5:2,3 5:6,7,10,13,15,16 5:18,19 6:1,3,11 6:12,24 9:20 10:11,14 24:9
**professional** 6:1[illegible]
**program** 16:9
**prohibited** 29:11
**proof** 15:22 17:1,18 20:17 47:17
**property** 5:1,3 6:24 9:10,13 31:14 33:23 36:16 37:15 37:19,20,24 38:1 38:9
**protection** 11:16,19 20:23 30:6 45:21 46:13,17 49:5 50:8 51:9 52:15
**provide** 15:20,21,24 19:17,20
**provided** 9:21 12:20 15:9,9 17:2 30:15

**provides** 27:20 28:5 28:9,24 32:11 39:16
**Public** 1:15 59:6
**purchase** 19:22 21:2,16 22:4 23:4 23:12 25:5,12 47:18 51:8
**purchased** 35:24 36:13 37:11 38:5 38:7
**purchases** 13:12 19:7
**purchasing** 48:22 54:5
**purports** 7:10 8:3
**purposes** 47:20
**pursuant** 1:12 55:11,17 56:1
**put** 51:2
**p.m** 56:8

**Q**

**question** 3:1,4 6:16 23:20,22 24:8,11 24:12,19 25:6 45:10 47:3 49:22 50:11
**questions** 2:21 8:12 8:17 12:12,13 16:19 21:6 22:14 22:16 24:6 27:8 42:13,14 44:8,10 48:6 53:2 55:5 59:8
**quickly** 3:7 39:15
**quiz** 12:16
**quotation** 14:1
**quote** 13:16,17,23 14:4,7 19:11,12 19:16,17,18,19,20 19:23 20:2,6,9 30:20,23 33:15 41:15 47:24 51:18 52:1
**quotes** 30:19

**R**

**rarely** 47:15,16
**rate** 15:8 28:11 30:23 33:14 41:15 51:18 52:1
**rather** 35:14,18 36:15 37:6
**rating** 28:14
**ratings** 28:9
**RDR** 59:17
**reached** 25:18 26:4
**read** 3:23 4:1 23:17 23:19,21 48:1,5 48:12 49:3,4 51:5 54:19,22 55:1
**readily** 36:12 38:7 43:11
**reads** 31:13 39:2
**really** 16:4 35:21
**reason** 37:5,7
**recall** 21:4 53:20 54:20
**receipt** 15:20 16:1 17:23
**receive** 10:3,23 16:16
**received** 10:7,20 16:18
**recess** 42:19
**record** 2:12 12:16 14:5 25:23 52:6 55:8
**redacted** 26:16 34:10,21
**reduce** 26:4
**refer** 4:20 49:16
**reference** 11:24 53:22 54:12
**referred** 20:24 43:20
**referring** 5:23 11:14 13:23 23:23 24:4 28:14
**refers** 22:12
**reflect** 46:5
**regarding** 24:13 29:1,6
**regardless** 35:20
**regions** 19:2
**Registered** 1:14 59:5
**registration** 47:19
**regular** 29:7
**reject** 30:7
**rejected** 15:14
**relate** 22:23 24:6 43:15
**related** 32:13,17 43:12
**relates** 32:5
**relating** 8:17 54:7
**relationship** 4:11 9:1,1
**relative** 59:13
**relatively** 36:8
**released** 16:1
**remaining** 29:21 55:10
**remember** 43:24
**remittance** 16:8
**remitted** 10:23 16:8
**rental** 54:8
**repeat** 3:4 47:3
**repetition** 3:3
**rephrasing** 3:3
**REPLACE** 58:3
**report** 15:5,6
**reporter** 1:14 4:1 7:9 23:21 42:21 57:13 59:4,6
**represent** 40:10 41:6 43:4
**representative** 3:17
**represented** 3:12 26:12 43:9
**representing** 3:15 41:9
**represents** 5:21
**request** 47:21 54:22
**requested** 20:6 49:6 51:23
**requesting** 13:17 14:14
**required** 6:2 9:14 14:3,18,23 15:4 15:10 30:10 48:16 49:5 53:15
**requirement** 46:2
**requirements** 30:14
**respect** 21:1,19 33:10 37:8
**respective** 59:8
**responding** 26:5
**response** 24:12 25:14 54:22
**responses** 22:23
**responsible** 4:16
**result** 28:15 49:14 49:21
**retain** 16:5
**retaining** 16:3
**review** 8:14 15:13 16:19 27:6
**reviewing** 27:9 43:2
**right** 11:5 12:13 17:19 20:20 21:7 21:17,21,22 22:2 22:18 24:16 32:1 32:20 33:7,23 34:4,24 35:6,15 37:8 38:10 46:5 55:1,7
**right-hand** 33:1 34:6
**risk** 29:3
**Road** 1:13,18
**ROBERT** 2:2
**ROBERTA** 1:3
**role** 10:11
**roughly** 5:17
**routine** 41:16 47:2 51:12
**routinely** 46:21 47:7 51:16
**rule** 1:12 44:16
**running** 9:20

