ROBERTA EAMES
April 27, 2006

| Page 33 | Page 35 |
|---|---|
| 1 proposed class representatives that these alleged | 1    A.  Yes. |
| 2 representations were made to? | 2    Q.  With another insurance company? |
| 3    A.  Yes. | 3    A.  Yes. |
| 4    Q.  What is the basis for your claim? | 4    Q.  Did that insurance company go out of |
| 5    A.  We were misled with the PIP.  We were under | 5 business? |
| 6 the assumption we had full coverage that would cover | 6    A.  Honestly, I don't remember. |
| 7 all medical and lost wages if we were ever in an auto | 7    Q.  Do you remember what types of coverage you |
| 8 accident. | 8 had with your prior insurance? |
| 9        MR. MARINO:  Read that back. | 9    A.  Full coverage on everything. |
| 10      (Whereupon, the court reporter read | 10    Q.  During these calls, is it your testimony that |
| 11   back from the record.) | 11 you were requesting the same coverage that you had with |
| 12 BY MR. MARINO: | 12 your prior insurance? |
| 13    Q.  You understand you had insurance that would | 13    A.  I guess.  I don't remember. |
| 14 cover any medical expenses or any lost wages if you | 14    Q.  You don't remember what you said; right? |
| 15 were ever injured in an automobile accident? | 15    A.  Right. |
| 16    A.  Correct. | 16    Q.  Referring you to subparagraph B of 13.  In |
| 17    Q.  Where did you get that understanding? | 17 this paragraph it states "On information and belief the |
| 18    A.  When I called about the insurance I called | 18 document attached as exhibit A (or one or more |
| 19 for full coverage on everything. | 19 documents substantially identical to it) was shown to |
| 20    Q.  When you called about the insurance prior to | 20 Mr. or Mrs. Eames or both by representative of the |
| 21 the policy being issued and you said -- if I | 21 Culver Agency at the time the policy was purchased in |
| 22 mischaracterize your testimony, tell me -- you | 22 March 1994". |
| 23 testified you talked to either Keith Culver or Linda | 23    A.  Yes. |
| 24 Sanders? | 24    Q.  Is that your allegation in this case? |
| 25    A.  Yes. | 25    A.  Yes. |

| Page 34 | Page 36 |
|---|---|
| 1    Q.  You don't remember how many times? | 1    Q.  Why do you say on information and belief? |
| 2    A.  Correct. | 2        MR. EDWARDS:  Objection as to |
| 3    Q.  You don't remember who you talked to on | 3    relevance on class certification. |
| 4 specific occasions? | 4        THE WITNESS:  Where is the document |
| 5    A.  Correct. | 5    that is attached? |
| 6    Q.  You don't remember what was said during those | 6 BY MR. MARINO: |
| 7 conversations; is that correct? | 7    Q.  Let's look at exhibit A to this document. |
| 8    A.  Not a full conversation, correct. | 8 Have you seen this document before? |
| 9    Q.  What do you mean by not a full conversation? | 9    A.  This one or one like it, yes. |
| 10    A.  My purpose for calling was for quotes. | 10    Q.  Do you know whether you have seen this |
| 11    Q.  You recall you asked for quotes? | 11 document before? |
| 12    A.  Yes. | 12    A.  Yes. |
| 13    Q.  You don't know how many conversations you had | 13    Q.  You do know that you have seen this document? |
| 14 or when they were? | 14    A.  This one or one identical to it, yes. |
| 15    A.  No, correct. | 15    Q.  I want to understand what you mean. |
| 16    Q.  You don't remember what they -- specifically | 16    A.  Yes, I have seen this. |
| 17 what either one or these people may have said to you? | 17    Q.  When did you see this document, the first |
| 18    A.  No. | 18 time? |
| 19        MR. EDWARDS:  About the quotes | 19    A.  When we got our insurance. |
| 20    specifically? | 20    Q.  When was that? |
| 21 BY MR. MARINO: | 21    A.  1994. |
| 22    Q.  Your answer was no? | 22    Q.  Is it your testimony you saw this document |
| 23    A.  Correct. | 23 after you received the policy in the mail? |
| 24    Q.  You had insurance prior to getting this | 24    A.  Yes. |
| 25 policy we're talking about now, right? | 25    Q.  You didn't see this document before you |

9 (Pages 33 to 36)

ROBERTA EAMES
April 27, 2006

### Page 37

1  received the policy in the mail; correct?
2      A.  Correct.
3      Q.  You didn't see this document at the time the
4  policy was purchased, did you?
5      A.  Correct.
6      Q.  When did you see this document after the
7  policy was purchased?
8      A.  When it came in the mail.
9      Q.  Someone sent you this in the mail?
10     A.  I believe, it is the front page.
11     Q.  Of what?
12     A.  Our policy.
13     Q.  You believe exhibit A to the amended
14  complaint marked as two to your deposition is the first
15  page of your policy that you received in the mail?
16     A.  Cover page, yes.
17     Q.  You believe that exhibit A is a cover page of
18  your policy that you received in the mail?
19     A.  Yes.
20     Q.  Look at subparagraph C.  "On information and
21  belief one or more representatives of Culver Agency
22  represented orally to Mr. or Mrs. Eames or both that
23  subject policy would provide full limits of liability
24  for PIP coverage".
25          Do you see where I'm reading from?

### Page 38

1      A.  Yes.
2      Q.  Which representative or representatives of
3  the Culver Agency are you referring to?
4      A.  I don't remember if it was Linda or Keith.
5      Q.  It wasn't anybody else?
6      A.  No.
7      Q.  You are making reference to an oral
8  conversation?
9      A.  Yes.
10     Q.  When did that conversation occur?
11     A.  Before we had our policy.
12     Q.  One of them told you that the policy would
13  provide -- is it your testimony one of them told you
14  that the policy would provide full limits of liability
15  for PIP coverage?
16     A.  Full coverage on everything.
17     Q.  That wasn't my question.
18          Was it your testimony that either Mr.
19  Culver or Ms. Sanders told you that you would have full
20  coverage on everything?
21     A.  Yes.
22     Q.  What is everything?
23     A.  Everything in our policy.  All coverages.  We
24  wanted full coverage on everything.
25     Q.  You don't recall specifically what was said,

### Page 39

1  do you?
2      A.  No.
3      Q.  You know that you wanted full; correct?
4      A.  Yes.
5      Q.  What is PIP coverage?
6      A.  Personal injury protection.
7      Q.  Subparagraph D, please read that.
8      A.  Yes.
9      Q.  Is that your allegation?
10     A.  Yes.
11     Q.  You told me you didn't talk to anybody other
12  than Keith Culver or Linda Sanders?
13     A.  Correct.
14     Q.  There were not any other representatives of
15  the Culver Agency that you may have communicated with;
16  correct?
17     A.  Correct.
18     Q.  You are referring to oral conversations?
19     A.  Yes.
20     Q.  Which you don't remember the substance?
21     A.  Correct.
22     Q.  Go to exhibit B.  I'm referring to exhibit B
23  to the complaint marked as exhibit two to the
24  deposition of Mrs. Eames.
25          Have you ever seen this page before?

### Page 40

1      A.  Yes.
2      Q.  When did you see it?
3      A.  The day after the accident.
4      Q.  It is the first time you ever saw this page?
5      A.  This one in particular, yes.
6      Q.  You didn't see this page at any time prior to
7  the policy being issued, did you?
8      A.  No.
9      Q.  You didn't see it until years after the
10  policy was issued?
11     A.  Correct.
12     Q.  Until after you were involved in the
13  accident?
14     A.  Correct.
15     Q.  Please look at exhibit C.  I'm referring to
16  exhibit C to the amended complaint marked as exhibit
17  two to the deposition of Mrs. Eames.
18          Have you seen this document before?
19     A.  Yes.
20     Q.  When did you first see this document?
21     A.  When I purchased my insurance.
22     Q.  You saw this document when you purchased your
23  insurance?
24     A.  For my Ford Explorer.
25     Q.  Is it your testimony you saw this document

10 (Pages 37 to 40)

ROBERTA EAMES
April 27, 2006

Page 41

1  prior to June 17 of 2003?
2      A.  Before?
3      Q.  Uh-huh.
4      A.  No.
5      Q.  You didn't see this documents prior to June?
6          MR. EDWARDS:  Objection.  Asked and
7  answered.  She already answered that
8  question.
9          MR. MARINO:  Then I didn't
10  understand it.
11          THE WITNESS:  This we purchased in
12  June 2003 when I replaced the vehicle that
13  was in the accident.  This is my Ford
14  Explorer.
15          Yes, I saw it the day they printed
16  it out in June of 2003.
17  BY MR. MARINO:
18      Q.  They printed it out.  Who is they?
19      A.  Janet was her name, at Culver.
20      Q.  You went to Culver.  You were at the office
21  at that time?
22      A.  Yes.
23      Q.  You got this document?
24      A.  Yes.
25      Q.  When you got the insurance on the Ford

Page 42

1  Explorer was your husband with you?
2      A.  No.
3      Q.  Tammy wasn't with you, was she?
4      A.  No.
5      Q.  Paragraph 24.  Read that.
6      A.  (Witness complies).
7      Q.  Have you been deprived of any necessary
8  medical care?
9      A.  Yes.
10      Q.  What necessary medical care have you been
11  deprived of?
12      A.  I should have been able to continue with more
13  therapy and more doctor visits.  I can't afford it.
14      Q.  Did a doctor recommend that to you?
15      A.  Yes.
16      Q.  When did that occur that you decided that you
17  couldn't continue with him?
18      A.  When we got the letter that PIP was
19  exhausted.
20          MR. MARINO:  Let's take a short
21  break.
22          (Whereupon, a short recess was
23  taken.)
24  BY MR. MARINO:
25      Q.  Other than what you already testified to

Page 43

1  today have you had any other discussions with anyone
2  about this case?
3      A.  No.
4          MR. MARINO:  Nothing further.
5          EXAMINATION
6  BY MR. EDWARDS:
7      Q.  Turn to R. Eames-2.  Look at exhibit A.
8      A.  (Witness complies).
9      Q.  You were shown a copy of this document in
10  connection with the purchase of the policy at issue in
11  this case?
12      A.  Yes.
13          MR. MARINO:  Objection to the form.
14  BY MR. EDWARDS:
15      Q.  You are not sure exactly when or how you saw
16  that document?
17      A.  Correct.
18      Q.  You think it might have come in the mail but
19  you don't know when?
20          MR. MARINO:  Objection.  That
21  mischaracterizes her prior testimony.
22          THE WITNESS:  I don't know the date
23  we received it.
24  BY MR. EDWARDS:
25      Q.  When you saw this document full was used with

Page 44

1  personal injury protection?
2      A.  Yes.
3      Q.  Were you also shown other documents besides
4  this document similar to this type in connection with
5  the purchase of the policy at issue in this litigation?
6          MR. MARINO:  Objection as to form.
7          THE WITNESS:  What was your
8  question?
9  BY MR. EDWARDS:
10      Q.  Were you ever shown other documents other
11  than this of a similar type in connection with the
12  purchase of a policy at issue in this litigation?
13      A.  I don't remember.
14      Q.  You also said that you had telephone
15  conversations, oral conversations with people with
16  regard to the purchase of the policy at issue in this
17  litigation?
18      A.  Correct.
19      Q.  During those oral conversations with regard
20  to the policy at issue in this litigation were any oral
21  representations made to you with regard to personal
22  injury protection and the word full?
23      A.  Yes.
24          MR. MARINO:  Objection to form.
25  BY MR. EDWARDS:

11 (Pages 41 to 44)

ROBERTA EAMES
April 27, 2006

Page 45

1    Q.  When were those made?
2    A.  When I called for quotes.
3    Q.  When you called for quotes your personal
4 injury protection that you were calling to purchase,
5 the word full was used in conjunction with that
6 purchase?
7    A.  Yes.
8        MR. EDWARDS:  No further questions.
9            RE-EXAMINATION
10 BY MR. MARINO:
11    Q.  Do you recall I asked you about what is
12 exhibit A to the amended complaint, which is exhibit
13 two to your deposition, Mr. Edwards asked you questions
14 about that?
15        If I understand your testimony, you say
16 you received exhibit A in the mail?
17    A.  Yes.
18    Q.  You don't recall when you received it in the
19 mail?
20    A.  Correct.
21    Q.  It is your testimony you received it with the
22 policy?
23    A.  Yes.
24    Q.  You just don't recall when you received the
25 policy; correct?

Page 46

1    A.  Correct.
2    Q.  During some of these conversations you don't
3 recall the substance of, the word full was used?
4        MR. EDWARDS:  Objection to form.
5 BY MR. MARINO:
6    Q.  During some of the conversations -- strike
7 that.
8        I believe your testimony was during some
9 of these conversations that you had prior to the time
10 you received the policy in the mail with either Mr.
11 Culver or Mrs. Sanders the word full was used?
12    A.  Yes.
13    Q.  Specifically?
14    A.  Yes.
15    Q.  What specifically was said?
16    A.  I wanted full coverage on everything on our
17 insurance.
18    Q.  You said that?
19    A.  Yes.
20        MR. MARINO:  Nothing further.
21            RE-EXAMINATION
22 BY MR. EDWARDS:
23    Q.  I asked you were any oral representations
24 made to you?
25    A.  Yes, I asked for full coverage on our

Page 47

1 insurance when calling for quotes.  They told me I
2 would be receiving full coverage on everything.
3        We had two vehicles that were financed.
4 We needed full coverage on everything.  If we were to
5 have an accident would it cover all of our medical
6 and/or lost wages.
7        MR. MARINO:  That's the question you
8    asked specifically?
9        THE WITNESS:  Yes.
10 BY MR. EDWARDS:
11    Q.  During that conversation there was oral
12 representations made to you, you would be receiving
13 full PIP coverage?
14    A.  Yes.
15        MR. EDWARDS:  That's all I have.
16            RE-EXAMINATION
17 BY MR. MARINO:
18    Q.  When was that?
19    A.  Before we got our policy.
20    Q.  When?
21    A.  In 1994.
22    Q.  Do you know when?
23    A.  My insurance cards run March 22 to September
24 22.  September 22 to March 22.  Before March 22 of 1994
25 I phoned in for a policy.

