# Murphy Spadaro & Landon

**ATTORNEYS**

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

202.472.8101

jspadaro@msllaw.com

May 18, 2006

**BY HAND DELIVERY**
James W. Semple, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

    RE: Eames v. Nationwide Mut. Ins. Co.
    C.A. No.: 04-CV-1324KAJ

Dear Master Semple:

    I enclose our firm's check in the amount of $538.44. Based on our calculations this payment represents the Eames plaintiffs' share of Your Honor's May 8, 2006 invoice (Invoice No. 291059).

    I am available to address any questions regarding this matter.

    Respectfully,

    /s/ John S. Spadaro

    John S. Spadaro

JSS/slr
Encl.
cc:  Curtis P. Cheyney, III, Esq. (by mail)

131830

MURPHY SPADARO & LANDON P.A.     22494

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | Morris James Hitchens & Williams | | | | |
| 05/16/06 | Eames v. Nationwide - SDM's fees | | 538.44 | | 538.44 |

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 538.44 | Ded: | 0.00 | Net: | 538.44 |
|---|---|---|---|---|---|---|---|---|
| 05/16/06 | 22494 | | | | | | | |

22494

**MURPHY SPADARO & LANDON P.A.**
OPERATING ACCOUNT
1011 CENTRE ROAD, SUITE 210
WILMINGTON, DE 19805
(302) 472-8100

WILMINGTON TRUST
WILMINGTON, DELAWARE
62-9-311

| DATE | CHECK | AMOUNT |
|---|---|---|
| 05/16/06 | 22494 | ****$538.44 |

*** FIVE HUNDRED THIRTY-EIGHT & 44/100 DOLLARS

PAY TO THE ORDER OF:
Morris James Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

VOID 180 DAYS FROM DATE OF ISSUE

⑈022494⑈ ⑆031100092⑆ 2639 78/7⑈

MURPHY SPADARO & LANDON P.A.     22494

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com