IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

Plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames (the "Eames plaintiffs") and defendant Nationwide Mutual Insurance Company ("Nationwide") stipulate and agree as follows:

1. Nationwide's answering brief in opposition to the Eames plaintiffs' Motion for Class Certification shall be filed and served on or before May 24, 2006.

2. The Eames plaintiffs' reply brief in support of their Motion for Class Certification shall be filed and served on or before June 2, 2006.

3. All deadlines established by the Court's March 28, 2005 Scheduling Order shall be held in abeyance pending the Court's resolution of Nationwide's Motion to Dismiss the Amended Complaint (D.I. 167) and the Eames plaintiffs' Motion for Class Certification (D.I. 196).

4. The Court and parties will address further case scheduling once the motions identified in the preceding paragraph have been decided.

131856

| MURPHY SPADARO & LANDON | SWARTZ CAMPBELL LLC |
|---|---|
| /s/John S. Spadaro | /s/Nicholas E. Skiles |
| John S. Spadaro, I.D. No 3155 | Nicholas E. Skiles, I.D. No. 3777 |
| 1011 Centre Road | 300 Delaware Avenue, Suite 1130 |
| Suite 210 | P.O. Box 330 |
| Wilmington, DE 19805 | Wilmington, DE 19899 |
| Attorneys for the Eames plaintiffs | Attorneys for defendant Nationwide Mutual Insurance Company |

          SO ORDERED this ____day of _____, 2006.


                              _____
                              The Hon. Kent A. Jordan, U.S.D.J.

131856                                    2