IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Defendant's Answer Brief in Opposition to Plaintiffs' Motion for Class Certification with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> John S. Spadaro, Esquire
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE  19805

> SWARTZ CAMPBELL LLC
>
> */s/ Nicholas E. Skiles, Esquire*
> Nicholas E. Skiles, Esquire
> Delaware Bar No. 3777
> 300 Delaware Avenue, Suite 1130
> P. O. Box 330
> Wilmington, DE  19899
> Attorneys for Defendant, Nationwide Mutual
> Insurance Company

May 24, 2006