# EXHIBIT A

00071306.DOC



# NATIONWIDE AUTO POLICY
# DECLARATIONS
Page 1 of 2

These Declarations are a part of the policy named above and identified by policy number below. They supersede any Declarations issued earlier. Your policy provides the coverages and limits shown in the schedule of coverages. They apply to each insured vehicle as indicated. Your policy complies with the motorists' financial responsibility laws of your state only for vehicles for which Property Damage and Bodily Injury Liability coverages are provided.

**Policy Number:** 52 07 A 733616    **DB Account Number:** 592993

**Policyholder:** (Named Insured)
THOMAS A &/OR
ROBERTA L EAMES
14908 CONCORD ROAD
SEAFORD, DE
19973-8293

**Issued:** SEP 11, 2002

**Policy Period From:**
SEP 22, 2002 to MAR 22, 2003 but only if the required premium for this period has been paid and only for six month renewal periods if renewal premiums have been paid as required. This policy is initially effective at (1) the time the application for insurance is completed, or (2) 12:01 a.m. on the first day of the policy period, whichever is later. Each renewal period begins and ends at 12:01 a.m. standard time at the address of the named insured stated herein. This policy cancels at 12:01 a.m. at the address of the named insured stated herein.

**IMPORTANT MESSAGES:**
NOTICE: THE COVERAGES YOU HAVE SELECTED, AS SHOWN IN THIS DECLARATIONS, ARE SUBJECT TO THE EXCLUSIONS, LIMITATIONS, AND CONDITIONS OF COVERAGE DETAILED IN YOUR POLICY. IN SOME CASES YOUR COVERAGE MAY BE LIMITED TO THE MINIMUM LIMITS OF COVERAGE REQUIRED BY THE DELAWARE FINANCIAL RESPONSIBILITY LAW OR THE DELAWARE MOTORISTS PROTECTION ACT. ON THE DATE THIS DECLARATIONS WAS ISSUED, THOSE LIMITS ARE:

AUTO LIABILITY: $15,000 PER PERSON, $30,000 PER OCCURRENCE FOR BODILY INJURY
$10,000 FOR PROPERTY DAMAGE

NO-FAULT: $15,000 PER PERSON, $30,000 PER OCCURRENCE FOR BODILY INJURY
$10,000 FOR DAMAGE TO PROPERTY OTHER THAN A MOTOR VEHICLE

IT IS IMPORTANT THAT YOU READ YOUR POLICY CAREFULLY.

SEE ENCLOSED NOTICE FOR PREMIUM DETAIL

**INSURED VEHICLE(S) & SCHEDULE OF COVERAGES**

2    1992 FORD TAURUS L    ID #1FALP50U7NA277289

| Coverages | Limits Of Liability | Six Month Premium |
|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE LESS $ 100 | $ 25.70 |
| COLLISION | ACTUAL CASH VALUE LESS $ 250 | $ 65.30 |
| PROPERTY DAMAGE LIABILITY | $ 50,000 EACH OCCURRENCE | $ 49.60 |
| BODILY INJURY LIABILITY | $ 100,000 EACH PERSON $ 300,000 EACH OCCURRENCE | $ 117.50 |
| | ENDORSEMENT 3022 | $ 12.00 |
| LOSS OF USE BROAD FORM | $ 25 PER DAY $ 500 PER ACCIDENT | |
| PERSONAL INJURY PROTECTION AND DAMAGE TO PROPERTY OTHER THAN MOTOR VEHICLE | SEE POLICY | $ 35.50 |
| | TOTAL | $ 305.60 |

"Based upon information and belief, this is a true and correct copy of the Policy for Policy # 5207A733616 as of 2-7-2003."

*Anthony J. Robertson*

V-0100-A

V0100-A

FRAME: I 16

Page 2 of 2

1.  1996 FORD RANGER                 ID #1FTCR10A9TPB06632

| Coverages | Limits Of Liability | Six Month Premium |
|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE LESS $ 100 | $ 30.10 |
| COLLISION | ACTUAL CASH VALUE LESS $ 250 | $ 75.40 |
| PROPERTY DAMAGE LIABILITY | $ 50,000 EACH OCCURRENCE | $ 46.60 |
| BODILY INJURY LIABILITY | $ 100,000 EACH PERSON | |
|  | $ 300,000 EACH OCCURRENCE | $ 110.20 |
| LOSS OF USE BROAD FORM | ENDORSEMENT 3022 | $ 12.00 |
|  | $ 25 PER DAY | |
|  | $ 600 PER ACCIDENT | |
| PERSONAL INJURY PROTECTION AND DAMAGE TO PROPERTY OTHER THAN MOTOR VEHICLE | SEE POLICY | $ 33.30 |
|  | TOTAL | $ 307.50 |

LIENHOLDER-WILMINGTON TRUST CO.    LIEN EXPIRES ON AUG 31, 2003

POLICY COVERAGES

| Coverages | Limits Of Liability | Six Month Premium |
|---|---|---|
| UNINSURED MOTORISTS | | |
|  -BODILY INJURY | $ 100,000 EACH PERSON | $ 82.00 |
|  | $ 300,000 EACH OCCURRENCE | |
|  -PROPERTY DAMAGE | $ 10,000 EACH OCCURRENCE LESS $250 DED | |
|  | TOTAL | $ 82.00 |

VEHICLE CLASSIFICATIONS
Premium Is Based On:

|  | 1992 FORD | 1996 FORD |
|---|---|---|
| USE OF VEHICLE | PLEASURE | PLEASURE |
| RATED DRIVER | FEMALE ADULT AGE 46 PRINCIPAL MARRIED | MALE ADULT AGE 47 PRINCIPAL MARRIED |
| APPLIED DISCOUNTS | PASSIVE RESTRAINT -AIR BAG FULL MULTI CAR LONG TERM | PASSIVE RESTRAINT -AIR BAG FULL ANNUAL MILEAGE MULTI CAR LONG TERM |
| SPECIAL RATING | SAFE DRIVER | SAFE DRIVER |
| RATING SYMBOLS | 013-013  00 | 013-012  00 |

Policy Form & Endorsements:   V0070

Office Use:  A 733617  A 733654
           AUG 22, 2002       TERR: 012       $ 338.40-

Issued By: NATIONWIDE MUTUAL INSURANCE COMPANY            Home Office - Columbus, Ohio
Countersigned At: WILMINGTON, DEL.        By: WM KEITH    CULVER

IMPORTANT PHONE NUMBERS
Nationwide 24-Hour Claims Number: 1-800-421-3535
For QUESTIONS About Your Policy, Call Your NATIONWIDE AGENT: W. CULVER
                                                              302-629-2519
For Hearing Impaired: TTY 1-800-622-2421
Nationwide Regional Office: 352-377-8500

FRAME: J 16

NATIONWIDE AUTO POLICY