# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210

WILMINGTON, DELAWARE 19805

PHONE 302.472.8100

FAX 302.472.8135

302.472.8101

jspadaro@msllaw.com

June 2, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

       **RE: Eames v. Nationwide Mut. Ins. Co.**
           **C.A. No.: 04-CV-1324KAJ**

Dear Judge Jordan:

    We have today filed the Eames plaintiffs' reply brief in support of their motion for class certification. Pursuant to D. Del. LR 7.1.4, the Eames plaintiffs respectfully request oral argument on this motion.

    Our request is necessitated in particular by the fact that the applicable page limitation for the reply did not permit sufficient space to address Nationwide's argument regarding the so-called "Form A" document. We believe the Court would benefit from an opportunity to hear our arguments on that subject.

    We appreciate the Court's indulgence, and are available to address any questions regarding the motion for class certification.

                                         Respectfully,

                                         /s/ John S. Spadaro

                                         John S. Spadaro

JSS/slr
cc: Curtis P. Cheyney, III, Esq. (by electronic filing)

132171

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

          MURPHY SPADARO & LANDON

          /s/ John S. Spadaro
          John S. Spadaro, No. 3155
          1011 Centre Road, Suite 210
          Wilmington, DE 19805
          (302) 472-8100

June 2, 2006

          Attorneys for plaintiffs
          Thomas A. Eames, Roberta L. Eames and
          Tammy Eames (on behalf of themselves and
          all others similarly situated)

131731