Swartz Campbell LLC
300 Delaware Avenue
Suite 1130
PO Box 330
Wilmington DE 19899

voice (302) 656-5935
facsimile (302) 656-1434
nskiles@swartzcampbell.com
www.swartzcampbell.com

**Nicholas E. Skiles**
*Attorney at Law*

June 5, 2006

The Honorable Kent A. Jordan
U. S. District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

    RE:    Thomas A. Eames, et al. V. Nationwide Mutual Insurance Company
              C. A. No.: 04C-1324 (KAJ)

Dear Judge Jordan:

    We have reviewed Mr. Spadaro's letter which was e-filed on June 2, 2006 requesting Oral Argument on the Motion for Class Certification. We respectfully agree with Mr. Spadaro's request and join in his request for Oral Argument.

    Respectfully submitted,

    SWARTZ CAMPBELL LLC

    */s/Nicholas E. Skiles, Esquire*
    Nicholas E. Skiles, Esquire (ID#3777)
    Curtis P. Cheyney, III, Esquire

NES/rmr
cc:   John S. Spadaro, Esquire