IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES, and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Oral argument on plaintiff's motion for class certification (D.I. 196) in the above captioned action will be heard on **July 10, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

June 13, 2006
Wilmington, Delaware