IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES, and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington, this 10th day of July, 2006,

IT IS HEREBY ORDERED that the oral argument on plaintiff's motion for class certification (D.I. 196) in the above captioned action presently set for **July 10, 2006** at 2:00 p.m. is hereby rescheduled to **July 14, 2006**, beginning at 11:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                /s/ Kent A. Jordan<br>                                                                UNITED STATES DISTRICT JUDGE

Wilmington, Delaware