IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that September 12, 2006, I electronically filed the foregoing Defendant's Memorandum Regarding Subject Matter Jurisdiction Over Plaintiffs' Remaining Claims with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    John S. Spadaro, Esquire
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE  19805

    SWARTZ CAMPBELL LLC

    */s/Nicholas E. Skiles, Esquire*
    Nicholas Skiles, Esq. (Del. Bar # 3777)
    300 Delaware Avenue
    Suite 1130
    Wilmington, DE 19801
    (302) 656-5935
    Attorneys for Defendant,
    Nationwide Mutual Insurance Company