# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-CV-1324KAJ |
| v. | ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Defendant Nationwide Mutual Insurance Company's Answer to Plaintiffs' Motion for Reconsideration of the Court's August 29, 2006 Memorandum Opinion with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE  19805


SWARTZ CAMPBELL LLC


/s/ *Nicholas E. Skiles, Esquire*
Nicholas Skiles, Esq. (Del. Bar # 3777)
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801
Tel. No. (302) 656-5935
Attorneys for Defendant,
Nationwide Mutual Insurance Company