# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 04-CV-1324-KAJ |
| | ) |
| v. | ) |
| | ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | )<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Appendix to Defendant Nationwide Mutual Insurance Company's Answer to Plaintiffs' Motion for Reconsideration of the Court's August 29, 2006 Memorandum Opinion with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE  19805

SWARTZ CAMPBELL LLC

/s/ *Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
Curtis P. Cheyney, III, Esquire
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

September 15, 2006      Attorneys for Nationwide Mutual Insurance Co.