IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated,<br>                 Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>                 Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-1324-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Defendant's Reply Regarding Subject Matter Jurisdiction Over Plaintiffs' Remaining Claims with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

    John S. Spadaro, Esquire
    Murphy Spadaro & Landon
    1011 Centre Road, Suite 210
    Wilmington, DE   19805

    SWARTZ CAMPBELL LLC


    */s/ Nicholas E. Skiles, Esquire*
    Nicholas E. Skiles, Esquire (I.D. 3777)
    Curtis P. Cheyney, III, Esquire
    300 Delaware Avenue, Suite 1130
    P.O. Box 330
    Wilmington, DE 19899
    (302) 656-5935

September 25, 2006    Attorneys for Nationwide Mutual Insurance Co.