# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 04-CV-1324-KAJ ) |
| v. | ) ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Defendant Nationwide Mutual Insurance Company's Motion Reply in Support of Motion to Strike Plaintiffs' Unauthorized Reply Brief and Letter with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> John S. Spadaro, Esquire
> Murphy Spadaro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE  19805

> SWARTZ CAMPBELL LLC

> */s/Nicholas E. Skiles, Esquire*
> Nicholas Skiles, Esq. (DE Bar # 3777)
> 300 Delaware Avenue, Suite 1130
> Wilmington, DE  19801
> (302) 656-5935
> Attorneys for Defendant,
> Nationwide Mutual Insurance Company

September 28, 2006