IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) | C.A. No. 04-CV-1324 |
| ) | |
| v. ) ) | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT attorney John S. Spadaro and the firm of John Sheehan Spadaro, LLC hereby enter their appearance in the above-captioned matter as substituted counsel for plaintiffs Thomas A. Eames, Roberta L. Eames and Tammy Eames, and the firm of Murphy & Landon, P.A. hereby withdraws its appearance.

MURPHY & LANDON, P.A.

_____
Roger D. Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302)472-8100

JOHN SHEEHAN SPADARO, LLC

_____
John S. Spadaro
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

~~January~~ 13, 2007
FEBRUARY

138971

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, )<br><br>Defendant. ) | C.A. No. 04-CV-1324KAJ |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Nicholas E. Skiles, Esq.
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro, No. 3155
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302)235-7745

Attorney for plaintiffs
Thomas A. Eames, Roberta L. Eames and
Tammy Eames (on behalf of themselves and
all others similarly situated)

February 13, 2007

00001169