# John Sheehan Spadaro, LLC

ATTORNEY AT LAW

724 YORKLYN ROAD, SUITE 375

HOCKESSIN, DELAWARE 19707

TELEPHONE: 302.235.7745

FACSIMILE: 302.235.2536

JSPADARO@JOHNSHEEHANSPADARO.COM

December 20, 2007

**BY ELECTRONIC FILING**
Magistrate Judge Leonard P. Stark
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

>    RE: *Eames v. Nationwide Mut. Ins. Co.*
>        C.A. No.: 04-1324-***-LPS

Dear Magistrate Judge Stark:

Following up on yesterday's teleconference with the Court, I can report that 1) the parties did not reach unanimous consent on the Magistrate Judge's exercise of jurisdiction, and 2) both sides are available for oral argument on January 18, 2008.

Counsel are available to address any questions regarding this matter.

>                Respectfully,
>
>                /s/ John S. Spadaro
>
>                John S. Spadaro

JSS/slr
cc:  Curtis P. Cheyney, III, Esq. (by electronic filing)
     Nicholas E. Skiles, Esq. (by electronic filing)
     John P. Marino, Esq. (by electronic filing)

1673