IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS A. EAMES, ROBERTA L. )
EAMES, and TAMMY EAMES, on behalf )
of themselves and all others similarly )
situated, )
                                       )
              Plaintiffs, )
                                       )
v. )                                       Civil Action No. 04-1324-***-LPS
                                       )
NATIONWIDE MUTUAL INSURANCE )
COMPANY, )
                                       )
              Defendant. )

## ORDER

At Wilmington this 21st day of December, 2007.

IT IS HEREBY ORDERED that oral argument will be held in Courtroom

2A on January 18, 2008 at 11:00 a.m. The matters to be heard are the motion to

dismiss (D.I. 167), motion for reconsideration (D.I. 218), and the motion to strike (D.I.

225).

Local counsel are reminded of their obligations to inform out-of-state

counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE