

Swartz Campbell LLC
300 Delaware Avenue
11th Floor, Suite 1130
PO Box 330
Wilmington DE 19899

voice (302) 656-5935
facsimile (302) 656-1434
nskiles@swartzcampbell.com
www.swartzcampbell.com

Nicholas E. Skiles
*Attorney at Law*

January 25, 2008

The Honorable Leonard P. Stark
United States District Court
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    Eames v. Nationwide Mutual Insurance Company
           C.A. No.: 04-CV-1324 LPS

Dear Judge Stark:

    We believe that the completed briefing on Plaintiffs' motion for reconsideration and Defendant's motion to strike, together with the argument heard on January 18, 2008, address the issues in these pending motions. Accordingly, unless instructed that the Court desires further briefing, Defendant does not plan to submit a sur reply brief.

    Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            SWARTZ CAMPBELL LLC

                                            Nicholas E. Skiles

NES/air

cc:    John S. Spadaro, Esq. (by electronic filing)
        John P. Marino, Esq. (by electronic filing)