IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 04-1324-JJF-LPS |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the above-captioned case has been recently reassigned to this Court;

WHEREAS, Magistrate Judge Stark held oral argument in this matter and is familiar with the case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

February 14, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE