IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomas A. Eames, Roberta L. Eames, and Tammy Eames, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Nationwide Mutual Insurance Company,<br><br>Defendant. | CIVIL ACTION NO. 04-1324-JJF-LPS |

## STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated and agreed, by and between John S. Spadaro, attorney for Plaintiffs, and Nicholas Skiles, attorney for Defendant, that the time within which the Defendant may file a response to Plaintiffs' Objections to The Magistrate Judge's March 31, 2008 Report and Recommendation shall be extended to May 22, 2008. No prior extension has been granted by the Court.

Dated: April 30, 2008

/s/ John S. Spadaro
John S. Spadaro, No. 3155
JOHN SHEEHAN SPADARO, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
(302) 235-7745

Attorney for Plaintiffs Thomas A. Eames, Roberta L Eames and Tammy Eames, on behalf of themselves and all others similarly situated

/s/ Nicholas Skiles
Nicholas Skiles, No. 3777
SWARTZ CAMPBELL, LLC
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

Attorney for Defendant

SO ORDERED, this _____ day of _____, 2008.

_____
Judge Joseph J. Farnan, Jr.

SWARTZ CAMPBELL LLC
ATTORNEYS AT LAW