IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS A. EAMES, ROBERTA L. EAMES and TAMMY EAMES, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) C.A. No.: 04-CV-1324-JJF-LPS ) |
| v. | ) ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Defendant Nationwide Mutual Insurance Company's Response to Plaintiffs' Objections to the Magistrate Judge's March 31, 2008 Report and Recommendation with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

John S. Spadaro, Esquire
John Sheehan Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, Delaware 19707

SWARTZ CAMPBELL LLC

BY: /s/ Nicholas Skiles, Esquire
Nicholas Skiles, Esquire (I.D.#3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801
Tel. No. (302) 656-5935
Fax: (302) 656-1434
Attorneys for Defendant, Nationwide

Date:  May 22, 2008                                    Mutual Insurance Company