**S**

**S** 1:17 57:5,7
**salaries** 11:6
**sale** 4:16 6:5 10:17
**sales** 4:18 5:21,22 10:15
**salesperson** 4:18
**same** 37:7 45:6
**satisfaction** 27:7
**saver** 51:15,17
**says** 32:1 39:9 41:2 45:7 47:24 49:2 50:13 53:14
**scale** 18:9
**screen** 20:1,5 30:16 30:20 51:15,17
**script** 52:13,21
**seat** 39:19
**second** 23:15 28:4,4 28:8 29:17 31:2
**see** 8:3,7 20:9,13 29:10 31:6,12,22 33:4,20 34:1,6 36:20 37:16 38:12 38:14 39:3,10,23 39:24 40:6,24 41:3,5 42:2,5 48:2 49:24 50:5,14,16 50:17,20 53:12,17 53:14,19 54:12,16 54:18,23
**seems** 24:21
**seen** 7:22 40:10
**select** 30:7 50:17
**selected** 28:5 49:6
**selection** 51:1
**sell** 4:24 5:1,9,12,15 5:18 6:1,2,6,7,10 6:23 10:14
**selling** 6:12 10:11 23:11
**send** 10:3
**sense** 23:9
**sent** 10:7 16:2,14 18:3 19:18
**sentence** 48:11 49:3
**served** 7:15
**server** 10:8
**service** 5:2 16:13 17:24 18:19,23 19:1
**set** 7:9 8:3,11 16:2 16:20 26:9,9 27:1 27:11 33:2 35:3,6 41:7 52:21
**sets** 26:21 33:9 41:21
**setting** 31:9
**seven** 27:14
**share** 19:20 30:18
**shared** 19:9,14 30:22 43:7
**sheet** 52:1 58:4
**SHEET/DEPON...** 57:12
**SHELSBY** 2:2
**show** 14:19 20:2 41:19 42:20
**showing** 37:6
**shown** 41:16 44:12
**sign** 29:15 30:13 45:18
**signature** 29:14 57:12
**signatures** 15:10
**signed** 7:11 14:23 45:14,17 49:4 58:6
**signifies** 38:17
**signifying** 34:3
**signs** 47:8
**similar** 33:18 36:24 44:22
**similary** 1:5
**simply** 30:20 41:21 41:24 43:18
**single** 26:9
**sir** 2:12 8:22 22:21
**situated** 1:5
**sixteen** 11:13
**sixth** 30:5
**skipped** 39:8
**small** 39:19 47:21
**social** 27:23
**software** 9:15,18,19 9:20,23 10:1
**sold** 26:1 43:12,16 43:22
**some** 5:4 15:22 27:8 28:19 41:19 44:8 44:10