Page 48

1    Q.  You don't recall who you talked to; correct?
2    A.  One time I talked to Linda and another time I
3 spoke with Keith.  I don't know who I spoke to first or
4 last.  I dealt with those two people at that office.
5        Why would I not want full coverage on
6 personal injury protection when I wanted full coverage
7 on everything else?
8    Q.  You wanted full coverage on everything?
9    A.  Yes.
10    Q.  That's what you told them?
11    A.  Yes.
12        MR. MARINO:  Let's take a short
13    break.
14        (A discussion was held off the
15    record.)
16        MR. MARINO:  We don't have anything
17    further.  We reserve the right to depose
18    this witness as well as Tammy and Mr. Eames
19    further in connection with merit issues
20    should the case get to that point.
21        MR. EDWARDS:  Nothing further.
22        (Whereupon, the deposition was
23    concluded at 1:32 p.m.)
24
25

12 (Pages 45 to 48)

ROBERTA EAMES
April 27, 2006

Page 49

1           C E R T I F I C A T E
2
3
4        I, AUDREE E. BURG, a Court Reporter
5    in and for the Commonwealth of Pennsylvania,
6    hereby certify that the foregoing is a true
7    and accurate transcript of the deposition of
8    said witness who was first duly sworn by me
9    on the date and place hereinbefore set
10   forth.
11
12       I FURTHER CERTIFY that I am neither
13   attorney nor counsel for, nor related to or
14   employed by, any of the parties to the
15   action in which this deposition was taken,
16   and further that I am not a relative or
17   employee of any attorney or counsel employed
18   in this action, nor am I financially
19   interested in this case.
20
21
22
              AUDREE E. BURG
23            Court Reporter
24
25

13 (Page 49)

ROBERTA EAMES
April 27, 2006

Page 1

**A**

ability 5:12,15
able 42:12
about 7:23 8:23
 14:9,11 18:10,14
 18:20 22:14,16,18
 24:10 27:17,20
 29:9,21 31:12
 33:18,20 34:19,25
 43:2 45:11,14
accident 11:22,23
 11:23,24,25 12:5
 13:12 33:8,15
 40:3,13 41:13
 47:5
accurate 49:7
action 1:4 18:25
 30:24 31:18 49:15
 49:18
actually 23:6,7
add 27:21
added 28:13
address 6:5,25 8:17
administrative 6:23
 7:4,18
adult 9:22
affect 5:12,14
afford 42:13
after 4:8 9:24 10:3
 10:22 25:7 26:20
 27:14,15 36:23
 37:6 40:3,9,12
age 28:2 29:4
agency 21:12 23:14
 24:20 25:25 26:22
 26:23 27:12 30:1
 30:10 35:21 37:21
 38:3 39:15
ago 15:17
agreed 4:1
allegation 35:24
 39:9
alleged 33:1
already 29:20 41:7
 42:25
amended 3:13
 30:21,24 31:18

32:3 37:13 40:16
 45:12
amount 32:19
and/or 21:12 28:16
 47:6
another 35:2 48:2
answer 5:2 8:20
 18:2 21:15 34:22
answered 16:22
 23:12 28:18 41:7
 41:7
anybody 13:20 15:8
 16:20 17:4 24:3
 25:25 26:12,15,16
 26:21 38:5 39:11
anyone 27:11 30:1
 43:1
anything 5:14
 17:22 48:16
APPEARANCES
 2:1
approximately 1:15
 25:5
April 1:15
arbitration 11:14
around 28:23,25
arrange 24:20
asked 16:21 20:23
 27:9 29:21 34:11
 41:6 45:11,13
 46:23,25 47:8
asking 28:7
assistant 6:23 7:4
 7:18
ASSOCIATES
 1:23
assume 5:2 28:3
assuming 12:22,25
 28:9,12
assumption 33:6
attached 35:18 36:5
attend 9:24 10:1
attention 17:7
attorney 13:1 14:20
 14:21 49:13,17
attorneys 14:15
 16:15 18:10,13
Audree 1:16 49:4

49:22
auto 22:15,16,19
 33:7
automobile 11:24
 33:15
Avenue 1:14
aware 31:20,23
A.M 1:16

**B**

B 35:16 39:22,22
back 33:9,11
ballpark 17:8
BANKER 2:5
basis 33:4
Beach 6:11
before 1:16 4:13
 6:9 8:1,24 9:5
 11:2,10 15:24
 16:10 20:1,10,16
 23:7 27:13 30:8,9
 30:10,25 31:4
 36:8,11,25 38:11
 39:25 40:18 41:2
 47:19,24
beginning 1:15
behalf 1:5
being 12:13,13 14:1
 20:7 26:1,6,11,14
 27:1 29:22 30:2
 30:21 33:21 40:7
belief 21:10,17
 35:17 36:1 37:21
believe 31:1 37:10
 37:13,17 46:8
besides 44:3
between 4:2
big 7:12
bills 7:7
boat 29:8,9
Bobby 5:19
BOGGS 2:5
born 6:14 28:22
both 25:22 35:20
 37:22
break 5:9 30:14
 42:21 48:13
bringing 18:11,14

18:20
builder 7:8
Bunning 13:5 17:1
 18:19,23
Bunning's 15:5
Burg 1:16 49:4,22
business 6:25 35:5

**C**

C 37:20 40:15,16
 49:1,1
called 23:9,13
 24:20 25:17 33:18
 33:18,20 45:2,3
calling 34:10 45:4
 47:1
calls 35:10
came 25:15,20 37:8
Campbell 1:13
card 9:8
cards 47:23
care 28:4,5 42:8,10
case 4:15 6:1 11:21
 13:2,6,9,12,13,18
 17:25 18:5,11,14
 18:20,24 19:8,11
 24:10 26:18 31:16
 31:19,21,24 35:24
 43:2,11 48:20
 49:19
Centre 2:3
Certificates 10:17
certification 4:4
 10:16 36:3
Certified 1:16
certify 49:6,12
Chambers 2:10
 4:21
check 8:21
Cheyney 2:9 4:15
child 27:21,23
children 29:5
civil 1:4 31:16
claim 33:4
claiming 32:25
claims 32:4
class 18:25 19:7,10
 19:13,22 20:11

30:24 31:18 32:15
 32:22 33:1 36:3
classes 10:5,6
Clayton 13:5 15:5
 16:23,25 17:1
 18:19
college 9:24 10:1
come 43:18
Commonwealth
 1:17 49:5
communicate 22:6
communicated
 16:15 21:2,11,18
 21:25 22:2 39:15
communication
 26:12,15,16
communications
 26:21,25 27:11
 28:8,12
company 1:8 4:15
 4:18 7:12 9:9
 26:13 35:2,4
complain 31:12
complaint 3:13
 21:3 30:21,24
 31:8,18,21,24
 32:4 37:14 39:23
 40:16 45:12
completed 10:18
complies 32:13
 42:6 43:8
computer 7:7 10:5
 10:6,8,11,12
concluded 48:23
Concord 6:6
confused 27:8
conjunction 45:5
connection 10:9
 11:19 43:10 44:4
 44:11 48:19
contact 18:10,13,18
contacted 18:23
continue 42:12,17
conversation 23:1
 25:8 28:19 29:9
 34:8,9 38:8,10
 47:11
conversations

ROBERTA EAMES
April 27, 2006

Page 2

16:13 23:17,20
24:1,13,14 25:24
26:6 28:1 29:3,7
29:11,14 34:7,13
39:18 44:15,15,19
46:2,6,9
**coordinator** 6:24
7:5
**copy** 24:25 25:16
43:9
**correct** 8:7 17:20
18:9 19:8 21:6,7
23:9,15 25:18,21
27:3 29:20 32:10
33:16 34:2,5,7,8
34:15,23 37:1,2,5
39:3,13,16,17,21
40:11,14 43:17
44:18 45:20,25
46:1 48:1
**counsel** 4:2 49:13
49:17
**counsel's** 4:22
**couple** 15:17 17:15
17:18
**course** 9:21 10:11
**courses** 10:7,24
**court** 1:1,16 5:6
11:9 13:6 20:6
30:20 31:24 33:10
49:4,23
**cover** 33:6,14 37:16
37:17 47:5
**coverage** 32:17
33:6,19 35:7,9,11
37:24 38:15,16,20
38:24 39:5 46:16
46:25 47:2,4,13
48:5,6,8
**coverages** 38:23
**Culver** 21:12,12
22:10,14,18,23
23:4,7,14 24:20
25:25 26:1,17,22
27:2,12 28:10
30:1,10 33:23
35:21 37:21 38:3
38:19 39:12,15

41:19,20 46:11
**currently** 6:20
**Curtis** 2:9 4:15

_____ D _____

**D** 39:7
**data** 7:7
**date** 43:22 49:9
**dates** 15:25
**daughter** 12:1,14
16:19
**day** 40:3 41:15
**DE** 2:3
**dealt** 48:4
**deceased** 12:19
**decided** 42:16
**declaration** 25:17
25:19
**defendant** 2:8
12:16,21,22
**Delaware** 1:1,14,14
1:24 6:4 7:3 8:16
**Deltech** 9:22
**depended** 28:18
**depose** 48:17
**deposition** 1:12
11:1,8,18 13:22
14:4,6,17 17:23
37:14 39:24 40:17
45:13 48:22 49:7
49:15
**deprived** 42:7,11
**DESCRIPTION**
3:11
**different** 9:11
21:25 22:8
**Diploma** 9:16
**discussion** 48:14
**discussions** 14:9,12
14:14 43:1
**dismissed** 31:24
**DISTRICT** 1:1,1
**doctor** 8:10 42:13
42:14
**doctors** 8:9
**document** 20:16,20
20:23 30:25 35:18
36:4,7,8,11,13,17

36:22,25 37:3,6
40:18,20,22,25
41:23 43:9,16,25
44:4
**documents** 17:12
17:14,16,18,20
35:19 41:5 44:3
44:10
**doing** 28:3
**down** 5:7
**Dr** 8:11,15
**duly** 4:9 49:8
**Dupont** 7:1
**during** 23:1,19 34:6
35:10 44:19 46:2
46:6,8 47:11
**duties** 19:13,21,24

_____ E _____

**E** 1:16 49:1,1,4,22
**each** 5:6
**Eames** 1:4,5,5,12
3:4 4:8 5:18,19,25
20:10,12 21:10
24:5 25:24 35:20
37:22 39:24 40:17
48:18
**Eames-1** 3:12 20:4
20:5,10
**Eames-2** 3:13 30:18
30:19,24 43:7
**earlier** 32:8
**East** 7:1
**education** 9:16,22
10:3
**Edwards** 2:2 3:6
14:8 16:8,10,14
16:21 21:4,19
27:4 29:19,23
34:19 36:2 41:6
43:6,14,24 44:9
44:25 45:8,13
46:4,22 47:10,15
48:21
**either** 22:1 33:23
34:17 38:18 46:10
**employed** 6:20
49:14,17

**employee** 49:17
**employees** 21:1
**end** 4:21
**entry** 7:7
**Esquire** 2:2,6,9,10
**estate** 12:17,24
**ever** 5:21 10:1 11:1
11:9,14,16 13:14
15:10,13 19:10
20:23 23:10 29:25
33:7,15 39:25
40:4 44:10
**everybody** 19:5
**everyone** 19:3
**everything** 5:7
33:19 35:9 38:16
38:20,22,23,24
46:16 47:2,4 48:7
48:8
**exactly** 43:15
**EXAMINATION**
4:11 43:5
**examined** 4:9
**except** 4:5
**exhausted** 18:22
32:18 42:19
**exhibit** 20:5,18
30:19 35:18 36:7
37:13,17 39:22,22
39:23 40:15,16,16
43:7 45:12,12,16
**EXHIBITS** 3:10
**expenses** 33:14
**Explorer** 40:24
41:14 42:1

_____ F _____

**F** 49:1
**family** 28:5
**February** 11:7,9,12
11:18 12:4,6
22:13 25:8
**feel** 19:19
**fiduciary** 19:24
**filed** 31:19
**filing** 4:4
**financed** 47:3
**Financial** 21:13

**financially** 49:18
**firm** 18:8
**first** 4:9 15:16,22
20:11 22:9 23:9
36:17 37:14 40:4
40:20 48:3 49:8
**FL** 2:7
**Flemming** 7:22
**Fluharty** 5:22
**follows** 4:10
**Ford** 40:24 41:13
41:25
**foregoing** 49:6
**form** 4:5 21:19
43:13 44:6,24
46:4
**forth** 49:10
**found** 18:21
**Four** 6:8
**FOWLER** 2:5
**from** 9:14,20 10:14
15:18 16:15 23:8
24:17,25 25:25
26:12,22 27:11
28:9 30:1 32:20
33:11 37:25
**front** 8:9,12 37:10
**full** 5:17 32:16 33:6
33:19 34:8,9 35:9
37:23 38:14,16,19
38:24 39:3 43:25
44:22 45:5 46:3
46:11,16,25 47:2
47:4,13 48:5,6,8
**further** 43:4 45:8
46:20 48:17,19,21
49:12,16