**someone** 19:16,19 35:24
**something** 48:4 51:16
**sorry** 13:20 30:4 39:8 40:20
**sort** 9:8
**source** 10:14
**Spadaro** 1:13,17,17 2:11 3:23 4:2 7:8 7:18 12:10,11 21:13,14 22:16,20 24:2,3,23 25:3 26:24 27:5 42:8 42:20 43:1 44:5 46:23 50:3 51:19 53:1 55:3,9 56:6 57:3,4,7
**specific** 9:5 14:15 28:20 49:22
**specifically** 9:12
**specify** 24:8
**spells** 30:14
**spoke** 46:9
**staff** 4:17
**stage** 19:9
**stand** 39:5,12
**standard** 27:18 40:15
**stands** 39:6,13
**start** 14:8 26:24
**started** 11:12 19:12
**starts** 13:17
**state** 2:12 6:17 59:1
**statement** 28:23 48:10,18 51:7 53:6 54:17
**statements** 29:4
**STATES** 1:1
**statute** 21:21 46:3 49:5
**statutory** 21:23 46:2
**Stenotype** 59:9
**step** 19:7
**step-by** 19:6
**step-by-step** 13:5,9 43:21
**stipulated** 55:23 56:4
**stipulation** 55:14,16 55:20
**Street** 1:21,23
**strictly** 10:13
**student's** 15:6
**subject** 8:11,15,18 45:8
**subparagraph** 50:20
**subpoena** 7:14 25:14 26:5 55:12 57:8
**subpoenaed** 8:4 40:12
**subpoenas** 55:18 56:2
**suffered** 38:24
**suit** 59:14
**Suite** 1:13,18 2:3
**supplemental** 15:8
**surcharges** 28:11
**sure** 12:6,8,10,19 13:16,22 16:20 22:18 23:20 40:14 52:5 54:3
**surprise** 41:12
**SWARTZ** 1:20
**Sweet** 2:16
**sworn** 2:8,17 59:7

**T**

**T** 57:5
**take** 3:6,9 18:5,7,10 19:15 20:14 32:16 40:23 43:2 47:13 47:14
**taken** 1:12 42:19 47:15,16 59:8
**takes** 18:10
**talk** 42:12,14
**talking** 22:11 24:15 24:15 52:7,14
**TAMMY** 1:4
**taxicab-type** 29:11
**telephone** 19:19
**telephones** 9:7
**tell** 2:15 16:15 17:22 23:2 40:3 41:24
**ten** 18:11
**ten-day** 18:14
**term** 4:7 11:17 12:18 13:21 56:2
**terms** 23:9 25:9 54:8 55:20
**testified** 2:9
**testify** 7:3
**testimony** 2:17 3:8 8:5 17:7 42:13 59:11
**Thank** 8:20 19:4 21:13 25:13 27:17 28:18 30:4 36:18 40:22 52:23 55:3 56:7
**theft** 32:14
**their** 6:6 9:14,15,18 9:18 10:24 16:13 16:16 20:3 29:6 37:20 39:19 47:17 47:18,18 55:22
**themselves** 1:4 29:19
**thing** 9:8
**things** 29:11
**think** 6:15 20:16,24 42:9 43:3,11 47:1
**third** 28:19
**THOMAS** 1:3
**thought** 54:10
**three** 8:11,18 31:9 48:1
**through** 1:12 6:9,22 10:13,18 14:10 27:19 41:23 43:13 43:16
**time** 17:22 18:3 25:24 29:15 35:22 35:24 36:2,4,5,12 37:10 38:4 43:2 45:9 46:21 47:8 48:20
**times** 20:1
**titled** 30:23
**today** 3:15 8:5,12 22:8 23:4 44:7 55:11
**today's** 8:15
**told** 40:13 48:4
**topics** 8:5
**total** 29:5
**towing** 54:8
**trailing** 14:22,23 15:1,5,11 16:6
**transact** 6:18
**transaction** 16:22
**transactions** 10:24 16:4
**transcribed** 59:9
**transcript** 59:11
**transcription** 59:9
**transferring** 10:19
**trouble** 24:22
**true** 59:11
**Truitt** 55:13,17
**truthfully** 2:22
**try** 3:7 27:13
**trying** 12:15 25:4 47:2
**Tuesday** 1:14 59:6
**turn** 8:2 31:1 33:13 53:5
**Turning** 35:8
**two** 18:11 29:21
**two-digit** 26:22
**type** 11:15 14:5 27:21 34:21 40:16 43:22 44:2
**types** 31:15 33:2,21 34:23
**typical** 23:12
**typically** 17:22

**U**

**UMBI** 39:2
**unclear** 3:2
**under** 2:17,23 8:10 9:17 25:10 26:18 29:9 30:15 31:4,8 47:24 50:14,16 59:10
**underneath** 31:13 31:14
**understand** 2:20 4:3 6:14 7:2 8:10 10:6 12:6 22:21 23:20 24:11,12,19 25:4,6 26:6,12 40:13,15 41:9 42:16 43:9 50:5
**understanding** 12:17 17:12 18:15 21:19,24 25:15,18 26:14,20
**understands** 12:8 54:3
**understood** 6:16
**underwriting** 28:14
**uninsured** 28:6 30:12 39:6
**unique** 52:18
**UNITED** 1:1
**unknowable** 37:10
**unknown** 36:8
**unless** 24:8 51:23
**unmodified** 50:1
**unredacted** 34:11 34:15
**usage** 42:2
**use** 4:7 9:6,15,18 29:6,7 30:13 51:17 59:9
**used** 30:6 40:16 51:21 52:21
**user** 19:17
**uses** 29:8
**using** 12:9