_____ G _____

**gave** 11:8,18
**GED** 9:15,18,20
10:4,22
**general** 4:22 9:16
10:7,11
**Georgetown** 15:3
**getting** 23:14 27:9
34:24
**Gill** 7:22

ROBERTA EAMES
April 27, 2006

39:22
going 5:2 19:5
Good 4:13
graduate 9:14
greeted 8:20
Greetings 9:9
ground 4:24
group 19:15
guess 12:17 13:23
  15:17 17:15 35:13
guilty 31:15,15

**H**

half 7:11,24 30:13
hard 5:6
having 4:8
hear 4:24
heard 20:1
held 1:12 48:14
her 41:19 43:21
hereinbefore 49:9
high 9:14
Highway 7:1
him 14:23,25 15:24
  16:2 30:7 42:17
homes 6:24 7:8,9
  7:12 8:6
Honestly 35:6
hopefully 19:17
hour 17:9 30:13
House 9:2
husband 12:1,13
  15:6 16:19 29:25
  32:5 42:1

**I**

identical 35:19
  36:14
identification 20:6
  30:20
Identify 21:1
Inc 21:13
including 25:25
INDEX 3:1
information 21:10
  21:17 35:17 36:1
  37:20
injured 33:15

injury 39:6 44:1,22
  45:4 48:6
insurance 1:8 4:14
  4:18 21:3,12,13
  22:15,15,16,19
  24:20 26:13,22,22
  27:12 28:5 30:10
  33:13,18,20 34:24
  35:2,4,8,12 36:19
  40:21,23 41:25
  46:17 47:1,23
insured 29:8
insureds 32:5
insuring 29:9
interested 49:19
interrogatories
  3:12 20:8,12,14
interrogatory
  21:15
involved 12:1,6
  13:14 19:4 40:12
involves 12:5
involving 13:12
issue 21:3 24:10
  26:17 43:10 44:5
  44:12,16,20
issued 24:15 26:1,7
  26:11,14 27:1
  29:22 30:2,9,11
  33:21 40:7,10
issues 48:19

**J**

Jacksonville 2:7
Janet 41:19
job 8:5,8,22
jobs 9:5,12 10:9
John 2:6 4:13 14:22
  18:1
June 18:17 41:1,5
  41:12,16
junior 10:1
just 10:5,7,11 13:12
  16:8 17:15 45:24

**K**

KARASCH 1:23
keep 25:14

Keith 21:12 22:7,9
  22:14,18 26:1,17
  27:2 28:16 33:23
  38:4 39:12 48:3
kept 25:19
kids 28:14
kind 11:9
King 9:8
know 5:9 8:17,18
  12:21 13:6,10,11
  13:24 14:1 15:20
  15:25 18:25 19:24
  20:17,18,19,22
  22:2 23:13 24:24
  26:4 28:13,17,19
  29:25 30:4 31:2,4
  31:6,8,14 34:13
  36:10,13 39:3
  43:19,22 47:22
  48:3
knowledge 24:4
known 5:19,21
  21:13

**L**

L 1:4
Landon 2:2 16:16
Lane 6:10
Large 7:13
last 48:4
Laura 2:6
law 1:13 18:8
lawsuit 11:19 12:5
  12:8,11,16
lawyer 17:25
lawyers 18:4,7
learn 10:7,12
Lee 5:18
left 8:5
let 5:9
letter 42:18
Let's 30:13 36:7
  42:20 48:12
Lewes 8:16
liability 32:16
  37:23 38:14
like 36:9
limits 32:16,18

37:23 38:14
Linda 21:11 22:7
  23:11 25:25 26:16
  27:2 28:16 33:23
  38:4 39:12 48:2
line 24:3,5
litigation 13:15
  31:9 44:5,12,17
  44:20
live 6:3,12,18
lived 6:7,14
lives 6:16
LLC 1:13
long 5:23 6:7,12
  7:10 8:3,22 17:6
look 32:3,12 36:7
  37:20 40:15 43:7
lost 33:7,14 47:6
lot 7:14
luncheon 30:15

**M**

made 33:2 44:21
  45:1 46:24 47:12
maiden 5:22
mail 25:3,12 26:20
  27:10 32:9 36:23
  37:1,8,9,15,18
  43:18 45:16,19
  46:10
make 21:22 27:7
making 38:7
management 9:6
manager 7:17,17
  7:19,21 8:25 9:8
Manufactured 7:9
many 11:4 16:1
  19:16 23:13 29:5
  34:1,13
March 11:6 22:13
  25:8 35:22 47:23
  47:24,24
Marino 2:6 3:5
  4:12,14 14:13
  16:24 20:3,9 21:5
  21:8,21,23 27:6
  29:20,24 30:13,17
  30:22 33:9,12

34:21 36:6 41:9
  41:17 42:20,24
  43:4,13,20 44:6
  44:24 45:10 46:5
  46:20 47:7,17
  48:12,16
Mark 20:3 30:17
marked 20:6 30:20
  30:23 37:14 39:23
  40:16
married 5:23,25
may 16:1 21:11,18
  21:25 34:17 39:15
Maybe 10:21 17:9
  18:17
mean 8:13 34:9
  36:15
medical 33:7,14
  42:8,10 47:5
medication 5:11
meet 14:25 16:8
  17:6,10 30:1
meeting 16:14
merit 48:19
met 4:13 14:11,12
  15:10 16:18 23:6
Michelle 28:22
might 27:19 43:18
Millsboro 7:3
minimum 32:19
mischaracterize
  33:22
mischaracterizes
  43:21
misled 19:17,19
  33:5
months 15:17,24
more 27:23 32:15
  32:22,25 35:18
  37:21 42:12,13
morning 4:13 16:8
Movie 9:8
much 31:5
Muncie 21:13
Munsey 26:22 28:9
Murphy 2:2 16:16
Mutual 1:8 4:14,18
  26:13

ROBERTA EAMES
April 27, 2006

Page 4

| — N — |
|---|
| name 5:17,22 41:19 |
| named 32:5 |
| names 5:21 |
| Nationwide 1:8 |
| 4:14,16,17,18,23 |
| 18:12 20:11 21:1 |
| 23:8 24:17 25:1 |
| 26:12 32:5,14 |
| Nationwide's 20:13 |
| necessary 42:7,10 |
| need 5:9 27:19 |
| needed 27:17,21 |
| 47:4 |
| neither 49:12 |
| never 13:17,20 |
| 16:10 20:1 23:6 |
| 26:11 30:9 |
| next 4:15 23:3 |
| 25:15,19 29:4 |
| North 2:6 |
| Notary 1:17 |
| notes 23:19 29:13 |
| Nothing 43:4 46:20 |
| 48:21 |
| NUMBER 3:11 |

| — O — |
|---|
| Oakwood 6:24 7:8 |
| 7:12 8:6 |
| oath 20:20 |
| objection 16:21 |
| 21:4,19 36:2 41:6 |
| 43:13,20 44:6,24 |
| 46:4 |
| objections 4:5 21:5 |
| 21:9,22 |
| obviously 13:13 |
| occasions 16:1 28:8 |
| 28:11 34:4 |
| occur 18:16 38:10 |
| 42:16 |
| off 48:14 |
| office 4:22 7:17,19 |
| 7:21 8:9,12,15 |
| 15:5 16:15 22:21 |
| 30:10 41:20 48:4 |
| offices 1:13 |

okay 5:1,4,8,10
31:6
one 5:5 10:9 11:5
19:17 20:18 25:15
25:20 27:23 28:4
28:17 29:4 32:1
32:15,22,25 34:17
35:18 36:9,9,14
36:14 37:21 38:12
38:13 40:5 48:2
Only 27:17
oral 1:12 38:7
39:18 44:15,19,20
46:23 47:11
orally 37:22
other 5:6,21 10:3
10:24 11:8 12:10
13:11,14,17 16:13
16:15 18:4,7
19:11 24:3,5
26:15,16 29:2,7
39:11,14 42:25
43:1 44:3,10,10
Others 1:6
out 8:21 18:21
25:15,20 35:4
41:16,18
over 5:5 9:12 22:22
22:24 24:13
own 18:13

| — P — |
|---|
| P 2:6 |
| page 3:3,11 20:25 |
| 25:17,19 32:12 |
| 37:10,15,16,17 |
| 39:25 40:4,6 |
| paragraph 32:3,12 |
| 35:17 42:5 |
| participate 26:9 |
| participating 26:5 |
| particular 9:20 |
| 18:24 40:5 |
| parties 4:3 49:14 |
| party 13:11,13 |
| past 16:13 21:1 |
| 22:3 |
| patients 8:20 |

pay 7:7 17:7
payment 32:18
pending 11:19 13:6
31:21,23
Pennsylvania 1:18
1:24 49:5
people 7:14 19:16
34:17 44:15 48:4
Perfect 10:7
person 5:5
personal 39:6 44:1
44:21 45:3 48:6
personally 14:25
21:2,11 22:23
30:1
pertaining 17:19
pet 8:25 9:1
Pets 9:2
PHILIP 2:2
phone 16:7 22:22
22:24 23:12 24:13
27:2 28:18 29:11
phoned 47:25
phones 8:20
physically 23:6
PIP 18:21 32:17
33:5 37:24 38:15
39:5 42:18 47:13
place 6:18 24:19
49:9
placed 24:21
plaintiff 6:1 12:8
13:17 19:5
plaintiffs 2:4 12:10
20:11
pleading 31:14
please 39:7 40:15
point 23:10 48:20
policy 17:15,17,19
17:19 21:3 23:5,7
23:14 24:9,10,14
24:19,21,23,25
25:11,16,17 26:1
26:6,11,14,17,20
27:1,10,13,15,21
29:22 30:2,8,9,11
32:5,8,16 33:21
34:25 35:21 36:23

37:1,4,7,12,15,18
37:23 38:11,12,14
38:23 40:7,10
43:10 44:5,12,16
44:20 45:22,25
46:10 47:19,25
Popular 9:9
position 32:18
possible 26:16 28:1
Possibly 23:21
prepare 13:22 14:3
14:6,16,19 17:22
prepared 13:24
present 2:9 21:1
presently 5:11
previously 31:20,23
printed 41:15,18
prior 6:18 15:10,13
23:14 26:1,6,11
26:14 27:1 29:21
30:2 33:20 34:24
35:8,12 40:6 41:1
41:5 43:21 46:9
privilege 14:8
problem 31:12
proceeding 11:10
PROFESSIONAL
1:23
proposed 32:15,22
33:1
protection 39:6
44:1,22 45:4 48:6
provide 37:23
38:13,14
provides 32:16
Public 1:17
purchase 22:17,19
43:10 44:5,12,16
45:4,6
purchased 35:21
37:4,7 40:21,22
41:11
purpose 34:10
put 20:10
p.m 48:23

| — Q — |
|---|
| question 4:6,25 |

20:25 21:6 38:17
41:8 44:8 47:7
questions 18:21
45:8,13
quotes 34:10,11,19
45:2,3 47:1

| — R — |
|---|
| R 3:12,13 20:3,5,10 |
| 30:17,19,23 43:7 |
| 49:1 |
| read 25:11,22 26:20 |
| 32:9 33:9,10 39:7 |
| 42:5 |
| reading 27:10 32:6 |
| 32:20 37:25 |
| Ready 8:11 |
| Ready's 8:15 |
| really 17:7 |
| recall 28:7,11 29:16 |
| 34:11 38:25 45:11 |
| 45:18,24 46:3 |
| 48:1 |
| receive 24:23 |
| received 23:7 25:6 |
| 32:9 36:23 37:1 |
| 37:15,18 43:23 |
| 45:16,18,21,24 |
| 46:10 |
| receiving 10:4 47:2 |
| 47:12 |
| receptionist 8:14,19 |
| recess 30:15 42:22 |
| recommend 42:14 |
| record 33:11 48:15 |
| refer 20:25 |
| reference 38:7 |
| referred 32:8 |
| referring 4:17 |
| 35:16 38:3 39:18 |
| 39:22 40:15 |
| regard 44:16,19,21 |
| regarding 21:2 |
| 26:17 |
| REGISTERED |
| 1:23 |
| Rehobath 6:10,10 |
| related 49:13 |

ROBERTA EAMES
April 27, 2006

relative 49:16
relevance 21:20,22
    36:3
remember 23:2,16
    24:13 27:25 28:3
    29:2 34:1,3,6,16
    35:6,7,13,14 38:4
    39:20 44:13
rephrase 4:25
replaced 41:12
report 7:16
reporter 1:17 5:6
    20:7 30:21 33:10
    49:4,23
REPORTERS 1:23
represent 4:14 19:5
    19:15
representations
    33:2 44:21 46:23
    47:12
representative 19:7
    19:11,14,22 35:20
    38:2
representatives
    32:15,23 33:1
    37:21 38:2 39:14
represented 13:1
    17:25 18:4 32:14
    37:22
Representing 2:4,8
represents 4:16
    19:3
requesting 35:11
reserve 48:17
reserved 4:6
respective 4:2
Response 3:12
responses 20:7,11
    20:13
Retail 9:6
review 17:12,14
reviewed 17:17,20
RE-EXAMINAT...
    45:9 46:21 47:16
right 30:7 34:25
    35:14,15 48:17
Road 2:3 6:6 8:18
Roberta 1:4,12 3:4