**V**

**v** 1:7
**value** 35:20,22 36:3 36:4,9,16
**valued** 36:1
**vandalism** 32:13
**variable** 5:5 7:1 35:21
**variables** 28:9,14
**variety** 5:1 15:18
**various** 14:11 42:3
**vast** 55:24
**vehicle** 14:5,12 [illegible]:2 15:2,4 18:13 28:2 28:3 29:8,8 31:5 32:12,17 34:[illegible] 34:21 35:21 36:1 36:3,5,9 47:18,19 47:19
**verbally** 21:11
**verify** 30:7
**very** 19:5 25:13 32:9 44:22 47:24 49:2 56:7
**view** 15:4
**viewpoint** 48:19
**visually** 20:13

**W**

**W** 1:12 2:6,14 57:2 59:7
**want** 3:10 13:6 26:8 43:18
**wanted** 40:3,8 46:13
**way** 6:16 13:21 55:22
**wearing** 39:19
**week** 18:2,5,7,10,14 36:2
**week's** 18:2
**well** 5:5 7:1 9:6 17:15 20:22 36:2
**were** 9:14 14:23 26:10,21 30:19 42:13 46:8 47:1 59:8
**we're** 10:13 11:14 23:23 24:14,15,24 42:11 50:8 52:6
**while** 20:9 42:11
**WILCOX** 1:23
**Wilmington** 1:13,18 1:23
**Withdraw** 50:11
**witness** 2:4 17:3

21:12 23:18 24:21 42:17 59:12
**word** 42:3 50:1,1 56:2
**words** 6:4 47:1,2,4 48:1 53:10
**work** 28:10,10
**worker's** 5:4
**worksheet** 51:24
**writing** 20:9
**written** 19:12
**wrongfully** 22:14

**X**

**X** 57:1,5

**Y**

**year** 23:12 28:3 34:19,21 36:3 47:13,13
**years** 9:13,15 11:13

**$**

**$100,000** 23:8
**$15,000** 22:1 23:13 38:17
**$20,000** 36:1
**$23.20** 33:6 34:7
**$250** 32:6,20 34:3 34:20
**$30,000** 22:1 23:13 38:17
**$300,000** 23:8
**$71.90** 45:21

**0**

**04-CV-1324KAJ** 1:7

**1**

**1** 7:9,16,20 27:18 30:23 33:15 57:7
**10,000** 37:13,22,22
**10:40** 1:14
**100-RPR** 59:17
**100/300,000** 46:10
**101** 12:15
**1011** 1:13,18
**12:10** 56:8
**128** 2:16
**131** 2:3
**1330** 1:23
**15/30** 38:12 46:3 51:3
**1601** 1:21
**19103-2316** 1:21
**19713** 2:3
**19801** 1:23
**19805** 1:18
**1989** 11:12
**19904** 2:16

**2**

**2** 26:8 27:1,3,15 28:1 29:21 31:2 33:14 37:14,24 41:16 50:10 52:6 53:5 54:18 57:3,9
**2005** 1:14 7:12 57:7 59:6
**2008** 59:18
**206** 2:3
**210** 1:13,18
**23.20** 34:6
**24** 7:12 57:7
**25** 25:11
**250** 31:22 34:2 35:9
**27** 57:10

**3**

**3** 28:9,22 42:22,23 47:23 50:2,14,20 57:11
**30** 45:8
**30(b)(6)** 1:12
**302** 1:24
**31** 59:18
**34th** 1:21
**35** 25:21 26:1

**4**

**4** 48:10
**42** 57:11
**44** 57:3

**5**

**5** 29:13
**500** 36:19
**53** 57:4
**58** 57:12
**59** 57:13

**6**

**6** 49:8 50:9 51:5
**63** 27:1,11 44:12 45:14 51:15 52:8
**655-0477** 1:24

**7**

**7** 51:15 57:8
**71.90** 46:4

**9**

**9** 1:14 59:6
**90** 5:21
**95** 5:22