4:8 5:18 20:12
rules 4:24
run 47:23

——— S ———
Sales 9:7
same 21:4 35:11
Sanders 21:11
    23:11 25:25 26:17
    27:2 33:24 38:19
    39:12 46:11
Satchell 12:18,23
    12:24
satisfactorily 10:18
Savannah 8:18
save 23:22
saw 20:18 22:18
    24:19 36:22 40:4
    40:22,25 41:15
    43:15,25
Schedule 7:6
school 9:14,20
Seaford 6:4
sealing 4:3
second 32:4
see 32:6,20,22
    36:17,25 37:3,6
    37:25 40:2,6,9,20
    41:5
seen 20:16 30:25
    31:4,5 36:8,10,13
    36:16 39:25 40:18
sense 16:1
sent 37:9
sentence 32:4
separately 17:10
September 5:24
    47:23,24
service 6:23 7:5,6
Services 21:13
set 20:11 49:9
shop 9:8
short 42:20,22
    48:12
shortly 25:7
showing 30:23
shown 35:19 43:9
    44:3,10

sign 20:20,23
signing 4:3
similar 19:4 44:4
    44:11
similarly 1:6
since 6:14
situated 1:6
situation 19:4
six 7:15 9:9 32:12
some 4:24 10:5
    24:12 46:2,6,8
someone 19:3 28:9
    37:9
something 27:18
sometime 28:23
    32:9
Soon 10:22
sought 19:10
Spadaro 14:22
    15:11,13,16,23
    16:14,16,18,19
    18:1
Spadaro's 18:8
speak 22:14 28:15
specific 29:2,7 34:4
specifically 15:20
    28:7 29:16 32:14
    34:16,20 38:25
    46:13,15 47:8
Spinning 6:10
SPODARO 2:2
spoke 28:13 48:3,3
spoken 22:7
states 1:1 21:10
    35:17
status 13:9
statutory 32:19
still 6:16
stipulated 4:1
stop 19:17
store 8:25 9:1
Street 2:6
strike 26:13 46:6
subject 21:9 32:16
    37:23
subparagraph
    35:16 37:20 39:7
subsequent 26:21

27:9,10 29:19,21
substance 23:16
    24:14 27:25 39:20
    46:3
substantially 35:19
sued 13:20
Suite 1:14 2:3,6
sure 22:13 27:7
    30:4 31:7 43:15
surprised 30:5
Sussex 10:15
Swartz 1:13
sworn 4:9 49:8

——— T ———
T 49:1,1
table 4:21
take 10:6,14 23:19
    30:13 42:20 48:12
taken 11:1 30:16
    32:17 42:23 49:15
talk 5:5 14:9,11,23
    15:16 27:17,19
    39:11
talked 14:20 15:13
    15:22,24 16:2,10
    22:9 23:3,10
    33:23 34:3 48:1,2
talking 22:23 24:9
    34:25
talks 5:5
Tammy 1:5 6:14
    9:3 12:1,12,13
    15:6 16:19 24:7
    26:9 42:3 48:18
tape-record 24:1
Technical 10:15
technician 7:6
telephone 16:6
    44:14
tell 14:14 25:5
    33:22
term 20:1
test 9:23
testified 4:10 11:9
    11:14,16 13:12
    14:16 27:5 33:23
    42:25

testify 5:12,15
testimony 14:3 23:8
    24:12 33:22 35:10
    36:22 38:13,18
    40:25 43:21 45:15
    45:21 46:8
themselves 1:5
therapy 42:13
thing 14:9
things 27:19
think 11:7 21:21
    27:4 30:3 43:18
THOMAS 1:4
thought 27:9
three 20:25,25 29:6
    32:3
Thursday 1:15
time 4:6 5:5 15:22
    17:7 22:9 23:3
    27:11 28:23 35:21
    36:18 37:3 40:4,6
    41:21 46:9 48:2,2
times 11:4 21:25
    22:8 23:13 34:1
today 5:12,15 11:12
    13:22 14:4,7
    15:18 16:11,14
    17:23 43:1
together 17:10,11
told 32:1 38:12,13
    38:19 39:11 47:1
    48:10
Tom 12:12,13
training 10:20,24
transcript 49:7
treated 19:6,16,17
trial 4:7 11:16
true 49:6
Turn 43:7
turned 28:2,23 29:4
Twice 16:3,4
two 17:18,20 37:14
    39:23 40:17 45:13
    47:3 48:4
type 10:6 44:4,11
types 9:11 27:19
    28:8,11,12 35:7

ROBERTA EAMES
April 27, 2006

**U**

Uh-huh 16:5 41:3
under 5:11 20:20
  32:5 33:5
understand 4:18,25
  24:12 27:7 33:13
  36:15 41:10 45:15
understanding
  19:21 33:17
understood 5:3
UNITED 1:1
until 4:6 25:15,19
  40:9,12
use 10:12
used 43:25 45:5
  46:3,11

**V**

variety 9:11
vehicle 41:12
vehicles 47:3
visits 42:13
vs 1:7

**W**

wages 33:7,14 47:6
waived 4:4
waiving 21:9
want 19:7,15 27:7
  36:15 48:5
wanted 10:12 38:24
  39:3 46:16 48:6,8
wanting 22:17,18
wasn't 24:5,8 26:5
  38:5,17 42:3
way 19:6,16
well 48:18
went 8:6 9:22 23:6
  29:25 41:20
were 8:22 12:1,6
  15:6 19:6,18,19
  20:23 29:11 33:2
  33:5,5,7,15 34:14
  35:11 39:14 40:12
  41:20 43:9 44:3
  44:10,20 45:1,4
  46:23 47:3,4
we're 34:25

Wheel 6:10
while 8:2,6
WHITE 2:5
Wilmington 1:14
  2:3
witness 3:3 16:23
  21:7 32:13 36:4
  41:11 42:6 43:8
  43:22 44:7 47:9
  48:18 49:8
word 10:7 44:22
  45:5 46:3,11
work 7:14 8:1,5,6
  9:3,21
worked 7:10
working 7:23 24:6

**Y**

year 7:11,23 8:23
  11:6
years 5:24 6:8,13
  9:10,12 40:9
yesterday 14:24,25
  15:10,14 16:18
  17:6,12,17
Yvone 2:10
Yvonne 4:21

**0**

04-CV-1324-KAJ
  1:7

**1**

1:32 48:23
1011 2:3
11:15 1:16
1130 1:14
12 24:7
13 32:12 35:16
14 6:10
14908 6:6
16 28:23
17 41:1
1974 28:22
1980 28:25
19805 2:3
1989 9:19 10:4
1990 10:21 28:22

29:1
1994 22:11,12 25:9
  32:10 35:22 36:21
  47:21,24

**2**

20 3:12
2001 8:4,5,8
2003 11:24 12:3,6
  18:17 41:1,12,16
2006 1:15
210 2:3
22 47:23,24,24,24
  47:24
2200 2:6
24 42:5
25 6:13
27 1:15

**3**

30 3:13
300 1:13
32202 2:7
33 5:24

**4**

4 3:5
43 3:6
45 3:5
46 3:6
47 3:5

**5**

50 2:6

**6**

621-5689 1:24
655 7:1

**8**

800 1:24

TAMMY EAMES
April 27, 2006

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

* * *

THOMAS A. EAMES, ROBERTA L.      :   CIVIL ACTION
EAMES and TAMMY EAMES, on
behalf of themselves and all     :
Others similarly situated
                                 :
    -vs-
                                 :   NO. 04-CV-1324-KAJ
NATIONWIDE MUTUAL INSURANCE
COMPANY                          :

* * *

    Oral deposition of TAMMY EAMES, held
in the law offices of Swartz Campbell, LLC, 300
Delaware Avenue, Suite 1130, Wilmington, Delaware, on
Thursday, April 27, 2006, beginning at approximately
10:00 A.M., before Audree E. Burg, Certified Court
Reporter and Notary Public, in and for the Commonwealth
of Pennsylvania.

* * *

KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE
(800) 621-5689

---

**Page 2**

1  APPEARANCES:
2      MURPHY, SPODARO & LANDON
       BY: PHILIP EDWARDS, ESQUIRE
3      1011 Centre Road - Suite 210
       Wilmington, DE 19805
4
       -- Representing the Plaintiffs
5
       FOWLER, WHITE, BOGGS, BANKER
6      BY: JOHN P. MARINO, ESQUIRE
       50 North Laura Street - Suite 2200
7      Jacksonville, FL 32202
8      -- Representing the Defendant
9  ALSO PRESENT:
       Curtis Cheyney, Esquire
10     Yvonne Chambers, Esquire
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 3**

1              INDEX
2
3  WITNESS:                        PAGE
4  TAMMY EAMES
5     BY: MR. MARINO               4, 33
6     BY: MR. EDWARDS              34
7
8              * * *
9
10             EXHIBITS
11 NUMBER      DESCRIPTION         PAGE
12 Tammy Eames-1   Response to Interrogatories  20
13 Tammy Eames-2   Amended Complaint            25
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 4**

1          (It is hereby stipulated and agreed
2      by and between counsel for the respective
3      parties that signing, sealing,
4      certification, and filing are waived; and
5      that all objections, except as to the form
6      of the question, are reserved until the time
7      of trial.)
8          TAMMY EAMES, after having been
9      first duly sworn, was examined and testified
10     as follows:
11             EXAMINATION
12 BY MR. MARINO:
13     Q.  We met earlier. I'm John Marino. I
14 represent Nationwide, the defendant in this case. Next
15 to me is Mr. Cheyney. He represents Nationwide also.
16 The woman on the end is Yvonne Chambers. She's with
17 the general counsel's office for Nationwide.
18         You are appearing here for your
19 deposition. I wanted to go over ground rules before we
20 get started to make sure we communicate well.
21         If you don't hear or understand a
22 question, ask me to clarify it or rephrase it. If you
23 answer I'm going to assume you understood it.
24     A.  That's fair.
25     Q.  One person talks at a time. A lot of people

---

1 (Pages 1 to 4)

TAMMY EAMES
April 27, 2006

**Page 5**

1  start talking at the same time. Sometimes in a room
2  full of lawyers it's difficult. If you let me answer
3  I'll let you answer. If we talk over each other the
4  court reporter will get upset with us and it will be
5  harder for her to transcribe it.
6          If you need a break, let me know. Are you
7  under any medication that would affect your ability to
8  testify?
9      A.  No.
10     Q.  Is there anything else that would affect your
11 ability to give your best testimony today?
12     A.  No, sir.
13     Q.  What is your full name?
14     A.  Tammy Jane Eames.
15     Q.  Have you ever been known by any other names?
16     A.  No.
17     Q.  What is your date of birth?
18     A.  2/5/82.
19     Q.  What is your residence address?
20     A.  14908 Concord Road, Seaford, Delaware, 19973
21     Q.  Do you live with your parents?
22     A.  Yes.
23     Q.  Have you always lived with your parents?
24     A.  Yes.
25     Q.  Are you currently employed?

**Page 6**

1      A.  Yes, sir.
2      Q.  What is your business address?
3      A.  One Peddler's Village, Suite A-1, Lewes,
4  Delaware.
5      Q.  What is the name of the company?
6      A.  Tidewater Physical Therapy.
7      Q.  How long have you been employed by them?
8      A.  Since 2002.
9      Q.  What do you do?
10     A.  I am the office assistant.
11     Q.  What do you do as office assistant?
12     A.  Schedule all patients. Deal with the money
13 transfer, co-pays, and things like that, and all
14 insurance verifications.
15     Q.  That's the position you have been in since
16 you joined them in 2002?
17     A.  Yes, sir.
18     Q.  When you say you do insurance verifications,
19 what does that mean?
20     A.  We call the insurance company, Blue Cross,
21 whoever, and ask what the outpatient physical therapy
22 benefits are, and they let us know what the patient's
23 responsibility is going to be so they are aware of what
24 is going on.
25     Q.  You basically work for a physical therapist.

**Page 7**

1  You are the office assistant. One duty as office
2  assistant is to verify whether patients coming in to
3  get physical therapy verify the extent of the insurance
4  coverage?
5      A.  Correct.
6      Q.  What other duties do you have?
7      A.  When they are short on the floor with the
8  physical therapist the technical part of the job, I
9  fill in and assist the patients.
10     Q.  You actually provide physical therapy to
11 patients?
12     A.  No, because I'm not a therapist.
13     Q.  You assist the therapist sometimes?
14     A.  With the patients, yes.
15     Q.  How big an operation is Tidewater Physical
16 Therapy?
17     A.  I believe we have 20 locations.
18     Q.  It's a big company?
19     A.  Yes, sir.
20     Q.  How many physical therapists are there at the
21 location you work at?
22     A.  Just one.
23     Q.  Just you and the physical therapist?
24     A.  There are other people there.
25     Q.  How many other employees are there?

**Page 8**

1      A.  Six, including myself and the therapist.
2      Q.  No other office assistants?
3      A.  No.
4      Q.  Did you graduate from high school?
5      A.  Yes.
6      Q.  Where did you graduate from?
7      A.  Sussex Technical High School in Georgetown.
8      Q.  When did you graduate?
9      A.  2000.
10     Q.  Prior to 2002 when you became an office
11 assistant at Tidewater physical therapy did you have a
12 job prior to that?
13     A.  Yes.
14     Q.  What did you do?
15     A.  Worked for a pediatrician.
16     Q.  What pediatrician?
17     A.  Santosh Ready.
18     Q.  A local doctor?
19     A.  Based out of Lewes.
20     Q.  Do you know what his address is?
21     A.  Not anymore. I know it is on Savannah Road.
22     Q.  What did you do for that pediatrician?
23     A.  Entered charges and scheduled patients. Put
24 in the system the code that the patient was seen for.
25  Then input that in and each week I would hit a button

2 (Pages 5 to 8)

TAMMY EAMES
April 27, 2006

| Page 9 |
|---|
| 1 and print out bills and stuff them in an envelope. |
| 2    Q.  What would you do with the envelope? |
| 3    A.  Put it in the mail. |
| 4    Q.  Who did you mail it to? |
| 5    A.  Whichever insurance company it belonged to. |
| 6    Q.  You basically handled billing to insurance |
| 7 companies? |
| 8    A.  It was just me and one other person. We |
| 9 split the work. We did that and computer work with |
| 10 patients. |
| 11    Q.  What kind of computer work would you do? |
| 12    A.  Enter in information so there was a record of |
| 13 them being there and make their charts. |
| 14    Q.  What does that mean? |
| 15    A.  The doctor has to have all of the information |
| 16 to write the notes on. We would make sure all of the |
| 17 paperwork was in there. |
| 18    Q.  When did you start that job? |
| 19    A.  I believe 2001. |
| 20    Q.  What about before that? |
| 21    A.  I worked at a pet store. |
| 22    Q.  Was that when you were still in high school? |
| 23    A.  I don't recall if I was finished high school |
| 24 or if I started before I graduated. |
| 25    Q.  Other than the pet store and pediatrician and |

| Page 10 |
|---|
| 1 physical therapist, any other jobs? |
| 2    A.  I had part-time jobs through high school. |
| 3    Q.  Going back to -- you graduated from high |
| 4 school in 2000. Have you ever attended college? |
| 5    A.  No, sir. |
| 6    Q.  Have you ever attended junior college? |
| 7    A.  No, sir. |
| 8    Q.  Did you have courses or training after high |
| 9 school? |
| 10    A.  No, sir. |
| 11    Q.  You have not done any computer courses in |
| 12 connection with your work at the physical therapist or |
| 13 pediatrician? |
| 14    A.  No, sir. |
| 15    Q.  Have you ever been deposed before? |
| 16    A.  Yes. |
| 17    Q.  How many times? |
| 18    A.  Just once. |
| 19    Q.  When was that? |
| 20    A.  I believe March. |
| 21    Q.  March of? |
| 22    A.  2006. |
| 23    Q.  Recently? |
| 24    A.  Yes. |
| 25    Q.  Were you deposed in connection with the |

| Page 11 |
|---|
| 1 pending lawsuit? |
| 2    A.  Yes. |
| 3    Q.  What suit was that? |
| 4    A.  That was for the auto accident that we were |
| 5 in with the -- I'm not sure who that was. I believe it |
| 6 was the gentlemen that we were involved in the accident |
| 7 with, with his attorneys. |
| 8    Q.  It was a lawsuit involving an accident that |
| 9 you were involved in? |
| 10    A.  Yes, sir. |
| 11    Q.  What accident was that? |
| 12    A.  That was the accident I believe it was 2003. |
| 13    Q.  That's the accident that you and your mom and |
| 14 dad were in? |
| 15    A.  Correct. |
| 16    Q.  Are you the plaintiff in that, a plaintiff in |
| 17 that lawsuit? |
| 18    A.  Yes. |
| 19    Q.  You are suing somebody; correct? |
| 20    A.  Correct. |
| 21    Q.  Are you suing them for personal injuries? |
| 22    A.  I'm involved in that lawsuit because I was in |
| 23 the car and was injured. |
| 24    Q.  Are you a plaintiff in the lawsuit? |
| 25    A.  I don't know what you mean. |

| Page 12 |
|---|
| 1    Q.  Are you suing somebody? |
| 2    A.  I believe so, yes. |
| 3    Q.  You do not know whether you are or not? |
| 4    A.  I'm involved in the lawsuit, in the suing of |
| 5 that gentleman to try to get the medical bills covered. |
| 6    Q.  That gentleman would be the driver of the |
| 7 other car? |
| 8    A.  Yes, sir. |
| 9    Q.  Do you know his name? |
| 10    A.  Mr. Satchell. |
| 11    Q.  Are your mom and dad involved in that suit |
| 12 too? |
| 13    A.  Yes. |
| 14    Q.  Are they plaintiffs? |
| 15    A.  They are the same thing -- whatever I am. |
| 16    Q.  Where is that case pending? It is in court? |
| 17    A.  I don't know that it is even that far. We |
| 18 just got the deposition and we are waiting to find out |
| 19 what we do next. |
| 20    Q.  We just got the deposition? |
| 21    A.  The attorney hasn't told us what we're doing |
| 22 next. |
| 23    Q.  You have an attorney in that suit? |
| 24    A.  Yes. |
| 25    Q.  Who is that? |

3 (Pages 9 to 12)

KARASCH & ASSOCIATES
800-621-5689

TAMMY EAMES
April 27, 2006

| Page 13 |
| --- |

1    A.  Clayton Bunning.
2    Q.  You don't know whether there is an actual
3  lawsuit pending, you know you were deposed?
4    A.  There is a lawsuit, I was deposed.  I don't
5  know where that stands.
6    Q.  Do you know if the lawsuit is pending in
7  state or federal court?
8    A.  I don't know.
9    Q.  You don't know what court the lawsuit is
10  pending in?
11    A.  Right.
12    Q.  Do you know the name of the attorney that
13  took your deposition?
14    A.  I don't recall.
15    Q.  Was it the attorney that was representing Mr.
16  Satchell?
17    A.  I believe that's who it was.  I know it was a
18  nice lady.
19    Q.  How long did your deposition last?
20    A.  It is going to be a guess.
21    Q.  An estimate?
22    A.  A couple hours, we were at his office.
23    Q.  You and your mom and dad?
24    A.  Correct.
25    Q.  Did you all three get deposed that same day?

| Page 14 |
| --- |

1    A.  Yes.
2    Q.  Like we're doing today?
3    A.  Yes.
4    Q.  Other than the testimony in March concerning
5  this case have you ever testified at any other
6  deposition?
7    A.  No, sir.
8    Q.  Have you ever testified at any trial?
9    A.  No, sir.
10    Q.  Have you ever given testimony under oath at
11  any other proceeding?
12    A.  No, sir.
13    Q.  Basically it is the time in March and today?
14    A.  That's it.
15    Q.  Other than the suit that you got deposed in
16  March, you were not sure whether you were a party or
17  not.  Are you a party to any other litigation?
18    A.  No.
19    Q.  Have you ever been a party to any other
20  litigation?
21    A.  No.  The only thing I have been involved in
22  is this one and the information with Mr. Satchell.
23    Q.  Has anybody ever sued you?
24    A.  No.
25    Q.  You don't know the status of this other case

| Page 15 |
| --- |

1  with Mr. Satchell?
2    A.  I do not.
3    Q.  Did you prepare for your deposition today?
4    A.  What do you mean by prepare?
5    Q.  Did you talk with anybody about your
6  deposition?  Did you meet with any attorneys?
7    A.  We met yesterday with our attorney.
8    Q.  We, who is that?
9    A.  My parents and I.
10    Q.  All three of you?
11    A.  Yes, sir.
12    Q.  What attorney did you meet with?
13    A.  It was his associate.
14    Q.  Mr. Edwards wasn't there?
15    A.  No, sir.
16    Q.  Where did you meet?
17    A.  In Georgetown.
18    Q.  Where?
19    A.  Mr. Bunning's office.  We just used his
20  conference room.
21    Q.  It was the three of you and this other
22  attorney whose name that you can't recall?
23    A.  Correct.
24    Q.  Was it Mr. Spadaro?
25    A.  That's it.

| Page 16 |
| --- |

1    Q.  How long did you meet with him?
2    A.  A few hours, maybe.
3    Q.  Were you all three meeting at the same time?
4    A.  Yes.
5    Q.  A few hours, two, three?
6    A.  Two or three.
7    Q.  This was at Mr. Bunning's office?
8    A.  Right.
9    Q.  Before yesterday had you ever met Mr. Spadaro
10  before?
11    A.  No, sir.
12    Q.  Had you ever talked to him before yesterday?
13    A.  No, sir.
14    Q.  When was the first time you met Mr. Edwards?
15    A.  This morning.
16    Q.  Did you ever talk to Mr. Edwards before this
17  morning?
18    A.  No, I have not.
19    Q.  Other than meeting Mr. Spadaro yesterday and
20  Mr. Edwards this morning have you met any other
21  attorneys from the law firm of Murphy, Spadaro &
22  Landon?
23    A.  Not that I'm aware of.
24    Q.  Are you aware if you ever talked to any
25  attorneys from there before?

4 (Pages 13 to 16)

TAMMY EAMES
April 27, 2006

Page 17

1     A.  These two gentlemen are the only ones I spoke
2  to other than Mr. Bunning.  I'm going to say no.
3     Q.  Yesterday during your preparation for your
4  deposition today, other than you and your parents and
5  Mr. Spadaro, did anybody else participate?
6     A.  Mr. Bunning came in and peeked in and sat
7  down he didn't pipe in with anything.
8     Q.  But he was there?
9     A.  He just sat there for part of it.
10         MR. EDWARDS:  Just as long as
11  substance --
12  BY MR. MARINO:
13     Q.  -- don't tell me about any conversation.  I
14  just want to know who was there and things of that
15  nature.  In terms of specific conversation don't tell
16  me about those.
17         MR. EDWARDS:  That is privileged.
18  BY MR. MARINO:
19     Q.  Did you review any documents yesterday?
20     A.  Yes.
21     Q.  What documents?
22         MR. EDWARDS:  Objection as to being
23  privileged.  It is part of prep time.  I
24  direct her not to answer that.
25         MR. MARINO:  What documents she

Page 18

1  reviewed in preparation for her deposition?
2         MR. EDWARDS:  Work product,
3  privilege.
4         MR. MARINO:  I don't want her to
5  tell me about any conversations.  You are
6  free to direct her.
7         MR. EDWARDS:  I don't know what they
8  reviewed.
9         MR. MARINO:  I'm asking her what
10  they reviewed, not you.
11         MR. EDWARDS:  As long as you mention
12  what the documents are and not what was
13  discussed about them.
14         THE WITNESS:  They were forms from
15  my parent's Nationwide file.
16  BY MR. MARINO:
17     Q.  Anything else?
18     A.  No, sir.
19     Q.  Other than the preparation you did yesterday
20  you didn't do any other preparation?
21     A.  No, sir.
22     Q.  Do you know what a class action is?
23     A.  I know that it is a lawsuit where other
24  people are involved, larger numbers of people with the
25  same complaint.

Page 19

1     Q.  Do you know what it means to be a class
2  representative?
3     A.  My understanding is that being a class
4  representative, that person is the one to stand up for
5  everyone else that is involved.
6     Q.  Do you have any understanding beyond that?
7     A.  Not really.
8     Q.  Do you know what the duties of a class
9  representative are?
10     A.  I do not.
11     Q.  Do you know what fiduciary duties are?
12     A.  I do not.
13     Q.  You are seeking to be a class representative
14  in this case?
15     A.  Yes, because I was involved in that accident.
16  I was in the car.
17     Q.  Your understanding is you are seeking to be a
18  class representative in this case because you were in
19  the car during that accident?
20     A.  Right.  In the accident in 2003 where the --
21     Q.  -- what we already talked about?
22     A.  Right.
23     Q.  Have you ever sought to be a class
24  representative in any other case?
25         MR. EDWARDS:  Objection to form.

Page 20

1         MR. MARINO:  Mark this as Tammy
2  Eames-1.
3         (Whereupon, Exhibit Tammy Eames-1
4  was so marked for identification by the
5  court reporter, being Plaintiff's Responses
6  to Nationwide's First Set of Class
7  Certification Interrogatories.)
8  BY MR. MARINO:
9     Q.  I'm showing you exhibit one to your
10  deposition today.  Please look over that document.
11     A.  Okay.
12     Q.  Are these your -- when I say Nationwide, I'm
13  referring to Nationwide Mutual Insurance Company.  When
14  I refer to them during the deposition I'm referring to
15  Nationwide Mutual Insurance Company.
16     A.  Okay.
17     Q.  Are these your answers to Nationwide's --
18     A.  -- when I read this it confuses me.  I don't
19  understand.
20     Q.  Do you know if these are your answers to the
21  interrogatories, Nationwide's interrogatories?
22     A.  What is an interrogatory?
23     Q.  Do you know what an interrogatory is?
24     A.  I never heard the word.
25     Q.  Have you ever seen exhibit one before today?

5 (Pages 17 to 20)

TAMMY EAMES
April 27, 2006

Page 21

1    A.  I believe so.
2    Q.  Do you know?
3    A.  I have read so many of these papers.  It
4  sounds familiar, but the words, I don't understand all
5  of the terminology in it.  I would say I have read it
6  because it sounds familiar.
7    Q.  Do you know that you read it or you think?
8    A.  I think that I read it.
9    Q.  You don't know for sure, do you?
10    A.  To tell you I know I have seen it I have to
11  look at my paperwork at home.
12    Q.  You have paperwork at home?
13    A.  Yes.
14    Q.  What is that paperwork about?
15    A.  All of this stuff.
16    Q.  All of what stuff?
17    A.  All of the information for this suit.
18    Q.  As you sit here today you don't know whether
19  you have seen these answers or not?
20        MR. EDWARDS:  Objection to form.
21    Asked and answered.
22        THE WITNESS:  Repeat your question.
23  BY MR. MARINO:
24    Q.  As you sit here today you don't know for
25  certain?

Page 22

1    A.  I can't say yes, I have seen it for certain.
2    Q.  You have not signed these interrogatory
3  responses, have you?
4    A.  I don't know.
5        MR. EDWARDS:  Objection to the form.
6        MR. MARINO:  What is your objection?
7        MR. EDWARDS:  I retract it.
8  BY MR. MARINO:
9    Q.  You don't know whether you signed this
10  document, exhibit one?
11    A.  Without giving you an I believe answer, I
12  believe I have seen this form, but I can't tell you 100
13  percent that I've seen it, because honestly they all
14  look the same to me.  Everything legal looks the same
15  to me.
16    Q.  My question was, do you know whether you
17  signed this?
18    A.  I can't say that I signed this.
19    Q.  As I look at exhibit one I don't see your
20  signature on it anywhere.
21    A.  Not on this, no.
22    Q.  Were you ever asked to sign exhibit one under
23  oath?
24    A.  Not that I recall.
25    Q.  Who prepared these interrogatory responses?

Page 23

1    A.  I don't know.
2    Q.  Did you assist anybody in preparing these
3  interrogatory responses?
4    A.  If I knew what an interrogatory was I can
5  probably answer these questions.  I don't know what you
6  are asking me.
7    Q.  Number three on page three.  That question
8  asks:
9        "Identify all past or present Nationwide
10  employees with whom you have personally communicated
11  regarding the insurance policy at issue in the
12  complaint".
13        MR. EDWARDS:  Same objection.
14        MR. MARINO:  In the response there
15    are objections.
16  BY MR. MARINO:
17    Q.  It says Ms. Eames states that the policy at
18  issue was sold to her parents and they, not she,
19  communicated personally with Nationwide's
20  representatives regarding that policy.
21    A.  Right.
22    Q.  Is that correct?
23    A.  Right.  I was not there.
24    Q.  You were not there when this policy was sold?
25    A.  No, sir, I was only 12.

Page 24

1    Q.  You were not driving a car, were you?
2    A.  No.
3    Q.  You would not have occasion to purchase
4  insurance when this was purchased in 1994, would you?
5    A.  I was not involved in the insurance purchase
6  at all.
7    Q.  You never communicated with anybody from
8  Nationwide?
9    A.  Regarding that policy, no.
10    Q.  Regarding any policy?
11    A.  I have my insurance through Nationwide.
12    Q.  You have your own insurance now separate and
13  apart from your parent's insurance?
14    A.  My dad is on my insurance.
15    Q.  Did you get that through the Muncie Agency?
16    A.  Yes.
17    Q.  You never communicated anything regarding
18  this policy with Culver Insurance Agency, Inc.
19    A.  Not with their policy.  I had nothing to do
20  with it.  My parents.
21    Q.  That's the policy at issue in this case?
22    A.  Right.
23    Q.  You have not communicated with that agency to
24  this date regarding this policy?
25    A.  Right.

6 (Pages 21 to 24)

TAMMY EAMES
April 27, 2006

Page 25

1    Q.  You never communicated with anybody from
2  Nationwide Insurance Company regarding the policy at
3  issue in this case, have you?
4    A.  No.
5        MR. MARINO:  Mark this as Tammy
6  Eames-2.
7        (Whereupon, Exhibit Tammy Eames-2
8  was so marked for identification by the
9  court reporter, being Amended Complaint.)
10 BY MR. MARINO:
11   Q.  You testified you never communicated
12 regarding the policy at issue in this case with Culver,
13 Muncie, or Nationwide.
14       Other than those three entities, have you
15 communicated with any other agency or people regarding
16 the insurance policy at issue in this case?
17       MR. EDWARDS:  Objection to form.
18   Compound question.
19 BY MR. MARINO:
20   Q.  Did you talk to anybody else about the
21 insurance policy at issue in this case?
22   A.  Yesterday.
23   Q.  Was yesterday the first time you communicated
24 with anybody concerning the insurance policy at issue
25 in this case?

Page 26

1    A.  Yes.
2    Q.  I'm showing you exhibit two.  Have you seen
3  this document before?
4    A.  I recall seeing specific parts of this
5  document.
6    Q.  I'm asking you have you ever seen this entire
7  document before?
8    A.  Not that I recall.
9    Q.  Do you know what an amended class action
10 complaint is?
11   A.  Not exactly.
12   Q.  Do you know what a complaint is?
13   A.  Yes.
14   Q.  What is a complaint?
15   A.  A problem.  When you are expressing an issue.
16   Q.  Do you know in the context of a lawsuit what
17 the term complaint means?
18       MR. EDWARDS:  Objection to form.
19       THE WITNESS:  I would assume it
20   would be the same thing.
21 BY MR. MARINO:
22   Q.  Do you know what a pleading is?
23   A.  No.
24   Q.  I think you testified that you had seen
25 portions of this, exhibit two before; is that correct?

Page 27

1    A.  That I can specifically recall, yes.
2    Q.  What portions would that be?
3    A.  The exhibits.
4    Q.  That would be exhibit A?
5    A.  And B, C.
6    Q.  You recall seeing exhibits A, B, and C?
7    A.  And D.
8    Q.  Basically before today's date you have seen
9  copies of exhibits A, B, C and D to this amended class
10 action complaint?
11   A.  Correct.
12   Q.  When did you see those?
13   A.  Yesterday.
14   Q.  Is this the first time you ever saw any of
15 those exhibits, exhibits A B C and D to exhibit two to
16 this deposition?
17   A.  Exhibit D I believe I saw a copy when it came
18 in the mail.
19   Q.  Came in the mail to who?
20   A.  My father.
21   Q.  D as you understand it was mailed to your
22 father?
23   A.  It wasn't this exact form.  It was one
24 similar.
25   Q.  You may have seen exhibit D?

Page 28

1    A.  When his benefits exhausted.
2    Q.  You saw that prior to yesterday?
3    A.  Right.
4    Q.  Do you know when?
5    A.  Around the time he was notified it was
6  exhausted.
7    Q.  You never saw exhibit A to this amended
8  complaint before yesterday, did you?
9    A.  No.
10   Q.  You never saw exhibit B to this before
11 yesterday, did you?
12   A.  No.
13   Q.  You never saw exhibit C to this amended class
14 action complaint before yesterday, did you?
15   A.  No.
16       MR. MARINO:  Let's take a break.
17       (Whereupon, a short recess was
18   taken.)
19 BY MR. MARINO:
20   Q.  You have what had been marked as exhibit two
21 I will refer you to page six of that document.  I'm
22 looking at paragraph 13.  Please read that.
23   A.  (Witness complies).
24   Q.  The second sentence, "Specifically,
25 Nationwide has represented to one or more of the

7 (Pages 25 to 28)

A183

TAMMY EAMES
April 27, 2006

Page 29

1  proposed class representatives that the subject policy
2  provides full limits of liability for PIP coverage; and
3  it has therefore taken the position that such limits
4  have been exhausted by the payment of the minimum
5  statutory amount".
6          From your prior testimony that indicated
7  you never communicated with anyone from Nationwide or
8  anyone else regarding the policy at issue in this case,
9  you were not one or more of the class representatives
10 that such alleged representation was made to, are you?
11     A.  Being involved in that accident with full
12 coverage I thought that we would be covered. And my
13 PIP was also exhausted from my understanding.
14     Q.  That's what you thought. You testified
15 earlier nobody from Nationwide ever made that
16 representation, did they?
17     A.  Not directly to me, no.
18     Q.  Nobody from Muncie ever made that
19 representation to you?
20     A.  Not on that policy, no.
21     Q.  Nobody from Culver ever made that?
22     A.  Regarding that policy, no.
23     Q.  Nobody else at all ever made that
24 representation to you regarding that policy; correct?
25     A.  My parents told me they had full coverage on

Page 30

1  their vehicle. Other than that, no.
2      Q.  You communicated with your parents about it?
3      A.  Yes.
4      Q.  Nobody else?
5      A.  Right.
6      Q.  Page 18 of exhibit two. Paragraph 24.
7          Have you been deprived of necessary
8  medical care?
9      A.  My PIP exhausted and I did not have the funds
10 to do some of the testing that I needed.
11     Q.  What testing did you want to do?
12     A.  One of the physicians suggested an EMG.
13     Q.  Your understanding is that your PIP
14 exhausted?
15     A.  Correct.
16     Q.  A physician suggested an EMG; correct?
17         MR. EDWARDS: I object. Irrelevant
18 to classification issues.
19         MR. MARINO: It is relevant.
20 BY MR. MARINO:
21     Q.  What physician suggested that?
22         MR. EDWARDS: Same objection to this
23 whole line.
24         THE WITNESS: Dr. Dushuttle.
25 BY MR. MARINO:

Page 31

1      Q.  When did he suggest that?
2      A.  A while back. I don't know exactly. Maybe a
3  year ago.
4      Q.  You didn't get that testing?
5      A.  It is very expensive.
6      Q.  To this day you still have not gotten that
7  testing?
8      A.  No.
9      Q.  You said this doctor suggested this maybe a
10 year ago.
11         Subsequent to that time has any other
12 doctor suggested that testing to you?
13     A.  They are -- they were trying to figure out
14 why I still have numbness. That was a possible way to
15 treat that.
16         Dr. Dushuttle said that is one way to
17 tell. I believe he is the only one that suggested it.
18     Q.  Is there any other medical care that you have
19 not gotten?
20     A.  No. The only thing we're waiting to find out
21 is what is wrong. And I can't afford to find out what
22 is wrong at this moment.
23     Q.  I understand that you testified that you want
24 to find out what is wrong. Earlier you testified to a
25 specific test that a doctor proposed doing that has not

Page 32

1  been done.
2          Is there any other specific medical
3  treatments other than in a broad sense finding out what
4  had been wrong that had been suggested?
5      A.  That test would be the next test to find out
6  if there is nerve damage. Once that test is done that
7  will decide what they can do.
8      Q.  Did somebody tell you how expensive that test
9  is?
10     A.  Anywhere from $600 to $1,000, or better.
11         MR. EDWARDS: Objection.
12         MR. MARINO: You can have a
13 continuing objection.
14 BY MR. MARINO:
15     Q.  How do you know?
16     A.  My therapist performs them.
17     Q.  You know that from working?
18     A.  Yes.
19     Q.  You testified earlier you thought testing was
20 suggested about a year ago?
21     A.  Yes.
22     Q.  Would that be March 2005?
23     A.  I don't have specific dates. About a year
24 ago is just an estimate.
25     Q.  You don't know specifically?

8 (Pages 29 to 32)

A184

TAMMY EAMES
April 27, 2006

Page 33

1    A.  I don't know specifically when the last time
2  was that he told me.
3    Q.  Are you still being treated by this doctor?
4    A.  No.
5    Q.  How did you go about hiring the attorneys to
6  represent you in this case?
7        MR. EDWARDS:  Objection, relevance.
8  BY MR. MARINO:
9    Q.  Don't tell me about discussions.  How did you
10 hire them?
11   A.  I didn't specifically do this by myself.  My
12 parents were involved and they made the connections.
13 don't know how it was done.
14   Q.  Have you had discussions about this case with
15 anyone other than when you testified to today?
16   A.  No.
17       MR. MARINO:  No further questions.
18       EXAMINATION
19 BY MR. EDWARDS:
20   Q.  You were asked do you understand what a
21 complaint is.  I believe your testimony is you are
22 complaining about something?
23   A.  Right.
24   Q.  Do you understand in this complaint marked as
25 Eames-2 this is basically you and your parents

Page 34

1  complaining about something, something that Nationwide
2  has done?
3    A.  Right.
4        MR. MARINO:  Objection to the form.
5  BY MR. EDWARDS:
6    Q.  Do you understand what you are complaining
7  about in this complaint?
8    A.  The way the document was written.
9    Q.  What about it?
10   A.  That it was specified as being full coverage
11 when there was a limit on the coverage.
12       MR. EDWARDS:  Nothing further.
13       RE-EXAMINATION
14 BY MR. MARINO:
15   Q.  You said you are complaining about the way
16 the document was written.  What document?
17   A.  The insurance policy.
18       MR. MARINO:  Nothing further.
19       (Whereupon, the deposition was
20 concluded at 11:15 a.m.)
21
22
23
24
25

Page 35

1        C E R T I F I C A T E
2
3
4        I, AUDREE E. BURG, a Court Reporter
5  in and for the Commonwealth of Pennsylvania,
6  hereby certify that the foregoing is a true
7  and accurate transcript of the deposition of
8  said witness who was first duly sworn by me
9  on the date and place hereinbefore set
10 forth.
11
12       I FURTHER CERTIFY that I am neither
13 attorney nor counsel for, nor related to or
14 employed by, any of the parties to the
15 action in which this deposition was taken,
16 and further that I am not a relative or
17 employee of any attorney or counsel employed
18 in this action, nor am I financially
19 interested in this case.
20
21
22
            AUDREE E. BURG
23          Court Reporter
24
25

9 (Pages 33 to 35)

TAMMY EAMES
April 27, 2006

## A

**ability** 5:7,11
**about** 9:20 15:5
  17:13,16 18:5,13
  19:21 21:14 25:20
  30:2 32:20,23
  33:5,9,14,22 34:1
  34:7,9,15
**accident** 11:4,6,8
  11:11,12,13 19:15
  19:19,20 29:11
**accurate** 35:7
**action** 1:4 18:22
  26:9 27:10 28:14
  35:15,18
**actual** 13:2
**actually** 7:10
**address** 5:19 6:2
  8:20
**affect** 5:7,10
**afford** 31:21
**after** 4:8 10:8
**agency** 24:15,18,23
  25:15
**ago** 31:3,10 32:20
  32:24
**agreed** 4:1
**alleged** 29:10
**already** 19:21
**always** 5:23
**amended** 3:13 25:9
  26:9 27:9 28:7,13
**amount** 29:5
**answer** 4:23 5:2,3
  17:24 22:11 23:5
**answered** 21:21
**answers** 20:17,20
  21:19
**anybody** 14:23 15:5
  17:5 23:2 24:7
  25:1,20,24
**anymore** 8:21
**anyone** 29:7,8
  33:15
**anything** 5:10 17:7
  18:17 24:17
**anywhere** 22:20

32:10
**apart** 24:13
**APPEARANCES**
  2:1
**appearing** 4:18
**approximately** 1:15
**April** 1:15
**Around** 28:5
**asked** 21:21 22:22
  33:20
**asking** 18:9 23:6
  26:6
**asks** 23:8
**assist** 7:9,13 23:2
**assistant** 6:10,11
  7:1,2 8:11
**assistants** 8:2
**associate** 15:13
**ASSOCIATES**
  1:23
**assume** 4:23 26:19
**attended** 10:4,6
**attorney** 12:21,23
  13:12,15 15:7,12
  15:22 35:13,17
**attorneys** 11:7 15:6
  16:21,25 33:5
**Audree** 1:16 35:4
  35:22
**auto** 11:4
**Avenue** 1:14
**aware** 6:23 16:23
  16:24
**A-1** 6:3
**a.m** 1:16 34:20

## B

**B** 27:5,6,9,15 28:10
**back** 10:3 31:2
**BANKER** 2:5
**Based** 8:19
**basically** 6:25 9:6
  14:13 27:8 33:25
**became** 8:10
**before** 1:16 4:19
  9:20,24 10:15
  16:9,10,12,16,25
  20:25 26:3,7,25

27:8 28:8,10,14
**beginning** 1:15
**behalf** 1:5
**being** 9:13 17:22
  19:3 20:5 25:9
  29:11 33:3 34:10
**believe** 7:17 9:19
  10:20 11:5,12
  12:2 13:17 21:1
  22:11,12 27:17
  31:17 33:21
**belonged** 9:5
**benefits** 6:22 28:1
**best** 5:11
**better** 32:10
**between** 4:2
**beyond** 19:6
**big** 7:15,18
**billing** 9:6
**bills** 9:1 12:5
**birth** 5:17
**Blue** 6:20
**BOGGS** 2:5
**break** 5:6 28:16
**broad** 32:3
**Bunning** 13:1 17:2
  17:6
**Bunning's** 15:19
  16:7
**Burg** 1:16 35:4,22
**business** 6:2
**button** 8:25

## C

**C** 27:5,6,9,15 28:13
  35:1,1
**call** 6:20
**came** 17:6 27:17,19
**Campbell** 1:13
**car** 11:23 12:7
  19:16,19 24:1
**care** 30:8 31:18
**case** 4:14 12:16
  14:5,25 19:14,18
  19:24 24:21 25:3
  25:12,16,21,25
  29:8 33:6,14
  35:19

**Centre** 2:3
**certain** 21:25 22:1
**certification** 4:4
  20:7
**Certified** 1:16
**certify** 35:6,12
**Chambers** 2:10
  4:16
**charges** 8:23
**charts** 9:13
**Cheyney** 2:9 4:15
**CIVIL** 1:4
**clarify** 4:22
**class** 18:22 19:1,3,8
  19:13,18,23 20:6
  26:9 27:9 28:13
  29:1,9
**classification** 30:18
**Clayton** 13:1
**code** 8:24
**college** 10:4,6
**coming** 7:2
**Commonwealth**
  1:17 35:5
**communicate** 4:20
**communicated**
  23:10,19 24:7,17
  24:23 25:1,11,15
  25:23 29:7 30:2
**companies** 9:7
**company** 1:8 6:5,20
  7:18 9:5 20:13,15
  25:2
**complaining** 33:22
  34:1,6,15
**complaint** 3:13
  18:25 23:12 25:9
  26:10,12,14,17
  27:10 28:8 33:21
  33:24 34:7
**complies** 28:23
**Compound** 25:18
**computer** 9:9,11
  10:11
**concerning** 14:4
  25:24
**concluded** 34:20
**Concord** 5:20

**conference** 15:20
**confuses** 20:18
**connection** 10:12
  10:25
**connections** 33:12
**context** 26:16
**continuing** 32:13
**conversation** 17:13
  17:15
**conversations** 18:5
**copies** 27:9
**copy** 27:17
**correct** 7:5 11:15
  11:19,20 13:24
  15:23 23:22 26:25
  27:11 29:24 30:15
  30:16
**counsel** 4:2 35:13
  35:17
**counsel's** 4:17
**couple** 13:22
**courses** 10:8,11
**court** 1:1,16 5:4
  12:16 13:7,9 20:5
  25:9 35:4,23
**coverage** 7:4 29:2
  29:12,25 34:10,11
**covered** 12:5 29:12
**co-pays** 6:13
**Cross** 6:20
**Culver** 24:18 25:12
  29:21
**currently** 5:25
**Curtis** 2:9

## D

**D** 27:7,9,15,17,21
  27:25
**dad** 11:14 12:11
  13:23 24:14
**damage** 32:6
**date** 5:17 24:24
  27:8 35:9
**dates** 32:23
**day** 13:25 31:6
**DE** 2:3
**Deal** 6:12
**decide** 32:7

TAMMY EAMES
April 27, 2006

Page 2

defendant 2:8 4:14
Delaware 1:1,14,14
  1:24 5:20 6:4
deposed 10:15,25
  13:3,4,25 14:15
deposition 1:12
  4:19 12:18,20
  13:13,19 14:6
  15:3,6 17:4 18:1
  20:10,14 27:16
  34:19 35:7,15
deprived 30:7
DESCRIPTION
  3:11
difficult 5:2
direct 17:24 18:6
directly 29:17
discussed 18:13
discussions 33:9,14
DISTRICT 1:1,1
doctor 8:18 9:15
  31:9,12,25 33:3
document 20:10
  22:10 26:3,5,7
  28:21 34:8,16,16
documents 17:19
  17:21,25 18:12
doing 12:21 14:2
  31:25
done 10:11 32:1,6
  33:13 34:2
down 17:7
Dr 30:24 31:16
driver 12:6
driving 24:1
duly 4:9 35:8
during 17:3 19:19
  20:14
Dushuttle 30:24
  31:16
duties 7:6 19:8,11
duty 7:1

_____ E _____
E 1:16 35:1,1,4,22
each 5:3 8:25
Eames 1:4,5,5,12
  3:4 4:8 5:14 23:17

Eames-1 3:12 20:2
  20:3
Eames-2 3:13 25:6
  25:7 33:25
earlier 4:13 29:15
  31:24 32:19
Edwards 2:2 3:6
  15:14 16:14,16,20
  17:10,17,22 18:2
  18:7,11 19:25
  21:20 22:5,7
  23:13 25:17 26:18
  30:17,22 32:11
  33:7,19 34:5,12
EMG 30:12,16
employed 5:25 6:7
  35:14,17
employee 35:17
employees 7:25
  23:10
end 4:16
Enter 9:12
Entered 8:23
entire 26:6
entities 25:14
envelope 9:1,2
Esquire 2:2,6,9,10
estimate 13:21
  32:24
even 12:17
ever 5:15 10:4,6,15
  14:5,8,10,19,23
  16:9,12,16,24
  19:23 20:25 22:22
  26:6 27:14 29:15
  29:18,21,23
everyone 19:5
Everything 22:14
exact 27:23
exactly 26:11 31:2
EXAMINATION
  4:11 33:18
examined 4:9
except 4:5
exhausted 28:1,6
  29:4,13 30:9,14
exhibit 20:3,9,25
  22:10,19,22 25:7

26:2,25 27:4,15
  27:17,25 28:7,10
  28:13,20 30:6
exhibits 3:10 27:3,6
  27:9,15,15
expensive 31:5 32:8
expressing 26:15
extent 7:3

_____ F _____
F 35:1
fair 4:24
familiar 21:4,6
far 12:17
father 27:20,22
federal 13:7
few 16:2,5
fiduciary 19:11
figure 31:13
file 18:15
filing 4:4
fill 7:9
financially 35:18
find 12:18 31:20,21
  31:24 32:5
finding 32:3
finished 9:23
firm 16:21
first 4:9 16:14 20:6
  25:23 27:14 35:8
FL 2:7
floor 7:7
follows 4:10
foregoing 35:6
form 4:5 19:25
  21:20 22:5,12
  25:17 26:18 27:23
  34:4
forms 18:14
forth 35:10
FOWLER 2:5
free 18:6
from 8:4,6 10:3
  16:21,25 18:14
  24:7,13 25:1 29:6
  29:7,13,15,18,21
  32:10,17
full 5:2,13 29:2,11

29:25 34:10
funds 30:9
further 33:17 34:12
  34:18 35:12,16

_____ G _____
general 4:17
gentleman 12:5,6
gentlemen 11:6
  17:1
Georgetown 8:7
  15:17
give 5:11
given 14:10
giving 22:11
go 4:19 33:5
going 4:23 6:23,24
  10:3 13:20 17:2
gotten 31:6,19
graduate 8:4,6,8
graduated 9:24
  10:3
ground 4:19
guess 13:20

_____ H _____
handled 9:6
harder 5:5
having 4:8
hear 4:21
heard 20:24
held 1:12
her 5:5 17:24 18:1
  18:4,6,9 23:18
hereinbefore 35:9
high 8:4,7 9:22,23
  10:2,3,8
him 16:1,12
hire 33:10
hiring 33:5
hit 8:25
home 21:11,12
honestly 22:13
hours 13:22 16:2,5

_____ I _____
identification 20:4
  25:8

Identify 23:9
Inc 24:18
including 8:1
INDEX 3:1
indicated 29:6
information 9:12
  9:15 14:22 21:17
injured 11:23
injuries 11:21
input 8:25
insurance 1:8 6:14
  6:18,20 7:3 9:5,6
  20:13,15 23:11
  24:4,5,11,12,13
  24:14,18 25:2,16
  25:21,24 34:17
interested 35:19
interrogatories
  3:12 20:7,21,21
interrogatory
  20:22,23 22:2,25
  23:3,4
involved 11:6,9,22
  12:4,11 14:21
  18:24 19:5,15
  24:5 29:11 33:12
involving 11:8
Irrelevant 30:17
issue 23:11,18
  24:21 25:3,12,16
  25:21,24 26:15
  29:8
issues 30:18

_____ J _____
Jacksonville 2:7
Jane 5:14
job 7:8 8:12 9:18
jobs 10:1,2
John 2:6 4:13
joined 6:16
junior 10:6
just 7:22,23 9:8
  10:18 12:18,20
  15:19 17:9,10,14
  32:24

_____ K _____

TAMMY EAMES
April 27, 2006

Page 3

KARASCH 1:23
kind 9:11
knew 23:4
know 5:6 6:22 8:20
  8:21 11:25 12:3,9
  12:17 13:2,3,5,6,8
  13:9,12,17 14:25
  17:14 18:7,22,23
  19:1,8,11 20:20
  20:23 21:2,7,9,10
  21:18,24 22:4,9
  22:16 23:1,5 26:9
  26:12,16,22 28:4
  31:2 32:15,17,25
  33:1,13
known 5:15

_____ L _____

L 1:4
lady 13:18
Landon 2:2 16:22
larger 18:24
last 13:19 33:1
Laura 2:6
law 1:13 16:21
lawsuit 11:1,8,17
  11:22,24 12:4
  13:3,4,6,9 18:23
  26:16
lawyers 5:2
legal 22:14
let 5:2,3,6 6:22
Let's 28:16
Lewes 6:3 8:19
liability 29:2
like 6:13 14:2
limit 34:11
limits 29:2,3
line 30:23
litigation 14:17,20
live 5:21
lived 5:23
LLC 1:13
local 8:18
location 7:21
locations 7:17
long 6:7 13:19 16:1
  17:10 18:11

look 20:10 21:11
  22:14,19
looking 28:22
looks 22:14
lot 4:25

_____ M _____

made 29:10,15,18
  29:21,23 33:12
mail 9:3,4 27:18,19
mailed 27:21
make 4:20 9:13,16
many 7:20,25 10:17
  21:3
March 10:20,21
  14:4,13,16 32:22
Marino 2:6 3:5
  4:12,13 17:12,18
  17:25 18:4,9,16
  20:1,8 21:23 22:6
  22:8 23:14,16
  25:5,10,19 26:21
  28:16,19 30:19,20
  30:25 32:12,14
  33:8,17 34:4,14
  34:18
Mark 20:1 25:5
marked 20:4 25:8
  28:20 33:24
may 27:25
maybe 16:2 31:2,9
mean 6:19 9:14
  11:25 15:4
means 19:1 26:17
medical 12:5 30:8
  31:18 32:2
medication 5:7
meet 15:6,12,16
  16:1
meeting 16:3,19
mention 18:11
met 4:13 15:7 16:9
  16:14,20
minimum 29:4
mom 11:13 12:11
  13:23
moment 31:22
money 6:12

more 28:25 29:9
morning 16:15,17
  16:20
Muncie 24:15
  25:13 29:18
Murphy 2:2 16:21
Mutual 1:8 20:13
  20:15
myself 8:1 33:11

_____ N _____

name 5:13 6:5 12:9
  13:12 15:22
names 5:15
Nationwide 1:8
  4:14,15,17 18:15
  20:12,13,15 23:9
  24:8,11 25:2,13
  28:25 29:7,15
  34:1
Nationwide's 20:6
  20:17,21 23:19
nature 17:15
necessary 30:7
need 5:6
needed 30:10
neither 35:12
nerve 32:6
never 20:24 24:7,17
  25:1,11 28:7,10
  28:13 29:7
next 4:14 12:19,22
  32:5
nice 13:18
nobody 29:15,18,21
  29:23 30:4
North 2:6
Notary 1:17
notes 9:16
nothing 24:19
  34:12,18
notified 28:5
Number 3:11 23:7
numbers 18:24
numbness 31:14

_____ O _____

oath 14:10 22:23

object 30:17
objection 17:22
  19:25 21:20 22:5
  22:6 23:13 25:17
  26:18 30:22 32:11
  32:13 33:7 34:4
objections 4:5
  23:15
occasion 24:3
office 4:17 6:10,11
  7:1,1 8:2,10 13:22
  15:19 16:7
offices 1:13
Okay 20:11,16
once 10:18 32:6
one 4:25 6:3 7:1,22
  9:8 14:22 19:4
  20:9,25 22:10,19
  22:22 27:23 28:25
  29:9 30:12 31:16
  31:17
ones 17:1
only 14:21 17:1
  23:25 31:17,20
operation 7:15
Oral 1:12
other 5:3,15 7:6,24
  7:25 8:2 9:8,25
  10:1 12:7 14:4,5
  14:11,15,17,19,25
  15:21 16:19,20
  17:2,4 18:19,20
  18:23 19:24 25:14
  25:15 30:1 31:11
  31:18 32:2,3
  33:15
Others 1:6
out 8:19 9:1 12:18
  31:13,20,21,24
  32:3,5
outpatient 6:21
over 4:19 5:3 20:10
own 24:12

_____ P _____

P 2:6
page 3:3,11 23:7
  28:21 30:6

papers 21:3
paperwork 9:17
  21:11,12,14
paragraph 28:22
  30:6
parents 5:21,23
  15:9 17:4 23:18
  24:20 29:25 30:2
  33:12,25
parent's 18:15
  24:13
part 7:8 17:9,23
participate 17:5
parties 4:3 35:14
parts 26:4
party 14:16,17,19
part-time 10:2
past 23:9
patient 8:24
patients 6:12 7:2,9
  7:11,14 8:23 9:10
patient's 6:22
payment 29:4
Peddler's 6:3
pediatrician 8:15
  8:16,22 9:25
  10:13
peeked 17:6
pending 11:1 12:16
  13:3,6,10
Pennsylvania 1:18
  1:24 35:5
people 4:25 7:24
  18:24,24 25:15
percent 22:13
performs 32:16
person 4:25 9:8
  19:4
personal 11:21
personally 23:10,19
pet 9:21,25
PHILIP 2:2
physical 6:6,21,25
  7:3,8,10,15,20,23
  8:11 10:1,12
physician 30:16,21
physicians 30:12
PIP 29:2,13 30:9,13

_____

KARASCH & ASSOCIATES
800-621-5689

A188

TAMMY EAMES
April 27, 2006

Page 4

pipe 17:7
place 35:9
plaintiff 11:16,16
  11:24
plaintiffs 2:4 12:14
Plaintiff's 20:5
pleading 26:22
Please 20:10 28:22
policy 23:11,17,20
  23:24 24:9,10,18
  24:19,21,24 25:2
  25:12,16,21,24
  29:1,8,20,22,24
  34:17
portions 26:25 27:2
position 6:15 29:3
possible 31:14
prep 17:23
preparation 17:3
  18:1,19,20
prepare 15:3,4
prepared 22:25
preparing 23:2
present 2:9 23:9
print 9:1
prior 8:10,12 28:2
  29:6
privilege 18:3
privileged 17:17,23
probably 23:5
problem 26:15
proceeding 14:11
product 18:2
PROFESSIONAL
  1:23
proposed 29:1
  31:25
provide 7:10
provides 29:2
Public 1:17
purchase 24:3,5
purchased 24:4
Put 8:23 9:3

**Q**

question 4:6,22
  21:22 22:16 23:7
  25:18

questions 23:5
  33:17

**R**

R 35:1
read 20:18 21:3,5,7
  21:8 28:22
Ready 8:17
really 19:7
recall 9:23 13:14
  15:22 22:24 26:4
  26:8 27:1,6
Recently 10:23
recess 28:17
record 9:12
refer 20:14 28:21
referring 20:13,14
regarding 23:11,20
  24:9,10,17,24
  25:2,12,15 29:8
  29:22,24
REGISTERED
  1:23
related 35:13
relative 35:16
relevance 33:7
relevant 30:19
Repeat 21:22
rephrase 4:22
reporter 1:17 5:4
  20:5 25:9 35:4,23
REPORTERS 1:23
represent 4:14 33:6
representation
  29:10,16,19,24
representative 19:2
  19:4,9,13,18,24
representatives
  23:20 29:1,9
represented 28:25
representing 2:4,8
  13:15
represents 4:15
reserved 4:6
residence 5:19
respective 4:2
response 3:12 23:14
responses 20:5 22:3

22:25 23:3
responsibility 6:23
retract 22:7
review 17:19
reviewed 18:1,8,10
RE-EXAMINAT...
  34:13
Right 13:11 16:8
  19:20,22 23:21,23
  24:22,25 28:3
  30:5 33:23 34:3
Road 2:3 5:20 8:21
ROBERTA 1:4
room 5:1 15:20
rules 4:19

**S**

same 5:1 12:15
  13:25 16:3 18:25
  22:14,14 23:13
  26:20 30:22
Santosh 8:17
sat 17:6,9
Satchell 12:10
  13:16 14:22 15:1
Savannah 8:21
saw 27:14,17 28:2,7
  28:10,13
says 23:17
Schedule 6:12
scheduled 8:23
school 8:4,7 9:22,23
  10:2,4,9
Seaford 5:20
sealing 4:3
second 28:24
see 22:19 27:12
seeing 26:4 27:6
seeking 19:13,17
seen 8:24 20:25
  21:10,19 22:1,12
  22:13 26:2,6,24
  27:8,25
sense 32:3
sentence 28:24
separate 24:12
set 20:6 35:9
short 7:7 28:17

showing 20:9 26:2
sign 22:22
signature 22:20
signed 22:2,9,17,18
signing 4:3
similar 27:24
similarly 1:6
since 6:8,15
sir 5:12 6:1,17 7:19
  10:5,7,10,14
  11:10 12:8 14:7,9
  14:12 15:11,15
  16:11,13 18:18,21
  23:25
sit 21:18,24
situated 1:6
six 8:1 28:21
sold 23:18,24
some 30:10
somebody 11:19
  12:1 32:8
something 33:22
  34:1,1
sometimes 5:1 7:13
sought 19:23
sounds 21:4,6
Spadaro 15:24 16:9
  16:19,21 17:5
specific 17:15 26:4
  31:25 32:2,23
specifically 27:1
  28:24 32:25 33:1
  33:11
specified 34:10
split 9:9
SPODARO 2:2
spoke 17:1
stand 19:4
stands 13:5
start 5:1 9:18
started 4:20 9:24
state 13:7
states 1:1 23:17
status 14:25
statutory 29:5
still 9:22 31:6,14
  33:3
stipulated 4:1

store 9:21,25
Street 2:6
stuff 9:1 21:15,16
subject 29:1
Subsequent 31:11
substance 17:11
sued 14:23
suggest 31:1
suggested 30:12,16
  30:21 31:9,12,17
  32:4,20
suing 11:19,21 12:1
  12:4
suit 11:3 12:11,23
  14:15 21:17
Suite 1:14 2:3,6 6:3
sure 4:20 9:16 11:5
  14:16 21:9
Sussex 8:7
Swartz 1:13
sworn 4:9 35:8
system 8:24

**T**

T 35:1,1
take 28:16
taken 28:18 29:3
  35:15
talk 5:3 15:5 16:16
  25:20
talked 16:12,24
  19:21
talking 5:1
talks 4:25
Tammy 1:5,12 3:4
  3:12,13 4:8 5:14
  20:1,3 25:5,7
technical 7:8 8:7
tell 17:13,15 18:5
  21:10 22:12 31:17
  32:8 33:9
term 26:17
terminology 21:5
terms 17:15
test 31:25 32:5,5,6
  32:8
testified 4:9 14:5,8
  25:11 26:24 29:14

TAMMY EAMES
April 27, 2006

Page 5

31:23,24 32:19
33:15
testify 5:8
testimony 5:11 14:4
  14:10 29:6 33:21
testing 30:10,11
  31:4,7,12 32:19
their 9:13 24:19
  30:1
themselves 1:5
therapist 6:25 7:8
  7:12,13,23 8:1
  10:1,12 32:16
therapists 7:20
therapy 6:6,21 7:3
  7:10,16 8:11
thing 12:15 14:21
  26:20 31:20
things 6:13 17:14
think 21:7,8 26:24
THOMAS 1:4
thought 29:12,14
  32:19
three 13:25 15:10
  15:21 16:3,5,6
  23:7,7 25:14
through 10:2 24:11
  24:15
Thursday 1:15
Tidewater 6:6 7:15
  8:11
time 4:6,25 5:1
  14:13 16:3,14
  17:23 25:23 27:14
  28:5 31:11 33:1
times 10:17
today 5:11 14:2,13
  15:3 17:4 20:10
  20:25 21:18,24
  33:15
today's 27:8
told 12:21 29:25
  33:2
training 10:8
transcribe 5:5
transcript 35:7
transfer 6:13
treat 31:15

treated 33:3
treatments 32:3
trial 4:7 14:8
true 35:6
try 12:5
trying 31:13
two 16:5,6 17:1
  26:2,25 27:15
  28:20 30:6

_____ U _____
under 5:7 14:10
  22:22
understand 4:21
  20:19 21:4 27:21
  31:23 33:20,24
  34:6
understanding 19:3
  19:6,17 29:13
  30:13
understood 4:23
UNITED 1:1
until 4:6
upset 5:4
used 15:19

_____ V _____
vehicle 30:1
verifications 6:14
  6:18
verify 7:2,3
very 31:5
Village 6:3
vs 1:7

_____ W _____
waiting 12:18 31:20
waived 4:4
want 17:14 18:4
  30:11 31:23
wanted 4:19
wasn't 15:14 27:23
way 31:14,16 34:8
  34:15
week 8:25
well 4:20
were 9:22 10:25
  11:4,6,9,14 13:3

13:22 14:16,16
  16:3 18:14 19:18
  22:22 23:24 24:1
  24:1 29:9 31:13
  33:12,20
we're 12:21 14:2
  31:20
Whichever 9:5
while 31:2
WHITE 2:5
whole 30:23
Wilmington 1:14
  2:3
witness 3:3 18:14
  21:22 26:19 28:23
  30:24 35:8
woman 4:16
word 20:24
words 21:4
work 6:25 7:21 9:9
  9:9,11 10:12 18:2
worked 8:15 9:21
working 32:17
write 9:16
written 34:8,16
wrong 31:21,22,24
  32:4

_____ Y _____
year 31:3,10 32:20
  32:23
yesterday 15:7 16:9
  16:12,19 17:3,19
  18:19 25:22,23
  27:13 28:2,8,11
  28:14
Yvonne 2:10 4:16

_____ $ _____
$1,000 32:10
$600 32:10

_____ 0 _____
04-CV-1324-KAJ
  1:7

_____ 1 _____
10:00 1:16

100 22:12
1011 2:3
11:15 34:20
1130 1:14
12 23:25
13 28:22
14908 5:20
18 30:6
19805 2:3
1994 24:4
19973 5:20

_____ 2 _____
2/5/82 5:18
20 3:12 7:17
2000 8:9 10:4
2001 9:19
2002 6:8,16 8:10
2003 11:12 19:20
2005 32:22
2006 1:15 10:22
210 2:3
2200 2:6
24 30:6
25 3:13
27 1:15

_____ 3 _____
300 1:13
32202 2:7
33 3:5
34 3:6

_____ 4 _____
4 3:5

_____ 5 _____
50 2:6

_____ 6 _____
621-5689 1:24

_____ 8 _____
800 1:24

CONFIDENTIAL - *Eames v. Nationwide*



## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES<br>and TAMMY EAMES, on behalf of<br>themselves and all others<br>similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-CV-1324KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

**BY HAND DELIVERY**
Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

MURPHY SPADARO & LANDON

/s/ John S. Spadaro
John S. Spadaro, No. 3155
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

Attorneys for plaintiffs
Thomas A. Eames, Roberta L. Eames and
Tammy Eames (on behalf of themselves and
all others similarly situated)

May 8, 2006

131567